# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**SCARLETT LOPEZ,**

        **Plaintiff,**

                                 **Case No.: 8:23-cv-02548-KKM-LSG**

**v.**

**CITY OF TAMPA,**

        **Defendant.**

_____/

## DECLARATION OF JOAN GRECO

    1.      My name is Joan Greco. I am over the age of 18 years old, and I verify under 28 U.S.C § 1746 that the facts set forth in this Declaration are true and correct and are made under the penalty of perjury.

    2.      I am employed by The City of Tampa ("the City") as a Stormwater Services Assessment Supervisor in the Mobility Department. I have worked for the City since May 6, 1996.

    3.      In 2022, I served as a part of the hiring panel for the Utility Administrative Support Technician, job number 220503-002000-001.

    4.      I served on this panel along with Michael Capotrio, Mobility Support Supervisor, and Sabine Lundgren, Department Application Systems Analysist.

5.    Prior to serving on the panel, I was informed that the City received a large number of applications for the position. As a result, Michael Capotrio sent each applicant a pre-interview questionnaire that they needed to complete. Mr. Capotrio then used those responses to narrow down list for individuals to interview.

6.    Eleven interviews were scheduled for July 13, 2022, and July 14, 2022.

7.    During the interviews, the panel asked each applicant the same list of questions. Each panelist were then asked to independently score each applicant based on their application and responses to their questions. I did not review any other documents when scoring the applicants.

8.    Before scoring any of the applicants, I was not approached by anyone in the City about selecting or not selecting a particular applicant. Rather, I wanted to give everyone a fair opportunity during the interview process.

9.    After the interviews, I provided my scores to Michael Capotrio. He then inserted my scores within an excel spreadsheet. Attached as Exhibit 1 is a true and accurate copy of that excel spreadsheet, which accurately reflects my scores for each of the applicants.

10.     Based on my scores, I ranked Joeylee Stebbins and Antionette Jackson-Davis as the two highest ranking applicants. Both applicants received a total score of 125.

11.     I gave Scarlett Lopez a score of 105, which tied for the fourth highest score amongst the 11 applicants.

12.     After all of the scores were tabulated by the three panelists, Ms. Stebbins was the highest ranking applicant. As a result, Ms. Stebbins was offered the position, which she accepted.

13.     Overall, I believe the hiring process was very fair and I have since mimicked this process for any position that I am responsible for filling at the City.

14.     The facts in this declaration are based on my personal knowledge and I would be able to testify about them. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of January 2025

Joan Greco