

1   UNITED STATES DISTRICT COURT

2   MIDDLE DISTRICT FLORIDA

3   TAMPA DIVISION

4   CASE NO. 8:23-CV-02548 KKM-JSS

5

6   SCARLETT LOPEZ,

7   Plaintiff

8

9   V.

10

11  CITY OF TAMPA,

12  Defendant

13

14

15

16

17

18

19

20

21

22

23  DEPONENT:  VIK BHIDE

24  DATE:      AUGUST 7, 2024

25  REPORTER:  HAVEN MCMURTRY

407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE I REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

401 EAST JACKSON STREET,
SUITE 2370
TAMPA, FL 33602

315 EAST ROBINSON STREET,
SUITE 510
ORLANDO, FLORIDA 32801
CORPORATE

```
 1                    APPEARANCES

 2

 3   ON BEHALF OF THE PLAINTIFF, SCARLETT LOPEZ:

 4   Daniela Carrion, Esquire

 5   Linesch Firm

 6   700 Bee Pond Road

 7   Palm Harbor, Florida 34683

 8   Telephone No.: (727) 786-0000

 9   E-mail: Daniela.carrion@lineschfirm.com

10

11   ON BEHALF OF THE DEFENDANT, CITY OF TAMPA:

12   Christopher M. Bentley, Esquire

13   Madison Hana McLeland, Esquire

14   Johnson Jackson, PLLC

15   100 North Tampa Street

16   Suite 1800

17   Tampa, Florida

18   Telephone No.: (813) 580-8400

19   E-mail: cbentley@johnsonjackson.com

20   mmcleland@johnsonjackson.com

21

22   Also Present: Scarlett Lopez, Plaintiff; Rebecca Carr,

23   City of Tampa

24

25
```



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1                           INDEX

2                                                    Page

3    PROCEEDINGS                                        5

4    DIRECT EXAMINATION BY MS. CARRION                  5

5

6                          EXHIBITS

7    Exhibit                                         Page

8       1 - Text Chain Regarding Mrs. Lopez's

9           Reassignment                             95

10      2 - E-mail Dated January 3, 2022            112

11      3 - Scarlett Lopez's FMLA Request           121

12      4 - E-mail Regarding Mrs. Lopez's Return

13          from FMLA                               124

14      5 - Original Performance Review             135

15      6 - E-mail Dated August 3, 2022             146

16

17

18

19

20

21

22

23

24

25



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

Deposition of Vik Bhide 08-07-2024

STIPULATION

The deposition of VIK BHIDE was taken at JOHNSON

JACKSON, PLLC, 100 NORTH TAMPA STREET, SUITE 1800,

TAMPA, FLORIDA 33602 the 5th day of AUGUST 2024 at 12:16

p.m. (ET); said deposition was taken pursuant to the

FEDERAL Rules of Civil Procedure.

It is agreed that HAVEN MCMURTRY, being a Notary Public

and Court Reporter for the State of FLORIDA, may swear

the witness and that the reading and signing of the

completed transcript by the witness is not waived.



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Vikramaditya Bhide   VIK 06/07-2024   Page 5

```
 1                    PROCEEDINGS
 2         THE REPORTER:  Time is 12:16 p.m., we are on
 3     record.  Sir, please raise your right hand.  Do you
 4     solemnly swear or affirm that the testimony you are
 5     about to give will be the truth, the whole truth,
 6     and nothing but the truth?
 7         THE WITNESS:  I do.
 8         THE REPORTER:  You may begin.
 9         MS. CARRION:  Thank you.
10                  DIRECT EXAMINATION
11        BY MS. CARRION:
12     Q.   Good afternoon.  Could you please state your
13 full name and last name and spell it for the court
14 reporter?
15     A.   Sure.  Vikramaditya Bhide, V-I-K-R-A-M-A-D-I-
16 T-Y-A, B-H-I-D-E.
17     Q.   Perfect.  And have you ever used any other
18 names?
19     A.   Vik.
20     Q.   Okay.  And spelled the same way or any
21 different way?
22     A.   Spelled the same way.
23     Q.   Okay.  Do you have any other nicknames?
24     A.   Not really.
25     Q.   Okay.  And -- excuse me.  Can you tell us the
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   date of birth?

2       A.   XX-XX-XXXX.

3       Q.   Okay.  And how old are you right now?

4       A.   49.

5       Q.   Thank you.  And could you tell us your

6   address, city, and state?

7       A.   3211 West Swan, Unit 510, Tampa, 33609,

8   Florida.

9       Q.   Okay.  And could you tell us your work cell

10  phone number?

11      A.   (813) 363-4651.

12      Q.   And your personal cell phone number, please?

13      A.   (813) 504-3137.

14      Q.   Okay.  Now, you understand that you're under

15  oath and that means you're sworn to tell the truth?

16      A.   Yes.

17      Q.   And have you ever had your deposition taken in

18  the past?

19      A.   Yes.

20      Q.   Okay.  Can you walk me through when you've had

21  your deposition taken?

22      A.   I think it was last year.  It was related to a

23  traffic incident.

24      Q.   Okay.  A traffic incident that you were a part

25  of?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1      A.   No.

2      Q.   Okay.  What traffic incident?  What was it in

3  relation to?

4      A.    It was a traffic crash that two different

5  parties were part of, and one of the parties were suing

6  the city.

7      Q.   Okay.  And you had your deposition taken

8  there?

9      A.   Correct.

10      Q.   Okay.  Do you know -- do you know the name of

11  that matter?

12      A.   No.

13      Q.   Okay.  And have you had your deposition taken

14  before then?

15      A.   Yes.

16      Q.   Okay.  And what time?

17      A.   Can't recall exact but I worked in the traffic

18  management center.  So it was, usually, traffic related.

19      Q.   Okay.  For the City of Tampa?

20      A.   Yes.

21      Q.   Okay.  And do you recall how long ago this

22  was?

23      A.   I don't.

24      Q.   Okay.  Was this less than five years or more

25  than five years ago?



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

```
 1        A.   Probably, less than.  No, more than five

 2   years. I've been in this position almost by itself.

 3        Q.   Okay.  And have you had any other depositions

 4   taken?

 5        A.   Probably, traffic related, more than five

 6   years ago, so yeah.

 7        Q.   Okay.  And this would be the third deposition

 8   that you've done?

 9        A.   Yes.

10        Q.   Okay.  And this one would be the fourth one?

11   Excuse me.

12        A.   I don't recall exactly.  It might be the

13   fourth, yes.

14        Q.   Okay.  Have you ever had any depositions taken

15   on any matters where you were personally involved in?

16        A.   No.

17        Q.   Have you ever been involved in any lawsuit

18   yourself?

19        A.   No.

20        Q.   Please be aware, I have the right to ask you

21   any questions in this matter.  All that I ask is that

22   if, for some reason, my questions are confusing or you

23   need me to restate, that you'll please ask me to do so,

24   okay?

25        A.   Yes.
```

**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Jessica Bhagwandat 09-07-2024

```
 1        Q.   Thank you.  And throughout this deposition,

 2   the counsel for the City of Tampa may object.  That

 3   doesn't mean that you do not answer the question.  What

 4   it means is that you should answer the question unless

 5   you're, specifically, advised not to answer the

 6   question, okay?

 7        A.   Sure.

 8        Q.   Now, do you understand what this case is

 9   about?

10        A.   Yes.

11        Q.   Okay.  Can you tell me?

12        A.   So this case is about a lawsuit filed by

13   Scarlett and a representative against the City of Tampa

14   for discrimination.

15        Q.   Okay.  And what do you mean by discrimination?

16        A.   I'm not entirely familiar.

17        Q.   Okay.

18        A.   Yeah.

19        Q.   And so has anybody explained to you why you're

20   here today?

21        A.   Yes.

22        Q.   Okay.  Besides speaking to the state's

23   counsel, who has explained to you why you're here today?

24        A.   Mainly, the counsel.

25        Q.   Okay.  Have you spoken with anybody else
```

**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

33e964 Bnude v1x 05-07-2024 Page 96

1  besides Counsel about your deposition today?

2       A.   HR, yeah.

3       Q.   Okay.

4       A.   Rebecca.

5       Q.   And did you speak with her with counsel or

6  without counsel?

7       A.   With counsel.

8       Q.   Have you spoken to her about this deposition

9  without counsel?

10      A.   No.

11      Q.   Okay.  And besides Rebecca from Human

12  Resources, have you spoken with anybody else about

13  taking the deposition today?

14      A.   No.

15      Q.   Have you spoken with Ms. Duncan in regards to

16  taking your deposition today?

17      A.   Yes.  She's aware I have a deposition today.

18      Q.   Okay.  When did you speak with her?

19      A.   I want to say last week, maybe.

20      Q.   Okay.

21      A.   Yeah.

22      Q.   And was this an in-person meeting or over the

23  telephone?

24      A.   In person.

25      Q.   Okay.  And what did she say?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

33e504  BRudeViit 04-07-2024   Page 11

```
 1        A.    She asked when my deposition was, and I said

 2   it's on Wednesday.

 3        Q.    Okay.  Did she ask anything else?

 4        A.    No.

 5        Q.    Did she ask you to say something?

 6        A.    No.

 7        Q.    Did she ask you not to say something?

 8        A.    No.

 9        Q.    Did she -- why would she ask you when your

10   deposition was?

11        A.    Because I think there are a bunch of

12   depositions scheduled, so --

13        Q.    Yeah.  Did she ever --

14        A.    I was expecting them, yeah.

15        Q.    Okay.  Did you put the deposition on your

16   calendar?

17        A.    Yes.

18        Q.    Okay.  Is she -- does she have access to your

19   calendar?

20        A.    Yes.

21        Q.    Okay.  Who else did you speak to about this

22   deposition today?

23        A.    No one.

24        Q.    Did you speak with Bertha Mitchell in regards

25   to this deposition today?
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1     A.   No.

2     Q.   Was she involved in the conversation with Ms.

3  Duncan in regards to the deposition today?

4     A.   No.

5     Q.   Did you speak with any of your subordinates in

6  regards to the deposition today?

7     A.   No.

8     Q.   You didn't tell your subordinates that you'd

9  be out for a deposition today?

10     A.   No.

11     Q.   Okay.

12     A.   Well, I said I'd be out for a deposition to my

13  executive aide but not regarding what in details.

14     Q.   Okay.  And who's your executive aide?

15     A.   Tiara McCury.

16     Q.   Okay.  Have you spoken about this matter with

17  anybody about this --

18          MR. BENTLEY:  Object to the form of the

19     question.

20          BY MS. CARRION:

21     Q.   -- case, specifically?

22     A.   My wife.

23     Q.   Okay.  Besides your wife, have you spoken to

24  anybody else about this case?

25     A.   No.


**MILESTONE | REPORTING  COMPANY**
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

536564  Blmade Vick 03-07-2024  Page 36

```
 1        Q.   Have you spoken to Ms. Duncan in regards to

 2   this case?

 3        A.   I don't recall, specifically, but likely, yes.

 4        Q.   Okay.  And what do you think the topics

 5   would've been in regards to the conversation of this

 6   case?

 7        A.   I don't recall specifically but it was just

 8   about the deposition and when it might have been, so.

 9        Q.   Did you ever speak with Ms. Duncan about the

10   fact that Ms. Lopez filed a suit against the city?

11        A.   I was aware, yes.

12        Q.   You were aware that Ms. Lopez filed the

13   suit --

14        A.   Correct.

15        Q.   -- or you were aware that you spoke with Ms.

16   Duncan?

17        A.   I don't recall a specific conversation, but I

18   was aware that there -- there was a lawsuit, yes.

19        Q.   Okay.  And do you recall whether you had a

20   conversation with Ms. Duncan in regards to Ms. Lopez

21   filing a suit against the city?

22        A.   I don't recall specifically.

23        Q.   Okay.  Is it your testimony today that you

24   don't recall whether you spoke with Ms. Duncan in

25   regards to the case of Ms. Lopez or is it your testimony
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   that it did not happen?

2           MR. BENTLEY:  Object to the form.

3           MS. CARRION:  I know.

4            BY MS. CARRION:

5       Q.   Please go ahead.

6       A.   It's my testimony that I don't recall specific

7   conversations.

8       Q.   Okay.  But you do remember talking to her

9   about the case?

10      A.   I would have, yes, but I don't recall a

11  specific conversations.

12      Q.   And why would -- have you spoken to her about

13  the case?

14      A.   It might have been because it was notified to

15  me that there was a lawsuit, and it would have come up

16  in conversation.

17      Q.   Okay.  And who notified you that there was a

18  lawsuit?

19      A.   I don't recall specifically but it could have

20  been HR.  It could have been Jean, one of the -- Ms.

21  Duncan.

22      Q.   Okay.  Are you notified anytime there's a

23  lawsuit?

24      A.   If it pertains to someone that was in my

25  department or if it pertains to me, then, yes.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

330504  Bilodeau  09-07-2024  Page 15

1       Q.   Okay.  Are there any other lawsuits pending

2  from someone in your department?

3       A.   Yes.

4       Q.   Who?

5       A.   I don't know if it's a pending lawsuit or not

6  but there was a legal action by Danni Jorgenson, who was

7  a former manager.

8       Q.   Okay.  Any others that you're aware of?

9       A.   Yes.  There was one that came in by mail

10  yesterday for a parking employee.  Didn't involve me but

11  yeah, I haven't read the details on it.

12       Q.   And when you say it came by mail, what do you

13  mean by that?

14       A.   It came from the state of Florida Department

15  of Human Relations or something like that, and it

16  usually goes to the Legal Department, those kind of --

17  so I haven't had a chance to read it in detail or any

18  such thing, but it was a letter that came to me.

19       Q.   Okay.  And who made you -- oh, did you

20  personally receive this letter?

21       A.   Yes.

22       Q.   Okay.  So it didn't go to Legal, it went to

23  you?

24       A.   No, it was directed at me.  Yep.

25       Q.   Okay.  And are you aware of any other suit

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

536504  Bhide Vik 03-07-2024    Page 96

```
 1   that you've been made aware of in regards to your

 2   department or you personally?

 3       A.   Me personally?  No.  The department?  I'm

 4   sure. We have a large department, over 360 people, so --

 5       Q.   Okay.  Any other cases that you're aware of

 6   over the last three years?

 7       A.   At this time, I don't recall anything

 8   specific.

 9       Q.   Okay.  Whenever you receive notice that

10   there's an impeding case against the city, who do you

11   normally speak to about it?

12       A.   HR, typically, Rebecca.

13       Q.   Okay.  Anybody else?

14       A.   Could be the -- what's -- Ms. Andrews.

15       Q.   If you can't answer the question --

16       A.   Oh, sorry, sorry.

17       Q.   -- that's okay.

18       A.   Ms. Anderson --

19       Q.   Don't worry.  She'll get her turn tomorrow.

20       A.   I'm sure.  So Ms. Anderson, who's our HR rep,

21   basically.

22       Q.   Who's Ms. Anderson?

23       A.   She works with HR, and she's assigned to

24   mobility.

25       Q.   Okay.  And what do you recall her per -- full
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  name?

 2        A.   I don't.

 3        Q.   It's okay.  And why would you speak with Ms.

 4  Duncan in regards to Ms. Lopez's case when you would

 5  only speak to HR whenever there's impeding litigation

 6  against the department?

 7        A.   It would've been because someone brought it

 8  up, not because I initiated it.

 9        Q.   Okay.  And so Ms. Duncan would've had to

10  initiate the conversation in order for you to speak with

11  her about the lawsuit?

12        A.   Correct.

13        Q.   Okay.  And so it's your testimony today that

14  you spoke to Ms. Duncan about the complaint that Ms.

15  Lopez filed against the city because she started the

16  conversation with you?

17        MR. BENTLEY:  Object to the form of the

18     question.

19        THE WITNESS:  I don't recall a specific

20     conversation but it's likely that that would've

21     happened.  Yes.

22           BY MS. CARRION:

23        Q.   Okay.  And you don't recall, as you sit here

24  today, anything in regards to the conversation that Ms.

25  Duncan and you would've had in regards to Ms. Lopez's
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   pending suit?

 2        A.   Correct.

 3        Q.   Okay.  Can you tell me exactly, what did you

 4   do to prepare for today's deposition?

 5        A.   We had a couple of meetings with Counsel to --

 6        Q.   Yeah.  And you don't have to --

 7             MR. BENTLEY:  And don't go into what we talked

 8        about.

 9             THE WITNESS:  Yeah.

10             MR. BENTLEY:  But she -- she's fair game to ask

11        some questions.

12             THE WITNESS:  Sure.

13             MR. BENTLEY:  I'll just make sure to --

14             THE WITNESS:  Sure.

15             MR. BENTLEY:  I'll tell you not to, if it --

16             THE WITNESS:  Sure.

17             MR. BENTLEY:  -- doesn't matter, okay?

18             THE WITNESS:  Sure.  So I had a couple of

19        meetings with Counsel, so Chris --

20             BY MS. CARRION:

21        Q.   Okay.  And you don't have to tell me the scope

22   of those meetings.

23        A.   Sure.

24        Q.   Besides meeting with Counsel, did you meet

25   with anybody else?
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

536964  Bridew12   04-07-2021

```
 1        A.   No.

 2        Q.   Okay.  Did you review any documents in order

 3   to prepare for today's deposition?

 4        A.   No.

 5        Q.   You didn't review any e-mails?

 6        A.   No.

 7        Q.   You didn't review anything in regards to Ms.

 8   Lopez?

 9        A.   I did but not for this deposition.  It

10   would've been some time back.

11        Q.   Okay.  And what do you mean by some time back?

12        A.   When I was made aware of the suit.  So I think

13   there were a bunch of documents.

14        Q.   Okay.  What just, specifically, do you recall

15   looking at?

16        A.   The complaint.  I remember reviewing --

17   mainly, skimming the complaint.

18        Q.   Yeah.  Did Ms. Duncan share with you the

19   complaint?

20        A.   Yes.

21        Q.   Okay.  Did she have any highlights on the

22   complaint?

23        A.   No.

24        Q.   Did she make any specific remarks in regards

25   to any of the content of the complaint?
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

336504 Bhide VIP 03-07-2024                                    Page 90

```
 1       A.   No.

 2       Q.   So you just had this conversation with Ms.

 3  Duncan, which you don't recall any context of, and she

 4  just handed you the complaint?

 5       A.   She forwarded an e-mail.

 6       Q.   Oh, she forwarded --

 7       A.   Yeah, yeah.

 8       Q.   -- the complaint in an e-mail?  Okay.  Did she

 9  say anything on that e-mail?

10       A.   FYI.

11       Q.   Is it normal for her to forward things to you

12  and say FYI?

13       A.   Yes.

14       Q.   Okay.  And usually, when she forwards things

15  and says FYI, it's just for you to look at; is that

16  correct?

17       A.   Yes.

18       Q.   Okay.  Have you been asked to sign or write

19  any statement in regards to Ms. Lopez's matter?

20       A.   No.

21       Q.   Have you been asked to sign or write any

22  statement in regards to Ms. Lopez's termination?

23       A.   No.

24       Q.   Have you been asked to sign or write anything

25  in relation to Ms. Lopez?
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.   I don't recall.  Sign?  No, so --

2      Q.   Okay.  But have you written anything in

3  relation to Ms. Lopez's pending lawsuit?

4      A.   No.

5      Q.   Okay.  Have you written anything in relation

6  to what you related was Ms. Lopez's lawsuit of

7  discrimination?

8      A.   Could you repeat that question?

9      Q.   Yes.  Sorry.  Thank you.  After she filed for

10  the complaint and you received the complaint, were you

11  requested to write anything in relation to the matter?

12      A.   No.

13      Q.   Okay.  Prior to receiving the complaint, did

14  you ever write anything in relation to what happened

15  with Ms. Lopez?

16      A.   I don't recall.

17      Q.   Okay.  And if you would've had a writing done

18  in regards to Ms. Lopez's matter, would this have been

19  something that you normally type on the computer or you

20  write out notes and take out --

21      A.   Typically, type out, but I don't recall ever

22  typing anything related to HR or lawsuits.

23      Q.   Is it your testimony today that you don't

24  recall or that you actually did not do it?

25      A.   That I don't recall.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

```
 1        Q.   Okay.  Now, I know you've been with the city

 2   for a long time, so bear with me.  How long have you

 3   been working for the city?

 4        A.   Since 2013, August.

 5        Q.   Okay.  And at the time you were hired with the

 6   city, what was your position?

 7        A.   It was senior design engineer.

 8        Q.   For what department?

 9        A.   Mobility.  It was called Transportation and

10   Storm Water Services.

11        Q.   Okay.  And who did you report to at the time?

12        A.   Mike Scanlon.

13        Q.   Mike?

14        A.   Scanlon.

15        Q.   Scanlon?  Is he still employed?

16        A.   He's not.  He retired.

17        Q.   Okay.  And how long were you in that position

18   for?

19        A.   I don't recall specifically but maybe, like, a

20   year and a half.  And then I -- and then Mike Scanlon

21   retired, and I took his position.

22        Q.   Okay.  When you say took his position, what do

23   you mean by that?

24        A.   I applied for it, interviewed for it, and was

25   selected for it.
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        Q.   Do you know whether this posting was posted
 2   internally and externally?
 3        A.   I don't recall.
 4        Q.   Do you recall having any conversations with
 5   Mike in regards to you taking that position prior to him
 6   retiring?
 7        A.   I don't recall any conversations, no.
 8        Q.   Okay.  Was Mike pretty pleased with your work?
 9        A.   Yes.
10        Q.   Okay.  And at any point, did he speak to you
11   about retiring?
12        A.   Yes.
13        Q.   Okay.  And at any point, did he relate to you
14   that he thought you may be a good applicant?
15        A.   He may have.  I don't recall specifically.
16        Q.   At any times, did he make any complimentary
17   comment in regards to your performance?
18        A.   I don't recall.  Mike was a salty-ish guy, but
19   I think he was pretty happy with my performance.
20        Q.   Okay.  But he never said it?
21        A.   I don't recall.
22        Q.   Okay.  And then after this position, what was
23   your next position?
24        A.   After Mike's position?
25        Q.   Yeah.  Well --
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

```
 1        A.    Which is engineer IV.  Yeah.

 2        Q.    Sorry.

 3        A.    Engineer IV.

 4        Q.    This position was engineer IV?

 5        A.    Correct.

 6        Q.    Okay.  And how long were you in that position

 7   for?

 8        A.    For about four, four and a half years.

 9        Q.    And who did you report to?

10        A.    So initially, I reported to Pete Brett, and

11   then I reported to Jean Duncan.

12        Q.    Okay.  And this was also under the

13   Transportation Mobility team?

14        A.    Yes.

15        Q.    When did Pete leave the position?

16        A.    I don't recall specifically, no.

17        Q.    Okay.  And so do you recall -- you said you

18   were there for four to four and a half years?

19        A.    Correct.

20        Q.    Do you recall whether it was at the beginning

21   of those four to four and a half years when Ms.

22   Duncan --

23        A.    At the beginning.

24        Q.    -- took over that position or at the end of

25   those four --
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

```
 1        A.    Well, Ms. Duncan was always in the position

 2   that she was in --

 3        Q.    Oh, okay.

 4        A.    -- which was the director of the department at

 5   the time.

 6        Q.    Okay.

 7        A.    So it was just -- the org chart was such that

 8   I reported to Pete first and then Jean.

 9        Q.    Okay.  So --

10        A.    Yeah.

11        Q.    -- is Pete still employed?

12        A.    He's not.

13        Q.    And when were you redirected to report to

14   Jean?

15        A.    When the division was restructured or when

16   that team was restructured, and it became its own

17   division. So earlier, it was part of a broader division

18   separately.

19        Q.    Okay.

20        A.    And then it became its own division.  And

21   that's when I reported to Jean.

22        Q.    And do you recall when -- around what year

23   that may have happened?

24        A.    I -- I don't.

25        Q.    Okay.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1    A.   I'd say seven or eight years back.  Nine years

2  back, something like that.  Yeah.

3    Q.   That's okay.  And then after engineer IV, what

4  position did you go to next?

5    A.   Smart Mobility manager.

6    Q.   Was the Smart Mobility manager under the

7  Transportation Mobility as well?

8    A.   Yes.

9    Q.   Was it its own division?

10    A.   Correct.  At that time, it became its own

11  division.

12    Q.   Okay.  And when did you become the Smart

13  Mobility manager?

14    A.   I don't recall exactly.  It was --

15    Q.   Okay.

16    A.   -- a few years after I joined the city.

17    Q.   So you said you were engineer IV for about

18  four to four and a half years from 2013?

19    A.   I -- I think it was four, four and a half

20  years since I joined the city that I was design engineer

21  for a year and a half to two and then engineer IV.  And

22  then when it became a division, I became -- I was

23  promoted to manager because all divisions have managers.

24    Q.   Okay.  Would Jean Duncan have promoted you?

25    A.   Yes.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   And how did she promote you?

2    A.   Well, she --

3    Q.   Let me rephrase.

4    A.   She --

5    Q.   Did you have any discussions with her in

6    regards to the promotion?

7    A.   Yes.

8    Q.   Okay.  Did you have any discussions in regards

9    to how you've excelled in your performance and she

10   thought that you would be a good fit for the Smart

11   Mobility manager position?

12   A.   Not exactly the way you put it, but the

13   conversation would likely have been that she wanted to

14   create a division out of the Smart -- what -- what is

15   now the Smart Mobility team.  And the reason was because

16   it had both an engineering and an operations component,

17   so the signal shop, as well as the traffic management

18   center.  And that qualified large enough team to be a

19   division because its function was so different than

20   others.

21   Q.   Did your duties change when you were promoted

22   to the Smart Mobility manager?

23   A.   Yes.

24   Q.   Did you have more employees that reported to

25   you at that time?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1        A.    Correct.  Yes.

 2        Q.    More duties?

 3        A.    Yes.

 4        Q.    Okay.  Do you know whether they interviewed

 5   any other applicants for the Smart Mobility manager

 6   position?

 7        A.    I don't recall but the director has the

 8   ability to appoint managers.

 9        Q.    Tell me about that.  How do you know that?

10        A.    Well, that's just city policy, where a manager

11   is a position that works at the pleasure of the mayor,

12   and it can be appointed by a director should the mayor

13   be in agreement.

14        Q.    And so in order for you to obtain this

15   promotion, the mayor would've had to approve it?

16        A.    Correct.

17        Q.    Have you ever met the mayor?

18        A.    Yes.

19        Q.    Okay.  And when you were promoted to smart --

20        A.    Mobility manager.

21        Q.    -- mobility manager, did you meet with her?

22        A.    Him.

23        Q.    Oh, him?

24        A.    Yes, ma'am.

25        Q.    Mayor Buckhorn --
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1      A.    Buckhorn.

 2      Q.    -- at this time?

 3      A.    Yep.

 4      Q.    Okay.  And so that would've been about how

 5 many years ago?

 6      A.    Seven-ish years ago.  Not -- I'm not sure.

 7      Q.    Did he congratulate you for getting a

 8 promotion?

 9      A.    No, because we didn't meet, specifically,

10 about the promotion but he was aware, clearly.

11      Q.    Okay.

12      A.    Yeah.

13      Q.    Okay.  And then how long were you in that

14 position for?

15      A.    Until February of 2020 when I was promoted to

16 my current position.

17      Q.    Okay.  And what position is that?

18      A.    Director of the Mobility Department.

19      Q.    And who do you report to?

20      A.    Jean Duncan.

21      Q.    And she is the director -- can you remind me

22 her title?

23      A.    She's the administrator of Infrastructure and

24 Mobility.

25      Q.    Okay.  Help me understand.  As director of

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   Mobility Department, what are some of your duties?
 2       A.   So the Mobility Department does storm water,
 3   streets, and parking.  And it's -- has five divisions, a
 4   manager for each of the divisions that oversees
 5   different functions.  The divisions are Storm Water
 6   Engineering, Transportation Engineering, Smart Mobility,
 7   Operations, and Parking.
 8       Q.   Bear with me.  I've got Transportation and
 9   Smart Operations, Parking.  What was the first one that
10   you mentioned?
11       A.   So Stormwater --
12       Q.   Stormwater.
13       A.   -- Engineering.
14       Q.   Thank you.
15       A.   Transportation Engineering, Smart Mobility,
16   Operations Division, and Parking Division.
17       Q.   Okay.  And since February 2020, when you were
18   promoted to the director of the Mobility Department, you
19   still are -- have remained in that position?
20       A.   Correct.
21       Q.   Okay.  And you report directly to Ms.
22   Duncan --
23       A.   Correct.
24       Q.   Right?  Okay.  Do you receive annual reviews
25   every year?
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Case 8:23-cv-02548-KKM-LSG    Document 49-7    Filed 01/17/25    Page 31 of 228 PageID
336764  Bhide v. City of 09/07-2024   Page 31
1130

1      A.   Yes.

2      Q.   Does Ms. Duncan fill out the annual reviews

3  every year?

4      A.   Yes.

5      Q.   Can you give me an overview of the employees

6  that report directly to you right now?

7      A.   Yes.  So it's the five managers.  There's a

8  director of Transportation Services, Brandon Campbell,

9  my executive aide, Tiara McCury, and -- do I have any

10  other direct reports?  I think that's it.

11      Q.   What about, is there a manager for the

12  Smart --

13      A.   Yes.  Smart Mobility.

14      Q.   Do they report to you?

15      A.   Yes.

16      Q.   And who's that?

17      A.   No, actually, she does not.

18      Q.   Who does she report to?

19      A.   She reports to Brandon Campbell, who's the

20  director of Transportation Services.

21      Q.   And what about Operations, the manager for

22  Operations?

23      A.   Bryan Rodger reports to me.

24      Q.   And what about Parking?

25      A.   Fed Revolte.  He reports to me.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              MR. BENTLEY:  I'm sorry, what's his last name?

 2              THE WITNESS:  Revolte.

 3              MR. BENTLEY:  Revolte.

 4              THE WITNESS:  R-E-V-O-L-T-E.

 5              MR. BENTLEY:  Got it.

 6               BY MS. CARRION:

 7      Q.   And Stormwater?

 8      A.   Yuan Li.  She reports to me.

 9      Q.   Okay.  So we've got, reporting to you, Tiara

10  McCury, Brandon Campbell, Bryan Rodger, Fed Revolte, and

11  Yuan Li.

12      A.   Yep.  Exactly.

13      Q.   Anybody else that directly reports to you?

14      A.   No.

15      Q.   Okay.

16      A.   Oh -- yeah, no, you said Tiara.

17      Q.   Yeah, your executive assistant.  As -- from

18  a --

19      A.   Yes.  Sorry.

20      Q.   No.

21      A.   Josh Cascio, C-A-S-C-I-O.  He's our PIO.  Lots

22  of acronyms.

23      Q.   TIO?

24      A.   PIO.

25      Q.   PIO?
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.    Public information officer.

 2        Q.    Help me understand.  Why does he report to

 3   you?

 4        A.    So he does communications for the city, works

 5   with the city's communications director but is a

 6   department resource and he helps with organizing media

 7   interviews, communicating out traffic advisories,

 8   communicating out, you know, like, if we have storms at

 9   all, messaging the neighborhoods and stuff like that.

10        Q.    Okay.  Perfect.  And how long has Tiara McCury

11   been with you?

12        A.    Less than a year.

13        Q.    Did you have --

14        A.    She started last October.

15        Q.    Did you have a personal executive assistant

16   prior to that?

17        A.    Yes.  Sharon Lewis.

18        Q.    Is Sharon Lewis still employed with the City

19   of Tampa?

20        A.    Yes.

21        Q.    Where is she employed now?

22        A.    She's in the Operations Division.

23        Q.    What is her position?

24        A.    She's one of the customer service team

25   members.
```



**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          Q.    When did she become demoted from personal

2     executive assistant to customer service member?

3               MR. BENTLEY:   Object to the form of the

4          question.

5               THE WITNESS:   Last year.

6               BY MS. CARRION:

7          Q.    Why was she demoted?

8          A.    For performance reasons.

9          Q.    Who made the decision in regards to her

10    demotion?

11         A.    I did.

12         Q.    And what were some of her performance

13    failures?

14         A.    So there were three specific ones, and I

15    shared that with her as well over time.  It was -- so

16    with executive assistants, I kind of monitored three C's

17    that are important to me, calendar, commitments, and

18    counsel. And over a period of a year, all three had, had

19    some concerns.  And it was over several conversations

20    over that year that, you know, it got to a point where

21    the performance just wasn't there and so needed better

22    support.

23         Q.    Okay.  And Tiara McCury was hired last

24    October.

25         A.    Correct.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

336984 Bhide VI · 06-07-2024

```
1        Q.   When did you make Sharon Lewis aware that she
2   would be demoted to the customer service position?
3        A.   I don't recall specifically but it may have
4   been June-ish.
5        Q.   And at the time that you told her that she
6   would have been demoted to that position, had you
7   already filled out her annual report?
8        A.   I don't recall.  And she wasn't being demoted
9   to a position because she was in a classified role.
10        Q.   Okay.
11        A.   Yeah.
12        Q.   Explain that to me.
13        A.   So a classified position -- or an unclassified
14   rather.  Sorry.  Unclassified position, my understanding
15   is, does not have the same personnel rules as maybe a
16   union member position or some other positions.  So an
17   unclassified position can be terminated for no cause or
18   any cause at any time.
19        Q.   Okay.  But she was in a classified position?
20   Is that what you said?
21        A.   Unclassified.
22        Q.   She was in an unclassified position?
23        A.   Yeah, yeah.  She was an executive assistant,
24   which is unclassified.
25        Q.   And so she was not terminated, she was
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1   demoted?

2         MR. BENTLEY:  Object to the form of the

3      question.

4         THE WITNESS:  She wasn't demoted.  What

5      happened was I had decided to terminate her for

6      performance and there was a position available

7      within Customer Service that she was open to apply

8      for, which she did, and she got it.

9         BY MS. CARRION:

10     Q.   Do you think she'd be able to do the duties of

11  the customer service position?

12     A.   She's doing very well.

13     Q.   Okay.  And who does she report to in the

14  customer service position?

15     A.   Currently, her supervisor position is

16  temporarily assigned as the full team supervisor.  So

17  she's reporting to Sarah Franklin.

18     Q.   And what department is this in?

19     A.   Mobility.

20     Q.   Okay.  So she's still within the Mobility

21  Department.

22     A.   Yes.

23     Q.   She -- you wanted to terminate her and then

24  she applied for the customer service --

25     A.   Correct.



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

536564  Bhadauria 05-07-2024

1      Q.   -- team member position?  Okay.  And she had

2   to interview for that position?

3      A.   Yes.

4      Q.   Do you know who she interviewed with?

5      A.   I don't.

6      Q.   Did you put in a good word for her because you

7   thought she would do a good job in there?

8      A.   No, no.

9      Q.   Were you hoping that she'd succeed at this

10  position?

11     A.   Yes.  I really liked her.  She did well but

12  the performance wasn't there.

13     Q.   I understand.  And how long was she with you?

14     A.   Since -- I -- well, no, not since I got into

15  this position.  So it would've been a couple of years, I

16  want to say, two and a half, three years, something like

17  that.  Through the pandemic, she was working with me.

18     Q.   Okay.

19     A.   So at least, three years.

20     Q.   Okay.  And at the time that she was doing

21  that, if she would've been two or three years with you,

22  you would've done two or three performance reviews for

23  her?

24     A.   Yes.

25     Q.   Okay.  And at any time, did you put anything

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Case 8:23-cv-02548-KKM-LSG   Document 49-7   Filed 01/17/25   Page 38 of 228 PageID
1137
336364  Bl...e  v...n  09-07-2024

1  in your performance reviews in regards to her failure

2  with the three C's, calendaring, commitment or

3  counseling?

4      A.   Yes.

5      Q.   And you documented that in --

6      A.   Yes.

7      Q.   -- the performance review?

8      A.   Yes.

9      Q.   Okay.  And then --

10     A.   I identified it as an area of improvement.

11     Q.   Okay.  And when you identified it as an area

12  of improvement, did you, at any point during the two or

13  three years that she was with you, score her anything

14  lower than a three on a specific area?

15     A.   I don't recall.

16     Q.   Are you aware that if you score somebody less

17  than a certain amount, once their average is taken, they

18  don't receive a merit increase?

19     A.   Yes.

20     Q.   Do you know whether she received a merit

21  increase each year?

22     A.   I don't recall but she would've maxed out in

23  her position because she's been with the city for over

24  40 years.

25     Q.   Did Ms. Lewis, at any point, ask for any


MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  accommodations to work from home?

2      A.   Yes.

3      Q.   When did she ask for an accommodation to work

4  from home?

5      A.   There were medical reasons and there were

6  reasons related to her newborn grandchild.

7      Q.   Okay.

8      A.   And this was, you know, the pandemic.  So on

9  -- on a semi-regular basis, she would work from home.

10     Q.   Did she have an approved accommodation as a

11 result of these conditions to work from home?

12     A.   Could you repeat that question?

13     Q.   Yeah.  Did she have an approved -- did you

14 approve for her to work from home?

15     A.   Yes, I did.  Yeah.

16     Q.   Okay.  And --

17     A.   And we didn't have a clear policy, telework

18 policy at the time.

19     Q.   At the time that she obtained the customer

20 manager role, back in June of '22, did she still have

21 the accommodation to work from home every now and again?

22     A.   Yes.  She currently does work partially from

23 home.  In fact, that team -- and she's not a manager.

24 It's a customer service role.  She -- her entire team

25 was the first team within the city to be approved under

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1  the new telework policy.

2     Q.   Was she approved under the new telework policy

3  or was she approved because she had a medical condition

4  and had a grandchild?

5     A.   In her current role, it was because of the

6  telework policy.

7     Q.   And in the role when she reported to you?

8     A.   That was at my discretion.

9     Q.   And did you approve for her to work from home?

10     A.   Yes.

11     Q.   Do you think working from home affected her

12  ability to perform her job while she was reporting to

13  you?

14     A.   No.

15     Q.   Well, you testified earlier that she wasn't

16  able to meet the three C's.

17     A.   Correct.

18        MR. BENTLEY:  Object to the form of the

19     question.

20        THE WITNESS:  It wasn't because she was working

21     from home.  This was from day one that we were

22     working together.

23        BY MS. CARRION:

24     Q.   What was from day one?

25     A.   The performance concerns relative to council,



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    commitments, and calendar.

2        Q.   So over the two to three years that she worked

3    with you, from the first time that she began working

4    with you over those two to three years, she already had

5    performance deficiencies?

6        A.   Yeah.

7        Q.   And you noted those in her performance review?

8        A.   Yes.

9        Q.   And they were not improving?

10       A.   They weren't.  No.

11       Q.   And you -- but you gave her two or three years

12   before you made the decision that she needed to be

13   terminated?

14       A.   Correct.

15       Q.   How often did she work from home while she

16   reported to you during the week, you would say?  One

17   day, two days?

18       A.   One day, I think.  It was Tuesdays or

19   something like that.

20       Q.   Were there any deficiencies from her while she

21   worked from home?

22       A.   No.

23       Q.   So where did the deficiencies come from, your

24   three C's?

25       A.   Yeah.  So with calendar, the -- there was a



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  constant issue of double booking, and then I would find

2  myself apologizing to some party or the other that, you

3  know, was double booked.  With council, we had

4  established -- initially, there was no protocol, but

5  when I saw there was an issue, we had established an

6  understanding that every Monday morning off a council

7  week, so we have council meetings every other week, that

8  I would like some documentation on what our council

9  items are because mobility always has council items, and

10  a briefing on what those items were about.  And on a

11  very regular basis, it wasn't happening.

12         And the reason I needed them on Monday is

13  because Monday, Tuesday, and Wednesday, we brief council

14  members, discuss those items before the meeting so that

15  we're better prepared.

16     Q.   And she was aware that you were concerned with

17  these deficiencies?

18     A.   Yes.

19     Q.   Okay.  And did you send her e-mails

20  oftentimes, letting her know?

21     A.   I don't recall.  So the way I work with

22  executive aides is just pop in and have conversations.

23  Her office was right across from mine as -- and Tiara's

24  in the same office.

25     Q.   But you did note it in the performance review?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

33e904 Bhide.txt 09-07-2024

```
 1        A.   Yes.

