Messages - Vik Bhide & Bertha Personal Cell

12/30/21 4:49:24 PM EST

> Sorry?? I just sent this text to you and Vik.

12/30/21 4:48:30 PM EST

Bertha Personal Cell
That's what she sent you?

12/30/21 4:46:04 PM EST

> By the way- Happy New Year to both of you!! I know that 2021 will be an awesome year and I hope that it brings you both health, happiness and lots of good times!! 🤗💐❤️🧡🤍 💜💙

12/30/21 12:44:29 PM EST

Vik Bhide
Anytime :)

12/30/21 12:44:05 PM EST

> Thanks!!!!!

12/30/21 12:43:15 PM EST

Vik Bhide
I'll get with Danni to assign a cubicle and start the transition

12/30/21 12:42:47 PM EST

> Loved "Sure"

12/30/21 12:42:34 PM EST

Vik Bhide
Sure

12/30/21 12:41:46 PM EST

> Can we make arrangements to have Scarlett start with Mobility this coming week. She comes back Monday. We can work on the position change in the meantime. Thanks.

12/13/21 4:41:26 PM EST

> Yes.



EXHIBIT 4

501488