Scarlett Lopez

| | |
|---|---|
| From: | Jean Duncan |
| Sent: | Monday, January 3, 2022 10:05 AM |
| To: | Scarlett Lopez |
| Cc: | Vik Bhide; Bertha Mitchell; Rebecca Carr; Danni Jorgenson |
| Subject: | Senior Executive Follow-Up |

Good Morning Scarlett,

Thank you for meeting with Vik, Bertha and me this morning to discuss the Senior Executive Aide position, and the need for the Transportation Engineering Division to have administrative support services. As of today, 1/3/22, you will be temporarily assigned to the Transportation Engineering Division, reporting to Danni Jorgenson, P.E. A job description and job duties were shared with you, and I know Vik was planning to meet with you and Danni to discuss further details of the temporary job requirements.

We also discussed my need to make a change with the Senior Executive Aide position. I am actively seeking a replacement for my Senior Executive Aide position. In the meantime, you still reside in that position while you are temporarily assisting the Transportation Engineering Division.

We are working to create a permanent position for these duties in the Transportation Engineering Division, and plan to post that position opening in a couple of weeks. I encourage you to apply for that position or any other that you are interested in here at the City of Tampa. If you have any questions, please do not hesitate to reach out to me or anyone copied on this email. I wish you all the best with your future endeavors. Thank you.

Jean

**Jean W. Duncan, P.E.**
Infrastructure and Mobility Administrator
City of Tampa / 306 East Jackson Street, 8 North / Tampa, Florida 33602
p: (813) 274-8045 / e: jean.duncan@tampagov.net

*Please Note: This email is public record.*

**EXHIBIT 2**