| | |
|---|---|
| From: | Danni Jorgenson <Danni.Jorgenson@tampagov.net> |
| Sent time: | 03/03/2022 04:31:15 PM |
| To: | Vik Bhide <Vik.Bhide@tampagov.net> |
| Subject: | FW: Scarlett Lopez |
| Attachments: | image001.jpg |

**Danni Jorgenson, P.E., AICP**
Transportation Engineering Manager, Mobility Department
City of Tampa / 306 E. Jackson Street, 6E / Tampa, Florida 33602
p: (813) 274-3279 / c: (813) 417-0218 / e: danni.jorgenson@tampagov.net

**VISION ZERO TAMPA**

**From:** Kimberley Sullivan <Kimberley.Sullivan@tampagov.net>
**Sent:** Thursday, March 3, 2022 4:30 PM
**To:** Danni Jorgenson <Danni.Jorgenson@tampagov.net>
**Subject:** Scarlett Lopez

Good afternoon, we have received a medical note clearing Scarlett to return to work tomorrow. I have let Jean Duncan know. Please let us know if you have any questions.


EXHIBIT 4

501063