 2        Q.   Okay.  But you never had a formal meeting with

 3   her and HR prior to terminating her?

 4        A.   I had informed and consulted with HR that here

 5   was my concern and here's -- and it was after I'd

 6   decided that I was going to terminate her.

 7        Q.   So you came to a conclusion that you were

 8   going to terminate her, and once you came to that

 9   conclusion, that's when you consulted with HR.

10        A.   Correct.  That was the best way to kind of go

11   about this.

12        Q.   Is that the common procedure oftentimes?

13   Like, as a director in your role, you would make the

14   decision and then ask HR?  Or oftentimes do you ask HR

15   for input prior to making the decision?

16             MR. BENTLEY:  Object to form.

17             THE WITNESS:  It's very uncommon, actually,

18        because it's only for classified position --

19        unclassified position and that's not a lot.  You

20        know, we don't have many unclassified positions.

21        Typically, there is a process before it goes to

22        termination, and that depends on whether it's an ATU

23        position or if it is a professional position, a

24        civil service position.

25             BY MS. CARRION:
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free **855-MYDEPOS**

```
 1        Q.    Okay.  Okay.  But there's no process in order

 2   to terminate an unclassified position that you're aware

 3   of?

 4        A.    There is no condition for the personnel.

 5        Q.    Okay.  What do mean by condition?

 6        A.    Meaning a unclassified employee can be

 7   terminated without cause.

 8        Q.    Okay.

 9        A.    So per the personnel manual, I wouldn't have

10   had to consult anyone, necessarily.

11        Q.    But you did consult HR?

12        A.    Yeah.

13        Q.    Okay.  Why?

14        A.    Because I cared about her.

15        Q.    Okay.

16        A.    Yeah.

17        Q.    Tell me about that.

18        A.    Well, she'd been with the city for over 40

19   years.  She'd done a good job otherwise, not in -- in

20   the role that she was in, and so I just wanted to make

21   sure that I was following all of the rules.

22        Q.    So you didn't want her terminated from the

23   city, you just didn't want her working as a personal

24   executive assistant because she was not doing her -- she

25   was not able to meet the requirements for a personal
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

530564  Bhade.VIR 03-07-2024

```
 1  assistant to you?
 2      A.   No.  I wanted her terminated from that
 3  position.
 4      Q.   Okay.
 5      A.   Yeah.
 6      Q.   You wanted her terminated from the position of
 7  personal executive assistant to you?
 8      A.   Correct.
 9      Q.   But you did not want her terminated from the
10  city?
11      A.   I would've been happy, and I am, if she had
12  applied for another position within the city.
13      Q.   But she did, right?  Because she has another
14  position.
15      A.   Yeah.  Yeah.
16      Q.   Okay.  So you were, like you said, happy to
17  see that she applied for another position within the
18  city?
19      A.   Yeah.  Yeah.
20      Q.   Okay.  Did HR relate to you that there were
21  some positions open that she may be able to apply to?
22      A.   No.
23      Q.   And when did Sharon make you aware that she
24  was going to be applying for this position?
25      A.   I don't recall.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**       **www.MILESTONEREPORTING.com**       **Toll Free 855-MYDEPOS**

336964  Bimas VIR 09-07-2024    Page 46

```
 1        Q.   And at the time when she was going through the
 2   interview process, did anybody reach out to you and ask
 3   you, hey, was Sharon doing a good job?  Is she -- do you
 4   think she's going to be the right fit?
 5        A.   I don't recall, but I did encourage her to
 6   apply for positions within the city.
 7        Q.   And right now, your personal executive
 8   assistant, Tiara McCury; is that correct?
 9        A.   Yes.
10        Q.   She started last October with you?
11        A.   Yes.
12        Q.   Okay.  Does she have any accommodations to be
13   able to work from home?
14        A.   If needed and as needed only, but not on a
15   regular basis.
16        Q.   Do --
17        A.   She reports every day.
18        Q.   Do you know whether she's married?
19        A.   Yes.
20        Q.   Do you know whether she has any children?
21        A.   Yes.
22        Q.   How many children does she have?
23        A.   Four.
24        Q.   Has she ever asked for any kind of a
25   discretionary accommodation as a result of her children?
```

**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

530704  BRIDGEMAN  04-07-2024

```
 1  For example, to work from home.
 2       A.   No.
 3       Q.   Have you had to do a performance review for
 4  Ms. McCury since she began?
 5       A.   No.
 6       Q.   When are performance reviews usually done?
 7       A.   For unclassified positions, annually.  And for
 8  civil service or ATU positions, there's a six-month
 9  probation period, and that's when the first performance
10  review is done, and then annually after that.
11       Q.   And usually, are performance reviews done
12  around the same time, maybe March through April?
13       A.   No, it depends on the hire date.
14       Q.   Okay.  So it -- so all performance reviews for
15  all employees that report to you vary --
16       A.   Correct.
17       Q.   -- just depending on their annual -- their --
18       A.   When they were hired.
19       Q.   -- their anniversary date?
20       A.   Yeah.
21       Q.   Okay.  Do you recall when Sharon's were done?
22       A.   I don't.
23       Q.   But she was with you for two to three years?
24       A.   Correct.
25       Q.   Okay.  And those two to three years, you
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

336364  Bhide VI  04-07-2021

```
 1   recall doing performance reviews?
 2        A.   Yes.
 3        Q.   Okay.  And how has Ms. McCury performed so
 4   far?
 5        A.   Stellar.  Excellent performance.
 6        Q.   Has she met the qualifications for your three
 7   C's?
 8        A.   Yes.
 9        Q.   Okay.
10        A.   That was our first conversation.
11        Q.   You walked her through the -- for the three
12   C's?
13        A.   Yep.
14        Q.   Okay.  And at the time that you hired her,
15   where did she come from?
16        A.   Illinois.  I think Champaign, Illinois.
17        Q.   And what was her position there?
18        A.   Very similar position with the school board.
19   Executive assistant.
20        Q.   Did you specifically interview people for this
21   position?
22        A.   Yes.
23        Q.   Okay.  About how many interviews did you do?
24        A.   Three.  But there were over 100 candidates
25   that the panel that reviewed them went through that
```

**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   process.
 2        Q.   And who were in the panel?
 3        A.   Bertha Mitchell, Jonie, and Adrie, Adrie
 4   Colina.  And Jonie Greco.
 5        Q.   Jonie Greco.  Thank you.  Okay.  And so they
 6   reviewed the over 100 candidates -- applicants, the over
 7   100 applicants?
 8        A.   Correct.
 9        Q.   And then did they make a recommendation of
10   their top to you or --
11        A.   Correct.  Yes.
12        Q.   Okay.
13        A.   So I think they went through either two steps
14   or one step of interviews to really bring it -- narrow
15   it down to three candidates.
16        Q.   And did they present to you those three
17   candidates?
18        A.   Correct.  They -- they sent four, and one of
19   them did not appear for the interview because that
20   candidate found another job.
21        Q.   Okay.  And you personally interviewed those
22   three candidates?
23        A.   Correct.
24        Q.   And you -- did you interview these candidates
25   over Zoom and/or in person?
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

53e564  Bhaduria 05-07-2024                                   Page 50

1    A.    Tiara was over Zoom, and the other two were in

2    person.  The other three were in person.  Sorry, I take

3    it all back.  There were five candidates.  One did not

4    show up for her interview.

5    Q.    Okay.  When you did these interviews, what

6    were some -- were any of the candidates that you

7    interviewed prior city employees?

8    A.    Yes, two -- two of them were.

9    Q.    What documents do you review prior to

10   interviewing?

11   A.    The application, so their resumes.

12   Q.    Anything else?

13   A.    No.

14   Q.    For the employees that were previously hired

15   for the city, did you review anything else besides their

16   resume?

17   A.    For this position?

18   Q.    For this position.  Thank you.

19   A.    No.  The application, which is more than the

20   resume, yeah.  And it's quite comprehensive.  It's got,

21   like, everything in there.

22   Q.    The one that comes through JobAps?

23   A.    Correct.

24   Q.    Thanks.  Does Tiara McCury do any work for

25   Jean Duncan?

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1      A.    No.

 2      Q.    What about Bertha Mitchell?

 3      A.    No.

 4      Q.    She just directly reports to you?

 5      A.    Yes.

 6      Q.    In the last three years, how many terminations

 7 have you done?

 8      A.    Have I done personally?

 9      Q.    Under your team and direction.

10      A.    Under -- under my team would be several.

11      Q.    Okay.

12      A.    Under direct reports, two.

13      Q.    Yeah, direct reports to you.

14      A.    Yeah.  Yeah.

15      Q.    Several?

16      A.    Two.

17      Q.    Two.  Who are the two?

18      A.    Sharon and Danni Jorgenson.  Sharon Lewis.

19      Q.    Sharon Lewis.  And Danni Jorgenson, what was

20 her title?

21      A.    Transportation engineering manager.

22      Q.    And when did you terminate her?

23      A.    Last June, I want to say.

24      Q.    Around the same time that you let Ms. Sharon

25 Lewis go?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.    No.  I think --

 2        Q.    Before?

 3        A.    -- Sharon Lewis was earlier, so it may not

 4   have been June.  It may have been, like, April or some

 5   -- some time then, but --

 6        Q.    Before --

 7        A.    Earlier in the year, yeah.  Before, yeah,

 8   before Ms. Jorgenson.

 9        Q.    So before June.

10        A.    Yeah.

11        Q.    Thank you.  Sorry, I didn't mean to talk over

12   you.

13        A.    It's all right.

14        Q.    I get a little conversational.  I apologize.

15   What was the reason for termination for Ms. Jorgenson?

16        A.    I can't speak to that because there was a

17   legal action associated with it.

18        Q.    Now, remember, unless Counsel specifically

19   tells you not to --

20             MR. BENTLEY:  Well, let me -- let me -- let me

21        interject real quick.  And maybe we should go off

22        the record.  Or maybe we'll stay on the record.  I'm

23        fine with staying on the record.

24             There is a legal matter right now with Danni

25        Jorgenson, as she has filed a charge of
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    discrimination, which from my understanding is still

2    pending before the EOC.  And so, if we're going to

3    go into some preliminary stuff, I'm fine with going

4    into, if you need to.  I don't see how it's relevant

5    by any means in this case. But if you -- and because

6    you guys made that similar objection to me when we

7    tried to talk about a little bit with Danni on the

8    record in the previous deposition, but -- so I'm

9    just -- I'm really cautious about how far to go on

10   that, Ms. Carrion, on where it's at because there's

11   a legal action on there and I don't want to go down

12   into the weeds on that.

13       I get that, right now, I don't have any --

14   like, a privilege thing that I can actually speak up

15   on right now, so I'm not, but I'd just caution you

16   on that because if I have to go in front of the

17   judge and explain that I'm shutting down on certain

18   parts of it, we will.  And we can pick that up, you

19   know, later down the road if we're not able to come

20   to an agreement, we can do so.  It's just -- it's --

21   it is weird because there is an act of legal matter

22   going on, and I think that's why Mr. Bhide is being

23   a little cautious about what he can say as the

24   course of this deposition.

25       MS. CARRION:  Okay.  Are you comfortable with



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    me asking questions, and then on those questions

2    where you feel like you ca- --

3        MR. BENTLEY:  I --

4        MS. CARRION:  Please let me finish, sir.

5        MR. BENTLEY:  Okay.

6        MS. CARRION:  In the questions where you may be

7    able to assert privilege, do so, and I won't

8    continue the line of questioning.  Or we can have an

9    agreement in regards to a certain line of

10   questioning potentially being privileged and then

11   agree that if those questions may be relevant to our

12   case, we can later hold a second deposition of Mr.

13   Bhide.

14       MR. BENTLEY:  I'm -- I can't answer your

15   question because I do not represent the City of

16   Tampa currently with regards to Danni Jorgenson, nor

17   do I know who is counsel for that record.  I do not

18   know what conversations Mr. Bhide has had with

19   whatever counsel is and -- on things.  So for me to

20   assert a privilege, I wouldn't be able to do that

21   other than rely on what Mr. Bhide says, that if he

22   was speaking to counsel that I obviously wasn't

23   present for.

24       So I'm allowed to go preliminary, but I think

25   in the in depth, though, if we need to pause that


MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    and reserve that and then have further conversation

2    because we -- having a conversation off the record

3    why you think such testimony may be relevant.  And

4    if we disagree, we have to go conduct motion

5    practice with Judge Mizelle, then maybe that's the

6    appropriate time.  And then we can be called back

7    for a second deposition on that limited ground.  I'm

8    happy to do that.

9         It's just a weird place for me, Ms. Carrion.  I

10   literally don't know what's going to be privileged

11   if I wasn't present or, you know, know what's being

12   discussed other than you asking him.

13        MS. CARRION:  So are you asking me as a

14   courtesy to not ask him those questions because

15   there's no privilege asserted?

16        MR. BENTLEY:  I'm saying unless he says he's

17   with counsel, I don't -- I can't speak -- I can't

18   say, no, no, stop talking, Mr. Bhide, because you

19   and I discussed that.  I don't know if he's had

20   other conversation, my point, with another legal

21   counsel that represents the city in whatever matter

22   is with Ms. Jorgenson.  I can't speak to that.  Does

23   that make sense?

24        MS. CARRION:  That makes sense.  And I can

25   reemphasize that you should not discuss or answer to



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

1    me any questions or commentary that you would've had

2    with any legal counsel that represents you or the

3    city, but I am allowed to ask --

4         MR. BENTLEY:  I understand that.

5         MS. CARRION:  -- surrounding it.

6         MR. BENTLEY:  And I understand that.  And I'm

7    saying if that goes a little too far into the weeds,

8    I might have to tell him, let's just table that, and

9    we'll go in front of the judge and talk why that's

10   relevant since there's active litigation on that

11   matter.  And I understand what your position is.

12   Well, it's not privilege.  I'm allowed to explore

13   that.

14        I would also be able to say -- I would ask that

15   I have -- I think I have arguments from the judge

16   where the judge might agree with me on why you're

17   going too far, but I'm not -- obviously on the

18   surface of the question, you can proceed.  But I'm

19   just being very cautious about it, and that's why

20   I'm glad we're staying on the record to discuss, so

21   everyone knows exactly where my mindset is and why,

22   if we need to, just shut down that part of the

23   deposition.

24        Again, to be clear, I'm not wanting to shut

25   down the entire deposition.  It's only on the



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

33e564  Bhide.txt 05-07-2024

```
1      subject of Danni Jorgenson termination and anything
2      that is involved in that -- charge of
3      discrimination.
4          MS. CARRION:  Okay.  And so I will continue
5      with my line of questioning.  If you believe that
6      it's something that is going too far, if you can
7      object and just let me know it's going too far --
8          MR. BENTLEY:  Yep.
9          MS. CARRION:  -- then as a courtesy I will stop
10     the line of questioning --
11         MR. BENTLEY:  (indiscernible) -- we're --
12         MS. CARRION:  -- at that point and then move
13     on.  And then if we have to go before a judge to go
14     back to that line of question and hold a secondary
15     deposition, then we'll do so.
16         MR. BENTLEY:  That's fine.  Secondary
17     deposition limited to the talking -- talk -- the
18     topics that we are -- I would -- you would give me
19     the courtesy that we're tabling.
20         MS. CARRION:  Tabling.
21         MR. BENTLEY:  Yes.
22         MS. CARRION:  Yeah.  I'm comfortable with that.
23     Thank you.
24         BY MS. CARRION:
25     Q.   So Mr. Bhide, your -- the City's Counsel and I
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    have spoken, and I will continue with my line of

2    questioning.  And I ask you that you answer in regards

3    to what your knowledge is and what your factual

4    knowledge is of a certain situation.  I am allowed to

5    answer these -- ask these questions.  And again, unless

6    your counsel asserts privilege or he says, objection.

7    You've gone too far, the moment you hear that, please

8    don't answer the question.  And I will give deference to

9    your counsel's objection.  And at that time, we may pick

10   up later on.  Okay?

11        A.   Sure.

12        Q.   Perfect.  And so can you let me know what was

13   the reason for terminating Ms. Jorgenson?

14        A.   A reason was not given.

15        Q.   You did not provide her a reason?

16        A.   No.  She's a classified employee, and a reason

17   is not required.

18        Q.   But with classified employees, you mentioned

19   that they were --

20        A.   Unclassified, sorry.

21        Q.   She's unclassified.  Okay.  And so, with Ms.

22   Sharon Lewis, she had worked with you for two or three

23   years?

24        A.   Yes.

25        Q.   And you provided her, you know, failure of



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1   performance, deficiencies, and ultimately then, you

 2   encouraged her to apply to another position?

 3       A.   Yes.

 4       Q.   With Ms. Jorgenson, you provided her no

 5   reason?

 6       A.   Yes.

 7       Q.   Okay.  You chose to terminate her for no

 8   reason?

 9           MR. BENTLEY:  Object to the form of question.

10           THE WITNESS:  The reason was not given.

11           BY MS. CARRION:

12       Q.   Well, what was the reason you terminated her?

13       A.   A reason wasn't given.

14       Q.   I did not ask, what did you tell her?  I

15   stated, why did you make the decision to terminate her?

16       A.   This is an ongoing legal matter I can't

17   comment on.

18       Q.   Okay.

19           MR. BENTLEY:  Let's take a break for one quick

20       second.  Let me just talk to Mr. Bhide and just

21       inquire a little bit more off the record with him,

22       if there's no question pending, that way, I can

23       either see that we need to move this on or might try

24       to talk to him to see what we can answer today.

25           MS. CARRION:  That's fine.  And just for the

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

33e564 Bhade Vin 04-07-2024 Page 60

```
1      record, you know, he answered these questions in

2      regards to Sharon Lewis and I'm just --

3           MR. BENTLEY:  I understand what your point -- I

4      get --

5           MS. CARRION:  And I'm not going to go into the

6      litigation crux.  I'm just, again, in -- space

7      trying to get some answers.

8           MR. BENTLEY:  I -- I -- I -- I understand.  I

9      do think it's a kind of a fishing expedition for Ms.

10     Danni, but -- Ms. Danni Jorgenson, but we will --

11          MS. CARRION:  Not if there's a connection

12     between all of the terminated and --

13          MR. BENTLEY:  I don't think there will be, but

14     okay.

15          MS. CARRION:  Do you want us to wait here?

16          MR. BENTLEY:  Yeah, we'll go --

17           (OFF THE RECORD)

18          MR. BENTLEY:  Just explaining to him the rules

19     of about what was privileged and not privileged, and

20     to make sure that we don't get into privileged

21     information. So you know, based on everything we've

22     already talked about.  Go ahead and proceed, Ms.

23     Carrion.

24           BY MS. CARRION:

25      Q.   So I'll ask the same question.  Why did you
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1  terminate Ms. Jorgenson?

2      A.   She was terminated because there was a

3  violation of trust, and I didn't feel like I could work

4  with her anymore.

5      Q.   And can you expand a little bit?  You don't

6  have to go too much into detail.  What do you mean by a

7  violation of trust and could not work with her anymore?

8      A.    Well, additional information had come to our

9  knowledge relative to activity or conversations that

10  were had by Danni which were not in conformance with her

11  role and our working relationship.

12      Q.   I'm sorry.  You mean -- I didn't hear the C-

13  word.  She had conflicting conversations?  I'm sorry.

14      A.   No, not conflicting.

15      Q.   What did you say?  That her -- she had

16  conversations?  And I -- I really apologize I -- didn't

17  hear it.

18      A.   Oh, yeah, no.  I -- I said -- no.  I think I

19  said information was made available to me from external

20  parties about some of her actions that were not in

21  keeping with her role in our working together.

22      Q.   Can you just give me one example of those

23  actions?

24      A.   Sure.  Insubordination.

25      Q.   I don't understand.  An external party told



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  you that she was insubordinate, therefore --

 2       A.   No.

 3       Q.   No.

 4       A.   An external party shared some information

 5  that --

 6       Q.   What information did they share that would

 7  rise to the level of insubordination?

 8       A.   That was undermining our goals and what we're

 9  working towards, and hence she was let go.

10       Q.   But what was the information?

11       A.   Relative to what?

12       Q.   What was the information that the external

13  party gave you, that she had shared with an external

14  party?

15       A.   So an external party had reached out to us

16  sharing concerns that were clearly untrue, that were

17  verifiably untrue.  And I didn't feel like we could work

18  with her anymore.

19       Q.   And this external party related to you that

20  Ms. Jorgenson had either made these remarks or shared

21  something with them?

22       A.   She was working closely with this external

23  party.

24       Q.   And what were their concerns?

25       A.   Their concerns had to do with some changes
```


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1  that needed to be made within the department that were

2  not accurate.

3      Q.   What specific changes within the department?

4      A.   It had -- it was conflicting and inaccurate

5  information about how the department was being managed.

6      Q.   Who was the external party?

7      A.   It was Bloomberg and Associates.

8      Q.   Who specifically from Bloomberg?

9      A.   It was their transportation principal.

10      Q.   When you mentioned changes made within the

11  department, what changes were going on in the

12  department?

13      A.   Well, we were working with this third party at

14  the time.  And there was information relayed to them

15  that wasn't accurate or consistent and that directly

16  related to Danni.  And so I didn't feel like we could

17  work with her.

18      Q.   I'm sorry, I'm just trying to understand.

19  You're working with a third party.  The transportation

20  principal lets you know that Ms. Jorgenson had shared

21  something with them in regards to the changes made

22  within the department, and those changes were because

23  you were working with the third party?

24      A.   No, those changes weren't because we were

25  working with the third party.  The information was



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  inaccurate, and it had come from Danni.  It could only

2  have come from Danni.  And because this is an

3  unclassified position, there was more than sufficient

4  doubt for me to be uncomfortable to continue to work

5  with this person.

6      Q.   I understand.  Just tell me what is the

7  information.

8      A.   It had to do with the performance of the

9  department and what was -- you know, what we were

10  working on.

11      Q.   Okay.  Was it an opinion Mr. Jorgenson had in

12  regards to the performance of the department?

13      A.   It was an opinion that the third party that

14  contacted us had, which could only have been formed with

15  the folks that she was working with.  Danni was the

16  primary contact.

17      Q.   Okay.  But this information that this manager

18  shared with you was directly in relation to how your

19  department was being managed?

20      A.   Correct.

21      Q.   Okay.  And when you mentioned earlier that it

22  was in regards to changes made within the department,

23  what did you mean by that?

24      A.   Well, we were in the process of, you know,

25  working with Bloomberg to adopt several new initiatives.



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1   So those were the changes.

 2        Q.    Projects?

 3        A.    Projects, initiatives.

 4        Q.    And what did the -- what did the

 5   transportation principle from Bloomberg tell you in

 6   regards to your department?

 7        A.    So I -- so basically, what she told me was

 8   inaccurate, incomplete information about how I needed to

 9   engage with the team and how the team, and in this case,

10   it was just one of the divisions that we're talking

11   about, needed to make changes, and none of that

12   information was accurate.

13        Q.    What do you mean by engage with the team?

14        A.    So she was providing -- or she was given to

15   believe, because she wouldn't know this directly, that I

16   needed to spend more time with the team, that I wasn't

17   meeting with the team regularly, and just providing

18   inaccurate information that was very clearly verifiable.

19        Q.    Okay.  And when you mean the team, you're

20   talking about the --

21        A.    The transportation engineering team that Danni

22   led specifically.

23        Q.    Did the transportation principal state that

24   Ms. Jorgenson made these comments?

25        A.    No.



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1    Q.   They just stated that they thought that you

2   should engage with your team more, and the division?

3    A.   Correct.

4    Q.   Okay.  And when --

5    A.   And that I should move my office to that

6   division and things like that, so -- and we, as I

7   mentioned earlier, five divisions, so that was

8   undiscussed specific feedback, which was a breach of

9   trust, in my opinion.

10    Q.   Okay.  And prior to this conversation from the

11   transportation principal, did you ever have any concerns

12   with Ms. Jorgenson's employment?

13    A.   No.

14    Q.   Did you have any issues with her performance?

15    A.   No.

16    Q.   How can you --

17    A.   The only one incident that I could mention is

18   she'd asked to work from home a few times.  And I think

19   about 11 times, at least.  And I had said yes, every

20   time, as I did, because we didn't have a clear telework

21   policy at the time.  And once or twice, I did give her

22   feedback that as the leader of the division, she needed

23   to stay within the policy and set an example for her

24   team.

25    Q.   Okay.  So you did have discussions with her in



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

536564 Bhide Vik 09-07-2024

```
 1   regards to your displeasement that she had asked for an

 2   accommodation to work from home?

 3        MR. BENTLEY:  Object to the form of the

 4     question.

 5        THE WITNESS:  And that was after approving the

 6     request and then sharing that here's the

 7     expectation.

 8        BY MS. CARRION:

 9   Q.   Was that around the same year that she was

10   terminated?

11   A.   I don't recall, but it would've been within a

12   year of her termination.

13   Q.   How can you be so certain that she's the one

14   that made these comments to Bloomberg, and Bloomberg

15   just didn't come to that conclusion on their own?

16   A.   Because Bloomberg wouldn't have known at all,

17   for one, and she was the primary contact with them.

18   Q.   Did you ask her if she made those comments?

19   A.   No.

20   Q.   How long did she work with you for?

21   A.   Two years, I want to say

22   Q.   You seemed pretty upset about those comments

23   that she may have made.

24        MR. BENTLEY:  Object to the form.

25        BY MS. CARRION:
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free **855-MYDEPOS**

```
 1        Q.   Did you ever want to give her any deference to

 2   see what she had to say about it?

 3        A.   No.  She's an unclassified employee, so upon

 4   discussion with the administration, we let her go.

 5        Q.   When you terminated Ms. Sharon Lewis, did you

 6   give her a certain amount of time to transition for her

 7   position in order to apply for other positions?

 8        A.   I -- yes.  I don't recall specifically, but I

 9   said that there's like 60 days or something like that.

10        Q.   Okay.  Did Ms. Jorgenson get that same

11   deference?

12        A.   No.

13        Q.   Besides Ms. Jorgenson's termination, have you

14   terminated any other employees?

15        A.   Not direct reports.  Sharon Lewis, we talked

16   about that.

17        Q.   Have any other employees been terminated in

18   the Transportation and Mobility Department in the

19   last --

20        A.   Yes.

21        Q.   -- since 2022?

22        A.   Yes.

23        Q.   Who?

24        A.   I don't know exactly who.  It would be several

25   because it's a large department and we have all kinds of
```

MILESTONE **|** REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  positions and roles.

 2      Q.   About how many employees are just in the

 3  transportation division?

 4      A.   The transportation engineering division, about

 5  28.

 6      Q.   Okay.  And you believe that since 2022,

 7  several employees have been terminated from that

 8  division in particular?

 9      A.   No, not from that division.  None from that

10  division.

11      Q.   None.

12      A.   Yeah.

13      Q.   Besides Ms. Jorgenson?

14      A.   Correct.

15      Q.   Well, and Ms. Lopez.

16      A.   Well, yeah.

17      Q.   From that division, how many employees have

18  resigned since 2022?

19      A.   Maybe about six, seven.  Not sure.

20      Q.   Do you read the Tampa Bay Times, sir?

21      A.   Yes.

22      Q.   Did you read the article in regards to Ms.

23  Jorgenson and Alana Brasier and Laura Bauk leaving all

24  around the same time?

25      A.   Bauk, yeah.  Yes.
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Bauk.  Thank you.  Yeah.  How'd you feel about

2  that?

3    A.   Not happy.  They all performed well.  I sat

4  down with each one of them and had a conversation,

5  except for Alana Brasier because she first took two

6  weeks of leave and then resigned after.  So there was no

7  conversation.

8    Q.   And this is your department, correct?

9    A.   Correct.

10   Q.   Okay.  When you have your top-level employees

11 either resign or be terminated, does that light a bulb

12 in regards to maybe an issue in your department?

13      MR. BENTLEY:  Object to form.

14      THE WITNESS:  These weren't top-level

15   employees.  They were engineers.  We've got plenty

16   of engineers.  We've got three engineering

17   divisions, so. Managers are.

18      BY MS. CARRION:

19   Q.   Did it concern you at all that these three

20 employees left around the same time and rose similar

21 circumstances?  Or at least that they shared with the

22 Tampa Bay Times?

23      MR. BENTLEY:  Object to the form.

24      THE WITNESS:  Could you explain what the

25   circumstances that they shared with the Tampa Bay

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1     Times?

2              BY MS. CARRION:

3      Q.    Well, I can just tell you what I recall

4  reading.  It stated that Ms. Jorgenson was terminated,

5  and shortly thereafter Ms. Bauk, as well as Ms. Brasier.

6  And they all stated that it was due to the way that the

7  department was being managed.

8      A.    I don't recall that the same as you do,

9  because I sat down with Ms. Bauk, I sat down with Ms.

10  Brandy Micholas, had conversations.

11     Q.    And when you say you had these conversations,

12  you mean before they resigned?

13     A.    Yeah.

14     Q.    Okay.  And they shared with you their concerns

15  in regards to the management of their team?

16              MR. BENTLEY:  Object to the form.

17              THE WITNESS:  They -- they did not.  Neither of

18       them did.

19              BY MS. CARRION:

20     Q.    What were the conversations surrounding?

21     A.    So with Ms. Bauk, the conversation was giving

22  an opportunity to be promoted to transportation

23  engineering manager, making myself available for any

24  question that she may have had.  I shared that with the

25  entire transportation engineering team after letting Ms.



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

530564  Bhaduvula  06-07-2024

 1   Jorgenson go as well.  It was a Friday afternoon, and

 2   I'd given them all an opportunity.  "I'd be happy to sit

 3   down with you one on one, share what I can and, you

 4   know, listen to you and kind of take it from there."

 5           After Danni was terminated, I sat down with

 6   the whole division, and then individually, any number of

 7   people that would come and speak with me.  And then

 8   specifically with -- with Ms. Bauk as well as Ms.

 9   Micholas.

10       Q.   What did Brandy share with you in regards to,

11   you know, her concerns and reason for resignation?

12       A.   She said she wasn't happy with the direction

13   of the department.  Upon asking why not, no details were

14   forthcoming.  I asked her to consider to stay and share

15   what the concerns were because that was the first time

16   that she had shared concerns about the direction of the

17   department.  Until then, I mean, there was no concern

18   shared at all.  And then the same with Ms. Bauk.

19       Q.   And both Ms. Bauk and Brandy Nicholas -- is

20   that her last name?

21       A.   Micholas.

22       Q.   Micholas.

23       A.   Yeah.

24       Q.   Thank you.  Brandy Micholas.  Did they report

25   directly to Ms. Jorgenson?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

556964 Bhadevia 05-07-2024

```
 1        A.   Yes.  No, sorry.  Ms. Micholas reported to me.
 2   Josh Cascio is now in that same role.  And Ms. Bauk
 3   reported to Danni.
 4        Q.   Do you know whether Ms. Micholas or Ms. Bauk
 5   ever requested to work from home?
 6        A.   I wouldn't know about that because they
 7   would've worked with Danni on that.
 8        Q.   Did Ms. Micholas report directly to you?
 9        A.   Yes, she did.
10        Q.   Okay.  Are you aware in regards to whether
11   she's married?
12        A.   She's not.
13        Q.   Okay.  Does she have any children?
14        A.   Who?
15        Q.   Ms. Micholas.
16        A.   Oh.  I'm not aware.
17        Q.   Okay.  What about Ms. Bauk?
18        A.   She does have a son, or two sons, I think.
19        Q.   Okay.  Did she ever ask for an accommodation
20   to work from home in regards to, you know, having to
21   tend -- care to her two sons?
22             MR. BENTLEY:  Object to the form.
23             THE WITNESS:  She may have reached out to me
24        once or twice, and every time I've said yes.  But
25        what her conversations relative to that were with
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1    Danni, I'm not aware.

2         BY MS. CARRION:

3    Q.   What would make you think that there would be

4    conversations with Danni in regards to that?

5    A.   Because -- because working from home was a

6    topic of discussion at the time.  So in late 2021, once

7    everyone started coming back into the office after the

8    pandemic, the administration had basically said that,

9    "Look, we've got to make sure -- we don't have a policy

10   of working from home, so please ensure that," you know,

11   "without being too stringent, you monitor what's going

12   on."

13        And so I had shared at a staff meeting late

14   '21, again, I don't recall exactly when, with all of the

15   managers that I would like us to reign in working from

16   home because that is the administration's desire.  We

17   don't have a policy.  I had also been asked by the team,

18   several managers that, hey, can you clarify where we're

19   at?  Because we didn't know exactly, you know, how other

20   things were being done.

21        So I reached out to eight other department

22   directors asking them that, how do you deal with this

23   absent, you know, clear guidance?  Because the real

24   clear guidance is we don't have a policy, and it wasn't

25   allowed in essence.  But this was after a pandemic, and

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

536564 Bhad_VikrI 04-07-2024

1  circumstances were a little different, so everyone was a

2  little understanding of it.  But when we were asked, I

3  had to share with the team that, look, we need to

4  tighten up, so --

5      Q.   And when you -- one of those eight other

6  directors, was that Ms. Duncan?

7      A.   No, she was my -- she was the administrator.

8      Q.   And so when you say, "tighten up," what do you

9  mean by that?

10     A.   Enforce the no work from home policy, or not

11 -- we didn't have a policy to work from home.

12     Q.   Okay.  Did you try to enforce that no work

13 from home policy in your department?

14     A.   Yep.  I brought it up at staff meetings.  And

15 at the same time, there was director's discretion as

16 well, especially with unclassified positions, which is

17 why, you know, on occasion I was granting when asked. If

18 I felt like it was getting more than reasonable, I would

19 provide feedback.

20     Q.   And that's what you did with Ms. Jorgenson?

21     A.   Correct.

22     Q.   And did you do that with Ms. Bauk?

23     A.   No.  She didn't report to me.

24     Q.   I'm -- I apologize.  With Ms. Micholas?

25     A.   Once with Ms. Micholas, yes.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      Q.   So you did speak with her in regards to the

2  work from home policy and the fact that she was asking

3  to work from home?

4      A.   Yes.  She was at the staff meetings and -- and

5  even that, like I said, similar to Ms. Jorgenson, I did

6  exercise director's discretion and for the most part

7  grant and have them work from home.  It was on occasion

8  when there was something critical or if I felt like as

9  leaders of the division, an example should be set.  Ms.

10 Micholas didn't lead a division.  She just reported

11 directly to me.  So there was only one occasion that I

12 recall where it was decided that she would come in.  And

13 we had something planned and she'd asked that, you know

14 -- she didn't want to, or she wanted to work from home.

15 And I said, "Please come in today."

16     Q.   Do you recall what was the reason that she

17 gave you when she asked -- said she wanted to work from

18 home?

19     A.   I don't.

20     Q.   Okay.  Do you recall whether it had anything

21 to do with her two sons?

22     A.   Ms. Micholas doesn't have two children.

23     Q.   Oh, okay.  She doesn't.  Ms. Bauk has two

24 children.

25     A.   Yeah.  She doesn't have -- yeah.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Sheri Bradley-Nix 04-07-2024

```
1        Q.   Thank you.  I apologize.  Do you recall
2   whether it had to do with any medical emergency,
3   condition?
4        A.   No.  No.  If it were medical, then I would've
5   definitely said yes.
6        Q.   Why do you say that?
7        A.   Because that would be consistent with how I
8   would view these matters.  If someone were able to work
9   and were a little under the weather -- and this was,
10  again, right after -- in the pandemic, so anyone had a
11  cold or people didn't want to take chances but could
12  still work, it's reasonable.
13       Q.   Okay.  So if it was a medical condition, you
14  would definitely say yes.  If it was anything else, then
15  you would use your discretion, or sometimes like Ms.
16  Micholas, you would ask her to come in even though she
17  asked.
18       A.   Correct.
19       Q.   Okay.  And then with Ms. Jorgenson, she asked
20  more than 11 times.  It was too much.  You had to have a
21  discussion with her in regards to it.
22       A.   Correct, correct.
23       Q.   And the reason that she was asking to be
24  working from home is because of her children; is that
25  correct?
```



**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

53e984 Bhadelia 05-07-2024 Page 96

```
 1           MR. BENTLEY:  Object to the form.

 2           THE WITNESS:  No, I don't recall that.  You

 3      know, there were a multitude of reasons.

 4           BY MS. CARRION:

 5      Q.   Do you recall just off the top of your head,

 6  and this may be a little difficult to answer, so it's

 7  okay if you don't recall, any other employees who you

 8  had to have discussions with in regards to asking to

 9  work from home a little too much?

10      A.   Yes.  So Sharon Lewis at one point, and that

11  was -- it wasn't not -- it wasn't for working too much,

12  as much as one of the Tuesdays I needed her to be in the

13  office.

14      Q.   And she asked to work from home because of her

15  grandchild and because she had a medical condition,

16  right?

17      A.   Not because she had a medical condition.

18  Because she was taking care of her grandchild at a time

19  when we didn't have a telework policy.

20      Q.   Okay.  And besides Ms. Lewis, can you think of

21  any other employee who you had discussions in regards to

22  maybe working from home too much or making too many

23  requests?

24      A.   No.

25      Q.   Okay.  So the only employees that you can
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  recall as you sit here today who you had discussions in

2  regards to potentially working from home would be Ms.

3  Micholas, Ms. Sharon Lewis, and Ms. Jorgenson?

4       A.   Potentially.

5       Q.   Okay.  Did you ever have any discussions with

6  Ms. Lopez, who's sitting next to me, in regards to

7  working from home?

8       A.   No.

9       Q.   You testified earlier that you've been working

10 with Ms. Duncan for a long time.

11      A.   Uh-huh.

12      Q.   Okay.  And that was from when you were an

13 engineer for her?

14      A.   Yes.

15      Q.   And that was about 2013?

16      A.   No, 2013 is when I started.  Probably directly

17 reporting to her starting 2015, maybe, '15, '16.

18      Q.   How would you describe your relationship?

19      A.   We have a good working relationship.

20      Q.   Do have any relationship outside of work?

21      A.   No.

22      Q.   Personal?

23      A.   No.

24      Q.   Friendly.

25      A.   We're friendly.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

```
 1       Q.   Okay.  Has she met your family?

 2       A.   No.

 3       Q.   Are you married?

 4       A.   Yes.

 5       Q.   Do you have any children?

 6       A.   No.

 7       Q.   Is Ms. Duncan married?

 8       A.   Yes.

 9       Q.   Have you ever met her spouse?

10       A.   Yes.

11       Q.   In a job function or outside of job function?

12       A.   Job function.  And once in passing because we

13  live not too far from each other.  And so I was walking

14  the street, and they were driving past, and they said

15  hello.

16       Q.   In the same Hyde Park Area?

17       A.   Swan Avenue, yeah.  Ms. Duncan lives in Beach

18  Park.  I'm closer to MacDill.

19       Q.   Have you ever had a lunch or a dinner with Ms.

20  Duncan?

21       A.   Lunch, yes.  Dinner, work related only.

22       Q.   Have you ever met with Ms. Duncan to have a

23  discussion with her outside of working hours?

24       A.   No.

25       Q.   On a lunch on a Saturday?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

536964 Bittue Vix 09-07-2024 Page 81

```
 1        A.    No.

 2        Q.    On a lunch on a Sunday?

 3        A.    No.

 4        Q.    And give me a little bit of description in

 5   regards to what Ms. Duncan's like as far as a supervisor

 6   to you.

 7        A.    We have a good working relationship.  We've

 8   worked with each other a long time, and we both value

 9   trust.  And we've worked well together.

10        Q.    Mr. Capotrio testified on Monday that Ms.

11   Duncan is having some health issues and that this is a

12   concern for the entire department, including himself.

13   Has she shared with you in regards to any of her health

14   issues?

15             MR. BENTLEY:  Object to the form of the

16        question.

17             THE WITNESS:  Yes.

18             BY MS. CARRION:

19        Q.    Yeah.  Tell me about it.

20        A.    That's medical information.  We can't disclose

21   it.

22        Q.    There's no privilege asserted.  And again,

23   just to remind you, unless your counsel is --

24             MR. BENTLEY:  I mean, are we really getting

25        into Ms. Duncan's health issues when we can talk
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1      about it with Ms. Duncan privately?  I mean, I get

2      where he's coming from on this, where he's not

3      wanting to disclose.

4          MS. CARRION:  Just asking one or two questions,

5      Chris.

6          MR. BENTLEY:  Okay.  I just -- I mean, come on.

7      I mean, you can see what --

8          MS. CARRION:  You --

9          MR. BENTLEY:  -- you can see where he is, and

10     without -- just being a human, like -- or he doesn't

11     want to get into something that he doesn't know.  He

12     should -- on a public record that's going to be

13     clearly submitted in federal court.

14         So go ahead, Mr. Bhide, if you can, talking

15     about Ms. Duncan's health-related issues and

16     whatever that -- why however that's relevant in this

17     lawsuit.

18         THE WITNESS:  I'd like to confirm that HIPAA

19     does not apply right now.  Are you familiar with

20     HIPAA?

21           BY MS. CARRION:

22     Q.   I am.

23     A.   Yeah.

24     Q.   But --

25         MR. BENTLEY:  HIPAA should not apply.
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1           MS. CARRION:  Yeah.

2           MR. BENTLEY:  You should be fine, so go ahead.

3           THE WITNESS:  Oh.  Okay.

4           MR. BENTLEY:  And I would tell you if you're

5      violating by --

6           THE WITNESS:  Okay.

7           MR. BENTLEY:  I do -- I don't think we should

8      go too far into this, I mean -- I'm sorry.  I'm not

9      -- scratch that.  Just answer the question as you

10     can. I'll let you know if I have an objection.

11          THE WITNESS:  Sure.  Yeah.

12               BY MS. CARRION

13     Q.   Please.

14     A.   She has a lung infection.

15     Q.   Okay.  Is she able to perform her job?

16     A.   Yes.

17     Q.   When did you find out that she had a lung

18 infection?

19     A.   I don't recall specifically.

20     Q.   Was it in the last year or last six months?

21     A.   Last year, I would say.

22     Q.   Mr. Capotrio testified that during one event,

23 she was giving a speech and he felt so terrible for her

24 because she did not look well.  He had to drive her back

25 to the office.  Are you aware whether she's had any

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   discussions with you in regards to potentially having

 2   some accommodations during the time that she gets

 3   healthier from this lung infection?

 4        A.   No.

 5        Q.   Is she still going into the office every day?

 6        A.   Yes.

 7        Q.   Has anything changed since she had this lung

 8   infection?

 9        A.   No.

10        Q.   Is this lung infection something that is a

11   temporary infection, has she shared with you, or is it

12   something that's long term?

13        A.   I don't know.

14        Q.   She's not shared with you?

15        A.   No.  I don't know the term, whether it's long

16   term or short term or what it is, so --

17        Q.   Now, earlier you testified that you value her

18   trust and that you work well together.

19        A.   Yes.

20        Q.   Okay.  What do you mean by you value her

21   trust?

22        A.   I said we both value trust.

23        Q.   Oh, okay.

24        A.   At this level to work together, it's

25   important, you know, that as teammates that we trust
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    each other and that we're aligned.

2          Q.   And what do you mean by that you both trust

3    each other and that you're aligned?

4          A.   Well, we both work well together, and we trust

5    each other, and we're well aligned in our mission and

6    objectives.

7          Q.   Okay.  Is there any specific mission or

8    objective that comes to mind when you say that?

9          A.   Yeah.  In our case, I mean, it's our overall

10   strategy, which is transforming Tampa's tomorrow. That's

11   our mission.

12         Q.   Okay.  Have you ever not been aligned with

13   something with Ms. Duncan?

14         A.   Yes.

15         Q.   Okay.  What is that?

16         A.   I don't recall specifically, but, you know,

17   working with -- together for years, there may have been

18   something.

19         Q.   In the last two years, has there been anything

20   that you've not been aligned with her?

21         A.   I can't recall.

22         Q.   And I apologize if I asked this already.  Do

23   you know Ms. Mitchell, Bertha Mitchell?

24         A.   Yes.

25         Q.   And do you know what her position is?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1       A.    She is the EBO manager, or interim EBO

2  manager. I'm not sure.

3       Q.    What's EBO?

4       A.    Equal business opportunity.

5       Q.    And prior to being an interim equal business

6  opportunity, what was her role?

7       A.    She was the customer service administrative

8  and personnel team supervisor.

9       Q.    Did she work directly with Ms. Duncan at the

10  time that she was customer service team --

11       A.    She worked with Ms. Duncan.  She did not

12  report to Ms. Duncan.

13       Q.    Who did she report to?

14       A.    Bryan Rodger.

15       Q.    At any time when she was customer service team

16  -- can you give me the title again?  I'm sorry.

17       A.    Customer service administrative and personnel.

18       Q.    I'll just say customer service --

19       A.    CAP, just call it CAP.

20       Q.    CAP.  Perfect, thank you.  At any time when

21  she was in the CAP position, did she report directly to

22  Ms. Duncan?

23       A.    I am not aware.

24       Q.    And it's your belief that she reported at all

25  times to Bryan Rodgers?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

536764  Bhide.vtt 09-07-2024  Page 87

```
 1        A.   Correct.

 2        Q.   And Bryan Rodgers, what division was he

 3   manager of?

 4        A.   Operations.

 5        Q.   And when you said that she worked with Ms.

 6   Duncan, not for her, what did you mean by that?

 7        A.   Well, they'd worked together for many years,

 8   longer than I had, and so Ms. Duncan kind of depended on

 9   her for several things, including training personnel,

10   which is part of the CAP mission anyways, and being

11   customer service, and being the team that takes most

12   intake calls, and things like that.

13             She was most familiar with community issues or

14   issues that may come up.  So these usually -- they'll

15   get escalated either to my level or Jean's level.  And

16   so they just worked together.

17        Q.   Okay.  And would oftentimes Ms. Mitchell work

18   outside of the scope of her duties to help Ms. Duncan

19   since they had known each other for some years?

20        A.   I don't know about the scope of her duties

21   relative to the job description because training folks

22   was part of it, so --

23        Q.   Training employees was part of Ms. Mitchell's

24   duties?

25        A.   Relative to administrative duties, yeah.
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        Q.    Okay.  Duties that Ms. Duncan would've imposed
 2   on her?
 3        A.    I --
 4        Q.    Or directed her to do?
 5        A.    That's possible, but I don't know
 6   specifically.
 7        Q.    Okay.  And -- how would you describe your
 8   relationship with Ms. Mitchell?
 9        A.    Cordial, professional.
10        Q.    Do you have discussions with her outside of
11   work?
12        A.    No.
13        Q.    Do you ever call her on her personal cell
14   phone?
15        A.    No.
16        Q.    Have you ever texted her on her personal cell
17   phone?
18        A.    No.
19        Q.    Have you ever texted her on her work phone?
20        A.    I'm sure.
21        Q.    But --
22        A.    Recently, not so much because she was assigned
23   a new job, so --
24        Q.    Okay.  Prior, when she was in the CAP
25   position?
```

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1       A.   Oh, yeah.  Very frequently.

 2       Q.   You texted her all the time?

 3       A.   Yes.

 4       Q.   Okay.  And you texted Ms. Duncan all the time?

 5       A.   Yes.

 6       Q.   Mostly on their work phone or their personal

 7  phone?

 8       A.   Work.

 9       Q.   Okay.  Did you ever text Ms. Duncan on her

10  personal phone?

11       A.   No.

12       Q.   Never?

13       A.   I can't say.  Not never, but 310-6961,

14  whatever that number is, I think that's her work phone.

15  That's what we communicate on.

16       Q.   Okay.  Now -- excuse me.  Just give me minute.

17  When did you first meet Ms. Lopez?

18       A.   I don't recall.  I knew -- I mean, I'd worked

19  with Ms. Lopez when she was in HR.  I don't recall

20  meeting her specifically, so --

21       Q.   And so when you say she was in HR, when she

22  was a payroll technician?

23       A.   Correct.

24       Q.   Okay.  And she was a payroll technician

25  between 2018, 2019.  At that time, you had some dealings
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        Toll Free **855-MYDEPOS**

 1  with her?

 2       A.    Yes.

 3       Q.    Okay.  Do you recall what those dealings were?

 4       A.    Usually routine, payroll related.

 5       Q.    Okay.  And so -- and what you mean, payroll

 6  related, is you would send her an e-mail, or a question

 7  and she would answer?

 8       A.    Or she would send an e-mail saying there's

 9  payroll pending or things like that, but yeah,

10  administrative questions.

11       Q.    Okay.  At that time while she was working for

12  payroll tech and you had some administrative questions,

13  did anybody at any point make any remarks in regards to

14  Ms. Lopez's performance?

15       A.    No.

16       Q.    Did you at any point have any complaints in

17  regards to any request you may have had of Ms. Lopez or

18  any e-mail thread that she had been involved in?

19       A.    No.

20       Q.    Did you know Ms. Lopez in any other capacity

21  besides that of a payroll tech?

22       A.    No.

23       Q.    At the time, could you put a face to the name?

24       A.    No.

25       Q.    And then after she worked as a payroll tech,



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  did you know her when she was Ms. Jean Duncan's

 2  executive assistant?

 3      A.   Yes.

 4      Q.   Okay.  And at that time, when she was her

 5  executive assistant, what did you know of her?

 6          MR. BENTLEY:  Object to the form of the

 7      question.

 8          THE WITNESS:  Other than -- well, other than

 9      the fact that that was her role now, that's about

10      it.

11          BY MS. CARRION:

12      Q.   Okay.  And she started in that role around

13  2020.  And at the time that she started in that role, it

14  was still during the COVID season, and the majority of

15  employees were working from home; is that correct?

16      A.   I don't recall when we started working from

17  home, so I'm not sure.

18      Q.   None of us recall that year, so that's okay.

19  That one I will give to you.  Do you recall when, around

20  what month in 2020 did you ask employees to come back

21  in?

22      A.   I'm not -- I'm not sure if it was 2020 or

23  2021, frankly.  So yeah.  But I think we started working

24  from home in the second half of 2020, if I'm not

25  mistaken.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

1    Q.   Okay.

2    A.   Yeah.

3    Q.   And could you -- do you recall ever sending an

4  e-mail out to the department asking people to come back

5  in around November of 2020?

6    A.   There may have been an e-mail from the chief

7  of staff's office via memo that I would have either

8  forwarded and let all of the team know or something

9  similar.

10    Q.   Okay.  And at the time that these e-mails were

11  sent out in regards to employees coming back to work,

12  Ms. Lopez was a personnel executive assistant.  She was

13  not on your team.

14    A.   Correct.

15    Q.   At what point did you become aware that Ms.

16  Lopez was potentially going to be demoted to any other

17  position?

18         MR. BENTLEY:  Object to the form of the

19      question.

20         THE WITNESS:  I wasn't aware that she was going

21      to be demoted.

22         BY MS. CARRION:

23    Q.   At what point did you become aware that she

24  would be terminated?

25    A.   After she was working with mobility.



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1       Q.   After she was working with the mobility team.

 2       A.   Yeah.

 3       Q.   And when you mean -- after she was working

 4  with the mobility team, you mean while she was working

 5  in a temporary position under Danni Jorgenson?

 6       A.   Correct.  Correct.

 7       Q.   Okay.  And so at what point did you have

 8  discussions with Ms. Duncan in regards to Ms. Lopez

 9  being moved from a personal executive assistant position

10  to a temporary admin position?

11       A.   Late in '21.  I don't recall exactly what

12  month, but it was late in the year.

13       Q.   Okay.  And prior to this discussion in regards

14  to Ms. Lopez being moved to this position, did you ever

15  have any discussions in regards to Ms. Lopez's

16  performance with anybody at the City of Tampa?

17       A.   Briefly, I may have had a discussion with Jean

18  about Ms. Lopez's performance.

19       Q.   Okay.  Positive, negative?  Tell me about it.

20       A.   Negative.  And I don't recall the details, but

21  it had to do with being able to get in touch or being

22  responsive.

23       Q.   And is that because Ms. Lopez was working from

24  home at the time?

25       A.   It was because it was a responsiveness issue
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1  more than anything else.  I don't think it had anything

2  to do with working from home.

3       Q.   Okay.  Were you aware that Ms. Lopez was

4  working from home?

5       A.   Yes.

6       Q.   When did you become aware that she was working

7  from home?

8       A.   I don't know exactly when, but it was around

9  the time that she was already working from home.

10      Q.   Okay.  And do -- you just testified that you

11  recall a conversation in regards to Scarlett's lack of

12  performance and lack of being responsive.

13      A.   Right.

14      Q.   About how many conversations do you recall in

15  regards to her performance prior to being aware that Ms.

16  Duncan wanted to move her to a temporary position?

17      A.   I couldn't say how many.  I recall one, maybe.

18      Q.   Okay.

19      A.   Yeah.

20      Q.   And how often do you and Ms. Duncan speak?

21      A.   Daily.

22      Q.   I understand Ms. Duncan is quite vocal.  Would

23  that be a fair assessment?

24           MR. BENTLEY:  Object to the form.

25           THE WITNESS:  Could you explain what vocal



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

```
 1     means?

 2           BY MS. CARRION:

 3     Q.   She states what she wants and what she doesn't

 4  want, and what she likes, and how the department should

 5  be run.  She's pretty straightforward.

 6           MR. BENTLEY:  Object to the form of the

 7      question.

 8           THE WITNESS:  Yes.

 9           BY MS. CARRION:

10     Q.   And if she's ever had any issues, then she

11  would verbalize them to you if it had to do with you or

12  something that you were working on.

13     A.   Yes.

14     Q.   I'm going to just show you some messages just

15  so that we can get some timelines going, okay?

16     A.   Sure.

17           MS. CARRION:  Go ahead and mark this as Exhibit

18      1.  I'm going to put this here so --

19           (EXHIBIT 1 MARKED FOR IDENTIFICATION)

20           BY MS. CARRION:

21     Q.   Okay.  Do you understand what this text

22  message thread is?

23     A.   Not really.

24     Q.   It's okay.  Have you ever seen this text

25  message thread before?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1        A.   Yes.

 2        Q.   Okay.  And the text message on 12 -- on

 3   December 30, 2021, "Can we make arrangements to have

 4   Scarlett start with mobility this coming week?  She

 5   comes back Monday.  We can work on the position change

 6   in the meantime.  Thanks."  Your response, I assume

 7   here, it says Vik Bhide.  "Sure."

 8        A.   Yes.

 9        Q.   Okay.  And then that same day later in the

10   day, you said you'll get with Danni to assign a cubicle

11   and start a transition.

12        A.   Yes.

13        Q.   Is that your -- is this your text, as you

14   recall?

15        A.   Yes.

16        Q.   Okay.  And then you put, "Any time," smiley

17   face.

18        A.   Yeah.

19        Q.   Prior to this text, did you have a

20   conversation with Ms. Duncan in regards to moving

21   Scarlett from the personal executive assistant position

22   to the mobility department?

23        A.   Yes.

24        Q.   Tell me about that discussion.

25        A.   So Ms. Duncan had asked if we had a need for

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  additional support.  And we did have a need in

 2  transportation engineering for administrative support.

 3  We were planning on kind of creating a position or

 4  finding a position to fill that need, which subsequently

 5  was filled.  And so I had suggested that, you know, this

 6  is an option, so --

 7      Q.   When you said you had suggested that this is

 8  an option, what do you mean?

 9      A.   -- the conversation was, is there a need

10  within Mobility for a temporary assignment for Scarlett?

11  And I said, we have -- we have a need.

12      Q.   Okay.  Did Ms. Duncan at this point share with

13  you in regards to why she wanted to move Ms. Lopez to

14  that temporary position?

15      A.   I don't recall.

16      Q.   Okay.  During this conversation, was Ms.

17  Mitchell part of the conversation?

18      A.   No.

19      Q.   And so this conversation, was it in person or

20  over the phone?

21      A.   I don't recall.

22      Q.   Okay.  And when you had this conversation with

23  Ms. Duncan in regards to having a need in the Mobility

24  Department, did she share with you how would they create

25  this position?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.   We may have discussed that.  I don't recall
 2   the specifics of the conversation, but that would've
 3   been on me to create a temporary position --
 4        Q.   Okay.  And so --
 5        A.   -- or a temporary assignment rather.
 6        Q.   Okay.  And walk me through how that works.
 7        A.   So we --
 8        Q.   For this particular position.
 9        A.   Yeah --
10        Q.   Excuse me.
11        A.   So we -- we can assign temporary duties to --
12   to employees for the personnel manual.  And so this was
13   just a temporary assignment to fill a need until we
14   filled that position.  Created a position and then
15   filled it.
16        Q.   Okay.  Okay.  Until you created the position
17   and then filled it.  And so you mean until you
18   officially created a permanent position?
19        A.   Correct.
20        Q.   And then filled it?
21        A.   Correct.
22        Q.   Okay.  And then at that time, did Ms. Duncan
23   ask you to create that temporary position for Ms. Lopez?
24        A.   The temporary position is not created, it's
25   just an assignment, so --
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Okay.  And how do you assign?

2    A.   You share with the employee that here's the

3    assignment being made and that's it.

4    Q.   And once the assignment has been made, how

5    does the -- how does the temporary position work?

6    A.   The -- whatever the temporary position is, if

7    it is within the job duties of the employee and similar,

8    then that assignment gets made.

9    Q.   Okay.  And the assignment, is it an official

10   assignment or is it an unofficial assignment?

11   A.   Well, since the personnel manual allows us to

12   do it, it's an official assignment.

13   Q.   Official?

14   A.   Yeah.

15   Q.   Okay.  And when it's an official assignment,

16   does the -- if it's a temporary official assignment,

17   does the person retain their position that they're

18   currently in, they just have a temporary assignment?

19   A.   Correct.

20   Q.   Okay.  And as part of that temporary

21   assignment, do they continue to report to their same

22   supervisor?

23   A.   The supervisor could be changed if it's in a

24   different department or division, things like that.

25   Q.   And in this case, what did Ms. Duncan share



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free **855-MYDEPOS**

1    with you in regards to who Ms. Scarlett should be

2    reporting to?

3        A.   I don't think she did as much as I did because

4    I knew where the need within the department was.  It was

5    in transportation engineering, so --

6        Q.   Perfect.  And at the time, did you let Ms.

7    Duncan know that she would be in the Transportation

8    Department, and she would be reporting to Ms. Jorgenson?

9        A.   I would've, yes.  I don't recall the specific

10   conversation.

11       Q.   That's all right.  And Ms. Duncan, would she

12   have agreed?

13       A.   Yes.

14       Q.   Okay.  And prior to Ms. Lopez starting that

15   position, did you and Ms. Duncan have any other

16   discussion in regards to Ms. Lopez?

17       A.   I don't recall.

18       Q.   Do you recall talking to her about having to

19   work from home for the month of December?

20           MR. BENTLEY:  Objection.  Form.

21           THE WITNESS:  I don't recall, no.

22            BY MS. CARRION:

23       Q.   Do you recall having a discussion in regards

24   to her first day back?

25           MR. BENTLEY:  Objection.

 MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          THE WITNESS:  Yes.  In the context of the

2      temporary assignment.

3          BY MS. CARRION:

4      Q.   Okay.

5          MR. BENTLEY:  I'm sorry.  Objection.  When

6      you're saying her are you talking about Lopez?  Who

7      are you talking about?

8          MS. CARRION:  Lopez, yes.

9          MR. BENTLEY:  Okay.  Fine.

10         MS. CARRION:  Yeah.

11         MR. BENTLEY:  The way it turned out, I did not

12     understand.  It was -- I

13         MS. CARRION:  No, that's okay.  That's okay.

14         MR. BENTLEY:  That's why I was -- that was

15     vague.  I didn't know what that you're talking

16     about. Okay.  Sorry.  Sorry to interrupt.

17         BY MS. CARRION:

18     Q.   Sorry.  What were the discussions with Ms.

19  Duncan surrounding Ms. Lopez coming back to work in the

20  office?

21     A.   The discussion was to meet with Ms. Lopez when

22  she got back.  I think it was early -- the first

23  business day, the following year, maybe like January 3rd

24  or something like that.  And I planned to meet her in my

25  office's conference room and share that, you know, we'd

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1   have a temporary assignment for her at Transportation

2   Engineering division.

3       Q.   Okay.  Okay.  Did Ms. Duncan ask you to be the

4   one to relay to Ms. Lopez that she would be the one

5   being assigned the temporary position?

6       A.   I don't recall specifically, but I did relay

7   that to Ms. Lopez.

8       Q.   Okay.  And did Ms. Duncan ever share with you

9   that she was going to let -- be a part of this

10  conversation with Ms. Lopez?

11      A.   I don't recall specifically, but she was

12  supposed to join us at the time.

13      Q.   Okay.  And then you sent Ms. Lopez an e-mail

14  on December 30th asking her to meet you in your office

15  at 8:30 the following day -- in January --

16      A.   Yep.

17      Q.   -- 3rd?

18      A.   Yep.

19      Q.   Okay.  And at this meeting, where did you

20  meet?

21      A.   At the third-floor conference room in Parking,

22  which is where my office is located.

23      Q.   What floor was that again?

24      A.   Third.

25      Q.   Okay.  And did you meet in your office or in a

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   conference room?

2        A.   Conference room.

3        Q.   Okay.  And who was there during this meeting?

4        A.   Bertha Mitchell and I, and then Jean Duncan

5   came in later.

6        Q.   Okay.  And at the beginning, when it was just

7   Bertha Mitchell and you, what was said to Ms. Lopez.

8        A.   That she'd be assigned a temporary assignment

9   at Transportation Engineering, starting immediately, and

10  that a cubicle was allocated to her and that she'd be

11  working with the transportation engineering team.

12       Q.   Okay.  And at this point, you had not had a

13  conversation with Ms. Duncan in regards to terminating

14  Ms. Lopez?

15       A.   I wasn't aware of her termination.

16       Q.   You were not aware of it, and she did not

17  share with you that she intended to terminate Ms. Lopez?

18       A.   Yeah.

19       Q.   Why was Ms. Mitchell in this meeting?

20       A.   Ms. Mitchell typically does attend meetings or

21  did attend meetings like these.  So she was in the

22  meeting with Sharon as well, for example, just to have a

23  witness out there.

24       Q.   Just to have a witness?

25       A.   Yeah.



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   Okay.  Who asked Ms. Mitchell to be part of

2   this meeting?

3      A.   I don't recall whether it was me or Jean.

4      Q.   Would you have ever asked Ms. Mitchell to be a

5   part of meetings?

6      A.   I have in the past, yes.

7      Q.   Were these meetings specifically with Ms.

8   Duncan?

9      A.   No.

10     Q.   Okay.  And in this case, did Ms. Mitchell say

11  anything during this meeting?

12     A.   I don't recall.

13     Q.   Okay.  And is it your testimony that you

14  related to Ms. Lopez that she would be the one

15  transferring as in temporary assignment to the Mobility

16  Department?

17     A.   Correct.

18     Q.   Okay.  And then at what point of the

19  conversation did Ms. Duncan walk in?

20     A.   I think towards the end of the of the

21  conversation.

22     Q.   Okay.  And what'd you say?

23     A.   I don't recall.  I don't think I was in the

24  room at the time, so.

25     Q.   Okay.  And why did you leave the room?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.   I don't recall.

2    Q.   Okay.  And do you recall coming back into the

3  room?

4    A.   Not specifically.  I may have.  I'm not sure.

5    Q.   Is it normal for you to just walk out of the

6  room when there's a meeting going on?

7    A.   It does happen.

8    Q.   Okay.

9    A.   Yeah.

10    Q.   Under what circumstances?

11       MR. BENTLEY:  Object to the form.

12       THE WITNESS:  It would depend.  I mean, I have

13    meetings all day long, so sometimes I have to step

14    outside for a call.  Sometimes I may have to step

15    outside because, you know, there -- there --

16    something else came up, so.

17       BY MS. CARRION:

18    Q.   And -- but you don't recall why you had to

19  step outside in this particular --

20    A.   No.

21    Q.   -- instance?

22    A.   No.

23    Q.   No.  But you do recall that you stepped

24  outside?

25    A.   I think so, yes.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      Q.   And during this time that you have stepped

2  outside, who would've been left in that room?

3      A.   Ms. Duncan and Scarlett.

4      Q.   And where did Ms. Mitchell go?

5      A.   I don't recall.

6      Q.   Okay.  At that point, you don't recall her

7  being in the room?

8           MR. BENTLEY:  Object to form.

9           THE WITNESS:  Yeah.  I don't recall the event

10     basically.

11          BY MS. CARRION:

12     Q.   Okay.  And so at the time you came back to the

13 room -- I mean, did you come back to the room?

14     A.   I don't recall.

15     Q.   Okay.

16     A.   Yeah.

17     Q.   But you did meet with Ms. Lopez --

18     A.   Yeah.

19     Q.   -- right outside the door?

20     A.   Well, no, we met in the conference room and

21 then I left.  But the details of when I came back in or

22 if I came back in or where I went -- you know, from

23 there on, I do not recall.

24     Q.   But you did walk afterwards with Ms. Lopez to

25 show her to the new office, right?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

313791 Bruce Vik 03-07-2024 Page 107

1       A.   Likely, yes.  Yes.

2       Q.   Okay.  And so you would've had to come back

3  since you did walk through the parking lot.

4       A.   Or meet her outside.

5       Q.   Or meet her outside.

6       A.   Yeah, yeah.

7       Q.   Okay.  So you don't recall whether you were

8  back in the conference room, but you do recall, at some

9  point, meeting with Ms. Lopez to walk --

10      A.   Correct.

11      Q.   -- her over to the building.

12      A.   Correct.  Correct.

13      Q.   Okay.  And at the time, when you looked into

14 the conference room, you don't recall seeing Ms.

15 Mitchell?

16      A.   I don't recall.  Yeah.

17      Q.   But you do recall seeing Ms. Duncan and Ms.

18 Lopez?

19      A.   Yes.

20      Q.   Okay.  And you don't recall how long you were

21 gone?

22      A.   I don't, no.

23      Q.   Okay.

24      A.   Couldn't have been very long, though.

25      Q.   Okay.  But during the time that you were gone,



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1  Ms. Duncan could have had a conversation with Ms. Lopez?
 2       A.   Yes.
 3       Q.   Okay.  And after you met with Ms. Lopez, and
 4  do you recall where you had to walk?
 5       A.   Likely to Transportation Engineering, which
 6  was across the street --
 7       Q.   Okay.
 8       A.   -- in Team Op, yeah.
 9       Q.   And you had to go through a parking lot, exit
10  the building --
11       A.   Yes.  Yeah.
12       Q.   -- and go through a different building?
13       A.   Correct.
14       Q.   And during this time, do you recall having a
15  conversation with Ms. Lopez?
16       A.   Not specifically, but I'm sure there was some
17  conversation, small talk.
18       Q.   Do you recall her demeanor at this time?
19       A.   Yes.  I think she may not have been very
20  pleased with the conversation of the temporary
21  assignment, but beyond that, I don't recall the
22  demeanor, no.
23       Q.   Okay.  Do you remember potentially placing
24  your hand on her shoulder and saying, everything will be
25  okay.  You don't have to worry about anything.  She was
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    very frazzled, and you said, you're not going to lose

2    your job?

3          MR. BENTLEY:  Object to the form of the

4       question.

5          THE WITNESS:  I don't recall that, but the hand

6       on the shoulder and reassurance would be typical of

7       me.

8          BY MS. CARRION:

9       Q.   Okay.  Do you recall ever making a comment

10   that says, we like to take care of our people, don't

11   worry about it?

12      A.   I don't recall that.

13      Q.   Have you ever told any other employees we like

14   to take care of our people?

15      A.   I share with our team, in general, that we

16   care about them, yes.

17      Q.   Okay.  And when you mean your team, you mean

18   the Mobility team?

19      A.   Mobility team.

20      Q.   Okay.  And at the time that you were walking

21   Ms. Lopez to her temporary assignment, you were not

22   aware that she would be terminated?

23      A.   Correct.

24      Q.   Okay.  And therefore, if you had made a

25   comment such as, oh, you know, you don't have to worry



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1    about your job, you know, it may have been because you
 2    were not aware that she was going to be terminated?
 3         MR. BENTLEY:  Object to the form of the
 4      question.
 5         THE WITNESS:  Possibly, yeah.
 6          BY MS. CARRION:
 7      Q.   But, obviously, putting your hand on her
 8    shoulder, saying, everything will be okay, that you do
 9    recall, or it would be like your demeanor to do so?
10         MR. BENTLEY:  Object to the form of the
11      question.
12         THE WITNESS:  It would be typical.  I don't
13      recall it.  Yeah.
14          BY MS. CARRION:
15      Q.   Okay.  And after that meeting, when you walked
16    her to the Transportation Department, what did you do?
17      A.   I don't recall.  I would've shown her to her
18    cubicle.
19      Q.   Okay.
20      A.   Maybe introduced her to some teammates and
21    things like that.  Again, that would be typical, but I
22    don't recall specifically.
23      Q.   Okay.  Do you recall introducing her to Ms.
24    Jorgenson?
25      A.   I would've done -- if that -- yeah.
```



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   Okay.  And where was her cubicle in relation
2  to the department?  Help me visualize what the
3  department looks like.
4      A.   Sure.  So it's in the sixth east wing of Team
5  Op and it's down the main corridor, last cubicle on the
6  left.
7      Q.   Were the cubicles against the wall or in the
8  middle?
9      A.   In the middle.
10     Q.   Okay.  With offices to both sides?
11     A.   Probably, cubicles on both sides --
12     Q.   Cubicles on both sides.
13     A.   Yeah.
14     Q.   Okay.  And at the time, did Ms. Jorgenson have
15 an office or a cubicle?
16     A.   Office.
17     Q.   Okay.  And where was her office in relation to
18 Ms. Jorgenson's cubicle?
19     A.   Probably, like, 15 feet away.
20     Q.   Okay.  And where was your office in relation
21 to their -- to their --
22     A.   Parking.
23     Q.   -- floor?  In a different building?
24     A.   Yeah.  Where we met.
25     Q.   Okay.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.   Yeah.

2      Q.   Perfect.  And that is not -- is that the same

3 building that Ms. Duncan works in?

4      A.   No.

5      Q.   No.  She works in a different building --

6      A.   Correct.

7      Q.   -- on a different floor.

8      A.   Correct.  Correct.

9      Q.   Okay.

10      A.   Same building as where Ms. Jorgenson's office

11 was, but on a different floor.

12      Q.   The eighth floor?

13      A.   Eighth floor.

14      Q.   Okay.  And this would be on the sixth floor?

15      A.   Correct.

16      Q.   Okay.  And despite both of you being in two

17 separate buildings, you spoke daily?

18      A.   Yeah.

19      Q.   Ms. Duncan and you?

20      A.   Mostly by phone --

21      Q.   Yeah.

22      A.   -- or I'd pop in, yeah.

23      Q.   Okay, perfect.  And then I'm going to go ahead

24 and mark this as Exhibit 2.

25           (EXHIBIT 2 MARKED FOR IDENTIFICATION)

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Steven Bhide VIR 03-07-2024   Page 113

```
 1          THE WITNESS:  Yeah.  Oh.
 2          BY MS. CARRION:
 3      Q.   Shortly after you walked Ms. Lopez to the
 4  cubicle, do you recall receiving this e-mail?
 5      A.   I don't recall receiving the e-mail, no.
 6      Q.   Okay.  I'll give you a minute to read it over.
 7  Have you ever seen this e-mail before?
 8      A.   I probably have, yeah.
 9      Q.   Was it your understanding, as of January 3,
10  2022, that Ms. Lopez would be reporting to Danni
11  Jorgenson?
12      A.   Yes.
13      Q.   Because you recommended that, right?
14      A.   Yes.
15      Q.   Do you recall reading the second paragraph?
16  "We also discussed my need to make a change with Senior
17  Executive Aide position.  I'm actively seeking a
18  replacement for my Senior Executive Aide position.  In
19  the meantime, you still reside in that position while
20  you're temporarily assisting the Transportation Engineer
21  Division."
22      A.   I don't recall it, no.
23      Q.   Okay.  So you don't recall having a discussion
24  with Ms. Duncan in regards to having a need to make a
25  change with the Senior Executive Aide position?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      Toll Free 855-MYDEPOS

```
 1       A.   Correct.

 2       Q.   Okay.  And so is it your testimony today that

 3  prior to January 3, 2022, you never had a conversation

 4  with Ms. Duncan in regards to needing her to make a

 5  change for the Senior Executive Aide position?

 6            MR. BENTLEY:  Object to the form of the

 7       question.

 8            THE WITNESS:  My -- my testimony is that I

 9       don't recall it.

10            BY MS. CARRION:

11       Q.   Okay.  So it's your testimony that you don't

12  recall or that it did not happen?

13       A.   My testimony is that I don't recall.

14       Q.   Thank you.  And then in the third paragraph

15  where Ms. Duncan says, "We are working to create a

16  permanent position for these duties in the

17  Transportation Engineering Division and plan to host a

18  position opening in a couple weeks.  I encourage you to

19  apply for that position or any other at the City of

20  Tampa," is this the Utility Tech position that Ms.

21  Duncan's referring to?

22       A.   That would be the Utility Tech position, yep.

23  The need that we needed to fill.

24       Q.   And prior to January 3rd, you had a

25  conversation with Ms. Duncan in regards to creating that
```



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

1  permanent position?

2      A.   Correct.

3      Q.   Okay.  And that position was not a position

4  that previously the Mobility team had?

5      A.   Correct.

6      Q.   And this was a new position?

7      A.   Correct.

8      Q.   And this position would obtain some of the

9  duties that Ms. Lopez would be conducting during the

10 time of her temporary assignment?

11     A.   Correct.

12     Q.   As well as additional duties?

13     A.   Yeah.  If there were additional duties, yeah.

14     Q.   For the Utility Tech position?

15     A.   Correct.

16     Q.   Okay.  And who got to dictate what those

17 duties are?

18     A.   The division's needs for the most part and

19 then applicable job descriptions within available jobs

20 within --

21     Q.   Would that --

22     A.   -- the city.

23     Q.   Thank you.  Would that be the person she was

24 reporting to directly, for example, Transportation

25 Manager, Ms. Jorgenson?



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

316734 Bruce Vik 03-07-2024                    Page 116

```
 1        A.   Partly that and partly if there were similar
 2   positions in other divisions that did the same work.
 3        Q.   Okay.  Is it your testimony that you don't
 4   recall reading this e-mail prior to today?
 5        A.   Correct.
 6        Q.   But you can assert that you were CC'd on this
 7   e-mail?
 8        A.   Yes.
 9        Q.   Okay.  But prior to today, you do not
10   remember --
11        A.   No.
12        Q.   -- seeing this e-mail?
13        A.   I don't recall seeing this e-mail before,
14   yeah.
15        Q.   Okay.  After January 3rd, did you have any
16   discussions with Ms. Duncan in regards to the duties
17   that Ms. Lopez would be doing under the Transportation
18   Mobility team in her temporary position?
19        A.   I don't recall any conversation, no.  Not
20   specific to duties.
21        Q.   Would you have had any conversations with her
22   specific to duties?
23        A.   Yeah.
24        Q.   Okay.  And what would that conversation be
25   like?
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

313791 Bhide Vik 03-07-2024  Page 117

1     A.   If the conversation was about the temporary

2  position, when I conveyed what the need was, I would've

3  shared that we needed administrative support within the

4  Transportation Engineering division.

5     Q.   Okay.  What was your understanding once Ms.

6  Lopez started that position, that would happen once that

7  position became permanent?

8     A.   So my understanding was that she was being

9  assigned temporarily while we figured out how we create

10  a position there.  We advertise and fill that position.

11     Q.   Okay.  And what was your understanding in

12  regards to Ms. Lopez's employment, because earlier you

13  testified that you were not aware that she would be

14  terminated?

15     A.   Correct.

16     Q.   So what was your understanding at the time

17  that she started in the Mobility and Transportation

18  team? That -- what would happen to Ms. Lopez?

19          MR. BENTLEY:  Object to the form.

20          THE WITNESS:  So my understanding was it's

21     going to be a temporary assignment, but beyond that,

22     I don't recall.

23          BY MS. CARRION:

24     Q.   Was it your understanding that Ms. Lopez would

25  go back to being a personal executive assistant once you



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   filled the position permanently?
 2           MR. BENTLEY:  Object to the form of the
 3       question.
 4           THE WITNESS:  I don't recall specifically.
 5            BY MS. CARRION:
 6       Q.   But it is your testimony, today, that as of
 7   January 3rd, you were not aware that Ms. Lopez would be
 8   terminated?
 9           MR. BENTLEY:  Object to the form of the
10       question.
11           THE WITNESS:  I didn't recall until you showed
12       me the e-mail where I was copied on it, but I don't
13       recall having read that.
14            BY MS. CARRION:
15       Q.   Having read that she was being terminated?
16       A.   Correct.
17       Q.   Okay.  Do you recall having a conversation
18   with Ms. Jorgenson in regards to Ms. Lopez taking that
19   position?
20       A.   Yes.
21       Q.   Okay.  What was the conversation like?
22       A.   I don't recall specifics as much as there
23   would be a temporary assignment of Ms. Lopez to the
24   position because there was a need within Transportation
25   Engineering or the same.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1    Q.   Okay.  What was Ms. Jorgenson's demeanor at

2    the time that you relate to her that she would be

3    assigned in this temporary position?

4        A.   I don't recall specifically, but she was

5    generally good with it, because it was a need we had.

6        Q.   Yeah, okay.  And did you speak with anybody

7    else in the department in regards to Ms. Lopez coming in

8    for that temporary position?

9        A.   I don't recall speaking to anyone else.

10       Q.   Do you recall speaking with Mr. Capotrio in

11   regards to him, you know, unofficially showing her

12   around and kind of supervising her?

13       A.   That would have been something I did, but I

14   don't recall specifically.  But Mike Capotrio generally

15   does assist with administrative positions and even the

16   Utility Tech position reports to him, so.

17       Q.   Okay.  So you would've had a discussion, at

18   some point, with him in regards to Ms. Lopez and what

19   those duties are since you're the one that assigned

20   those duties?

21           MR. BENTLEY:  Object to form of the question.

22           THE WITNESS:  Not necessarily, because that

23       would've been Danni that would've had the

24       conversation with him.

25           BY MS. CARRION:

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

Steven Bruce Vik 03-07-2024    Page 120

```
 1      Q.   Oh.

 2      A.   Yeah.

 3      Q.   Okay.  And so you don't recall having any

 4  conversation with Mr. Capotrio in regards to those

 5  duties?

 6      A.   I don't recall specifically.  It would be

 7  possible that I would, but I don't recall specifically.

 8      Q.   Okay.  And as of January 3, 2022, when Ms.

 9  Lopez started in the temporary position, were you aware

10  that she had been working from home in December of 2020?

11  2021.  Excuse me.

12      A.   I was aware that she was working from home,

13  but I -- whether through December -- yeah, I was aware.

14      Q.   Okay.  Were you aware that Ms. Lopez was

15  working from home as a result of a medical condition?

16      A.   I was not aware.  I knew that she'd had some

17  sort of back issues, but I didn't know any details about

18  the medical condition.

19      Q.   And how did you find out she had back issues?

20      A.   Likely through conversation with Jean, but

21  that would be it.

22      Q.   Okay.  So prior to January 3rd, you would've

23  had a conversation with Ms. Duncan in regards to Ms.

24  Lopez's back issues?

25      A.   Yeah.
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1    Q.   Okay.  Okay.  Once she started in January 3rd,

2  when did you become aware that she was pregnant?

3    A.   Specifically, I don't know, but soon after she

4  had started working at Transportation Engineering.

5    Q.   Okay.  How do you recall that you came to this

6  information?

7    A.   I don't.  I don't recall how I came by this

8  information, but I do recall being aware of it.

9    Q.   Okay.  As director of the department, do you

10 have to review any family medical leave requests?

11   A.   Yes.

12   Q.   Okay.  Going to mark this up as Exhibit 3.

13        (EXHIBIT 3 MARKED FOR IDENTIFICATION)

14        BY MS. CARRION:

15   Q.   Oh.  I'm so sorry.

16   A.   And occasionally those requests are handled

17 and directed between HR and managers also, but they do

18 require director reviews.

19   Q.   Do they require director reviews or also

20 director approvals?

21   A.   I'm not very sure.  Specific on that,

22 honestly.

23   Q.   Okay.

24   A.   Yeah.

25   Q.   Have you ever seen this document before?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

1      A.   I don't recall, but I am aware that she was on

2  FMLA.

3      Q.   And when you say you are aware that she was on

4  FMLA, this would've been after she started her

5  temporary --

6      A.   Yes.

7      Q.   -- assignment?

8      A.   Yes.

9      Q.   Okay.  And you don't recall whether you've

10 seen this document?

11     A.   No.

12     Q.   Okay.

13     A.   But I was aware of the FMLA, yes.

14     Q.   Okay.  And did you understand why she was out

15 on FMLA?

16     A.   I don't recall the exact circumstance other

17 than it was related to the pregnancy.

18     Q.   And did you ever share any information with

19 Ms. Duncan in regards to Ms. Lopez being out on FMLA or

20 intermittent FMLA?

21     A.   I don't recall that.  No.

22     Q.   Did you ever have a conversation with Ms.

23 Duncan in regards to Ms. Lopez being pregnant?

24     A.   I don't recall.

25     Q.   Did you ever have a conversation with Ms.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  Duncan in relation to Ms. Lopez being out on

2  intermittent FMLA?

3       A.   I don't recall that either, because at this

4  point, Ms. Lopez was assigned to Transportation

5  Engineering, and if I'm not mistaken, soon after she

6  started the assignment, she wasn't in the office, so it

7  was not a conversation as much.

8       Q.   Okay.  Did you ever have a conversation with

9  Ms. Jorgenson in regards to Ms. Lopez's pregnancy?

10      A.   Yes.

11      Q.   Okay.  What do you recall from that

12  conversation?

13      A.   That -- that she was pregnant, and which is

14  why she was on leave, but beyond that, I don't really

15  have details.

16      Q.   And how'd you feel about her being on leave

17  because she was pregnant?

18           MR. BENTLEY:  Object to the form.

19           THE WITNESS:  I mean, I didn't have any issue

20     with it.

21           BY MS. CARRION:

22      Q.   And did you have a discussion with anybody

23  else in the City of Tampa in regards to Ms. Lopez being

24  out on leave because she was pregnant?

25      A.   I don't recall a conversation, no.



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   And you don't recall, as you sit here today,

2   whether you have seen this document prior to today?

3      A.   Correct.  Again, with a team of over 370

4   folks, we have a lot of people that have unfortunately

5   different circumstances, and so it'd be really hard for

6   me to recall reviewing these documents, each and every

7   one of them.

8      Q.   Yeah, I understand.

9           MR. BENTLEY:  Good time to take a restroom

10     break or -- it's up to you.

11          MS. CARRION:  Yeah.  Yeah, of course.

12          MR. BENTLEY:  If I may?

13           (OFF THE RECORD)

14          MS. CARRION:  Thanks.  Sorry.

15          MR. BENTLEY:  No, you're good.

16           BY MS. CARRION:

17     Q.   Okay.  Do you recall ever receiving an e-mail

18   stating that Scarlett was going to return to work after

19   her leave?

20     A.   I don't, no.

21          MS. CARRION:  And this is Exhibit 4.

22           (EXHIBIT 4 MARKED FOR IDENTIFICATION)

23           BY MS. CARRION:

24     Q.   And so in this e-mail, it looks like Danni

25   Jorgenson had forwarded you an e-mail from Kimberly

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1   Sullivan stating, "Good afternoon.  We've received a
 2   medical note clearing Scarlett to return to work
 3   tomorrow.  I have let Jean Duncan know."  Have you seen
 4   this e-mail before?
 5        A.   I don't recall seeing it, no.
 6        Q.   Okay.  But that is in fact your e-mail, right?
 7        A.   Yeah.  Yeah.
 8        Q.   And you do review your e-mails?
 9        A.   Yes.
10        Q.   But you receive a lot of e-mails?
11        A.   Yes.
12        Q.   So it'd be difficult for you to remember this
13   particular one?
14        A.   Correct.
15        Q.   Okay.  And out of curiosity, why would HR have
16   to let Ms. Duncan know that Ms. Jorgenson's direct
17   report would be returning to work?
18           MR. BENTLEY:  Objection to the form.
19           THE WITNESS:  Because she was still in the
20       unclassified position and so, technically, she
21       reported to Jean.  The temporary assignment was to
22       report to Ms. Duncan.
23           BY MS. CARRION:
24       Q.   And when you mean technically, do you mean
25   like in the system and in writing?
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.   I don't recall if it was in the system because

2  I don't know who did the payroll, whether it was Ms.

3  Duncan that did it or if it was Danni Jorgenson.

4    Q.   And what would the payroll have to do with it?

5    A.   Timecards.  Although, if it was an

6  unclassified position, that may not have been an issue

7  either, so --

8    Q.   Okay.  And what do you mean, that may not have

9  been an issue either?

10    A.   So with unclassified positions, you have fixed

11  schedules and so unlike a union position where you have

12  to clock in, clock out and kind of your hours may

13  change, your schedule may change.  That's not always the

14  case.  So again, I'm not clear or I don't recall the

15  circumstances, whether she was -- because officially,

16  she would've been in the unclassified position of a

17  Senior Executive Aide and so I don't know how the

18  payroll was done.

19    Q.   Okay.  But why does the payroll matter?

20    A.   Because that's why HR would've informed Jean

21  Duncan because she still reported to her.

22    Q.   And so at this time, when she returned from

23  work -- when she returned from FMLA on March 3, 2022,

24  she would've still been considered a Senior Executive

25  Aide doing a temporary assignment for the Transportation



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

1   and Mobility team under Danni Jorgenson?

2       A.   That is my understanding, yes.

3       Q.   Okay.  Did you ever discuss with Ms. Mitchell

4   in regards to Ms. Lopez's pregnancy?

5       A.   I don't think so.  I don't recall, though.

6       Q.   What about with Ms. Duncan?

7       A.   I don't recall that.

8       Q.   Do you recall Ms. Duncan telling you that she

9   did not believe Ms. Lopez was pregnant?

10          MR. BENTLEY:  Object to the form of the

11      question.

12          THE WITNESS:  I don't recall that.

13          BY MS. CARRION:

14      Q.   So your testimony today that you don't recall

15   that or that conversation did not happen?

16      A.   My testimony is that I don't recall it.

17      Q.   Okay.  Do you recall having any conversation

18   with Ms. Lopez in regards to the fact that she may have

19   lost a baby?

20      A.   I don't recall a conversation, no.

21      Q.   Do you recall finding out that she had a

22   miscarriage?

23      A.   Vaguely, but I don't recall specifically.

24      Q.   Okay.  But you were aware that she did have a

25   miscarriage?

 MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1      A.    Yes.

2      Q.    Okay.  Who may have told you?

3      A.    Either Danni or -- again, I don't recall

4  specifically.

5      Q.    Or who?  It

6      A.    No, it would just be Danni, because -- I mean,

7  Ms. Lopez wasn't around at the time, so that was just

8  not the conversation, so --

9      Q.    What -- because she was out on leave?  Is that

10 what you mean, she wasn't around?  She wasn't --

11     A.    Correct.

12     Q.    -- physically around?

13     A.    Yeah.  Yeah.

14     Q.    Okay.  So you'd had a conversation with Ms.

15 Jorgenson in regards to Ms. Lopez's miscarriage?

16     A.    I don't recall the conversation, but I was --

17     Q.    Aware?

18     A.    Aware, yeah.

19     Q.    Okay.  Were you aware that she lost her baby

20 on a Friday afternoon while working?

21     A.    I'm not aware of that.

22     Q.    Were you aware that she returned to work two

23 days after, on that Monday?

24     A.    I'm not aware of that.

25     Q.    Were you aware that she had shared with Ms.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Jorgenson that she had had a miscarriage?

2         A.   I don't recall specifically.  Oh, no, I'm not

3    aware that she shared with Ms. Jorgenson.

4         Q.   But you were aware, or as best as you believe,

5    that you may have had a conversation with Ms. Jorgenson

6    in regards to her miscarriage?

7         A.   Yes.  That's well put, as best as I believe.

8    That's how I would have found out.

9         Q.   Okay.  When you found out she had a

10   miscarriage, did you reach out to her?

11        A.   I don't recall.

12        Q.   When someone loose as a family member in your

13   department, do you reach out to them?

14        A.   Yes.

15             MR. BENTLEY:  Object to form.

16             THE WITNESS:  Typically, but Ms. Lopez was not

17        formally part of the Engineering Department, or

18        Mobility for that matter, and soon after her

19        temporary assignment, she wasn't in the office for,

20        you know, the reasons stated.  So that would not be

21        something, like I said, that was in my daily kind of

22        correspondence or touch.

23             BY MS. CARRION:

24        Q.   Got it.

25        A.   So yeah.



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   Even though she may have had the

2  miscarriage --

3      A.   Yeah.

4      Q.   -- after she came back to work, when she was

5  in the office?

6      A.   Which I wasn't aware of.

7      Q.   Got it.

8      A.   So.

9      Q.   And it's your testimony today that because she

10 did not report directly to you, there wouldn't have been

11 a reason for you to reach out to her after you found out

12 that she had a miscarriage?

13          MR. BENTLEY:  Object to the form of the

14      question.

15          THE WITNESS:  Correct.  So let me clarify that.

16      With 370 employees, I'm sure there are many

17      employees that may lose family members or may have

18      mishaps within their family that I may not be aware

19      of, and --

20          BY MS. CARRION:

21      Q.   But when you do become aware of it --

22      A.   Correct.

23      Q.   -- like you became aware that she had a

24 miscarriage, you did not reach out to her, correct?

25      A.   Correct.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1          MR. BENTLEY:  Object to the -- yeah.

2           BY MS. CARRION:

3      Q.   Okay.

4          MR. BENTLEY:  I withdraw that objection.

5           BY MS. CARRION:

6      Q.   Didn't you tell her, we take care of our

7  people?

8          MR. BENTLEY:  Object to the form of the

9      question.

10          THE WITNESS:  I don't recall that.

11           BY MS. CARRION:

12      Q.   But you did tell that to your team members?

13  You have said that on e-mails?

14      A.   Yeah.

15      Q.   In person?

16      A.   Yeah.  But I don't characterize it, as, you

17  know, we take care of our people as much as asking

18  supervisors, please take care of the team.

19      Q.   Of course.

20      A.   Yeah.

21      Q.   Or telling them, I'm really sorry that you had

22  a miscarriage.

23          MR. BENTLEY:  Object to the form.

24           BY MS. CARRION:

25      Q.   It's okay.  Do you find it admirable that an
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1   employee would have had a miscarriage on a Friday

 2   afternoon and gone back to work on a Monday?

 3           MR. BENTLEY:  Object to the form of the

 4       question.

 5           BY MS. CARRION:

 6       Q.   Let me rephrase.  Would you find it admirable

 7   if someone had lost a parent on a Friday afternoon and

 8   then gone back to work on a Monday?

 9           MR. BENTLEY:  Object to the form of the

10       question.

11           THE WITNESS:  I wouldn't be surprised if they

12       didn't show up at all, and I would have empathy for

13       them either way.

14           BY MS. CARRION:

15       Q.   Yeah.  Did you have empathy for Ms. Lopez?

16       A.   Yeah.

17       Q.   At what point did you become aware that Ms.

18   Duncan completed an evaluation for Ms. Lopez?

19           MR. BENTLEY:  Can I use the restroom?

20           MS. CARRION:  Yeah.

21           MR. BENTLEY:  This is a top -- good stopping

22       point.  I agree.

23           MS. CARRION:  Yeah, sorry.

24           MR. BENTLEY:  If you want to keep going.  I

25       mean, I could save it.
```



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free **855-MYDEPOS**

1      MS. CARRION:  No, we can -- this is a good

2   stopping point.

3      MR. BENTLEY:  Okay.  Just, it's like, I was

4   like, oh --

5       (OFF THE RECORD)

6      THE REPORTER:  The time is 2:44 p.m., we are

7   back on record.

8      MS. CARRION:  Thank you.

9       BY MS. CARRION:

10    Q.   Earlier you testified that there are about

11  four, I believe you said, employees that you do

12  performance reviews on an annual basis; is that right?

13    A.   More than that.

14    Q.   More than that?

15    A.   Yeah.

16    Q.   Okay.  About how many?

17    A.   At least seven direct reports.

18    Q.   Okay.

19    A.   Yeah.

20    Q.   And from the direct reports that you do their

21  performance reviews, do you ever have anybody else fill

22  out their performance review?

23    A.   No.  What I may do is ask my executive

24  assistant to put the previous year's review in Word

25  format so that I can easily edit it.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    Q.   Edit it, to what extent?

2    A.   So the questions are the same every year.

3    Q.   Okay.

4    A.   And so, typically, if I provide any kind of

5    performance review, I provide an example of why that

6    scoring is what it is.  And some people will do a

7    separate Word document.  Others will just have it within

8    the same document.  I typically have it in the same

9    document, so --

10   Q.   Okay.  But once you put -- makes it into --

11   excuse me.  Once she makes it into a Word document or

12   Excel?

13   A.   Uh-huh.

14   Q.   Word or Excel --

15   A.   Word, yeah.

16   Q.   -- then you go in, and you make this year's

17   comments and edits?

18   A.   Correct.  Yeah.

19   Q.   Are you the only one that makes these comments

20   and edits for your direct reports?

21   A.   Yeah.

22   Q.   Okay.  Okay.  And are you aware that Ms.

23   Duncan provided Ms. Lopez a performance review?

24   A.   I don't recall.  I know that there was a

25   performance review that was due.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      Q.    Okay.

2      A.    Yeah.  But I don't know who provided it.

3      Q.    And when you say, it was due, it was due at

4  the time that Ms. Lopez was in the temporary --

5      A.    Correct.

6      Q.    -- assignment?

7      A.    Correct.

8      Q.    Okay.  Did you ever review this performance

9  review?

10      A.    I don't recall reviewing it, no.

11      Q.    Okay.

12            MS. CARRION:  I'll mark this as Exhibit 5.

13            (EXHIBIT 5 MARKED FOR IDENTIFICATION)

14            BY MS. CARRION:

15      Q.    I'll give you a few seconds if you want to

16  take a look through it.  Does this look like Ms. Lopez's

17  performance review?

18      A.    Yes.

19      Q.    Okay.  Have you ever seen this document prior

20  to today?

21      A.    I don't recall.

22      Q.    Okay.  Is that your testimony that prior to

23  today, you do not remember seeing this document, or that

24  you have not actually seen it until today?

25      A.    It is my testimony that I don't remember

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  seeing this document before today.

2     Q.   Okay.  Would there have been any reason why

3  you would see a performance review for someone in your

4  team?

5     A.   Yes.  Because for mobility employees, all of

6  the performance reviews ultimately get signed by the

7  director.  Realistically, not all performance reviews

8  are fully reviewed, because if I did 370, that'd be a

9  lot of time.

10        So what I do typically is work with my

11  executive aide on a weekly basis, and whatever

12  evaluations come in that week, if they are outstanding

13  or if they're excellent, I generally just have her sign

14  and process because they're outstanding and excellent. I

15  trust my team to do those evaluations.  And then if they

16  are less than stellar, then I would review them.

17     Q.   Okay.  And in this case, you don't know

18  whether you reviewed this one?

19     A.   I don't.

20     Q.   Do you know whether it's less than stellar?

21     A.   I don't.

22     Q.   Okay.

23     A.   I mean, on reviewing it, I didn't review it in

24  detail, but no, I don't.

25     Q.   No, you don't, what?



**MILESTONE** | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

31o/o4 Bhide VIRtC4o7-2024

```
 1        A.   I don't know that it's less than stellar.

 2        Q.   Okay.  But -- and you just testified that if a

 3   review of someone that would be in your department would

 4   be less than stellar, then you would certainly review

 5   it?

 6        A.   Correct.

 7             MR. BENTLEY:  Object to the form.

 8             THE WITNESS:  But in this case, it wasn't a

 9        evaluation of someone within my department.

10             BY MS. CARRION:

11        Q.   Okay.  And that's because, on paper, she still

12   reported to Jean Duncan?

13        A.   Correct.

14        Q.   But during the time, from January 3rd up until

15   this review was done, she was working under Ms.

16   Jorgenson?

17        A.   Correct.

18        Q.   Okay.  And doing the duties of the temporary

19   administrative aide?

20        A.   Correct?

21        Q.   Okay.  Let's take a look at it for a second.

22        A.   Sure.

23        Q.   Do you see on Page 1, number two and three are

24   rated below expectations?

25        A.   Yes.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   Have you ever scored anybody below

2  expectations that directly reports to you?

3      A.   Not directly, no.

4      Q.   Okay.

5      A.   Let me correct that.  I don't recall 100

6  percent because I don't know exactly what Sharon's

7  evaluation was and whether there was anything below

8  expectations.  But typically, no.  Sharon was my former

9  executive aide.

10     Q.   And you don't recall whether you ever scored

11  her below expectations?

12     A.   I don't.  You asked me, do I ever, and what

13  I'm saying is I don't recall.

14     Q.   So you may have scored her below expectations?

15     A.   I don't recall.  Yeah.

16     Q.   Now, you were aware that Ms. Lopez was out on

17  intermittent FMLA?

18     A.   Yes.

19     Q.   Are you aware of whether you could use the

20  absences that someone's out on intermittent FMLA during

21  their performance evaluation?

22          MR. BENTLEY:  Object to the form of the

23     question.

24          THE WITNESS:  I'm not aware.

25          BY MS. CARRION:

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1    Q.   Does it surprise you that the period covered

2  of the evaluation is during the time that she was

3  reporting to Ms. Jorgenson?

4         MR. BENTLEY:  Object to the form of the

5     question.

6         THE WITNESS:  It doesn't surprise me, no.

7         BY MS. CARRION:

8    Q.   And why not?

9    A.   Because I've seen it done a few different

10  ways. So even within the department, sometimes between

11  an annual evaluation, someone may change from one

12  division to another, or one position to another, and

13  have different supervisors.

14        And in that case, those evaluations may be

15  done separately.  Someone does eight months.  The other

16  does four months.  Sometimes it is, well, someone was,

17  you know, with this person for eight months.  So that

18  was a majority of the time, and just one person may do

19  the evaluation.  So it's not entirely consistent, but

20  that's why I wouldn't be surprised.

21    Q.   Okay.  In those instances that you recall, if

22  the employee worked either on a temporary basis for

23  another supervisor, is it appropriate to ask for that

24  supervisor's input in regards to their performance

25  during that time period?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

```
 1            MR. BENTLEY:  Object to the form of the

 2      question.

 3            THE WITNESS:  It is.  I mean --

 4             BY MS. CARRION:

 5      Q.   Have you seen it done?

 6            MR. BENTLEY:  Same objection.

 7            THE WITNESS:  I have.

 8             BY MS. CARRION:

 9      Q.   Okay.  In what instances?

10      A.   In the cases that I mentioned.  So specific

11  cases, I don't remember, but I've seen it done both

12  ways, where there's just one evaluator, or there are two

13  evaluators because there were two supervisors within the

14  same evaluation period.

15      Q.   Okay.  Did you ever have a conversation with

16  Ms. Duncan in regards to Ms. Lopez's evaluation?

17      A.   I don't recall.  I don't think so.

18      Q.   Is that your testimony today, that you did not

19  have a conversation with Ms. Duncan in regards to Ms.

20  Lopez's performance evaluation, or that you do not

21  recall?

22      A.   I did not have a conversation with her

23  regarding Ms. Lopez's evaluation.

24      Q.   Do you recall whether you had a conversation

25  with Ms. Duncan in relation to the overall scoring of
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

316794 Bhide Vik 03-07-2024   Page 141

```
 1   her evaluation?

 2           MR. BENTLEY:  Object --

 3           THE WITNESS:  No.

 4           MR. BENTLEY:  Object to form of the question.

 5            BY MS. CARRION:

 6       Q.  You don't recall, or you did not have the

 7   conversation?

 8       A.   I did not have a conversation regarding

 9   scoring.

10       Q.   Okay.  Were you aware that Ms. Lopez filed a

11   grievance due to this performance evaluation?

12       A.   I don't recall.

13       Q.   You don't recall whether you were aware that

14   she filed a grievance?

15       A.   I don't recall if she filed a grievance or

16   not.

17       Q.   Okay.  But you were aware that she did file a

18   grievance?

19           MR. BENTLEY:  Object to the form of the

20       question.

21           THE WITNESS:  I don't recall.

22            BY MS. CARRION:

23       Q.   Okay.  As you sit here today, you do not know

24   whether Ms. Lopez filed a grievance at the City of Tampa

25   while she was working in the temporary admin position in
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    the Mobility and Transportation Department?

2         A.   I do not recall if she filed a grievance.

3         Q.   When did they officially move her to your

4    department?

5         A.   January 3rd.

6         Q.   If an employee --

7         A.   A temporary assignment.

8         Q.   Okay.  Did you -- were you ever aware that

9    they officially moved her under Ms. Jorgenson's

10   supervisor?

11        A.   I wasn't aware.

12        Q.   Okay.  When an employee files a grievance in

13   your department, do you become aware?

14        A.   Yes, but I may not always have all of the

15   circumstances, because depending on the steps within the

16   grievance, it may be handled by the managers or their

17   supervisors as well.

18        Q.   Okay.  But at some point, you would have

19   become aware if there was a grievance in your

20   department?

21        A.   I would have had an e-mail saying, yeah, there

22   was a grievance here.

23        Q.   And in this case, you didn't become aware

24   because it was a temporary assignment?

25             MR. BENTLEY:  Object to the form of the



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1    question.

2         THE WITNESS:  I don't recall that.  I don't

3    know the answer to that question.  Let me put it

4    that way.

5         BY MS. CARRION:

6    Q.    Okay.  And so as you sit here today, you've

7    never reviewed Ms. Lopez's grievance?

8    A.    Correct.

9    Q.    You've never spoken with human resources in

10   regards to Ms. Lopez's grievance?

11   A.    That is correct.

12   Q.    You've never spoken with Ms. Duncan in regards

13   to Ms. Lopez's grievance?

14   A.    I don't recall that.

15   Q.    You've never spoken with Ms. Mitchell in

16   regards to Ms. Lopez's grievance?

17   A.    I don't recall that.  Yeah.

18   Q.    During the time that Ms. Lopez was working the

19   temporary position, did you have any conversations with

20   Ms. Duncan in regards to Ms. Lopez?

21   A.    I don't recall a conversation about Ms. Lopez.

22   Q.    Ever?

23   A.    During the time that she was assigned to

24   Transportation Engineering, after she was assigned to

25   Transportation Engineering.

MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      Q.   From January 3, 2022, till August 22, 2022,

2  not once did you have a conversation with Ms. Duncan

3  about Ms. Lopez?

4           MR. BENTLEY:  Objection to the form of the

5      question.

6           THE WITNESS:  I do not recall.

7           BY MS. CARRION:

8      Q.   You do not recall?

9      A.   Correct.

10     Q.   Your testimony today is that you do not

11  remember having a conversation with Ms. Duncan --

12     A.   Correct.

13     Q.   -- during this period of time?

14     A.   Correct.

15     Q.   Is it odd that an administrator wouldn't have

16  followed up to ask how she's doing when she's the one

17  who's asked to put her on a temporary position?

18          MR. BENTLEY:  Object to the form of the

19     question.

20          THE WITNESS:  Not necessarily.

21          BY MS. CARRION:

22     Q.   Why not?

23          MR. BENTLEY:  Same objection.

24          THE WITNESS:  Because she had worked with Ms.

25     Lopez directly, so --

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1              BY MS. CARRION:

2         Q.   What does that mean?

3         A.   That means she would not have felt the need,

4    potentially.  And again, I'm guessing here, that.

5         Q.   Okay.  Were you aware of any projects that Ms.

6    Lopez was working with Ms. Duncan from January 3rd up

7    until her termination?

8         A.   No.

9         Q.   Okay.  Were you aware of the projects she was

10   working with Ms. Jorgenson?

11        A.   No.

12        Q.   Were you aware of the duties that she was

13   doing?

14        A.   Generally.

15        Q.   Okay.  Did anybody, at the time, from January

16   up until her termination, discuss with you, good or bad,

17   in regards to Ms. Lopez's performance while she was in

18   the temporary admin position?

19        A.   I don't recall that.

20        Q.   Do you recall having a conversation with Ms.

21   Jorgenson when she shared with you that she was pleased

22   with Ms. Lopez's performance?

23        A.   I don't recall that.

24        Q.   Do you have a -- do you recall having a

25   conversation with Ms. Jorgenson where she stated that



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900            www.MILESTONEREPORTING.com            Toll Free 855-MYDEPOS

1    she was not pleased with Ms. Lopez's performance?

2        A.   I don't recall it.

3        Q.   Do you recall any conversations about Ms.

4    Lopez from January 3rd to August 22, 2022?

5        A.   As regards to what?

6        Q.   Ms. Lopez?

7        A.   Not specifically, no.

8        Q.   None?

9        A.   No.  I wasn't very involved in that --

10       Q.   In what?

11       A.   -- process.  In Ms. Lopez's temporary

12   assignment to transportation engineering through that

13   time period.

14           MS. CARRION:  Okay.  I'll go ahead and mark

15       this as Exhibit 6.

16           (EXHIBIT 6 MARKED FOR IDENTIFICATION)

17           BY MS. CARRION:

18       Q.   Do you recall ever seeing this e-mail?

19       A.   I don't.

20       Q.   Earlier you testified that it was pretty

21   normal for Jean Duncan to send you e-mails with FYI?

22       A.   Yeah.

23       Q.   Earlier you testified that when she would send

24   you e-mails with FYIs, it was because she wanted you to

25   look at something?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1          MR. BENTLEY:  Object to the form of the
 2      question.
 3          BY MS. CARRION:
 4      Q.    Is that correct?
 5      A.    Yes.
 6      Q.    Okay.  And so, therefore, you know, is it fair
 7  to make the inference that she shared this e-mail with
 8  you because she wanted you to look at it?
 9      A.    Yes.
10      Q.    Okay.  But as you sit here today, you don't
11  recall seeing this e-mail?
12      A.    That's correct.
13      Q.    Can you tell me the date that this e-mail was
14  sent?
15      A.    August 3rd, '22.
16      Q.    Okay.  At this time, Ms. Lopez would have been
17  employed under the temporary position in the Mobility
18  Department; is that correct?
19      A.    I'm not sure, but likely, yes.
20      Q.    Okay.  Well, she was either employed or
21  terminated, right?  So if she was still working for the
22  City of Tampa, she would have been --
23      A.    I would -- I don't recall the
24          MR. BENTLEY:  Object to the form the question.
25          MS. CARRION:  That's fine.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1          MR. BENTLEY:  He's asked and answered.  He

 2     didn't know.

 3          MS. CARRION:  Thanks.

 4           BY MS. CARRION:

 5     Q.   Do you know when Ms. Lopez was terminated?

 6     A.   Not a specific date.

 7     Q.   Okay.  Let's go ahead and look at this e-mail

 8  for a second.  It says, "I strongly object to a partial

 9  granting of the grievance.  I was not consulted at all

10  in this decision.  In a hallway convo with Becca about

11  this, this was not mentioned at all.  This employee has

12  been overpaid as a AU-5 for eight months, and the entire

13  idea of a temporary assignment was portrayed by HR as

14  just that, a temporary situation.  The interviewing and

15  hiring aspect of this position has been fraught with

16  missteps."

17          MR. BENTLEY:  Are we doing the tone on purpose?

18          MS. CARRION:  Oh, yeah.

19          MR. BENTLEY:  Okay.

20          MS. CARRION:  I -- I'm sorry.  It's my tone.

21          MR. BENTLEY:  No, it's not.  That's a false

22     statement, but okay.

23           BY MS. CARRION:

24     Q.   An e-mail like this, that is so forward, you

25  don't recall reading?
```



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        A.    No.

 2        Q.    Is it common for Ms. Duncan to send e-mails

 3  like this?

 4             MR. BENTLEY:  Object to the form of the

 5        question.

 6             THE WITNESS:  Not that I'm aware of.  No, not

 7        typical.

 8             BY MS. CARRION:

 9        Q.    Not typical.  Have you ever received an e-mail

10  from Ms. Duncan where she has used the words, fraught

11  with missteps, besides this one?

12        A.    I can't recall, no.

13        Q.    Okay.  But you did receive this e-mail,

14  correct?

15        A.    Yes.

16        Q.    Okay.

17        A.    Based on the document you're sharing with me I

18  likely received it because my e-mail address is correct.

19        Q.    Okay.  Do you recall having any conversations

20  with Ms. Duncan after you received this e-mail?

21        A.    I don't recall.

22        Q.    Do you recall having any conversation with Ms.

23  Duncan in regards to the granting of the grievance?

24        A.    No.

25        Q.    Is it your testimony that you don't recall or
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    that the conversation did not happen?

2        A.    I don't recall.

3        Q.    Okay.  Why is Bertha Mitchell CC'd on these e-

4    mails?

5            MR. BENTLEY:  Object to the form of the

6        question.

7            THE WITNESS:  I don't know.

8            BY MS. CARRION:

9        Q.    Is it common for Jean Duncan to CC Bertha

10   Mitchell in e-mails?  At the -- sorry, let me rephrase.

11   At the time that Bertha Mitchell was working under the

12   CAP position, was it common for Jean Duncan to CC her on

13   e-mails?

14       A.    It would have been, yes.

15       Q.    A lot of e-mails?

16       A.    Possibly.  Yeah.

17       Q.    Any specific times where you saw that she

18   would CC Ms. Mitchell more than others?

19       A.    No.

20       Q.    Okay.  Why do you think she sent this to you?

21       A.    I don't know.

22       Q.    It's your testimony today that you do not

23   recall being aware that Ms. Lopez filed a grievance; is

24   that correct?

25       A.    Correct.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1          MR. BENTLEY:  Object to the form of the

 2     question.

 3          BY MS. CARRION:

 4     Q.   Okay.  And are you aware whether she was

 5 granted this grievance?

 6     A.   I'm not aware.

 7     Q.   Okay.  Are you aware a result of what the

 8 granting of this grievance meant?

 9     A.   No.

10     Q.   Are you aware that Ms. Jorgenson was directed

11 -- I'm so sorry.  Ms. Jorgenson was directed to redo a

12 performance review for Ms. Lopez during the time that

13 she reported to her?

14     A.   I don't recall.

15     Q.   Do you recall having a conversation with HR in

16 regards to Ms. Jorgenson having to redo this performance

17 review?

18     A.   I do not recall who the conversation was with,

19 but I do recall a conversation about a partial

20 evaluation or not, but that's about it.

21     Q.   Okay.  And who do you recall this conversation

22 with?

23     A.   I don't.

24     Q.   You don't?

25     A.   I don't recall who the conversation was with.
```

**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.    Okay.  Do you recall seeing this performance

2   review that Ms. Jorgenson did?

3      A.    No.

4      Q.    Would that have been one of your direct duties

5   as director of that department to review a performance

6   review that was given to one of your employees as a

7   result of a grievance?

8      A.    Not specifically.  Given that, in this case,

9   the employee was, in fact, in an unclassified position

10  reporting to somebody else.

11     Q.    To Ms. Jorgenson, you mean?

12     A.    No.  To Ms. Duncan officially.

13     Q.    Officially, on paper?

14     A.    Yeah.

15     Q.    Okay.  But doing the duties under Ms.

16  Jorgenson?

17     A.    Correct?

18     Q.    Fully?

19     A.    Assigned temporarily, yep.

20     Q.    Okay.  Okay.  Let's talk a little bit about

21  the utility tech position.

22     A.    Sure.

23     Q.    At the time that Ms. Lopez was assigned

24  temporarily for the position, what was the process in

25  order to get the utility tech position approved for

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  posting?

2      A.   Well, we would have had to find an eligible

3  position within the department first.  And if it weren't

4  within the division itself, or that account string that

5  it belonged to, then we would have had to assign that

6  position to a different division.

7           So we did find a position within parking that

8  could have been reclassified to the utility tech

9  position that is currently filled today.  And so, I --

10 as I recall it, that's what we did.

11     Q.   Okay.  And so Parking and Operations, is it

12 the same or separate?

13     A.   They're not.  Separate.

14     Q.   Okay.

15     A.   A separate division.

16     Q.   So Parking had a position --

17     A.   Correct.

18     Q.   -- that they were not filled?

19     A.   Correct, correct.

20     Q.   It was not a utility tech position?

21     A.   It was not.

22     Q.   What was the position?

23     A.   I think it was -- no, I don't recall

24 specifically.  It would either have been, like, a

25 enforcement or a -- a parking attendant type of a



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  position because they have different positions than

2  engineering, so --

3      Q.  That's okay.  And so since that position was

4  not filled, you then -- did you have a discussion with

5  HR in regards to the creation of the utility technology

6  position?

7      A.  I would have had to with employee --

8  employment services.  So the typical process is, and the

9  managers do this, is the parking manager or the

10  transportation engineering manager, it doesn't matter,

11  would have submitted or discussed with Employment

12  Services that here's a position we have.  Here's a need

13  we have here. The -- we'd like to transfer this from one

14  division to another and create that position and

15  advertise it and fill it.

16      Q.  What do you mean?  I'm just trying to

17  visualize.

18      A.  Sure.

19      Q.  What do you mean transfer this to that

20  position?

21      A.  Well, what it means is, if you have a vacant

22  position in one division within a department, you can

23  functionally move that position to different division.

24  At which point, it gets paid under a different account

25  string altogether.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1      Q.    Okay.

2      A.    And there's a bureaucratic process for that.

3      Q.    Okay.  And when you -- when it gets paid,

4   since the budget is changing, would that have had to

5   been approved by the Chief Financial Officer?

6      A.    Yes.  Because they review what the -- what the

7   budget impact is, whether the recipient department can

8   afford that position or not.

9      Q.    Perfect.  And then ultimately, would the mayor

10  have had to approve?

11     A.    I don't know.

12     Q.    Okay.

13     A.    Yeah.

14     Q.    In a case where the utility tech position, had

15  that position ever existed for the Mobility Department?

16     A.    Yes, but I'm not sure if it was whether -- in

17  that division or other divisions, but under that account

18  string, it would have.  Because our operations, for

19  example, we've got a whole transportation operations

20  section.  They've got utility techs.

21     Q.    Okay.  And who designed the duties for the

22  utility tech position?

23     A.    That would have been in consultation with the

24  manager, in this case, Ms. Jorgenson.

25     Q.    Okay.  And so did you have a meeting with her



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1    in regards to what those duties would be?

2         A.   I don't recall that.

3         Q.   Okay.  So who would have consulted with her?

4         A.   Well, it's possible that the two managers

5    would have worked together or the manager herself would

6    have kind of figured out that here are the duties under

7    this position.  It was just a matter of making that

8    administrative transfer.

9         Q.   Okay.  Okay.  And what -- once those duties

10   are set for the position, then does HR create the

11   classification for the position?

12        A.   Correct.  And these typically have to be

13   existing, defined positions within our personnel

14   services, so --

15        Q.   Got it.  And you mean the personnel

16   services --

17        A.   So we have a whole list of job descriptions

18   and positions so that it would have had to be on that

19   list.

20        Q.   Got it.

21        A.   So utility tech is on that list.

22        Q.   Perfect.  And you would have looked what it's

23   assigned, then you would have added the duties, and then

24   you would have gotten with HR --

25        A.   Correct.



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1      Q.   -- to enable the posting?

 2      A.   Correct.

 3      Q.   Okay.

 4      A.   And typically, the job descriptions are

 5 preset. We -- we do get to modify them slightly, and

 6 then get them approved and all of that, so --

 7      Q.   Okay.  And did you review this before it went

 8 to HR for posting?

 9      A.   I don't recall reviewing it, but it's possible

10 that I would have.

11      Q.   Okay.

12      A.   Yeah.

13      Q.   Would a manager have had to review it?

14      A.   Yes.

15      Q.   Like, Ms. Jorgenson?

16      A.   Yes.

17      Q.   Okay.  And then at the time that it goes to

18 HR, it would have already been approved, potentially, by

19 the Chief Financial Officer or the mayor, if needed, in

20 regards to the budget, correct?

21      A.   Correct.

22      Q.   Okay.  And once it goes to HR, who decides

23 whether they're going to be posting that role internally

24 or externally?

25      A.   The department decides that.
```

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   And when you mean, the department, do you mean

2  the director of the department --

3    A.   Correct.

4    Q.   -- you?

5    A.   Yeah.  Or the managers.

6    Q.   Or the managers.

7    A.   I mean, if the department director delegates

8  that to the managers, and that happens all the time,

9  so --

10    Q.   Okay.  And a position can be posted internally

11  or externally --

12    A.   Correct.

13    Q.   -- depending on the director's or manager's

14  discretion?

15    A.   Discretion, yeah.

16    Q.   Okay.  And for this particular position, who

17  made the decision to post this position externally?

18    A.   I don't recall that, but it's possible I could

19  have made it, but I don't recall it.

20    Q.   Okay.  Okay.  Would it make a difference when

21  you post a position externally versus internally?

22          MR. BENTLEY:  Objection to the form of the

23      question.

24          THE WITNESS:  Yes.

25          BY MS. CARRION:

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1        Q.   Okay.  And what I mean, would it make a
 2   difference, would it make a difference because
 3   internally only employees of the city would have been
 4   allowed to apply?
 5        A.   Correct.
 6        Q.   And externally, anybody, the public at
 7   large --
 8        A.   Correct.
 9        Q.   -- can apply?
10        A.   Correct.
11        Q.   Could someone abroad apply?
12        A.   Depends on Visa rules.  I'm an immigrant,
13   so --
14        Q.   So am I, so I figured I'd ask.  And for out-
15   of-state applicants, is there any additional steps or is
16   it the same step?
17        A.   Or -- could you repeat the question?
18        Q.   Yeah.  An applicant for out -of-state, are
19   they allowed to apply?
20        A.   Yes.
21        Q.   Okay.  Is it the same process for out-of-state
22   applicants?
23        A.   Same process.
24        Q.   Okay.  And then once either you or Ms.
25   Jorgenson let HR know that this was going to be posted
```

MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  externally, does -- then HR hit the button, like, go

2  live?

3      A.   Yeah.

4      Q.   Okay.  And you don't recall, as you sit here

5  today, who made the decision in regards to posting this

6  position externally?

7      A.   That's correct.  I don't recall.

8      Q.   Okay.  Do you recall having a conversation

9  with Ms. Jorgenson where she related to you that she

10 wanted this position to be posted internally so that Ms.

11 Lopez could apply?

12     A.   I don't.

13     Q.   Do you recall having a conversation with Ms.

14 Duncan in regards to posting this position externally so

15 that others could apply?

16     A.   I don't.

17     Q.   You don't recall or you --

18     A.   I don't recall.

19     Q.   Do you recall -- I'm sorry.  Do you recall

20 having a conversation with Ms. Mitchell in regards to

21 posting this position externally?

22     A.   I don't recall.

23     Q.   Once the position was posted, what was your

24 role?

25     A.   It was very limited.  I mean, once the



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1   interviews were conducted, a candidate was selected.  It

2   was, you know, the -- the -- they send that to me by e-

3   mail, typically.  And I either have to approve or

4   disapprove the hire in JobAps, which is a software that

5   we have.  And oftentimes I'm not the person that's, you

6   know, actually clicking.  It might be somebody else. But

7   oftentimes I get to weigh in on a yay or a nay,

8   basically, on the selection.

9        Q.   Okay.

10       A.   Very -- actually, I don't recall when I have

11  not gone with a manager's recommendation on the

12  selection.

13       Q.   And so you would have received an e-mail with

14  potential applicants and their ranking, and you would

15  have made the ultimate decision.  But as you sit here

16  today, you don't recall any time where you would not

17  have followed that manager's recommendation; is that

18  correct?

19       A.   Correct.  That, and if I could clarify, I

20  would not necessarily have any information on who the

21  candidates were and what their rankings were and all.

22  Sometimes that does happen.  Some -- most of the times

23  it's the managers select a candidate from a pool, and

24  then we take it from there.

25       Q.   And when you say, you take it from there, can



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

```
 1   you walk me through that process?
 2        A.   What it means is I trust my managers and go
 3   and accept, in JobAps, the selection of the candidate.
 4        Q.   Perfect.  And so the manager would have gone
 5   into JobAps and already set it up for you.  And you
 6   would have just hit, yes, approve.
 7        A.   Or Employment Services.  I'm not sure exactly
 8   who sets that up in JobAps.
 9        Q.   Okay.
10        A.   Yeah.
11        Q.   And so -- but you would have logged into a
12   dashboard in JobAps where you would've had to approve
13   the hiring of the person.
14        A.   Correct, correct, correct.
15        Q.   Okay.
16        A.   Or the managers, because they're delegated, or
17   my executive aide.
18        Q.   Okay.  At the time that the utility admin
19   support tech position was posted, were you aware that
20   Ms. Lopez applied for the position?
21        A.   I wasn't, no.
22        Q.   You were not aware that she applied for the
23   position.
24        A.   No.
25        Q.   At no time were you ever aware that Ms. Lopez
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  applied for the utility admin support tech?

 2       A.   I would have expected that she would apply for

 3  it, but I wasn't necessarily aware.

 4       Q.   You had never received an e-mail, and you know

 5  that she applied for the position.

 6       A.   I don't recall that.

 7       Q.   You never -- did you ever speak with Ms.

 8  Duncan in regards to her applying for the utility tech

 9  position?

10       A.   I don't recall that.

11       Q.   Did you ever speak with Ms. Jorgenson in

12  regards to her applying for the utility tech position?

13       A.   I don't recall that.

14       Q.   Did you ever speak with Ms. Mitchell in

15  regards to her applying for the utility tech position?

16       A.   I don't recall.

17       Q.   A second ago you testified that you would have

18  assumed that she would have applied for that position;

19  is that correct?

20       A.   Correct.

21       Q.   And why would you assume that?

22       A.   Well, because it was an opportunity that is

23  available, and if she was looking for opportunities, she

24  would have applied for a position.  But I wouldn't have

25  been surprised if she hadn't.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     Q.   And at this time, while you were advertising

2  for the utility tech position and going through the

3  process of hiring somebody for that position, were you

4  aware that Ms. Lopez would be terminated if she did not

5  obtain that position?  Or let me rephrase that.  Would

6  you -- were you aware at this time that Ms. Lopez would

7  be terminated once the utility tech position was filled?

8     A.   I don't recall that.

9     Q.   Do you recall when you became aware that Ms.

10  Lopez would be terminated?

11    A.   I don't.

12    Q.   Do you recall that Ms. Lopez was terminated?

13    A.   I do.

14    Q.   Okay, just checking.  Did Ms. Jorgenson ever

15  tell you that she felt uncomfortable after a

16  conversation with Mr. Capotrio regarding Ms. Lopez's

17  interview process?

18    A.   I don't recall that.

19    Q.   Do you recall Ms. Jorgenson ever telling you

20  that she was receiving daily phone calls from Ms.

21  Duncan?

22    A.   I don't recall that.

23    Q.   Do you recall Ms. Jorgenson telling you that

24  Ms. Duncan had asked her to speed up the hiring process?

25    A.   I don't recall that.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1   Q.   Do you recall Ms. Jorgenson telling you that

2   she was specifically told by Ms. Duncan not to hire Ms.

3   Lopez?

4   A.   I don't recall that.

5   Q.   Do you recall a conversation with Ms.

6   Jorgenson where you related to her that she has to do

7   what she's told?

8   A.   I don't recall that.

9   Q.   Do you recall having a conversation with Mr.

10  Capotrio where you specifically stated that he should

11  not hire Ms. Lopez?

12  A.   I don't recall that.

13  Q.   Do you recall telling Ms. Jorgenson that you

14  would speak with the hiring panel so that they do not

15  hire Ms. Lopez?

16  A.   I don't recall that.

17  Q.   Do you recall telling Ms. Jorgenson that you

18  would speak with the hiring panel?

19  A.   I don't recall that.

20  Q.   Do you know whether Ms. Lopez was interviewed

21  for the utility tech position?

22  A.   I don't.

23  Q.   You don't know whether she was interviewed?

24  A.   I don't know whether she was interviewed.

25  Q.   Okay.  Did you ever receive an e-mail with the



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  finalist applicants?

2      A.   I don't recall that.

3      Q.   Okay.  Do you recall Ms. Jorgenson ever

4  telling you that the way Ms. Lopez was treated did not

5  sit well with her?

6      A.   I don't recall that.

7      Q.   Do you recall having a conversation with Ms.

8  Jorgenson where she related to you that she morally did

9  not feel right about what was happening with Ms. Lopez?

10      A.   I don't recall that.

11      Q.   Do you recall ever telling Ms. Jorgenson that

12  employees must do something even if it's morally

13  questionable?

14      A.   I don't recall that.

15      Q.   So your testimony today is that you don't

16  recall having that conversation or that, in fact, it did

17  not happen.

18      A.   My testimony is I don't recall that.  And it's

19  very likely it wouldn't happen, knowing myself.

20      Q.   Okay.  Well, what do you mean by that?

21      A.   I wouldn't say something like that.

22      Q.   Something like what?

23      A.   What you just mentioned --

24      Q.   And I just want to clarify.

25      A.   -- which is doing something wrong, knowing



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    that it is wrong.

2         Q.   Okay.  If Ms. Jorgenson had come to you and

3    relayed it to you, that she had received a call from Ms.

4    Duncan asking her specifically not to call Ms. Lopez,

5    what would your recommendation have been?

6         MR. BENTLEY:  Object to the form of the

7    question.

8         THE WITNESS:  Given that that's very

9    hypothetical, I don't feel comfortable answering

10   that.

11        BY MS. CARRION:

12        Q.   Okay.  And why don't you feel comfortable

13   answering that?

14        A.   Because it's a hypothetical question.

15        Q.   If an employee comes to you and tells you that

16   the administrator has called them during the process of

17   an interview to hire someone, has told them specifically

18   not to hire an applicant, what would your recommendation

19   be to that manager as the director of that team?

20        A.   In that situation, I would want to speak to

21   the administrator.

22        Q.   Okay.  And is it your testimony today that you

23   did not speak with the administrator in regards to miss

24   -- in regards to Ms. Duncan approaching Ms. Jorgenson

25   and asking her not to hire Ms. Lopez?



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

```
 1              MR. BENTLEY:  Object to the form of question.

 2              THE WITNESS:  I don't recall that at all.

 3              BY MS. CARRION:

 4       Q.    Okay.  Have you ever had a situation where a

 5  manager has called to either say positive things about a

 6  potential applicant or negative things?

 7       A.    Upon hiring?  Typically, yes.

 8       Q.    Okay.  And during the interview process?

 9       A.    I don't recall a situation.  It may happen

10  sometimes that during the interview process, oh, this

11  person's great, you know.  That happens.

12       Q.    Okay.  Do you recall who was hired for the

13  utility tech position?

14       A.    Joeylee.

15       Q.    Okay.  And do you recall why she was chosen

16  for that position?

17       A.    Think everyone liked her, so she interviewed

18  well.

19       Q.    Do you recall having a conversation with

20  anybody in regards to what they meant by, she

21  interviewed well?

22       A.    No.

23       Q.    Okay.  So how do you know?

24       A.    I don't recall.

25       Q.    Okay.  That's fine.  So how do you know that
```



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1  she interviewed well?

 2       A.   She was hired.

 3       Q.   Okay.  I took Mr. Capotrio's deposition on

 4  Monday, and he used those very same words, she

 5  interviewed well.  In the process of my deposition, I

 6  asked him what was taken into consideration when

 7  choosing Ms. Joeylee Stibbens -- Stebbins.  Excuse me.

 8  And he said, the interview.

 9            And so I asked him, why was Ms. Lopez not

10  chosen?  He said, she just didn't interview well.  Do

11  you recall having any conversations in regards to how

12  the interviews went with the applicants?

13       A.   No, I don't recall.  But I can share why we

14  may have the same lingo, and we might share that across

15  the city, and that has more to do with bureaucracy than

16  anything else.  Oftentimes on paper, we get five good

17  candidates or five bad candidates.

18            And the -- we've been instructed specifically,

19  ultimately, only to go by what we hear within the

20  interviews.  And so interviewing well is basically that,

21  you know, we ask certain questions.  All of those

22  questions were answered, you know, in a way that the

23  panel -- better for one person over another person.

24       Q.   Okay.  And when you say that you've been

25  instructed specifically to go by what happens during the
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1  interview, who has instructed you?

2      A.   So when I worked with a different agency, also

3  a government agency, went through HR training, and they

4  had said that ultimately that is what matters, that what

5  -- it was your assessment and what was said during the

6  interview --

7      Q.   Okay.

8      A.   -- for the reasons of objectivity more than

9  anything else.

10      Q.   Okay.  Do the qualifications of the

11  applicant's matter at that point?

12      A.   Absolutely.  So every applicant is pre-

13  qualified.  They wouldn't be at the interview at that

14  point.  So sometimes it may happen that you have a Ph.D.

15  candidate apply and someone that may or may not even

16  have a degree.  But the job didn't require a Ph.D.

17      Q.   Right.

18      A.   And so the person without the degree gets

19  hired because they interviewed well.

20      Q.   Perfect.  And so it's your testimony today

21  that when hiring somebody, the most important part is

22  the interview?

23          MR. BENTLEY:  Object to the form of the

24      question.

25          THE WITNESS:  Yeah.  For the panel.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1              BY MS. CARRION:

 2       Q.    For the panel.

 3       A.    What they're hearing from the candidate, yes.

 4       Q.    Okay.  Have you worked directly with Joeylee

 5  Stebbins?

 6       A.    Not directly.

 7       Q.    Have you worked with her in any projects?

 8       A.    Yeah.

 9       Q.    Okay.  How is she performing her job?

10       A.    She's performing very well based on her

11  manager, her team, all of them.  And then she's -- shows

12  a lot of initiative, like, organizes things like ice

13  cream socials or brings people together.  So that's --

14  she's a natural, kind of bringing folks together, so --

15       Q.    It's interesting you say that because I

16  deposed Ms. Jorgenson, and she seemed to be very swayed

17  by this ice cream social as well.  And so apparently,

18  that is a main component of this utility tech position.

19  No question there.

20              THE WITNESS:  And no objection, Chris.

21              MR. BENTLEY:  I'm not objecting.

22              THE WITNESS:  And I bet there wasn't an

23       interview question related to ice cream socials, but

24       now --

25              BY MS. CARRION:
```

**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   But now we know what we need to say --

2    A.   Yeah.

3    Q.   -- when we want this utility tech position.

4    A.   Or when you move from the north, you come to

5  the Florida heat, ice cream is a priority.

6    Q.   There you go.  Do you recall how Ms. Lopez

7  performed during the time that she was in her temporary

8  position as an admin support?

9    A.   I do not.  I didn't have direct oversight, so

10  I do not.

11    Q.   But you don't have direct oversight over Ms.

12  Stebbins either.

13    A.   Correct.  That's why I said, I don't know

14  specifically.

15    Q.   But she had an ice cream social.  I do like

16  ice cream.  Okay.  Did you discuss hiring Ms. Joeylee

17  Stebbins with Ms. Duncan?

18    A.   No.

19    Q.   Did you discuss hiring Joeylee Stebbins with

20  Ms. Mitchell?

21    A.   No.

22    Q.   Did you discuss hiring Joeylee Stebbins with

23  Danni Jorgenson?

24    A.   No.  I didn't know Ms. Joeylee Stebbins at the

25  time at all.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1    Q.   At -- excuse me.  Thank you.  Once you

2  received the final candidate and you went onto the

3  JobAps, and you approved her to be hired --

4    A.   I don't know if I did any of those things.

5    Q.   Okay.  So you don't know, prior to her

6  physically coming into the office, whether you had a

7  conversation with anybody at the city in regards to

8  hiring her.

9    A.   I don't recall that.  That's right.

10   Q.   Does your department ever have team meetings?

11   A.   Yeah.

12   Q.   Okay.  And during these team meetings, are new

13  hires ever discussed?

14   A.   Not always.  New hires are typically discussed

15  in a case-by-case basis.  Because we're such a large

16  department, our team meetings are tiered, meaning I meet

17  with managers, our PIO, our CAP team lead, and the

18  executive assistant.  And we discuss more strategic

19  elements.  Any of the managers are welcome to pull in

20  their team members.

21        We set an agenda, typically, before a meeting.

22  Sometimes there isn't an agenda because I put it

23  together at the last minute, or folks will just bring in

24  their -- but every agenda has an update from every

25  division.  So that's the first tier of our team

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    meetings.

2          The next tier is managers typically have

3    meetings with their chiefs.  So the Transportation,

4    Engineering Department has their chiefs who have their

5    teams.  Operations does the same.  Stormwater does the

6    same.  Stormwater actually has a single staff meeting --

7          Q.    Good.

8          A.    -- as does Tech, because they're smaller teams

9    in general.

10          And then there may be tertiary, especially

11   within Operations where we have about 170 people.  So

12   the Stormwater, Operations groups may form their own

13   team, the street sweepers versus the folks that do

14   stormwater.  The science team may do their own meeting.

15   The paving team may do their own meetings.  Not may,

16   they do, because they have to.  They're -- they're

17   functionally different.

18         Q.    Yes.

19         A.    So that's kind of how our team meetings work.

20         Q.    And who would share what their teams are doing

21   with you, the managers?

22         A.    The managers.

23         Q.    Okay.

24         A.    Yeah.

25         Q.    In the -- in this particular position, for the

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
1    utility tech position, that would have been the

2    transportation manager, who at the time was Danni

3    Jorgenson.

4         A.   Yes.

5         Q.   Okay.  Do you ever follow up with them after

6    you've hit accept hire, like, how is this employee

7    doing?

8         A.   Not always.

9         Q.   No.  Okay.  But in this case, when I asked you

10   about Joeylee Stebbins, you did mention a few examples

11   of things that she's done very well.

12        A.   Yeah.  Because she's been here for about a

13   couple of years.  And since Ms. Jorgenson's departure,

14   because we had a few other departures as well,

15   temporarily, I moved to that floor and with that team

16   because that team clearly was going through a difficult

17   time in general.  And so that's when I got to work with

18   Ms. Stebbins a little bit more than I typically would.

19        Q.   Okay.

20        A.   I can't say the same for any other utility

21   tech, say, in the Operations Division, which is on 40th

22   Street, kind of much further away from where we are.

23        Q.   Yeah.

24        A.   Or the same with, you know, our Stormwater or

25   for Smart Mobility, and things like that, so --
```

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900    www.MILESTONEREPORTING.com    Toll Free 855-MYDEPOS

1       Q.   And so you have found that moving to that

2   floor's department has helped the department?

3       A.   No.  I -- I've moved back to my office, where

4   I am right now, once the manager position was filled.

5       Q.   Okay.  And who has the manager position?

6       A.   So currently, it's vacant again because the

7   manager was Brandon Campbell.  And he was recently

8   promoted to the Transportation Services director

9   overseeing two different engineering divisions between

10  Smart Mobility and Transportation Engineering, because

11  they're very related but different teams.  And so we're

12  kind of using resources from each other to have slightly

13  different strategy, but we're in the process of filling

14  the manager position.

15      Q.   Okay.  Is that being posted internally or

16  externally as well?

17      A.   That will likely be posted externally.

18      Q.   Okay.  Are you aware that Ms. Lopez also

19  applied for a payroll tech position?

20      A.   No.

21      Q.   As you sit here today, is today the first time

22  that you're hearing that Ms. Lopez applied for a payroll

23  tech position?

24      A.   No.  It's not the first time I'm hearing.

25      Q.   Okay.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

032704 Bruce Vik 03-07-2024   Page 177

```
 1        A.   But I wasn't aware that Ms. Lopez had applied
 2   for any other position.
 3        Q.   Okay.  When did you hear that she applied for
 4   a payroll tech position.
 5             MR. BENTLEY:  Go ahead.
 6             THE WITNESS:  Okay.  It was in discussion with
 7        Counsel.
 8             BY MS. CARRION:
 9        Q.   Ah.
10             MR. BENTLEY:  Okay.  So I figured he was going.
11        I'm sorry.  That's why I let him say that.  If it
12        was outside of that, please talk about it.
13             THE WITNESS:  Okay.
14             MS. CARRION:  That is when your objection is
15        warranted.
16             MR. BENTLEY:  Well, I was like -- I was like --
17        I didn't know if he was -- where he was going, and I
18        was just --
19             MS. CARRION:  Okay.  I just want to -- for the
20        record, we'll strike that question.
21             MR. BENTLEY:  It's okay.  I -- like, well, he
22        didn't say anything.  I'm just -- but yeah.
23             MS. CARRION:  It's fine.
24             BY MS. CARRION:
25        Q.   Besides speaking with Counsel, did you have a
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

1   discussion with anybody from the City of Tampa in

2   regards to Ms. Lopez applying for the payroll position?

3       A.   No.

4       Q.   Did you have a discussion with Mr. Rogero in

5   regards to Ms. Lopez applying for the payroll position?

6       A.   No, no.

7       Q.   Did you have a discussion with Ms. Duncan in

8   regards to Ms. Lopez applying for the payroll position?

9       A.   No.

10      Q.   With Ms. Mitchell in regards to Ms. Lopez

11  applying for the payroll position?

12      A.   No.

13      Q.   Is it your testimony today that you had never

14  had a discussion with anybody from the city in regards

15  to Ms. Lopez applying for the payroll position?

16      A.   That is correct.

17      Q.   I know you testified to this earlier, and I

18  apologize for not recalling.  When did you become aware

19  that Scarlett would be terminated?

20      A.   I wasn't aware.  I don't recall.

21      Q.   You don't recall that she was terminated?

22      A.   No.  I recall that she was terminated.  We

23  went through that.  When?  I don't recall.

24      Q.   Okay.  And do you recall who made the decision

25  to terminate her?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

 1        A.   Not specifically, but it would have been Ms.

 2   Duncan, given that she was officially in the position,

 3   the unclassified position.

 4        Q.   Okay.  And do you recall any conversations

 5   with anybody from the City of Tampa in regards to Ms.

 6   Lopez's termination?

 7        A.   I don't recall.

 8        Q.   Okay.  Do you recall any conversations with

 9   anybody from the City of Tampa, after Ms. Lopez was

10   terminated, about her termination?

11        A.   I don't recall.

12        Q.   Do you recall any conversations about Ms.

13   Lopez, with Ms. Duncan, in regards to her decision to

14   terminate Ms. Lopez?

15        A.   I don't recall.

16        Q.   Do you recall being aware of the reason why

17   Ms. Duncan terminated Ms. Lopez?

18        A.   I don't recall.

19        Q.   Do you recall having a conversation with

20   anybody about Ms. Lopez's termination, from the City of

21   Tampa, besides counsel?

22        A.   I don't recall.

23        Q.   Have you ever seen the termination letter that

24   Ms. Lopez was presented?

25        A.   I don't recall that.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.   Are you aware of the facts surrounding the day

2  of her termination?

3    A.   No.

4    Q.   Okay.  When you terminate an employee, what's

5  the process?

6    A.   Depends on the employee's classification, so

7  if it's a union employee or a civil service employee,

8  and it depends on the reason for termination.  So for a

9  union employee, if they are a heavy equipment operator,

10  for example, and if they have more than one drug

11  violation or something like that, there's a termination.

12  If there was extenuating circumstances, like an

13  altercation and they said something very bad, that is

14  within kind of the personnel manual for termination,

15  suspension, and all of that.

16        The other circumstance for either civil

17  service or union employees would be a persistent

18  challenge with performance, in which case you have to

19  document, and there's a disciplinary process that you go

20  through.

21        And if that particular action is not

22  remediated, then they get terminated eventually, but

23  it's a step process.  So it just depends on the

24  circumstance.  For unclassified employees, termination

25  can happen for no cause.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

Shelbi Bruce Vol 03-07-2024 Page 181

```
 1       Q.   Okay.  And did HR relate that to you?

 2       A.   It's -- not specifically, but it's something

 3  that, you know, just being with the city for this long

 4  and being a supervisor throughout is something you

 5  gather.

 6       Q.   Okay.  The day of the termination -- and I'm

 7  just going to use Ms. Jorgenson as an, like, example.

 8  Did you let her know that she was being terminated?

 9       A.   I don't recall that.

10       Q.   Okay.

11       A.   Because I don't recall when she was

12  terminated.

13       Q.   But do you recall who told her that she would

14  be terminated?

15       A.   I don't.

16       Q.   Okay.  With any other employee that you

17  personally recall telling them that they're terminated,

18  do you recall any employee?

19       A.   No.  I don't recall.

20       Q.   Okay.  Do you recall whether you terminated an

21  employee and told them to leave the building?  I'm just

22  trying to understand, like, the physical aspect of the

23  termination.

24       A.   When you say an employee, are you -- are you

25  speaking about Ms. Lopez or a specific employee?
```



**MILESTONE | REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

1    Q.   Well, you just testified that you don't recall

2 when Ms. Lopez was terminated or that she was

3 terminated?

4    A.   Exactly.  Right.

5    Q.   And what I'm trying to understand is, in your

6 department, what's the procedure once an employee has

7 been told they've been terminated?  Are they walked out

8 the door with security?  Are they told to pack up their

9 things?  Do we get a retirement party?  I'm just trying

10 to get a feel for what your department specifically

11 does.

12    A.   Correct.  Correct.  So typically --

13        MR. BENTLEY:  Object to the form, but go ahead.

14        THE WITNESS:  Yeah.

15        MR. BENTLEY:  Go ahead.

16        THE WITNESS:  Typically, we have a process, and

17    HR, it accompanies either the manager or the

18    director or depending on who is sharing the

19    termination and they're asked -- they're informed

20    that they're terminated for this reason.

21        They're given a document that states that

22    termination, and they may be escorted out of the

23    office immediately, or they may be given a time

24    frame, and then they have to come back and pick up

25    their belongings. But at that moment, or in that

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

         1       moment, they do have to turn in their ID and city

         2       phone and whatever else.

         3            BY MS. CARRION:

         4       Q.   Okay.  And do you know whether Ms. Jorgenson

         5  was asked to exit the building right away or whether she

         6  was given time to pick up her stuff?

         7       A.   I believe she was asked to exit the building

         8  right away and then asked to come back and pick up her

         9  stuff at the end of the week or -- or it was a Friday,

        10  so the following day or something like that.

        11       Q.   Okay.  And do you know whether Ms. Lopez was

        12  given time to collect her things, or asked to return at

        13  a later date to collect?

        14       A.   I don't know.

        15       Q.   Okay.  And do you recall, in Ms. Jorgenson's

        16  termination, whether somebody from the city went and

        17  took pictures of her office?

        18       A.   I don't know.

        19       Q.   But you --

        20       A.   But that's part of the process, is -- but I

        21  don't recall because I wasn't there.

        22       Q.   Okay.  And when you say that's part of the

        23  process, can you explain that to me?

        24       A.   Sure.  The way it was explained to me was

        25  that, you know, the -- the person would be escorted out



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

```
 1  of the building.  And someone would go and check what

 2  city property there was before they came back and picked

 3  up their belongings.

 4       Q.   Okay.  And how does -- where does the

 5  photography fit into all this?

 6       A.   I don't recall specifically.

 7       Q.   Are you aware of employees who've been

 8  terminated, whose -- photographies of their cubicles or

 9  offices were taken?

10       A.   I think Ms. Jorgenson, but I can't confirm

11  that because I was neither there, nor did I see it,

12  so --

13       Q.   Okay.  Are you aware that Ms. Mitchell took

14  pictures of Ms. Lopez's cubicle after she left?

15       A.   I'm not.

16       Q.   Okay.  Are you aware that Ms. Lopez has

17  pending applications with the City of Tampa?

18       A.   I'm not.

19       Q.   Okay.

20       A.   Pending employment applications?

21       Q.   Yes, sir.

22       A.   No, I'm not.

23       Q.   If Ms. Lopez were to apply for a payroll tech

24  position in your department, would she be considered as

25  an applicant?
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
 1          MR. BENTLEY:  Object to the form of the
 2     question.
 3          THE WITNESS:  My department doesn't have
 4     payroll tech position.
 5          BY MS. CARRION:
 6     Q.   I'm so sorry.  For utility tech?  Thank you.
 7     A.   That would depend initially on Employment
 8  Services, and --
 9     Q.   Why is that?
10     A.   Because they screen for qualifications and
11  give us a list of qualified candidates.  And if, you
12  know, the folks that are on the qualified list of
13  candidates, if anyone on the panel would be interested
14  in interviewing them, they would.
15          MS. CARRION:  Okay.  I think that's all I've
16     got.  Chris, you've got some --
17          MR. BENTLEY:  I have no questions.  Thank you.
18          MS. CARRION:  Thank you.
19          THE REPORTER:  Read or waive?
20          MR. BENTLEY:  We'll read.
21          THE REPORTER:  Read.
22          MR. BENTLEY:  We're done.
23          THE REPORTER:  Perfect.  We are off the record.
24          MS. CARRION:  Thank you.
25          MR. BENTLEY:  Thanks for this.
```



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

```
 1            THE WITNESS:  Yeah.  You got it.

 2            THE REPORTER:  Ms. Carrion, read or waive this

 3      one?

 4            MS. CARRION:  Yes, please.  Seven days.

 5            THE REPORTER:  Seven days.

 6            MR. BENTLEY:  No rush, but I'll take a copy.

 7            THE REPORTER:  Yes.  You got it.  I would never

 8      rush a transcript, really.

 9            (DEPOSITION CONCLUDED AT 3:41 P.M. ET)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

 MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

CERTIFICATE OF OATH

STATE OF FLORIDA

COUNTY OF ORANGE


     I, the undersigned, certify that the witness in the

foregoing transcript personally appeared before me and

was duly sworn.


Identification:  Produced Identification



_____

                     HAVEN MCMURTRY

                     Court Reporter, Notary Public

                     State of Florida

                     Commission Expires: 01/18/2028

                     Commission No. # HH 482460

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

```
1                  C E R T I F I C A T E

2

3   STATE OF FLORIDA)

4   COUNTY OF ORANGE)

5

6       I, HAVEN MCMURTRY , Court Reporter and Notary

7   Public for the State of Florida at Large, do hereby

8   certify that I was authorized to and did report the

9   foregoing proceeding, and that said transcript is a true

10  record of the said proceeding.

11

12      I FURTHER CERTIFY that I am not of counsel for,

13  related to, or employed by any of the parties or

14  attorneys involved herein, nor am I financially

15  interested in said action.

16

17  Submitted on: August 19, 2024.

18

19

20

21

22                      X 

23                      _____

24                      HAVEN MCMURTRY

25                      Court Reporter, Notary Public
```

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

Steven Bruce Vik 04-07-2024   Page 189

```
1                              ERRATA

2

3  PAGE      LINE                    CHANGE      REASON

4

5

6

7

8

9

10

11

12

13

14

15

16  I have read the entire transcript of my deposition taken

17  in the captioned matter or the same has been read to

18  me.I request that the following changes be entered upon

19  the record for the reasons indicated. I have signed my

20  name to the Errata Sheet and authorize you to attach the

21  changes to the original transcript.

22

23

24  _____    _____

25  Date                           NAME
```

**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     **Toll Free 855-MYDEPOS**

**407.423.9900**
**Fax 407.841.2779**
**Toll Free 855-MYDEPOS**

**August 19, 2024**

**Christopher M. Bentley, Esquire**
Johnson Jackson PLLC
100 North Tampa Street
Ste. 2310

Tampa, FL 33602

RE:   Deposition of **Vik Bhide** taken on **8/7/2024**
      Scarlett Lopez v. City of Tampa

Dear **Mr. Bentley,**

### IMPORTANT NOTICE FOR DEPOSITION TRANSCRIPT READ AND SIGN

It is suggested that the review of this transcript be completed within 30 days of your receipt of this letter,

as considered reasonable under Federal Rules*.

**_x_**   **Attorney - Copy of Transcript Enclosed:**  Signature of the Deponent is required.  Please have the deponent make any corrections/changes necessary on the Errata Sheet ONLY, sign name on the form where indicated.  Please return ONLY the original signed Errata Sheet to our offices within 30 days from the date of this memorandum.  If you have any questions, please call our offices.

**___**   **Attorney - No Copy Ordered:**  Since you did not request a copy of the transcript, it will be necessary for the Deponent to call our offices to arrange for an appointment to read and sign the transcript of the Deposition within 30 days of this memorandum.

**___**   **Deponent:**  At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, attached please find a copy of the transcript and Errata Sheet.  Please read the transcript, make any corrections necessary on the Errata Sheet ONLY, sign the bottom of the Errata Sheet, and return it within 30 days from the date of this memorandum.  Please call our offices if you have any questions.

**___**   **Deponent:**  At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, it is necessary for you to come to our offices to read and sign same.  Please call Milestone Reporting Company to arrange for an appointment at your earliest convenience.

**___**   The attached executed copies of the Errata Sheet(s) are sent to you for your files.  If you have any questions, please call our offices.

Thank you for your attention to this matter.

No. 336704
cc: Madison McLeland, Esquire
Daniela Carrion, Esquire

Waiver:
I, Vik Bhide**,** hereby waive the reading and signing of my deposition transcript.

_____          _____

Deponent Signature                                        Date

*Federal Civil Procedure Rule 30 (e) / Florida Civil Procedure Role 1.310 (e)

**0**

**01/18/2028**
  187:24

**1**

**1** 3:8 95:18,19
  137:23

**100** 2:15 4:4
  48:24 49:6,7
  138:5

**11** 66:19 77:20

**112** 3:10

**12** 96:2

**12:16** 4:5 5:2

**121** 3:11

**124** 3:13

**135** 3:14

**146** 3:15

**15** 79:17 111:19

**16** 79:17

**170** 174:11

**1800** 2:16 4:4

**19** 188:17

**2**

**2** 3:10
  112:24,25

**2:44** 133:6

**2013** 22:4 26:18
  79:15,16

**2015** 79:17

**2018** 89:25

**2019** 89:25

**2020** 29:15

**30:17**
  91:13,20,22,24
  92:5 120:10

**2021** 74:6 91:23
  96:3 120:11

**2022** 3:10,15
  68:21 69:6,18
  113:10 114:3
  120:8 126:23
  144:1 146:4

**2024** 1:24 4:5
  188:17

**21** 74:14 93:11

**22** 39:20 144:1
  146:4 147:15

**28** 69:5

**3**

**3** 3:10,11,15
  113:9 114:3
  120:8
  121:12,13
  126:23 144:1

**3:41** 186:9

**30** 96:3

**30th** 102:14

**310-6961** 89:13

**3211** 6:7

**33602** 4:5

**33609** 6:7

**34683** 2:7

**360** 16:4

**363-4651** 6:11

**370** 124:3
  130:16 136:8

**3rd** 101:23
  102:17 114:24
  116:15 118:7
  120:22 121:1
  137:14 142:5
  145:6 146:4
  147:15

**4**

**4** 3:12
  124:21,22

**40** 38:24 44:18

**40th** 175:21

**482460** 187:25

**49** 6:4

**5**

**5** 3:3,4,14
  135:12,13

**504-3137** 6:13

**510** 6:7

**580-8400** 2:18

**5th** 4:5

**6**

**6** 3:15
  146:15,16

**60** 68:9

**7**

**7** 1:24

**700** 2:6

**727** 2:8

**786-0000** 2:8

**8**

**8:23-CV-02548**
  1:4

**8:30** 102:15

**813** 2:18
  6:11,13

**9**

**95** 3:9

**A**

**ability** 28:8
  40:12

**able** 36:10
  40:16 44:25
  45:21 46:13
  53:19 54:7,20
  56:14 77:8
  83:15 93:21

**abroad** 159:11

**absences** 138:20

**absent** 74:23

**Absolutely**
  170:12

**accept** 162:3
  175:6

**access** 11:18

**accommodation**
  39:3,10,21
  46:25 67:2
  73:19

**accommodations**
  39:1 46:12
  84:2

**accompanies**
  182:17

**account** 153:4


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

154:24 155:17

**accurate**
63:2,15 65:12

**acronyms** 32:22

**across** 42:23
108:6 169:14

**act** 53:21

**action** 15:6
52:17 53:11
180:21 188:15

**actions**
61:20,23

**active** 56:10

**actively** 113:17

**activity** 61:9

**actually** 21:24
31:17 43:17
53:14 135:24
161:6,10 174:6

**added** 156:23

**additional** 61:8
97:1 115:12,13
159:15

**address** 6:6
149:18

**admin** 93:10
141:25 145:18
162:18 163:1
172:8

**administration**
68:4 74:8

**administration'
s** 74:16

**administrative**
86:7,17 87:25

90:10,12 97:2
117:3 119:15
137:19 156:8

**administrator**
29:23 75:7
144:15
167:16,21,23

**admirable**
131:25 132:6

**adopt** 64:25

**Adrie** 49:3

**advertise**
117:10 154:15

**advertising**
164:1

**advised** 9:5

**advisories** 33:7

**affected** 40:11

**affirm** 5:4

**afford** 155:8

**afternoon** 5:12
72:1 125:1
128:20 132:2,7

**afterwards**
106:24

**against** 9:13
13:10,21 16:10
17:6,15 111:7

**agency** 170:2,3

**agenda**
173:21,22,24

**ago** 7:21,25 8:6
29:5,6 163:17

**agreed** 4:9
100:12

**agreement** 28:13
53:20 54:9

**Ah** 177:9

**ahead** 14:5
60:22 82:14
83:2 95:17
112:23 146:14
148:7 177:5
182:13,15

**aide** 12:13,14
31:9
113:17,18,25
114:5
126:17,25
136:11 137:19
138:9 162:17

**aides** 42:22

**Alana** 69:23
70:5

**aligned**
85:1,3,5,12,20

**allocated**
103:10

**allowed** 54:24
56:3,12 58:4
74:25 159:4,19

**allows** 99:11

**already** 35:7
41:4 60:22
85:22 94:9
157:18 162:5

**altercation**
180:13

**altogether**
154:25

**am** 45:11 56:3
58:4 82:22

86:23 122:1
159:14 176:4
188:12,14

**amount** 38:17
68:6

**and/or** 49:25

**Anderson**
16:18,20,22

**Andrews** 16:14

**anniversary**
47:19

**annual** 30:24
31:2 35:7
47:17 133:12
139:11

**annually**
47:7,10

**answer** 9:3,4,5
16:15 54:14
55:25 58:2,5,8
59:24 78:6
83:9 90:7
143:3

**answered** 60:1
148:1 169:22

**answering**
167:9,13

**answers** 60:7

**anybody** 9:19,25
10:12 12:17,24
16:13 18:25
32:13 46:2
90:13 93:16
119:6 123:22
133:21 138:1
145:15 159:6
168:20 173:7



MILESTONE **|** REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      Toll Free 855-MYDEPOS

178:1,14
179:5,9,20

**anymore** 61:4,7
62:18

**anyone** 44:10
77:10 119:9
185:13

**anything** 11:3
16:7 17:24
19:7 20:9,24
21:2,5,11,14,2
2 37:25 38:13
50:12,15 57:1
76:20 77:14
84:7 85:19
94:1 104:11
108:25 138:7
169:16 170:9
177:22

**anytime** 14:22

**anyways** 87:10

**apologize** 52:14
61:16 75:24
77:1 85:22
178:18

**apologizing**
42:2

**apparently**
171:17

**appear** 49:19

**APPEARANCES** 2:1

**appeared** 187:7

**applicable**
115:19

**applicant** 23:14
159:18 167:18
168:6 170:12

184:25

**applicants** 28:5
49:6,7
159:15,22
161:14 166:1
169:12

**applicant's**
170:11

**application**
50:11,19

**applications**
184:17,20

**applied** 22:24
36:24 45:12,17
162:20,22
163:1,5,18,24
176:19,22
177:1,3

**apply** 36:7
45:21 46:6
59:2 68:7
82:19,25
114:19
159:4,9,11,19
160:11,15
163:2 170:15
184:23

**applying** 45:24
163:8,12,15
178:2,5,8,11,1
5

**appoint** 28:8

**appointed** 28:12

**approaching**
167:24

**appropriate**
55:6 139:23

**approvals**
121:20

**approve** 28:15
39:14 40:9
155:10 161:3
162:6,12

**approved**
39:10,13,25
40:2,3 152:25
155:5 157:6,18
173:3

**approving** 67:5

**April** 47:12
52:4

**area**
38:10,11,14
80:16

**arguments** 56:15

**arrangements**
96:3

**article** 69:22

**aspect** 148:15
181:22

**assert** 54:7,20
116:6

**asserted** 55:15
81:22

**asserts** 58:6

**assessment**
94:23 170:5

**assign** 96:10
98:11 99:1
153:5

**assigned** 16:23
36:16 88:22
102:5 103:8

117:9 119:3,19
123:4
143:23,24
152:19,23
156:23

**assignment**
97:10
98:5,13,25
99:3,4,8,9,10,
12,15,16,18,21
101:2 102:1
103:8 104:15
108:21 109:21
115:10 117:21
118:23 122:7
123:6 125:21
126:25 129:19
135:6 142:7,24
146:12 148:13

**assist** 119:15

**assistant** 32:17
33:15 34:2
35:23 44:24
45:1,7 46:8
48:19 91:2,5
92:12 93:9
96:21 117:25
133:24 173:18

**assistants**
34:16

**assisting**
113:20

**associated**
52:17

**Associates** 63:7

**assume** 96:6
163:21

**assumed** 163:18


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

**attach** 189:20

**attend**
 103:20,21

**attendant**
 153:25

**attorneys**
 188:14

**ATU** 43:22 47:8

**AU-5** 148:12

**August** 1:24
 3:15 4:5 22:4
 144:1 146:4
 147:15 188:17

**authorize**
 189:20

**authorized**
 188:8

**available** 36:6
 61:19 71:23
 115:19 163:23

**Avenue** 80:17

**average** 38:17

**aware** 8:20
 10:17
 13:11,12,15,18
 15:8,25 16:1,5
 19:12 29:10
 35:1 38:16
 42:16 44:2
 45:23 73:10,16
 74:1 83:25
 86:23
 92:15,20,23
 94:3,6,15
 103:15,16
 109:22 110:2
 117:13 118:7

 120:9,12,13,14
 ,16 121:2,8
 122:1,3,13
 127:24
 128:17,18,19,2
 1,22,24,25
 129:3,4
 130:6,18,21,23
 132:17 134:22
 138:16,19,24
 141:10,13,17
 142:8,11,13,19
 ,23 145:5,9,12
 149:6 150:23
 151:4,6,7,10
 162:19,22,25
 163:3
 164:4,6,9
 176:18 177:1
 178:18,20
 179:16 180:1
 184:7,13,16

**away** 111:19
 175:22 183:5,8

B

**baby** 127:19
 128:19

**bad** 145:16
 169:17 180:13

**based** 60:21
 149:17 171:10

**basically** 16:21
 65:7 74:8
 106:10 161:8
 169:20

**basis** 39:9
 42:11 46:15
 133:12 136:11

 139:22 173:15

**Bauk** 69:23,25
 70:1 71:5,9,21
 72:8,18,19
 73:2,4,17
 75:22 76:23

**Bay** 69:20
 70:22,25

**Beach** 80:17

**bear** 22:2 30:8

**became** 25:16,20
 26:10,22 117:7
 130:23 164:9

**Becca** 148:10

**become** 26:12
 34:1 92:15,23
 94:6 121:2
 130:21 132:17
 142:13,19,23
 178:18

**Bee** 2:6

**begin** 5:8

**beginning**
 24:20,23 103:6

**BEHALF** 2:3,11

**belief** 86:24

**believe** 57:5
 65:15 69:6
 127:9 129:4,7
 133:11 183:7

**belonged** 153:5

**belongings**
 182:25 184:3

**Bentley** 2:12
 12:18 14:2
 17:17

 18:7,10,13,15,
 17 32:1,3,5
 34:3 36:2
 40:18 43:16
 52:20
 54:3,5,14
 55:16 56:4,6
 57:8,11,16,21
 59:9,19
 60:3,8,13,16,1
 8 67:3,24
 70:13,23 71:16
 73:22 78:1
 81:15,24
 82:6,9,25
 83:2,4,7 91:6
 92:18 94:24
 95:6 100:20,25
 101:5,9,11,14
 105:11 106:8
 109:3 110:3,10
 114:6 117:19
 118:2,9 119:21
 123:18
 124:9,12,15
 125:18 127:10
 129:15 130:13
 131:1,4,8,23
 132:3,9,19,21,
 24 133:3 137:7
 138:22 139:4
 140:1,6
 141:2,4,19
 142:25
 144:4,18,23
 147:1,24
 148:1,17,19,21
 149:4 150:5
 151:1 158:22
 167:6 168:1
 170:23 171:21



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900   www.MILESTONEREPORTING.com   Toll Free 855-MYDEPOS

177:5,10,16,21
182:13,15
185:1,17,20,22
,25 186:6

**Bertha** 11:24
49:3 51:2
85:23 103:4,7
150:3,9,11

**besides** 9:22
10:1,11 12:23
18:24 50:15
68:13 69:13
78:20 90:21
149:11 177:25
179:21

**best** 43:10
129:4,7

**bet** 171:22

**better** 34:21
42:15 169:23

**beyond** 108:21
117:21 123:14

**Bhide** 1:23 4:3
5:15 53:22
54:13,18,21
55:18 57:25
59:20 82:14
96:7

**B-H-I-D-E** 5:16

**birth** 6:1

**bit** 53:7 59:21
61:5 81:4
152:20 175:18

**Bloomberg**
63:7,8 64:25
65:5 67:14,16

**board** 48:18

**booked** 42:3

**booking** 42:1

**Brandon** 31:8,19
32:10 176:7

**Brandy** 71:10
72:10,19,24

**Brasier** 69:23
70:5 71:5

**breach** 66:8

**break** 59:19
124:10

**Brett** 24:10

**brief** 42:13

**briefing** 42:10

**Briefly** 93:17

**bring** 49:14
173:23

**bringing** 171:14

**brings** 171:13

**broader** 25:17

**brought** 17:7
75:14

**Bryan** 31:23
32:10 86:14,25
87:2

**Buckhorn** 28:25
29:1

**budget** 155:4,7
157:20

**building** 107:11
108:10,12
111:23
112:3,5,10
181:21 183:5,7

184:1

**buildings**
112:17

**bulb** 70:11

**bunch** 11:11
19:13

**bureaucracy**
169:15

**bureaucratic**
155:2

**business** 86:4,5
101:23

**button** 160:1

---
C
---

**ca** 54:2

**calendar**
11:16,19 34:17
41:1,25

**calendaring**
38:2

**Campbell**
31:8,19 32:10
176:7

**candidate** 49:20
161:1,23 162:3
170:15 171:3
173:2

**candidates**
48:24
49:6,15,17,22,
24 50:3,6
161:21 169:17
185:11,13

**CAP** 86:19,20,21
87:10 88:24

150:12 173:17

**capacity** 90:20

**Capotrio** 81:10
83:22
119:10,14
120:4 164:16
165:10

**Capotrio's**
169:3

**captioned**
189:17

**care** 73:21
78:18
109:10,14,16
131:6,17,18

**cared** 44:14

**Carr** 2:22

**Carrion** 2:4 3:4
5:9,11 12:20
14:3,4 17:22
18:20 32:6
34:6 36:9
40:23 43:25
53:10,25
54:4,6
55:9,13,24
56:5
57:4,9,12,20,2
2,24 59:11,25
60:5,11,15,23,
24 67:8,25
70:18 71:2,19
74:2 78:4
81:18
82:4,8,21
83:1,12 91:11
92:22
95:2,9,17,20



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

100:22
101:3,8,10,13,
17 105:17
106:11 109:8
110:6,14 113:2
114:10 117:23
118:5,14
119:25 121:14
123:21
124:11,14,16,2
1,23 125:23
127:13 129:23
130:20
131:2,5,11,24
132:5,14,20,23
133:1,8,9
135:12,14
137:10 138:25
139:7 140:4,8
141:5,22 143:5
144:7,21 145:1
146:14,17
147:3,25
148:3,4,18,20,
23 149:8 150:8
151:3 158:25
167:11 168:3
171:1,25
177:8,14,19,23
,24 183:3
185:5,15,18,24
186:2,4

**Cascio** 32:21
73:2

**C-A-S-C-I-O**
32:21

**case** 1:4 9:8,12
12:21,24
13:2,6,25
14:9,13 16:10

17:4 53:5
54:12 65:9
85:9 99:25
104:10 126:14
136:17 137:8
139:14 142:23
152:8
155:14,24
175:9 180:18

**case-by-case**
173:15

**cases** 16:5
140:10,11

**cause** 35:17,18
44:7 180:25

**caution** 53:15

**cautious**
53:9,23 56:19

**cbentley@johnso
njackson.com**
2:19

**CC** 150:9,12,18

**CC'd** 116:6
150:3

**cell** 6:9,12
88:13,16

**center** 7:18
27:18

**certain** 38:17
53:17 54:9
58:4 67:13
68:6 169:21

**certainly** 137:4

**CERTIFICATE**
187:1

**certify** 187:6

188:8,12

**Chain** 3:8

**challenge**
180:18

**Champaign** 48:16

**chance** 15:17

**chances** 77:11

**change** 27:21
96:5 113:16,25
114:5 126:13
139:11 189:3

**changed** 84:7
99:23

**changes** 62:25
63:3,10,11,21,
22,24 64:22
65:1,11
189:18,21

**changing** 155:4

**characterize**
131:16

**charge** 52:25
57:2

**chart** 25:7

**check** 184:1

**checking** 164:14

**chief** 92:6
155:5 157:19

**chiefs** 174:3,4

**children**
46:20,22,25
73:13 76:22,24
77:24 80:5

**choosing** 169:7

**chose** 59:7

**chosen** 168:15
169:10

**Chris** 18:19
82:5 171:20
185:16

**Christopher**
2:12

**circumstance**
122:16
180:16,24

**circumstances**
70:21,25 75:1
105:10 124:5
126:15 142:15
180:12

**city** 1:11
2:11,23 6:6
7:6,19 9:2,13
13:10,21 16:10
17:15 22:1,3,6
26:16,20 28:10
33:4,18 38:23
39:25 44:18,23
45:10,12,18
46:6 50:7,15
54:15 55:21
56:3 93:16
114:19 115:22
123:23 141:24
147:22 159:3
169:15 173:7
178:1,14
179:5,9,20
181:3 183:1,16
184:2,17

**city's** 33:5
57:25



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

civil 4:7 43:24
47:8 180:7,16

clarify 74:18
130:15 161:19
166:24

classification
156:11 180:6

classified
35:9,13,19
43:18 58:16,18

clear 39:17
56:24 66:20
74:23,24
126:14

clearing 125:2

clearly 29:10
62:16 65:18
82:13 175:16

clicking 161:6

clock 126:12

closely 62:22

closer 80:18

cold 77:11

Colina 49:4

collect
183:12,13

comes 50:22
85:8 96:5
167:15

comfortable
53:25 57:22
167:9,12

coming 74:7
82:2 92:11
96:4 101:19
105:2 119:7

173:6

comment 23:17
59:17 109:9,25

commentary 56:1

comments 65:24
67:14,18,22
134:17,19

Commission
187:24,25

commitment 38:2

commitments
34:17 41:1

common 43:12
149:2 150:9,12

communicate
89:15

communicating
33:7,8

communications
33:4,5

community 87:13

complaint 17:14
19:16,17,19,22
,25 20:4,8
21:10,13

complaints
90:16

completed 4:12
132:18

complimentary
23:16

component 27:16
171:18

comprehensive
50:20

computer 21:19

concern 43:5
70:19 72:17
81:12

concerned 42:16

concerns 34:19
40:25
62:16,24,25
66:11 71:14
72:11,15,16

CONCLUDED 186:9

conclusion
43:7,9 67:15

condition 40:3
44:4,5 77:3,13
78:15,17
120:15,18

conditions
39:11

conduct 55:4

conducted 161:1

conducting
115:9

conference
101:25 102:21
103:1,2 106:20
107:8,14

confirm 82:18
184:10

conflicting
61:13,14 63:4

conformance
61:10

confusing 8:22

congratulate

29:7

connection
60:11

consider 72:14

consideration
169:6

considered
126:24 184:24

consistent
63:15 77:7
139:19

constant 42:1

consult
44:10,11

consultation
155:23

consulted
43:4,9 148:9
156:3

contact 64:16
67:17

contacted 64:14

content 19:25

context 20:3
101:1

continue 54:8
57:4 58:1 64:4
99:21

conversation
12:2
13:5,17,20
14:16
17:10,16,20,24
20:2 27:13
48:10
55:1,2,20



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

66:10 70:4,7
71:21 94:11
96:20
97:9,16,17,19,
22 98:2 100:10
102:10 103:13
104:19,21
108:1,15,17,20
114:3,25
116:19,24
117:1
118:17,21
119:24
120:4,20,23
122:22,25
123:7,8,12,25
127:15,17,20
128:8,14,16
129:5
140:15,19,22,2
4 141:7,8
143:21
144:2,11
145:20,25
149:22 150:1
151:15,18,19,2
1,25
160:8,13,20
164:16 165:5,9
166:7,16
168:19 173:7
179:19

**conversational**
52:14

**conversations**
14:7,11 23:4,7
34:19 42:22
54:18
61:9,13,16
71:10,11,20

73:25 74:4
94:14 116:21
143:19 146:3
149:19 169:11
179:4,8,12

**conveyed** 117:2

**convo** 148:10

**copied** 118:12

**copy** 186:6

**Cordial** 88:9

**correct** 7:9
13:14 17:12
18:2 20:16
24:5,19 26:10
28:1,16
30:20,23 34:25
36:25 40:17
41:14 43:10
45:8 46:8
47:16,24
49:8,11,18,23
50:23 64:20
66:3 69:14
70:8,9 75:21
77:18,22,25
87:1 89:23
91:15 92:14
93:6 98:19,21
99:19 104:17
107:10,12
108:13 109:23
112:6,8,15
114:1
115:2,5,7,11,1
5 116:5 117:15
118:16 124:3
125:14 128:11
130:15,22,24,2
5 134:18

135:5,7
137:6,13,17,20
138:5 143:8,11
144:9,12,14
147:4,12,18
149:14,18
150:24,25
152:17
153:17,19
156:12,25
157:2,20,21
158:3,12
159:5,8,10
160:7
161:18,19
162:14
163:19,20
172:13 178:16
182:12

**correspondence**
129:22

**corridor** 111:5

**council** 40:25
42:3,6,7,8,9,1
3

**counsel**
9:2,23,24
10:1,5,6,7,9
18:5,19,24
34:18 52:18
54:17,19,22
55:17,21 56:2
57:25 58:6
81:23 177:7,25
179:21 188:12

**counseling** 38:3

**counsel's** 58:9

**COUNTY** 187:4

188:4

**couple** 18:5,18
37:15 114:18
175:13

**course** 53:24
124:11 131:19

**court** 1:1 4:10
5:13 82:13
187:22
188:6,25

**courtesy** 55:14
57:9,19

**covered** 139:1

**COVID** 91:14

**crash** 7:4

**cream**
171:13,17,23
172:5,15,16

**create** 27:14
97:24 98:3,23
114:15 117:9
154:14 156:10

**created**
98:14,16,18,24

**creating** 97:3
114:25

**creation** 154:5

**critical** 76:8

**crux** 60:6

**C's** 34:16 38:2
40:16 41:24
48:7,12

**cubicle** 96:10
103:10 110:18
111:1,5,15,18



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**  **www.MILESTONEREPORTING.com**  **Toll Free 855-MYDEPOS**

113:4 184:14

**cubicles**
111:7,11,12
184:8

**curiosity**
125:15

**current** 29:16
40:5

**currently** 36:15
39:22 54:16
99:18 153:9
176:6

**customer** 33:24
34:2 35:2
36:7,11,14,24
39:19,24
86:7,10,15,17,
18 87:11

_____
            D
_____

**daily** 94:21
112:17 129:21
164:20

**Daniela** 2:4

**Daniela.carrion
@lineschfirm.c
om** 2:9

**Danni** 15:6
51:18,19 52:24
53:7 54:16
57:1 60:10
61:10 63:16
64:1,2,15
65:21 72:5
73:3,7 74:1,4
93:5 96:10
113:10 119:23
124:24 126:3

127:1 128:3,6
172:23 175:2

**dashboard**
162:12

**date** 1:24 6:1
47:13,19
147:13 148:6
183:13 189:25

**Dated** 3:10,15

**day** 4:5
40:21,24
41:17,18 46:17
84:5 96:9,10
100:24 101:23
102:15 105:13
180:1 181:6
183:10

**days** 41:17 68:9
128:23 186:4,5

**deal** 74:22

**dealings** 89:25
90:3

**December** 96:3
100:19 102:14
120:10,13

**decided** 36:5
43:6 76:12

**decides**
157:22,25

**decision** 34:9
41:12 43:14,15
59:15 148:10
158:17 160:5
161:15 178:24
179:13

**Defendant** 1:12
2:11

**deference** 58:8
68:1,11

**deficiencies**
41:5,20,23
42:17 59:1

**defined** 156:13

**definitely**
77:5,14

**degree**
170:16,18

**delegated**
162:16

**delegates** 158:7

**demeanor**
108:18,22
110:9 119:1

**demoted** 34:1,7
35:2,6,8
36:1,4
92:16,21

**demotion** 34:10

**department**
14:25
15:2,14,16
16:2,3,4 17:6
22:8 25:4
29:18
30:1,2,18 33:6
36:18,21
63:1,3,5,11,12
,22
64:9,12,19,22
65:6 68:18,25
70:8,12 71:7
72:13,17 74:21
75:13 81:12
92:4 95:4
96:22 97:24

99:24 100:4,8
104:16 110:16
111:2,3 119:7
121:9
129:13,17
137:3,9 139:10
142:1,4,13,20
147:18 152:5
153:3 154:22
155:7,15
157:25
158:1,2,7
173:10,16
174:4 176:2
182:6,10
184:24 185:3

**departure**
175:13

**departures**
175:14

**depend** 105:12
185:7

**depended** 87:8

**depending** 47:17
142:15 158:13
182:18

**depends** 43:22
47:13 159:12
180:6,8,23

**DEPONENT** 1:23

**deposed** 171:16

**deposition**
4:3,6 6:17,21
7:7,13 8:7 9:1
10:1,8,13,16,1
7
11:1,10,15,22,
25 12:3,6,9,12



**MILESTONE** | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

13:8 18:4
19:3,9 53:8,24
54:12 55:7
56:23,25
57:15,17
169:3,5 186:9
189:16

**depositions**
8:3,14 11:12

**depth** 54:25

**describe** 79:18
88:7

**description**
81:4 87:21

**descriptions**
115:19 156:17
157:4

**design** 22:7
26:20

**designed** 155:21

**desire** 74:16

**despite** 112:16

**detail** 15:17
61:6 136:24

**details** 12:13
15:11 72:13
93:20 106:21
120:17 123:15

**dictate** 115:16

**difference**
158:20 159:2

**different** 5:21
7:4 27:19 30:5
75:1 99:24
108:12 111:23
112:5,7,11

124:5 139:9,13
153:6
154:1,23,24
170:2 174:17
176:9,11,13

**difficult** 78:6
125:12 175:16

**dinner** 80:19,21

**direct** 3:4 5:10
31:10 51:12,13
68:15 125:16
133:17,20
134:20 152:4
172:9,11

**directed** 15:24
88:4 121:17
151:10,11

**direction** 51:9
72:12,16

**directly** 30:21
31:6 32:13
51:4 63:15
64:18 65:15
72:25 73:8
76:11 79:16
86:9,21 115:24
130:10 138:2,3
144:25 171:4,6

**director** 25:4
28:7,12
29:18,21,25
30:18 31:8,20
33:5 43:13
121:9,18,19,20
136:7 152:5
158:2,7 167:19
176:8 182:18

**directors** 74:22

75:6

**director's**
75:15 76:6
158:13

**disagree** 55:4

**disapprove**
161:4

**disciplinary**
180:19

**disclose** 81:20
82:3

**discretion** 40:8
75:15 76:6
77:15
158:14,15

**discretionary**
46:25

**discrimination**
9:14,15 21:7
53:1 57:3

**discuss** 42:14
55:25 56:20
127:3 145:16
172:16,19,22
173:18

**discussed**
55:12,19 98:1
113:16 154:11
173:13,14

**discussion** 68:4
74:6 77:21
80:23 93:13,17
96:24
100:16,23
101:21 113:23
119:17 123:22
154:4 177:6

178:1,4,7,14

**discussions**
27:5,8 66:25
78:8,21 79:1,5
84:1 88:10
93:8,15 101:18
116:16

**displeasement**
67:1

**DISTRICT** 1:1,2

**division** 1:3
25:15,17,20
26:9,11,22
27:14,19 30:16
33:22
66:2,6,22
69:3,4,8,9,10,
17 72:6
76:9,10 87:2
99:24 102:2
113:21 114:17
117:4 139:12
153:4,6,15
154:14,22,23
155:17 173:25
175:21

**divisions** 26:23
30:3,4,5 65:10
66:7 70:17
116:2 155:17
176:9

**division's**
115:18

**document** 121:25
122:10 124:2
134:7,8,9,11
135:19,23
136:1 149:17



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900    www.**MILESTONEREPORTING**.com    Toll Free 855-MYDEPOS

180:19 182:21

**documentation**
42:8

**documented** 38:5

**documents**
19:2,13 50:9
124:6

**done** 8:8 21:17
37:22 44:19
47:6,10,11,21
51:7,8 74:20
110:25 126:18
137:15
139:9,15
140:5,11
175:11 185:22

**door** 106:19
182:8

**double** 42:1,3

**doubt** 64:4

**drive** 83:24

**driving** 80:14

**drug** 180:10

**due** 71:6 134:25
135:3 141:11

**duly** 187:8

**Duncan** 10:15
12:3
13:1,9,16,20,2
4 14:21
17:4,9,14,25
19:18 20:3
24:11,22 25:1
26:24 29:20
30:22 31:2
50:25 75:6
79:10

80:7,17,20,22
81:11 82:1
85:13
86:9,11,12,22
87:6,8,18 88:1
89:4,9 93:8
94:16,20,22
96:20,25
97:12,23 98:22
99:25
100:7,11,15
101:19 102:3,8
103:4,13
104:8,19 106:3
107:17 108:1
112:3,19
113:24
114:4,15,25
116:16 120:23
122:19,23
123:1
125:3,16,22
126:3,21
127:6,8 132:18
134:23 137:12
140:16,19,25
143:12,20
144:2,11 145:6
146:21
149:2,10,20,23
150:9,12
152:12 160:14
163:8
164:21,24
165:2 167:4,24
172:17 178:7
179:2,13,17

**Duncan's**
81:5,25 82:15
91:1 114:21

**during** 38:12
41:16 83:22
84:2 91:14
97:16 103:3
104:11 106:1
107:25 108:14
115:9 137:14
138:20
139:2,25
143:18,23
144:13 151:12
167:16
168:8,10
169:25 170:5
172:7 173:12

**duties** 27:21
28:2 30:1
36:10
87:18,20,24,25
88:1 98:11
99:7 114:16
115:9,12,13,17
116:16,20,22
119:19,20
120:5 137:18
145:12
152:4,15
155:21
156:1,6,9,23

---
E
---

**earlier** 25:17
40:15 52:3,7
64:21 66:7
79:9 84:17
117:12 133:10
146:20,23
178:17

**early** 101:22

**easily** 133:25

**east** 111:4

**EBO** 86:1,3

**edit** 133:25
134:1

**edits** 134:17,20

**eight** 26:1
74:21 75:5
139:15,17
148:12

**eighth**
112:12,13

**either** 49:13
59:23 62:20
70:11 87:15
92:7 123:3
126:7,9 128:3
132:13 139:22
147:20 153:24
159:24 161:3
168:5 172:12
180:16 182:17

**elements** 173:19

**eligible** 153:2

**else** 9:25 10:12
11:3,21 12:24
16:13 18:25
32:13 50:12,15
77:14 94:1
105:16 119:7,9
123:23 133:21
152:10 161:6
169:16 170:9
183:2

**e-mail** 2:9,19
3:10,12,15
20:5,8,9



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

90:6,8,18
92:4,6 102:13
113:4,5,7
116:4,7,12,13
118:12
124:17,24,25
125:4,6 142:21
146:18
147:7,11,13
148:7,24
149:9,13,18,20
161:13 163:4
165:25

**e-mails** 19:5
42:19 92:10
125:8,10
131:13
146:21,24
149:2
150:10,13,15

**emergency** 77:2

**empathy**
132:12,15

**employed** 22:15
25:11 33:18,21
147:17,20
188:13

**employee** 15:10
44:6 58:16
68:3 78:21
99:2,7 132:1
139:22
142:6,12
148:11 152:9
154:7 167:15
175:6
180:4,7,9
181:16,18,21,2
4,25 182:6

**employees** 27:24
31:5 47:15
50:7,14 58:18
68:14,17
69:2,7,17
70:10,15,20
78:7,25 87:23
91:15,20 92:11
98:12 109:13
130:16,17
133:11 136:5
152:6 159:3
166:12
180:17,24
184:7

**employee's**
180:6

**employment**
66:12 117:12
154:8,11 162:7
184:20 185:7

**enable** 157:1

**encourage** 46:5
114:18

**encouraged** 59:2

**enforce**
75:10,12

**enforcement**
153:25

**engage** 65:9,13
66:2

**engineer** 22:7
24:1,3,4
26:3,17,20,21
79:13 113:20

**engineering**
27:16
30:6,13,15

51:21 65:21
69:4 70:16
71:23,25 97:2
100:5 102:2
103:9,11 108:5
114:17 117:4
118:25 121:4
123:5 129:17
143:24,25
146:12
154:2,10 174:4
176:9,10

**engineers**
70:15,16

**ensure** 74:10

**entered** 189:18

**entire** 39:24
56:25 71:25
81:12 148:12
189:16

**entirely** 9:16
139:19

**EOC** 53:2

**equal** 86:4,5

**equipment** 180:9

**Errata** 189:1,20

**escalated** 87:15

**escorted** 182:22
183:25

**especially**
75:16 174:10

**Esquire**
2:4,12,13

**essence** 74:25

**established**
42:4,5

**ET** 4:6 186:9

**evaluation**
132:18 137:9
138:7,21
139:2,11,19
140:14,16,20,2
3 141:1,11
151:20

**evaluations**
136:12,15
139:14

**evaluator**
140:12

**evaluators**
140:13

**event** 83:22
106:9

**eventually**
180:22

**everyone** 56:21
74:7 75:1
168:17

**everything**
50:21 60:21
108:24 110:8

**exact** 7:17
122:16

**exactly** 8:12
18:3 26:14
27:12 32:12
56:21 68:24
74:14,19 93:11
94:8 138:6
162:7 182:4

**EXAMINATION** 3:4
5:10

**example** 47:1

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      Toll Free 855-MYDEPOS

61:22 66:23
76:9 103:22
115:24 134:5
155:19 180:10
181:7

**examples** 175:10

**Excel** 134:12,14

**excelled** 27:9

**excellent** 48:5
136:13,14

**except** 70:5

**excuse** 5:25
8:11 89:16
98:10 120:11
134:11 169:7
173:1

**executive**
12:13,14 31:9
32:17 33:15
34:2,16 35:23
42:22 44:24
45:7 46:7
48:19 91:2,5
92:12 93:9
96:21
113:17,18,25
114:5 117:25
126:17,24
133:23 136:11
138:9 162:17
173:18

**exercise** 76:6

**Exhibit** 3:7
95:17,19
112:24,25
121:12,13
124:21,22
135:12,13

146:15,16

**EXHIBITS** 3:6

**existed** 155:15

**existing** 156:13

**exit** 108:9
183:5,7

**expand** 61:5

**expectation**
67:7

**expectations**
137:24
138:2,8,11,14

**expected** 163:2

**expecting** 11:14

**expedition** 60:9

**Expires** 187:24

**explain** 35:12
53:17 70:24
94:25 183:23

**explained**
9:19,23 183:24

**explaining**
60:18

**explore** 56:12

**extent** 134:1

**extenuating**
180:12

**external**
61:19,25
62:4,12,13,15,
19,22 63:6

**externally** 23:2
157:24
158:11,17,21
159:6

160:1,6,14,21
176:16,17

---

## F

**face** 90:23
96:17

**fact** 13:10
39:23 76:2
91:9 125:6
127:18 152:9
166:16

**facts** 180:1

**factual** 58:3

**failure** 38:1
58:25

**failures** 34:13

**fair** 18:10
94:23 147:6

**false** 148:21

**familiar** 9:16
82:19 87:13

**family** 80:1
121:10 129:12
130:17,18

**February** 29:15
30:17

**Fed** 31:25 32:10

**federal** 4:7
82:13

**feedback**
66:8,22 75:19

**feel** 54:2 61:3
62:17 63:16
70:1 123:16
166:9 167:9,12
182:10

**feet** 111:19

**felt** 75:18 76:8
83:23 145:3
164:15

**figured** 117:9
156:6 159:14
177:10

**file** 141:17

**filed** 9:12
13:10,12 17:15
21:9 52:25
141:10,14,15,2
4 142:2 150:23

**files** 142:12

**filing** 13:21

**fill** 31:2 97:4
98:13 114:23
117:10 133:21
154:15

**filled** 35:7
97:5
98:14,15,17,20
118:1 153:9,18
154:4 164:7
176:4

**filling** 176:13

**final** 173:2

**finalist** 166:1

**Financial** 155:5
157:19

**financially**
188:14

**finding** 97:4
127:21

**fine** 52:23 53:3
57:16 59:25



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

83:2 101:9
147:25 168:25
177:23

**finish** 54:4

**Firm** 2:5

**first** 25:8 30:9
39:25 41:3
47:9 48:10
70:5 72:15
89:17 100:24
101:22 153:3
173:25
176:21,24

**fishing** 60:9

**fit** 27:10 46:4
184:5

**five** 7:24,25
8:1,5 30:3
31:7 50:3 66:7
169:16,17

**fixed** 126:10

**floor** 102:23
111:23
112:7,11,12,13
,14 175:15

**floor's** 176:2

**Florida** 1:2
2:7,17 4:5,10
6:8 15:14
172:5 187:3,23
188:3,7

**FMLA** 3:11,13
122:2,4,13,15,
19,20 123:2
126:23
138:17,20

**folks** 64:15

87:21 124:4
171:14 173:23
174:13 185:12

**foregoing** 187:7
188:9

**form** 12:18 14:2
17:17 34:3
36:2 40:18
43:16 59:9
67:3,24
70:13,23 71:16
73:22 78:1
81:15 91:6
92:18 94:24
95:6 100:20
105:11 106:8
109:3 110:3,10
114:6 117:19
118:2,9 119:21
123:18 125:18
127:10 129:15
130:13
131:8,23
132:3,9 137:7
138:22 139:4
140:1 141:4,19
142:25
144:4,18
147:1,24 149:4
150:5 151:1
158:22 167:6
168:1 170:23
174:12 182:13
185:1

**formal** 43:2

**formally** 129:17

**format** 133:25

**formed** 64:14

**former** 15:7

138:8

**forthcoming**
72:14

**forward** 20:11
148:24

**forwarded**
20:5,6 92:8
124:25

**forwards** 20:14

**fourth** 8:10,13

**frame** 182:24

**Franklin** 36:17

**frankly** 91:23

**fraught** 148:15
149:10

**frazzled** 109:1

**frequently** 89:1

**Friday** 72:1
128:20 132:1,7
183:9

**friendly**
79:24,25

**front** 53:16
56:9

**full** 5:13 16:25
36:16

**fully** 136:8
152:18

**function** 27:19
80:11,12

**functionally**
154:23 174:17

**functions** 30:5

**FYI** 20:10,12,15

146:21

**FYIs** 146:24

_____

G

**game** 18:10

**gather** 181:5

**general** 109:15
174:9 175:17

**generally**
119:5,14
136:13 145:14

**gets** 84:2 99:8
154:24 155:3
170:18

**getting** 29:7
75:18 81:24

**given** 58:14
59:10,13 65:14
72:2 152:6,8
167:8 179:2
182:21,23
183:6,12

**giving** 71:21
83:23

**glad** 56:20

**goals** 62:8

**gone** 58:7
107:21,25
132:2,8 161:11
162:4

**gotten** 156:24

**government**
170:3

**grandchild** 39:6
40:4 78:15,18

**grant** 76:7



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        **www.MILESTONEREPORTING.com**        Toll Free 855-MYDEPOS

granted 151:5

granting 75:17
  148:9 149:23
  151:8

great 168:11

Greco 49:4,5

grievance
  141:11,14,15,1
  8,24
  142:2,12,16,19
  ,22
  143:7,10,13,16
  148:9 149:23
  150:23 151:5,8
  152:7

ground 55:7

groups 174:12

guessing 145:4

guidance
  74:23,24

guy 23:18

guys 53:6

---

H

half 22:20
  24:8,18,21
  26:18,19,21
  37:16 91:24

hallway 148:10

Hana 2:13

hand 5:3 108:24
  109:5 110:7

handed 20:4

handled 121:16
  142:16

happen 14:1

105:7 114:12
117:6,18
127:15 150:1
161:22
166:17,19
168:9 170:14
180:25

happened 17:21
  21:14 25:23
  36:5

happens 158:8
  168:11 169:25

happy 23:19
  45:11,16 55:8
  70:3 72:2,12

Harbor 2:7

hard 124:5

HAVEN 1:25 4:9
  187:21
  188:6,24

haven't
  15:11,17

having 23:4
  55:2 73:20
  81:11 84:1
  97:23
  100:18,23
  108:14
  113:23,24
  118:13,15,17
  120:3 127:17
  144:11
  145:20,24
  149:19,22
  151:15,16
  160:8,13,20
  165:9 166:7,16
  168:19 169:11

179:19

head 78:5

health
  81:11,13,25

healthier 84:3

health-related
  82:15

hear 58:7
  61:12,17
  169:19 177:3

hearing 171:3
  176:22,24

heat 172:5

heavy 180:9

hello 80:15

help 29:25 33:2
  87:18 111:2

helped 176:2

helps 33:6

hence 62:9

hereby 188:7

herein 188:14

here's 43:5
  67:6 99:2
  154:12

herself 156:5

he's 22:16
  25:12 32:21
  55:16,19 82:2
  148:1

hey 46:3 74:18

HH 187:25

highlights
  19:21

HIPAA
  82:18,20,25

hire 47:13
  161:4
  165:2,11,15
  167:17,18,25
  175:6

hired 22:5
  34:23 47:18
  48:14 50:14
  168:12 169:2
  170:19 173:3

hires 173:13,14

hiring 148:15
  162:13
  164:3,24
  165:14,18
  168:7 170:21
  172:16,19,22
  173:8

hit 160:1 162:6
  175:6

hold 54:12
  57:14

home
  39:1,4,9,11,14
  ,21,23
  40:9,11,21
  41:15,21 46:13
  47:1 66:18
  67:2 73:5,20
  74:5,10,16
  75:10,11,13
  76:2,3,7,14,18
  77:24
  78:9,14,22
  79:2,7
  91:15,17,24
  93:24



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

94:2,4,7,9
100:19
120:10,12,15

**honestly** 121:22

**hoping** 37:9

**host** 114:17

**hours** 80:23
126:12

**how'd** 70:1
123:16

**HR** 10:2 14:20
16:12,20,23
17:5 21:22
43:3,4,9,14
44:11 45:20
89:19,21
121:17 125:15
126:20 148:13
151:15 154:5
156:10,24
157:8,18,22
159:25 160:1
170:3 181:1
182:17

**human** 10:11
15:15 82:10
143:9

**Hyde** 80:16

**hypothetical**
167:9,14

———————
I

**ice**
171:12,17,23
172:5,15,16

**I'd** 12:12 26:1
43:5 53:15

72:2 82:18
89:18 112:22
159:14

**ID** 183:1

**idea** 148:13

**Identification**
95:19 112:25
121:13 124:22
135:13 146:16
187:10

**identified**
38:10,11

**I'll** 18:13,15
60:25 83:10
86:18 113:6
135:12,15
146:14 186:6

**Illinois** 48:16

**I'm** 9:16
16:3,20 29:6
32:1 52:22
53:3,8,9,15,17
54:14,24
55:7,16
56:6,12,17,18,
20,24 57:22
60:2,5,6
61:12,13 63:18
73:16 74:1
75:24 80:18
83:8 86:2,16
88:20
91:17,22,24
95:14,18 101:5
105:4 108:16
112:23 113:17
121:15,21
123:5 126:14
128:21,24

129:2 130:16
131:21
138:13,24
145:4 147:19
148:20 149:6
151:6,11
154:16 155:16
159:12 160:19
161:5 162:7
171:21 176:24
177:11,22
181:6,21
182:5,9
184:15,18,22
185:6

**immediately**
103:9 182:23

**immigrant**
159:12

**impact** 155:7

**impeding** 16:10
17:5

**important** 34:17
84:25 170:21

**imposed** 88:1

**improvement**
38:10,12

**improving** 41:9

**inaccurate** 63:4
64:1 65:8,18

**incident**
6:23,24 7:2
66:17

**including** 81:12
87:9

**incomplete** 65:8

**increase**

38:18,21

**INDEX** 3:1

**indicated**
189:19

**indiscernible**
57:11

**individually**
72:6

**infection**
83:14,18
84:3,8,10,11

**inference** 147:7

**information**
33:1 60:21
61:8,19
62:4,6,10,12
63:5,14,25
64:7,17
65:8,12,18
81:20 121:6,8
122:18 161:20

**informed** 43:4
126:20 182:19

**Infrastructure**
29:23

**initially** 24:10
42:4 185:7

**initiate** 17:10

**initiated** 17:8

**initiative**
171:12

**initiatives**
64:25 65:3

**in-person** 10:22

**input** 43:15



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        Toll Free 855-MYDEPOS

139:24

inquire 59:21

instance 105:21

instances
139:21 140:9

instructed
169:18,25
170:1

insubordinate
62:1

insubordination
61:24 62:7

intake 87:12

intended 103:17

interested
185:13 188:15

interesting
171:15

interim 86:1,5

interject 52:21

intermittent
122:20 123:2
138:17,20

internally 23:2
157:23
158:10,21
159:3 160:10
176:15

interrupt
101:16

interview 37:2
46:2 48:20
49:19,24 50:4
164:17 167:17
168:8,10
169:8,10

170:1,6,13,22
171:23

interviewed
22:24 28:4
37:4 49:21
50:7
165:20,23,24
168:17,21
169:1,5 170:19

interviewing
50:10 148:14
169:20 185:14

interviews 33:7
48:23 49:14
50:5 161:1
169:12,20

introduced
110:20

introducing
110:23

involve 15:10

involved
8:15,17 12:2
57:2 90:18
146:9 188:14

isn't 173:22

issue 42:1,5
70:12 93:25
123:19 126:6,9

issues 66:14
81:11,14,25
82:15 87:13,14
95:10
120:17,19,24

it'd 124:5
125:12

items

42:9,10,14

IV 24:1,3,4
26:3,17,21

I've 8:2 30:8
73:24 139:9
140:11 176:3
185:15

_____

J

Jackson 2:14
4:4

January 3:10
101:23 102:15
113:9 114:3,24
116:15 118:7
120:8,22 121:1
137:14 142:5
144:1 145:6,15
146:4

Jean 14:20
24:11
25:8,14,21
26:24 29:20
50:25 91:1
93:17 103:4
104:3 120:20
125:3,21
126:20 137:12
146:21
150:9,12

Jean's 87:15

job 37:7 40:12
44:19 46:3
49:20 80:11,12
83:15 87:21
88:23 99:7
109:2 110:1
115:19 156:17
157:4 170:16

171:9

JobAps 50:22
161:4
162:3,5,8,12
173:3

jobs 115:19

Joeylee 168:14
169:7 171:4
172:16,19,22,2
4 175:10

Johnson 2:14
4:3

join 102:12

joined 26:16,20

Jonie 49:3,4,5

Jorgenson 15:6
51:18,19
52:8,15,25
54:16 55:22
57:1 58:13
59:4 60:10
61:1 62:20
63:20 64:11
65:24 68:10
69:13,23 71:4
72:1,25 75:20
76:5 77:19
79:3 93:5
100:8 110:24
111:14 113:11
115:25 118:18
123:9 124:25
126:3 127:1
128:15
129:1,3,5
137:16 139:3
145:10,21,25
151:10,11,16



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

152:2,11,16
155:24 157:15
159:25 160:9
163:11
164:14,19,23
165:1,6,13,17
166:3,8,11
167:2,24
171:16 172:23
175:3 181:7
183:4 184:10

**Jorgenson's**
66:12 68:13
111:18 112:10
119:1 125:16
142:9 175:13
183:15

**Josh** 32:21 73:2

**judge** 53:17
55:5
56:9,15,16
57:13

**June** 39:20
51:23 52:4,9

**June-ish** 35:4

---
K
---

**Kimberly** 124:25

**kinds** 68:25

**KKM-JSS** 1:4

**knew** 89:18
100:4 120:16

**knowledge**
58:3,4 61:9

**known** 67:16
87:19

---
L
---

**lack** 94:11,12

**large** 16:4
27:18 68:25
159:7 173:15
188:7

**last** 5:13 6:22
10:19 16:6
32:1 33:14
34:5,23 46:10
51:6,23 68:19
72:20 83:20,21
85:19 111:5
173:23

**late** 74:6,13
93:11,12

**later** 53:19
54:12 58:10
96:9 103:5
183:13

**Laura** 69:23

**lawsuit** 8:17
9:12 13:18
14:15,18,23
15:5 17:11
21:3,6 82:17

**lawsuits** 15:1
21:22

**lead** 76:10
173:17

**leader** 66:22

**leaders** 76:9

**least** 37:19
66:19 70:21
133:17

**leave** 24:15

70:6 104:25
121:10
123:14,16,24
124:19 128:9
181:21

**leaving** 69:23

**led** 65:22

**legal**
15:6,16,22
52:17,24
53:11,21 55:20
56:2 59:16

**less** 7:24 8:1
33:12 38:16
136:16,20
137:1,4

**lets** 63:20

**let's** 56:8
59:19 137:21
148:7 152:20

**letter** 15:18,20
179:23 190:5

**letting** 42:20
71:25

**level** 62:7
84:24 87:15

**Lewis** 33:17,18
35:1 38:25
51:18,19,25
52:3 58:22
60:2 68:5,15
78:10,20 79:3

**Li** 32:8,11

**light** 70:11

**likely** 13:3
17:20 27:13
107:1 108:5

120:20 147:19
149:18 166:19
176:17

**limited** 55:7
57:17 160:25

**line** 54:8,9
57:5,10,14
58:1 189:3

**Linesch** 2:5

**lingo** 169:14

**list**
156:17,19,21
185:11,12

**listen** 72:4

**literally** 55:10

**litigation** 17:5
56:10 60:6

**little** 52:14
53:7,23 56:7
59:21 61:5
75:1,2 77:9
78:6,9 81:4
152:20 175:18

**live** 80:13
160:2

**lives** 80:17

**located** 102:22

**logged** 162:11

**long** 7:21
22:2,17 24:6
29:13 33:10
37:13 67:20
79:10 81:8
84:12,15
105:13
107:20,24



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

181:3

**longer** 87:8

**loose** 129:12

**Lopez** 1:6
2:3,22
13:10,12,20,25
17:15 19:8
20:25 21:15
69:15 79:6
89:17,19
90:17,20
92:12,16
93:8,14,23
94:3 97:13
98:23
100:14,16
101:6,8,19,21
102:4,7,10,13
103:7,14,17
104:14
106:17,24
107:9,18
108:1,3,15
109:21
113:3,10 115:9
116:17
117:6,18,24
118:7,18,23
119:7,18
120:9,14
122:19,23
123:1,4,23
127:9,18 128:7
129:16
132:15,18
134:23 135:4
138:16
141:10,24
143:18,20,21
144:3,25 145:6

146:4,6 147:16
148:5 150:23
151:12 152:23
160:11
162:20,25
164:4,6,10,12
165:3,11,15,20
166:4,9
167:4,25 169:9
172:6
176:18,22
177:1
178:2,5,8,10,1
5
179:9,13,14,17
,24 181:25
182:2 183:11
184:16,23

**Lopez's**
3:8,11,12
17:4,25
20:19,22
21:3,6,18
90:14 93:15,18
117:12 120:24
123:9 127:4
128:15 135:16
140:16,20,23
143:7,10,13,16
145:17,22
146:1,11
164:16
179:6,20
184:14

**lose** 109:1
130:17

**lost** 127:19
128:19 132:7

**lot** 43:19 107:3

108:9 124:4
125:10 136:9
150:15 171:12

**Lots** 32:21

**lower** 38:14

**lunch**
80:19,21,25
81:2

**lung** 83:14,17
84:3,7,10

---

**M**

**ma'am** 28:24

**MacDill** 80:18

**Madison** 2:13

**mail** 15:9,12
161:3

**mails** 150:4

**main** 111:5
171:18

**mainly** 9:24
19:17

**majority** 91:14
139:18

**managed** 63:5
64:19 71:7

**management** 7:18
27:17 71:15

**manager** 15:7
26:5,6,13,23
27:11,22
28:5,10,20,21
30:4 31:11,21
39:20,23 51:21
64:17 71:23
86:1,2 87:3

115:25
154:9,10
155:24 156:5
157:13 162:4
167:19 168:5
171:11 175:2
176:4,5,7,14
182:17

**managers** 26:23
28:8 31:7
74:15,18
121:17 142:16
154:9 156:4
158:5,6,8
161:23
162:2,16
173:17,19
174:2,21,22

**manager's**
158:13
161:11,17

**Managers** 70:17

**manual** 44:9
98:12 99:11
180:14

**March** 47:12
126:23

**mark** 95:17
112:24 121:12
135:12 146:14

**MARKED** 95:19
112:25 121:13
124:22 135:13
146:16

**married** 46:18
73:11 80:3,7

**matter** 7:11
8:21 12:16



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

18:17 20:19
21:11,18 52:24
53:21 55:21
56:11 59:16
126:19 129:18
154:10 156:7
170:11 189:17

**matters** 8:15
77:8 170:4

**maxed** 38:22

**may** 4:10 5:8
9:2 23:14,15
25:23 35:3
45:21 52:3,4
54:6,11 55:3
58:9 67:23
71:24 73:23
78:6 85:17
87:14 90:17
92:6 93:17
98:1 105:4,14
108:19 110:1
124:12
126:6,8,12,13
127:18 128:2
129:5
130:1,17,18
133:23 138:14
139:11,14,18
142:14,16
168:9 169:14
170:14,15
174:10,12,14,1
5 182:22,23

**maybe** 10:19
22:19 35:15
47:12 52:21,22
55:5 69:19
70:12 78:22

79:17 94:17
101:23 110:20

**mayor**
28:11,12,15,17
,25 155:9
157:19

**McCury** 12:15
31:9 32:10
33:10 34:23
46:8 47:4 48:3
50:24

**McLeland** 2:13

**MCMURTRY** 1:25
4:9 187:21
188:6,24

**me.I** 189:18

**mean** 9:3,15
15:13 19:11
22:23 44:5
52:11 61:6,12
64:23 65:13,19
71:12 72:17
75:9 81:24
82:1,6,7 83:8
84:20 85:2,9
87:6 89:18
90:5 93:3,4
97:8 98:17
105:12 106:13
109:17 123:19
125:24 126:8
128:6,10
132:25 136:23
140:3 145:2
152:11
154:16,19
156:15 158:1,7
159:1 160:25
166:20

**meaning** 44:6
173:16

**means** 6:15 9:4
53:5 95:1
145:3 154:21
162:2

**meant** 151:8
168:20

**meantime** 96:6
113:19

**media** 33:6

**medical** 39:5
40:3 77:2,4,13
78:15,17 81:20
120:15,18
121:10 125:2

**meet** 18:24
28:21 29:9
40:16 44:25
89:17
101:21,24
102:14,20,25
106:17 107:4,5
173:16

**meeting** 10:22
18:24 42:14
43:2 65:17
74:13 89:20
102:19
103:3,19,22
104:2,11 105:6
107:9 110:15
155:25 173:21
174:6,14

**meetings**
18:5,19,22
42:7 75:14
76:4 103:20,21

104:5,7 105:13
173:10,12,16
174:1,3,15,19

**member** 34:2
35:16 37:1
129:12

**members** 33:25
42:14 130:17
131:12 173:20

**memo** 92:7

**mention** 66:17
175:10

**mentioned** 30:10
58:18 63:10
64:21 66:7
140:10 148:11
166:23

**merit** 38:18,20

**message**
95:22,25 96:2

**messages** 95:14

**messaging** 33:9

**met** 28:17 48:6
80:1,9,22
106:20 108:3
111:24

**Nicholas** 71:10
72:9,21,22,24
73:1,4,8,15
75:24,25
76:10,22 77:16
79:3

**middle** 1:2
111:8,9

**Mike**
22:12,13,20
23:5,8,18


MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
**407.423.9900**     **www.MILESTONEREPORTING.com**     Toll Free 855-MYDEPOS

119:14

**Mike's** 23:24

**mind** 85:8

**mindset** 56:21

**mine** 42:23

**minute** 89:16
113:6 173:23

**miscarriage**
127:22,25
128:15
129:1,6,10
130:2,12,24
131:22 132:1

**mishaps** 130:18

**miss** 167:23

**mission**
85:5,7,11
87:10

**missteps** 148:16
149:11

**mistaken** 91:25
123:5

**Mitchell** 11:24
49:3 51:2
85:23 87:17
88:8 97:17
103:4,7,19,20
104:1,4,10
106:4 107:15
127:3 143:15
150:3,10,11,18
160:20 163:14
172:20 178:10
184:13

**Mitchell's**
87:23

**Mizelle** 55:5

**mmcleland@johns
onjackson.com**
2:20

**mobility** 16:24
22:9 24:13
26:5,6,7,13
27:11,15,22
28:5,20,21
29:18,24
30:1,2,6,15,18
31:13 36:19,20
42:9 68:18
92:25 93:1,4
96:4,22
97:10,23
104:15
109:18,19
115:4 116:18
117:17 127:1
129:18 136:5
142:1 147:17
155:15 175:25
176:10

**modify** 157:5

**moment** 58:7
182:25 183:1

**Monday**
42:6,12,13
81:10 96:5
128:23 132:2,8
169:4

**monitor** 74:11

**monitored** 34:16

**month** 91:20
93:12 100:19

**months** 83:20
139:15,16,17

148:12

**morally**
166:8,12

**morning** 42:6

**Mostly** 89:6
112:20

**motion** 55:4

**move** 57:12
59:23 66:5
94:16 97:13
142:3 154:23
172:4

**moved** 93:9,14
142:9 175:15
176:3

**moving** 96:20
176:1

**multitude** 78:3

**myself** 42:2
71:23 166:19

───────────
N
───────────

**narrow** 49:14

**natural** 171:14

**nay** 161:7

**necessarily**
44:10 119:22
144:20 161:20
163:3

**negative**
93:19,20 168:6

**neighborhoods**
33:9

**neither** 71:17
184:11

**newborn** 39:6

**Nicholas** 72:19

**nicknames** 5:23

**Nine** 26:1

**none** 65:11
69:9,11 91:18
146:8

**nor** 54:16
184:11 188:14

**normal** 20:11
105:5 146:21

**normally** 16:11
21:19

**north** 2:15 4:4
172:4

**Notary** 4:9
187:22
188:6,25

**note** 42:25
125:2

**noted** 41:7

**notes** 21:20

**nothing** 5:6

**notice** 16:9

**notified**
14:14,17,22

**November** 92:5

───────────
O
───────────

**oath** 6:15 187:1

**object** 9:2
12:18 14:2
17:17 34:3
36:2 40:18
43:16 57:7



MILESTONE **|** REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

59:9 67:3,24
70:13,23 71:16
73:22 78:1
81:15 91:6
92:18 94:24
95:6 105:11
106:8 109:3
110:3,10 114:6
117:19 118:2,9
119:21 123:18
127:10 129:15
130:13
131:1,8,23
132:3,9 137:7
138:22 139:4
140:1
141:2,4,19
142:25 144:18
147:1,24 148:8
149:4 150:5
151:1 167:6
168:1 170:23
182:13 185:1

**objecting**
171:21

**objection** 53:6
58:6,9 83:10
100:20,25
101:5 125:18
131:4 140:6
144:4,23
158:22 171:20
177:14

**objective** 85:8

**objectives** 85:6

**objectivity**
170:8

**obtain** 28:14
115:8 164:5

**obtained** 39:19

**obviously** 54:22
56:17 110:7

**occasion** 75:17
76:7,11

**occasionally**
121:16

**October** 33:14
34:24 46:10

**odd** 144:15

**office** 42:23,24
66:5 74:7
78:13 83:25
84:5 92:7
101:20
102:14,22,25
106:25
111:15,16,17,2
0 112:10 123:6
129:19 130:5
173:6 176:3
182:23 183:17

**officer** 33:1
155:5 157:19

**offices** 111:10
184:9

**office's** 101:25

**official**
99:9,12,13,15,
16

**officially**
98:18 126:15
142:3,9
152:12,13
179:2

**of-state**
159:15,18

**oftentimes**
42:20 43:12,14
87:17 161:5,7
169:16

**oh** 15:19 16:16
20:6 25:3
28:23 32:16
61:18 73:16
76:23 83:3
84:23 89:1
109:25 113:1
120:1 121:15
129:2 133:4
148:18 168:10

**okay** 5:20,23,25
6:3,9,14,20,24
7:2,7,10,13,16
,19,21,24
8:3,7,10,14,24
9:6,11,15,17,2
2,25
10:3,11,18,20,
25
11:3,15,18,21
12:11,14,16,23
13:4,19,23
14:8,17,22
15:1,8,19,22,2
5
16:5,9,13,17,2
5 17:3,9,13,23
18:3,17,21
19:2,11,14,21
20:8,14,18
21:2,5,13,17
22:1,5,11,17,2
2
23:8,10,13,20,
22 24:6,12,17
25:3,6,9,19,25

26:3,12,15,24
27:8 28:4,19
29:4,11,13,17,
25 30:17,21,24
32:9,15 33:10
34:23 35:10,19
36:13,20
37:1,18,20,25
38:9,11
39:7,16 42:19
43:2
44:1,5,8,13,15
45:4,16,20
46:12
47:14,21,25
48:3,9,14,23
49:5,12,21
50:5 51:11
53:25 54:5
57:4 58:10,21
59:7,18 60:14
64:11,17,21
65:19
66:4,10,25
68:10 69:6
70:10 71:14
73:10,13,17,19
75:12 76:20,23
77:13,19
78:7,20,25
79:5,12 80:1
82:6 83:3,6,15
84:20,23
85:7,12,15
87:17
88:1,7,24
89:4,9,16,24
90:3,5,11
91:4,12,18
92:1,10
93:7,13,19



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.**MILESTONEREPORTING**.com        Toll Free 855-MYDEPOS

94:3,10,18
95:15,21,24
96:2,9,16
97:12,16,22
98:4,6,16,22
99:1,9,15,20
100:14
101:4,9,13,16
102:3,8,13,19,
25 103:3,6,12
104:1,10,13,18
,22,25 105:2,8
106:6,12,15
107:2,7,13,20,
23,25
108:3,7,23,25
109:9,17,20,24
110:8,15,19,23
111:1,10,14,17
,20,25
112:9,14,16,23
113:6,23
114:2,11
115:3,16
116:3,9,15,24
117:5,11
118:17,21
119:1,6,17
120:3,8,14,22
121:1,5,9,12,2
3 122:9,12,14
123:8,11
124:17
125:6,15
126:8,19
127:3,17,24
128:2,14,19
129:9 131:3,25
133:3,16,18
134:3,10,22
135:1,8,11,19,

22 136:2,17,22
137:2,11,18,21
138:4 139:21
140:9,15
141:10,17,23
142:8,12,18
143:6
145:5,9,15
146:14
147:6,10,16,20
148:7,19,22
149:13,16,19
150:3,20
151:4,7,21
152:1,15,20
153:11,14
154:3
155:1,3,12,21,
25 156:3,9
157:3,7,11,17,
22
158:10,16,20
159:1,21,24
160:4,8 161:9
162:9,15,18
164:14 165:25
166:3,20
167:2,12,22
168:4,8,12,15,
23,25 169:3,24
170:7,10
171:4,9 172:16
173:5,12
174:23
175:5,9,19
176:5,15,18,25
177:3,6,10,13,
19,21 178:24
179:4,8 180:4
181:1,6,10,16,
20

183:4,11,15,22
184:4,13,16,19
185:15
old 6:3
ones 34:14
ongoing 59:16
onto 173:2
Op 108:8 111:5
open 36:7 45:21
opening 114:18
operations
27:16
30:7,9,16
31:21,22 33:22
87:4 153:11
155:18,19
174:5,11,12
175:21
operator 180:9
opinion
64:11,13 66:9
opportunities
163:23
opportunity
71:22 72:2
86:4,6 163:22
option 97:6,8
ORANGE 187:4
188:4
order 17:10
19:2 28:14
44:1 68:7
152:25
org 25:7
organizes

171:12
organizing 33:6
original 3:14
189:21
others 15:8
27:20 134:7
150:18 160:15
otherwise 44:19
out-of-state
159:21
outside 79:20
80:11,23 87:18
88:10
105:14,15,19,2
4 106:2,19
107:4,5 177:12
outstanding
136:12,14
overall 85:9
140:25
overpaid 148:12
overseeing
176:9
oversees 30:4
oversight
172:9,11
overview 31:5

P

p.m 4:6 5:2
133:6 186:9
pack 182:8
Page 3:2,7
137:23 189:3
paid 154:24



MILESTONE **|** REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900       www.**MILESTONEREPORTING**.com       Toll Free 855-MYDEPOS

155:3

**Palm** 2:7

**pandemic** 37:17
39:8 74:8,25
77:10

**panel** 48:25
49:2 165:14,18
169:23 170:25
171:2 185:13

**paper** 137:11
152:13 169:16

**paragraph**
113:15 114:14

**parent** 132:7

**Park** 80:16,18

**parking** 15:10
30:3,7,9,16
31:24 102:21
107:3 108:9
111:22
153:7,11,16,25
154:9

**partial** 148:8
151:19

**partially** 39:22

**particular** 69:8
98:8 105:19
125:13 158:16
174:25 180:21

**parties** 7:5
61:20 188:13

**partly** 116:1

**party** 42:2
61:25
62:4,13,14,15,
19,23

63:6,13,19,23,
25 64:13 182:9

**passing** 80:12

**past** 6:18 80:14
104:6

**pause** 54:25

**paving** 174:15

**payroll**
89:22,24
90:4,5,9,12,21
,25
126:2,4,18,19
176:19,22
177:4
178:2,5,8,11,1
5 184:23 185:4

**pending** 15:1,5
18:1 21:3 53:2
59:22 90:9
184:17,20

**people** 16:4
48:20 72:7
77:11 92:4
109:10,14
124:4 131:7,17
134:6 171:13
174:11

**per** 16:25 44:9

**percent** 138:6

**perfect** 5:17
33:10 58:12
86:20 100:6
112:2,23 155:9
156:22 162:4
170:20 185:23

**perform** 40:12
83:15

**performance**
3:14 23:17,19
27:9
34:8,12,21
36:6 37:12,22
38:1,7 40:25
41:5,7 42:25
47:3,6,9,11,14
48:1,5 59:1
64:8,12 66:14
90:14 93:16,18
94:12,15
133:12,21,22
134:5,23,25
135:8,17
136:3,6,7
138:21 139:24
140:20 141:11
145:17,22
146:1
151:12,16
152:1,5 180:18

**performed** 48:3
70:3 172:7

**performing**
171:9,10

**period** 34:18
47:9 139:1,25
140:14 144:13
146:13

**permanent** 98:18
114:16 115:1
117:7

**permanently**
118:1

**persistent**
180:17

**person** 10:24
49:25 50:2

64:5 97:19
99:17 115:23
131:15
139:17,18
161:5 162:13
169:23 170:18
183:25

**personal** 6:12
33:15 34:1
44:23,25 45:7
46:7 79:22
88:13,16
89:6,10 93:9
96:21 117:25

**personally** 8:15
15:20 16:2,3
49:21 51:8
181:17 187:7

**personnel** 35:15
44:4,9 86:8,17
87:9 92:12
98:12 99:11
156:13,15
180:14

**person's** 168:11

**pertains**
14:24,25

**Pete** 24:10,15
25:8,11

**Ph.D** 170:14,16

**phone** 6:10,12
88:14,17,19
89:6,7,10,14
97:20 112:20
164:20 183:2

**photographies**
184:8

**photography**



**MILESTONE** | **REPORTING  COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

184:5

**physical** 181:22

**physically**
128:12 173:6

**pick** 53:18 58:9
182:24 183:6,8

**picked** 184:2

**pictures** 183:17
184:14

**PIO** 32:21,24,25
173:17

**placing** 108:23

**Plaintiff** 1:7
2:3,22

**plan** 114:17

**planned** 76:13
101:24

**planning** 97:3

**please** 5:3,12
6:12 8:20,23
14:5 54:4 58:7
74:10 76:15
83:13 131:18
177:12 186:4

**pleased** 23:8
108:20 145:21
146:1

**pleasure** 28:11

**plenty** 70:15

**PLLC** 2:14 4:4

**point** 23:10,13
34:20 38:12,25
55:20 57:12
60:3 78:10
90:13,16

92:15,23 93:7
97:12 103:12
104:18 106:6
107:9 119:18
123:4
132:17,22
133:2 142:18
154:24
170:11,14

**policy** 28:10
39:17,18
40:1,2,6
66:21,23
74:9,17,24
75:10,11,13
76:2 78:19

**Pond** 2:6

**pool** 161:23

**pop** 42:22
112:22

**portrayed**
148:13

**position** 8:2
22:6,17,21,22
23:5,22,23,24
24:4,6,15,24
25:1 26:4
27:11 28:6,11
29:14,16,17
30:19 33:23
35:2,6,9,13,14
,16,17,19,22
36:6,11,14,15
37:1,2,10,15
38:23
43:18,19,23,24
44:2
45:3,6,12,14,1
7,24

48:17,18,21
50:17,18 56:11
59:2 64:3 68:7
85:25 86:21
88:25 92:17
93:5,9,10,14
94:16 96:5,21
97:3,4,14,25
98:3,8,14,16,1
8,23,24
99:5,6,17
100:15 102:5
113:17,18,19,2
5
114:5,16,18,19
,20,22
115:1,3,6,8,14
116:18
117:2,6,7,10
118:1,19,24
119:3,8,16
120:9 125:20
126:6,11,16
139:12 141:25
143:19 144:17
145:18 147:17
148:15 150:12
152:9,21,24,25
153:3,6,7,9,16
,20,22
154:1,3,6,12,1
4,20,22,23
155:8,14,15,22
156:7,10,11
158:10,16,17,2
1
160:6,10,14,21
,23
162:19,20,23
163:5,9,12,15,
18,24

164:2,3,5,7
165:21
168:13,16
171:18 172:3,8
174:25 175:1
176:4,5,14,19,
23 177:2,4
178:2,5,8,11,1
5 179:2,3
184:24 185:4

**positions** 35:16
43:20 45:21
46:6 47:7,8
68:7 69:1
75:16 116:2
119:15 126:10
154:1
156:13,18

**positive** 93:19
168:5

**possible** 88:5
120:7 156:4
157:9 158:18

**Possibly** 110:5
150:16

**post** 158:17,21

**posted** 23:1
158:10 159:25
160:10,23
162:19
176:15,17

**posting** 23:1
153:1
157:1,8,23
160:5,14,21

**potential**
161:14 168:6

**potentially**



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

54:10 79:2,4
84:1 92:16
108:23 145:4
157:18

**practice** 55:5

**pre** 170:12

**pregnancy**
122:17 123:9
127:4

**pregnant** 121:2
122:23
123:13,17,24
127:9

**preliminary**
53:3 54:24

**prepare** 18:4
19:3

**prepared** 42:15

**present** 2:22
49:16 54:23
55:11

**presented**
179:24

**preset** 157:5

**pretty** 23:8,19
67:22 95:5
146:20

**previous** 53:8
133:24

**previously**
50:14 115:4

**primary** 64:16
67:17

**principal**
63:9,20 65:23
66:11

**principle** 65:5

**prior** 21:13
23:5 33:16
43:3,15 50:7,9
66:10 86:5
88:24 93:13
94:15 96:19
100:14
114:3,24
116:4,9 120:22
124:2
135:19,22
173:5

**priority** 172:5

**privately** 82:1

**privilege** 53:14
54:7,20 55:15
56:12 58:6
81:22

**privileged**
54:10 55:10
60:19,20

**probably** 8:1,5
79:16
111:11,19
113:8

**probation** 47:9

**procedure** 4:7
43:12 182:6

**proceed** 56:18
60:22

**proceeding**
188:9,10

**PROCEEDINGS** 3:3
5:1

**process** 43:21
44:1 46:2 49:1

64:24 136:14
146:11 152:24
154:8 155:2
159:21,23
162:1
164:3,17,24
167:16
168:8,10 169:5
176:13
180:5,19,23
182:16
183:20,23

**Produced** 187:10

**professional**
43:23 88:9

**projects** 65:2,3
145:5,9 171:7

**promote** 27:1

**promoted**
26:23,24 27:21
28:19 29:15
30:18 71:22
176:8

**promotion** 27:6
28:15 29:8,10

**property** 184:2

**protocol** 42:4

**provide** 58:15
75:19 134:4,5

**provided** 58:25
59:4 134:23
135:2

**providing**
65:14,17

**public** 4:9 33:1
82:12 159:6
187:22

188:7,25

**pull** 173:19

**purpose** 148:17

**pursuant** 4:6

**putting** 110:7

---

Q

**qualifications**
48:6 170:10
185:10

**qualified** 27:18
170:13
185:11,12

**question**
9:3,4,6 12:19
16:15 17:18
21:8 34:4 36:3
39:12 40:19
54:15 56:18
57:14 58:8
59:9,22 60:25
67:4 71:24
81:16 83:9
90:6 91:7
92:19 95:7
109:4 110:4,11
114:7 118:3,10
119:21 127:11
130:14 131:9
132:4,10
138:23 139:5
140:2 141:4,20
143:1,3
144:5,19
147:2,24 149:5
150:6 151:2
158:23 159:17
167:7,14 168:1
170:24

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.**MILESTONEREPORTING**.com        Toll Free 855-MYDEPOS

171:19,23
177:20 185:2

**questionable**
166:13

**questioning**
54:8,10
57:5,10 58:2

**questions**
8:21,22 18:11
54:1,6,11
55:14 56:1
58:5 60:1 82:4
90:10,12 134:2
169:21,22
185:17

**quick** 52:21
59:19

**quite** 50:20
94:22

---
R
---

**raise** 5:3

**ranking** 161:14

**rankings** 161:21

**rated** 137:24

**rather** 35:14
98:5

**reach** 46:2
129:10,13
130:11,24

**reached** 62:15
73:23 74:21

**reading** 4:11
71:4 113:15
116:4 148:25

**real** 52:21

74:23

**Realistically**
136:7

**really** 5:24
37:11 49:14
53:9 61:16
81:24 95:23
123:14 124:5
131:21 186:8

**reason** 8:22
27:15 42:12
52:15
58:13,14,15,16
59:5,8,10,12,1
3 72:11 76:16
77:23 130:11
136:2 179:16
180:8 182:20
189:3

**reasonable**
75:18 77:12

**reasons** 34:8
39:5,6 78:3
129:20 170:8
189:19

**Reassignment**
3:9

**reassurance**
109:6

**Rebecca** 2:22
10:4,11 16:12

**recall** 7:17,21
8:12
13:3,7,17,19,2
2,24
14:6,10,19
16:7,25
17:19,23 19:14

20:3
21:1,16,21,24,
25 22:19
23:3,4,7,15,18
,21
24:16,17,20
25:22 26:14
28:7 35:3,8
38:15,22 42:21
45:25 46:5
47:21 48:1
67:11 68:8
71:3,8 74:14
76:12,16,20
77:1 78:2,5,7
79:1 83:19
85:16,21
89:18,19 90:3
91:16,18,19
92:3 93:11,20
94:11,14,17
96:14 97:15,21
98:1
100:9,17,18,21
,23 102:6,11
104:3,12,23
105:1,2,18,23
106:5,6,9,14,2
3
107:7,8,14,16,
17,20
108:4,14,18,21
109:5,9,12
110:9,13,17,22
,23
113:4,5,15,22,
23 114:9,12,13
116:4,13,19
117:22
118:4,11,13,17
,22

119:4,9,10,14
120:3,6,7
121:5,7,8
122:1,9,16,21,
24 123:3,11,25
124:1,6,17
125:5 126:1,14
127:5,7,8,12,1
4,16,17,20,21,
23 128:3,16
129:2,11
131:10 134:24
135:10,21
138:5,10,13,15
139:21
140:17,21,24
141:6,12,13,15
,21 142:2
143:2,14,17,21
144:6,8
145:19,20,23,2
4 146:2,3,18
147:11,23
148:25
149:12,19,21,2
2,25 150:2,23
151:14,15,18,1
9,21,25 152:1
153:10,23
156:2 157:9
158:18,19
160:4,7,8,13,1
7,18,19,22
161:10,16
163:6,10,13,16
164:8,9,12,18,
19,22,23,25
165:1,4,5,8,9,
12,13,16,17,19
166:2,3,6,7,10
,11,14,16,18



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

168:2,9,12,15,19,24
169:11,13
172:6 173:9
178:20,21,22,23,24
179:4,7,8,11,12,15,16,18,19,22,25
181:9,11,13,17,18,19,20
182:1
183:15,21
184:6

**recalling**
178:18

**receive** 15:20
16:9 30:24
38:18 125:10
149:13 165:25

**received** 21:10
38:20 125:1
149:9,18,20
161:13 163:4
167:3 173:2

**receiving** 21:13
113:4,5 124:17
164:20

**recently** 88:22
176:7

**recipient** 155:7

**reclassified**
153:8

**recommendation**
49:9 161:11,17
167:5,18

**recommended**
113:13

**record** 5:3
52:22,23 53:8
54:17 55:2
56:20 59:21
60:1,17 82:12
124:13 133:5,7
177:20 185:23
188:10 189:19

**redirected**
25:13

**redo** 151:11,16

**reemphasize**
55:25

**referring**
114:21

**regarding**
3:8,12 12:13
140:23 141:8
164:16

**regards** 10:15
11:24 12:3,6
13:1,5,20,25
16:1
17:4,24,25
19:7,24
20:19,22 21:18
23:5,17 27:6,8
34:9 38:1
54:9,16 58:2
60:2 63:21
64:12,22 65:6
67:1 69:22
70:12 71:15
72:10 73:10,20
74:4 76:1
77:21 78:8,21
79:2,6 81:5,13
84:1 90:13,17
92:11

93:8,13,15
94:11,15 96:20
97:13,23
100:1,16,23
103:13 113:24
114:4,25
116:16 117:12
118:18
119:7,11,18
120:4,23
122:19,23
123:9,23
127:4,18
128:15 129:6
139:24
140:16,19
143:10,12,16,20 145:17 146:5
149:23 151:16
154:5 156:1
157:20
160:5,14,20
163:8,12,15
167:23,24
168:20 169:11
173:7
178:2,5,8,10,14 179:5,13

**regular** 42:11
46:15

**regularly** 65:17

**reign** 74:15

**relate** 23:13
45:20 119:2
181:1

**related** 6:22
7:18 8:5
21:6,22 39:6
62:19 63:16

80:21 90:4,6
104:14 122:17
160:9 165:6
166:8 171:23
176:11 188:13

**relation** 7:3
20:25
21:3,5,11,14
64:18
111:1,17,20
123:1 140:25

**Relations** 15:15

**relationship**
61:11
79:18,19,20
81:7 88:8

**relative** 40:25
61:9 62:11
73:25 87:21,25

**relay** 102:4,6

**relayed** 63:14
167:3

**relevant** 53:4
54:11 55:3
56:10 82:16

**rely** 54:21

**remained** 30:19

**remarks** 19:24
62:20 90:13

**remediated**
180:22

**remember** 14:8
19:16 52:18
108:23 116:10
125:12
135:23,25
140:11 144:11



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

**remind** 29:21
  81:23

**rep** 16:20

**repeat** 21:8
  39:12 159:17

**rephrase** 27:3
  132:6 150:10
  164:5

**replacement**
  113:18

**report** 22:11
  24:9 25:13
  29:19 30:21
  31:6,14,18
  33:2 35:7
  36:13 47:15
  72:24 73:8
  75:23
  86:12,13,21
  99:21
  125:17,22
  130:10 188:8

**reported**
  24:10,11
  25:8,21 27:24
  40:7 41:16
  73:1,3 76:10
  86:24 125:21
  126:21 137:12
  151:13

**reporter** 1:25
  4:10 5:2,8,14
  133:6
  185:19,21,23
  186:2,5,7
  187:22
  188:6,25

**reporting** 32:9

36:17 40:12
79:17 100:2,8
113:10 115:24
139:3 152:10

**reports**
  31:10,19,23,25
  32:8,13 46:17
  51:4,12,13
  68:15 119:16
  133:17,20
  134:20 138:2

**represent** 54:15

**representative**
  9:13

**represents**
  55:21 56:2

**request** 3:11
  67:6 90:17
  189:18

**requested** 21:11
  73:5

**requests** 78:23
  121:10,16

**require**
  121:18,19
  170:16

**required** 58:17

**requirements**
  44:25

**reserve** 55:1

**reside** 113:19

**resign** 70:11

**resignation**
  72:11

**resigned** 69:18
  70:6 71:12

**resource** 33:6

**resources** 10:12
  143:9 176:12

**response** 96:6

**responsive**
  93:22 94:12

**responsiveness**
  93:25

**restate** 8:23

**restroom** 124:9
  132:19

**restructured**
  25:15,16

**result** 39:11
  46:25 120:15
  151:7 152:7

**resume** 50:16,20

**resumes** 50:11

**retain** 99:17

**retired**
  22:16,21

**retirement**
  182:9

**retiring**
  23:6,11

**return** 3:12
  124:18 125:2
  183:12

**returned**
  126:22,23
  128:22

**returning**
  125:17

**review** 3:14
  19:2,5,7 38:7

41:7 42:25
47:3,10
50:9,15 121:10
125:8
133:22,24
134:5,23,25
135:8,9,17
136:3,16,23
137:3,4,15
151:12,17
152:2,5,6
155:6 157:7,13

**reviewed** 48:25
  49:6 136:8,18
  143:7

**reviewing** 19:16
  124:6 135:10
  136:23 157:9

**reviews** 30:24
  31:2 37:22
  38:1
  47:6,11,14
  48:1 121:18,19
  133:12,21
  136:6,7

**Revolte** 31:25
  32:2,3,10

**R-E-V-O-L-T-E**
  32:4

**rise** 62:7

**road** 2:6 53:19

**Rodger** 31:23
  32:10 86:14

**Rodgers** 86:25
  87:2

**Rogero** 178:4

**role** 35:9



MILESTONE **|** REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

39:20,24
40:5,7 43:13
44:20 61:11,21
73:2 86:6
91:9,12,13
157:23 160:24

**roles** 69:1

**room** 101:25
102:21 103:1,2
104:24,25
105:3,6
106:2,7,13,20
107:8,14

**rose** 70:20

**routine** 90:4

**rules** 4:7 35:15
44:21 60:18
159:12

**run** 95:5

**rush** 186:6,8

_____
S
_____

**salty-ish** 23:18

**Sarah** 36:17

**sat** 70:3 71:9
72:5

**Saturday** 80:25

**save** 132:25

**saw** 42:5 150:17

**Scanlon**
22:12,14,15,20

**Scarlett** 1:6
2:3,22 3:11
9:13 96:4,21
97:10 100:1
106:3 124:18

125:2 178:19

**Scarlett's**
94:11

**schedule** 126:13

**scheduled** 11:12

**schedules**
126:11

**school** 48:18

**science** 174:14

**scope** 18:21
87:18,20

**score** 38:13,16

**scored**
138:1,10,14

**scoring** 134:6
140:25 141:9

**scratch** 83:9

**screen** 185:10

**season** 91:14

**second** 54:12
55:7 59:20
91:24 113:15
137:21 148:8
163:17

**secondary**
57:14,16

**seconds** 135:15

**section** 155:20

**security** 182:8

**seeing**
107:14,17
116:12,13
125:5 135:23
136:1 146:18

147:11 152:1

**seeking** 113:17

**seemed** 67:22
171:16

**seen** 95:24
113:7 121:25
122:10 124:2
125:3
135:19,24
139:9 140:5,11
179:23

**select** 161:23

**selected** 22:25
161:1

**selection**
161:8,12 162:3

**semi-regular**
39:9

**send** 42:19
90:6,8
146:21,23
149:2 161:2

**sending** 92:3

**senior** 22:7
113:16,18,25
114:5
126:17,24

**sense** 55:23,24

**sent** 49:18
92:11 102:13
147:14 150:20

**separate** 112:17
134:7
153:12,13,15

**separately**
25:18 139:15

**service** 33:24
34:2 35:2
36:7,11,14,24
39:24 43:24
47:8
86:7,10,15,17,
18 87:11
180:7,17

**services** 22:10
31:8,20
154:8,12
156:14,16
162:7 176:8
185:8

**sets** 162:8

**seven** 26:1
69:19 133:17
186:4,5

**Seven-ish** 29:6

**several** 34:19
51:10,15 64:25
68:24 69:7
74:18 87:9

**share** 19:18
62:6
72:3,10,14
75:3 97:12,24
99:2,25 101:25
102:8 103:17
109:15 122:18
169:13,14
174:20

**shared** 34:15
62:4,13,20
63:20 64:18
70:21,25
71:14,24
72:16,18 74:13
81:13 84:11,14



**MILESTONE** | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900         www.**MILESTONEREPORTING**.com         Toll Free 855-MYDEPOS

117:3 128:25
129:3 145:21
147:7

**sharing** 62:16
67:6 149:17
182:18

**Sharon** 33:17,18
35:1 45:23
46:3
51:18,19,24
52:3 58:22
60:2 68:5,15
78:10 79:3
103:22 138:8

**Sharon's** 47:21
138:6

**she'd** 36:10
37:9 44:18,19
66:18 76:13
103:8,10
120:16

**Sheet** 189:20

**She'll** 16:19

**she's** 10:17
16:23 18:10
29:23 33:22,24
36:12,17,20
38:23 39:23
46:4,18
58:16,21 67:13
68:3 73:11,12
83:25 84:14
95:5,10 144:16
165:7
171:10,11,14
175:11,12

**shop** 27:17

**short** 84:16

**shortly** 71:5
113:3

**shoulder** 108:24
109:6 110:8

**showed** 118:11

**showing** 119:11

**shown** 110:17

**shows** 171:11

**shut** 56:22,24

**shutting** 53:17

**sides**
111:10,11,12

**sign**
20:18,21,24
21:1 136:13
190:5

**signal** 27:17

**signed** 136:6
189:19

**signing** 4:11

**similar** 48:18
53:6 70:20
76:5 92:9 99:7
116:1

**single** 174:6

**sir** 5:3 54:4
69:20 184:21

**sit** 17:23 72:2
79:1 124:1
141:23 143:6
147:10 160:4
161:15 166:5
176:21

**sitting** 79:6

**situation** 58:4

148:14 167:20
168:4,9

**six** 69:19 83:20

**six-month** 47:8

**sixth** 111:4
112:14

**skimming** 19:17

**slightly** 157:5
176:12

**small** 108:17

**smaller** 174:8

**smart** 26:5,6,12
27:10,14,15,22
28:5,19
30:6,9,15
31:12,13
175:25 176:10

**smiley** 96:16

**social** 171:17
172:15

**socials**
171:13,23

**software** 161:4

**solemnly** 5:4

**somebody** 38:16
152:10 161:6
164:3 170:21
183:16

**someone** 14:24
15:2 17:7 77:8
129:12 132:7
136:3 137:3,9
139:11,15,16
159:11 167:17
170:15 184:1

**someone's**

138:20

**son** 73:18

**sons** 73:18,21
76:21

**sorry** 16:16
21:9 24:2
32:1,19 35:14
50:2 52:11
58:20 61:12,13
63:18 73:1
83:8 86:16
101:5,16,18
121:15 124:14
131:21 132:23
148:20 150:10
151:11 160:19
177:11 185:6

**sort** 120:17

**space** 60:6

**speak** 10:5,18
11:21,24 12:5
13:9 16:11
17:3,5,10
23:10 52:16
53:14 55:17,22
72:7 76:1
94:20 119:6
163:7,11,14
165:14,18
167:20,23

**speaking** 9:22
54:22 119:9,10
177:25 181:25

**specific** 13:17
14:6,11 16:8
17:19 19:24
34:14 38:14
63:3 66:8 85:7



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

100:9
116:20,22
121:21 140:10
148:6 150:17
181:25

**specifically**
9:5 12:21
13:3,7,22
14:19 19:14
22:19 23:15
24:16 29:9
35:3 48:20
52:18 63:8
65:22 68:8
72:8 83:19
85:16 88:6
89:20 102:6,11
104:7 105:4
108:16 110:22
118:4 119:4,14
120:6,7 121:3
127:23 128:4
129:2 146:7
152:8 153:24
165:2,10
167:4,17
169:18,25
172:14 179:1
181:2 182:10
184:6

**specifics** 98:2
118:22

**speech** 83:23

**speed** 164:24

**spell** 5:13

**spelled** 5:20,22

**spend** 65:16

**spoke** 13:15,24

17:14 112:17

**spoken** 9:25
10:8,12,15
12:16,23 13:1
14:12 58:1
143:9,12,15

**spouse** 80:9

**staff** 74:13
75:14 76:4
174:6

**staff's** 92:7

**start** 96:4,11

**started** 17:15
33:14 46:10
74:7 79:16
91:12,13,16,23
117:6,17 120:9
121:1,4 122:4
123:6

**starting** 79:17
100:14 103:9

**state** 4:10 5:12
6:6 15:14
65:23 187:3,23
188:3,7

**stated** 59:15
66:1 71:4,6
129:20 145:25
165:10

**statement**
20:19,22
148:22

**states** 95:3
182:21

**state's** 9:22

**STATES** 1:1

**stating** 124:18
125:1

**stay** 52:22
66:23 72:14

**staying** 52:23
56:20

**Stebbins** 169:7
171:5
172:12,17,19,2
2,24 175:10,18

**stellar** 48:5
136:16,20
137:1,4

**step** 49:14
105:13,14,19
159:16 180:23

**stepped** 105:23
106:1

**steps** 49:13
142:15 159:15

**Stibbens** 169:7

**STIPULATION** 4:1

**stop** 55:18 57:9

**stopping** 132:21
133:2

**storm** 22:10
30:2,5

**storms** 33:8

**stormwater**
30:11,12 32:7
174:5,6,12,14
175:24

**straightforward**
95:5

**strategic**

173:18

**strategy** 85:10
176:13

**street** 2:15 4:4
80:14 108:6
174:13 175:22

**streets** 30:3

**strike** 177:20

**string** 153:4
154:25 155:18

**stringent** 74:11

**strongly** 148:8

**stuff** 33:9 53:3
183:6,9

**subject** 57:1

**submitted** 82:13
154:11 188:17

**subordinates**
12:5,8

**subsequently**
97:4

**succeed** 37:9

**sufficient** 64:3

**suggested**
97:5,7

**suing** 7:5

**suit**
13:10,13,21
15:25 18:1
19:12

**Suite** 2:16 4:4

**Sullivan** 125:1

**Sunday** 81:2

**supervising**



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

119:12

**supervisor**
36:15,16 81:5
86:8 99:22,23
139:23 142:10
181:4

**supervisors**
131:18 139:13
140:13 142:17

**supervisor's**
139:24

**support** 34:22
97:1,2 117:3
162:19 163:1
172:8

**supposed** 102:12

**sure** 5:15 9:7
16:4,20
18:12,13,14,16
,18,23 29:6
44:21 58:11
60:20 61:24
69:19 74:9
83:11 86:2
88:20 91:17,22
95:16 96:7
105:4 108:16
111:4 121:21
130:16 137:22
147:19 152:22
154:18 155:16
162:7 183:24

**surface** 56:18

**surprise**
139:1,6

**surprised**
132:11 139:20
163:25

**surrounding**
56:5 71:20
101:19 180:1

**suspension**
180:15

**Swan** 6:7 80:17

**swayed** 171:16

**swear** 4:10 5:4

**sweepers** 174:13

**sworn** 6:15
187:8

**system** 125:25
126:1

---
T
---

**table** 56:8

**tabling**
57:19,20

**taking** 10:13,16
23:5 78:18
118:18

**talk** 52:11 53:7
56:9 57:17
59:20,24 81:25
108:17 152:20
177:12

**talked** 18:7
60:22 68:15

**talking** 14:8
55:18 57:17
65:10,20 82:14
100:18
101:6,7,15

**Tampa** 1:3,11
2:11,15,17,23
4:4,5 6:7 7:19

9:2,13 33:19
54:16 69:20
70:22,25 93:16
114:20 123:23
141:24 147:22
178:1
179:5,9,21
184:17

**Tampa's** 85:10

**team** 24:13
25:16 27:15,18
33:24 36:16
37:1
39:23,24,25
51:9,10
65:9,13,16,17,
19,21 66:2,24
71:15,25 74:17
75:3
86:8,10,15
87:11 92:8,13
93:1,4 103:11
108:8
109:15,17,18,1
9 111:4 115:4
116:18 117:18
124:3 127:1
131:12,18
136:4,15
167:19 171:11
173:10,12,16,1
7,20,25
174:13,14,15,1
9 175:15,16

**teammates** 84:25
110:20

**teams**
174:5,8,20
176:11

**tech**
90:12,21,25
114:20,22
115:14 119:16
152:21,25
153:8,20
155:14,22
156:21 162:19
163:1,8,12,15
164:2,7 165:21
168:13 171:18
172:3 174:8
175:1,21
176:19,23
177:4 184:23
185:4,6

**technically**
125:20,24

**technician**
89:22,24

**technology**
154:5

**techs** 155:20

**telephone**
2:8,18 10:23

**telework** 39:17
40:1,2,6 66:20
78:19

**temporarily**
36:16 113:20
117:9
152:19,24
175:15

**temporary** 84:11
93:5,10 94:16
97:10,14
98:3,5,11,13,2
3,24



**MILESTONE | REPORTING COMPANY**
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**     **www.MILESTONEREPORTING.com**     Toll Free 855-MYDEPOS

99:5,6,16,18,20 101:2
102:1,5 103:8
104:15 108:20
109:21 115:10
116:18
117:1,21
118:23 119:3,8
120:9 122:5
125:21 126:25
129:19 135:4
137:18 139:22
141:25
142:7,24
143:19 144:17
145:18 146:11
147:17
148:13,14
172:7

**tend** 73:21

**term**
84:12,15,16

**terminate**
36:5,23 43:6,8
44:2 51:22
59:7,15 61:1
103:17 178:25
179:14 180:4

**terminated**
35:17,25 41:13
44:7,22
45:2,6,9 59:12
60:12 61:2
67:10
68:5,14,17
69:7 70:11
71:4 72:5
92:24 109:22
110:2 117:14

118:8,15
147:21 148:5
164:4,7,10,12
178:19,21,22
179:10,17
180:22
181:8,12,14,17,20
182:2,3,7,20
184:8

**terminating**
43:3 58:13
103:13

**termination**
20:22 43:22
52:15 57:1
67:12 68:13
103:15
145:7,16
179:6,10,20,23
180:2,8,11,14,24 181:6,23
182:19,22
183:16

**terminations**
51:6

**terrible** 83:23

**tertiary** 174:10

**testified** 40:15
79:9 81:10
83:22 84:17
94:10 117:13
133:10 137:2
146:20,23
163:17 178:17
182:1

**testimony** 5:4
13:23,25 14:6
17:13 21:23

55:3 104:13
114:2,8,11,13
116:3 118:6
127:14,16
130:9
135:22,25
140:18 144:10
149:25 150:22
166:15,18
167:22 170:20
178:13

**text** 3:8 89:9
95:21,24
96:2,13,19

**texted** 88:16,19
89:2,4

**thank** 5:9 6:5
9:1 21:9 30:14
49:5 50:18
52:11 57:23
70:1 72:24
77:1 86:20
114:14 115:23
133:8 173:1
185:6,17,18,24

**Thanks** 50:24
96:6 124:14
148:3 185:25

**that'd** 136:8

**thereafter** 71:5

**therefore** 62:1
109:24 147:6

**there's** 14:22
16:10 17:5
31:7 44:1 47:8
53:10 55:15
56:10 59:22
60:11 68:9

81:22 90:8
105:6 140:12
155:2
180:11,19

**they'd** 87:7

**they'll** 87:14

**they're** 99:17
136:13,14
153:13 157:23
162:16 171:3
174:8,16
176:11 181:17
182:19,20,21

**they've** 155:20
182:7

**third** 8:7
63:13,19,23,25
64:13 102:24
114:14

**third-floor**
102:21

**thread** 90:18
95:22,25

**throughout** 9:1
181:4

**Tiara** 12:15
31:9 32:9,16
33:10 34:23
46:8 50:1,24

**Tiara's** 42:23

**tier** 173:25
174:2

**tiered** 173:16

**tighten** 75:4,8

**till** 144:1

**Timecards** 126:5



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

timelines 95:15

TIO 32:23

title 29:22
  51:20 86:16

today 9:20,23
  10:1,13,16,17
  11:22,25
  12:3,6,9 13:23
  17:13,24 21:23
  59:24 76:15
  79:1 114:2
  116:4,9 118:6
  124:1,2 127:14
  130:9
  135:20,23,24
  136:1 140:18
  141:23 143:6
  144:10 147:10
  150:22 153:9
  160:5 161:16
  166:15 167:22
  170:20 176:21
  178:13

today's 18:4
  19:3

tomorrow 16:19
  85:10 125:3

tone 148:17,20

top 49:10 78:5
  132:21

topic 74:6

topics 13:4
  57:18

top-level
  70:10,14

touch 93:21
  129:22

towards 62:9
  104:20

traffic 6:23,24
  7:2,4,17,18
  8:5 27:17 33:7

training
  87:9,21,23
  170:3

transcript 4:12
  186:8 187:7
  188:9
  189:16,21

transfer
  154:13,19
  156:8

transferring
  104:15

transforming
  85:10

transition 68:6
  96:11

transportation
  22:9 24:13
  26:7 30:6,8,15
  31:8,20 51:21
  63:9,19
  65:5,21,23
  66:11 68:18
  69:3,4
  71:22,25 97:2
  100:5,7 102:1
  103:9,11 108:5
  110:16 113:20
  114:17 115:24
  116:17
  117:4,17
  118:24 121:4
  123:4 126:25

142:1
143:24,25
146:12 154:10
155:19 174:3
175:2 176:8,10

treated 166:4

tried 53:7

true 188:9

trust 61:3,7
  66:9 81:9
  84:18,21,22,25
  85:2,4 136:15
  162:2

truth 5:5,6
  6:15

try 59:23 75:12

trying 60:7
  63:18 154:16
  181:22 182:5,9

Tuesday 42:13

Tuesdays 41:18
  78:12

turn 16:19
  183:1

turned 101:11

twice 66:21
  73:24

T-Y-A 5:16

type 21:19,21
  153:25

typical 109:6
  110:12,21
  149:7,9 154:8

typically 16:12
  21:21 43:21
  103:20 129:16

134:4,8 136:10
138:8 156:12
157:4 161:3
168:7
173:14,21
174:2 175:18
182:12,16

typing 21:22

---

U

Uh-huh 79:11
  134:13

ultimate 161:15

ultimately 59:1
  136:6 155:9
  169:19 170:2

unclassified
  35:13,14,17,21
  ,22,24
  43:19,20
  44:2,6 47:7
  58:20,21 64:3
  68:3 75:16
  125:20
  126:6,10,16
  152:9 179:3
  180:24

uncomfortable
  64:4 164:15

uncommon 43:17

undermining
  62:8

undersigned
  187:6

understand 6:14
  9:8 29:25 33:2
  37:13
  56:4,6,11



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

60:3,8  61:25
63:18  64:6
94:22  95:21
101:12  122:14
124:8  181:22
182:5

**understanding**
35:14  42:6
53:1  75:2
113:9
117:5,8,11,16,
20,24  127:2

**undiscussed**
66:8

**unfortunately**
124:4

**union**  35:16
126:11
180:7,9,17

**Unit**  6:7

**UNITED**  1:1

**unless**  9:4
52:18  55:16
58:5  81:23

**unlike**  126:11

**unofficial**
99:10

**unofficially**
119:11

**untrue**  62:16,17

**update**  173:24

**upon**  68:3  72:13
168:7  189:18

**upset**  67:22

**usually**  7:18
15:16  20:14

47:6,11  87:14
90:4

**utility**
114:20,22
115:14  119:16
152:21,25
153:8,20  154:5
155:14,20,22
156:21  162:18
163:1,8,12,15
164:2,7  165:21
168:13  171:18
172:3  175:1,20
185:6

---
V
---

**vacant**  154:21
176:6

**vague**  101:15

**Vaguely**  127:23

**value**  81:8
84:17,20,22

**vary**  47:15

**verbalize**  95:11

**verifiable**
65:18

**verifiably**
62:17

**versus**  158:21
174:13

**via**  92:7

**view**  77:8

**Vik**  1:23  4:3
5:19  96:7

**V-I-K-R-A-M-A-
D-I**  5:15

**Vikramaditya**
5:15

**violating**  83:5

**violation**
61:3,7  180:11

**Visa**  159:12

**visualize**  111:2
154:17

**vocal**  94:22,25

---
W
---

**wait**  60:15

**waive**  185:19
186:2

**waived**  4:12

**walk**  6:20  98:6
104:19  105:5
106:24  107:3,9
108:4  162:1

**walked**  48:11
110:15  113:3
182:7

**walking**  80:13
109:20

**wall**  111:7

**warranted**
177:15

**wasn't**  34:21
35:8  36:4
37:12  40:15,20
42:11  54:22
55:11  59:13
63:15  65:16
72:12  74:24
78:11  92:20
103:15  123:6

128:7,10
129:19  130:6
137:8  142:11
146:9  162:21
163:3  171:22
177:1  178:20
183:21

**water**  22:10
30:2,5

**ways**  139:10
140:12

**weather**  77:9

**we'd**  101:25
154:13

**Wednesday**  11:2
42:13

**weeds**  53:12
56:7

**week**  10:19
41:16  42:7
96:4  136:12
183:9

**weekly**  136:11

**weeks**  70:6
114:18

**weigh**  161:7

**weird**  53:21
55:9

**welcome**  173:19

**we'll**  52:22
56:9  57:15
60:16  177:20
185:20

**we're**  42:15
53:2,19  56:20
57:11,19  62:8



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE  **ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602**

407.423.9900          **www.MILESTONEREPORTING.com**          Toll Free 855-MYDEPOS

65:10 74:18
79:25 85:1,5
173:15
176:11,13
185:22

**West** 6:7

**we've** 32:9
60:21 70:15,16
74:9 81:7,9
125:1 155:19
169:18

**what'd** 104:22

**whatever** 54:19
55:21 82:16
89:14 99:6
136:11 183:2

**whenever** 16:9
17:5

**whether**
13:19,24 23:1
24:20 28:4
38:20 43:22
46:18,20
73:4,10 76:20
77:2 83:25
84:15 104:3
107:7 120:13
122:9 124:2
126:2,15
136:18,20
138:7,10,19
140:24
141:13,24
151:4 155:7,16
157:23
165:20,23,24
173:6 181:20
183:4,5,11,16

**whole** 5:5 72:6

155:19 156:17

**who's** 12:14
16:20,22
31:16,19 79:6
144:17

**whose** 184:8

**who've** 184:7

**wife** 12:22,23

**wing** 111:4

**withdraw** 131:4

**witness** 4:11,12
5:7 17:19
18:9,12,14,16,
18 32:2,4 34:5
36:4 40:20
43:17 59:10
67:5 70:14,24
71:17 73:23
78:2 81:17
82:18
83:3,6,11 91:8
92:20 94:25
95:8 100:21
101:1
103:23,24
105:12 106:9
109:5 110:5,12
113:1 114:8
117:20
118:4,11
119:22 123:19
125:19 127:12
129:16 130:15
131:10 132:11
137:8 138:24
139:6 140:3,7
141:3,21 143:2
144:6,20,24
149:6 150:7

158:24 167:8
168:2 170:25
171:20,22
177:6,13
182:14,16
185:3 186:1
187:6

**work** 6:9 23:8
39:1,3,9,11,14
,21,22 40:9
41:15 42:21
46:13 47:1
50:24 61:3,7
62:17 63:17
64:4 66:18
67:2,20
73:5,20
75:10,11,12
76:2,3,7,14,17
77:8,12
78:9,14 79:20
80:21 84:18,24
85:4 86:9
87:17 88:11,19
89:6,8,14
92:11 96:5
99:5 100:19
101:19 116:2
124:18
125:2,17
126:23 128:22
130:4 132:2,8
136:10 174:19
175:17

**worked** 7:17
41:2,21 58:22
73:7 81:8,9
86:11
87:5,7,16
89:18 90:25

139:22 144:24
156:5 170:2
171:4,7

**working** 22:3
37:17
40:11,20,22
41:3 44:23
61:11,21
62:9,22
63:13,19,23,25
64:10,15,25
74:5,10,15
77:24 78:11,22
79:2,7,9,19
80:23 81:7
85:17 90:11
91:15,16,23
92:25
93:1,3,4,23
94:2,4,6,9
95:12 103:11
114:15
120:10,12,15
121:4 128:20
137:15 141:25
143:18
145:6,10
147:21 150:11

**works** 16:23
28:11 33:4
98:6 112:3,5

**worry** 16:19
108:25
109:11,25

**would've** 13:5
17:7,9,20,25
19:10 21:17
28:15 29:4
37:15,21,22



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS

38:22 45:11
56:1 67:11
73:7 77:4 88:1
98:2 100:9
106:2 107:2
110:17,25
117:2
119:17,23
120:22 122:4
126:16,20,24
162:12

**write**
20:18,21,24
21:11,14,20

**writing** 21:17
125:25

**written** 21:2,5

**wrong** 166:25
167:1

---
X
---

**XX-XX-XXXX** 6:2

---
Y
---

**yay** 161:7

**year's** 133:24
134:16

**yep** 15:24 29:3
32:12 48:13
57:8 75:14
102:16,18
114:22 152:19

**yesterday** 15:10

**you'll** 8:23
96:10

**yourself** 8:18

**you've** 6:20 8:8

16:1 22:1 27:9
58:7 79:9
85:20 122:9
143:6,9,12,15
169:24 175:6
185:16

**Yuan** 32:8,11

---
Z
---

**Zoom** 49:25 50:1



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.**MILESTONEREPORTING**.com          Toll Free 855-MYDEPOS