407.423.9900
Fax 407.841.2779
Toll Free 855-MYDEPOS

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

1   UNITED STATES DISTRICT COURT

2   MIDDLE DISTRICT DIVISION

3   TAMPA DIVISION

4   CASE NO.:  8:23-CV-02548-KKM-JSS

5

6   SCARLETT LOPEZ,

7   Plaintiff

8

9   V.

10

11  CITY OF TAMPA,

12  Defendant

13

14  DEPONENT:  DANNI JORGENSON *VOL II*

15  DATE:      MAY 23, 2024

16  REPORTER:  ISABELLA GARBUTT

17

18

19

20

21

22

23

24

25

400 North Ashley Drive, Suite 2600      100 East Pine Street, Suite 308      4651 Salisbury Road, 4th Floor
TAMPA, FL 33602                          ORLANDO, FL 32801                    JACKSONVILLE, FL 32256
                                         CORPORATE

1                    APPEARANCES

2 ON BEHALF OF THE PLAINTIFF, SCARLETT LOPEZ:
  Daniela S. Carrion, Esquire
3 Linesch & Carrion, LLC
  700 Bee Pond Road
4 Palm Harbor, Florida 34683
  Telephone No.: (727) 786-0000
5 E-mail: daniela.carrion@lineschfirm.com

6 ON BEHALF OF THE DEFENDANT, CITY OF TAMPA:
  Christopher M. Bentley, Esquire
7 Maddi H. McLeland, Esquire
  Johnson Jackson, PLLC
8 100 North Tampa Street
  Suite 1800
9 Tampa, Florida 33602
  Telephone No.: (813) 580-8400
10 E-mail: cbentley@johnsonjackson.com
  mmcleland@johnsonjackson.com
11
  ON BEHALF OF THE WITNESS, DANNI JORGENSON:
12 Sarah A. Naccache, Esquire
  Sass Law Firm
13 601 West Dr. Martin Luther King, Jr. Boulevard
  Tampa, Florida 33603
14 Telephone No.: (813) 251-5599
  E-mail: snaccache@sasslawfirm.com
15
  Also Present: Scarlett Lopez, Plaintiff; Koranis Garcia,
16 Linesch & Carrion, LLC Paralegal; Rebecca Carr, City of
  Tampa
17

18

19

20

21

22

23

24

25



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**      **www.MILESTONEREPORTING.com**      **Toll Free 855-MYDEPOS**

1                         INDEX

2                                          Page

3   PROCEEDINGS CONTINUED FROM VOL. I        190

4

5                       EXHIBITS

6   Exhibit                                  Page

7    13 - Complaint                          190

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**        **www.MILESTONEREPORTING.com**        **Toll Free 855-MYDEPOS**

1              PROCEEDINGS CONTINUED FROM VOL. I

2              THE REPORTER:  And we're back on record.

3              MR. BENTLEY:  Okay.  What I'm handing you is

4      now marked as Exhibit 13.

5                   (EXHIBIT 13 MARKED FOR IDENTIFICATION)

6              BY MR. BENTLEY:

7      Q.   It's a complaint in this lawsuit.  Have you

8   ever seen this before?

9      A.   I don't think so.

10     Q.   Okay.  Let me just ask you a few questions

11   about it because I do think this might help with some of

12   the times.

13              So if you turn to Page 15 for me.

14     A.   Okey-dokey.

15     Q.   It says -- on paragraph 103, it says,

16   "Immediately after Plaintiff filed the grievance against

17   Ms. Duncan, Ms. Jorgenson was approached by Jean Duncan,

18   who requested the immediate termination of Ms. Lopez and

19   stated the Utility Administrative Support Technician

20   position needed to be posted externally, as she would

21   ensure that Ms. Lopez be terminated."

22              Is that a true statement?

23     A.   I think that there are elements in the

24   sentence that aren't quite true.

25     Q.   What are those elements?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          Toll Free **855-MYDEPOS**

1      A.   I was immediately approached by Jean, who did

2  request termination.  I -- but I was the one who had

3  suggested it be posted externally, and I did that

4  before.

5      Q.   Okay.  And when you say -- when it says that

6  Jean requested termination, why is she coming to you to

7  request termination?

8      A.   Because Scarlett was applying for a permanent

9  position for an administrative role on my team.  And if

10  she didn't get that and she were in a temporary

11  position, then she would no longer be in a temporary

12  position.  She would be unemployed.

13      Q.   Okay.  And was she -- what was she frustrated

14  about, then?

15      A.   Who?

16      Q.   Well, what I'm trying to understand is, was

17  Ms. Duncan frustrated with the fact that you hadn't

18  filled a permanent position yet?

19          MS. CARRION:  Objection.  Form.

20          THE WITNESS:  Well, what do you mean?

21          BY MR. BENTLEY:

22      Q.   Well, you said, she said she requested

23  immediate termination of Ms. Lopez?

24      A.   Yeah.

25      Q.   Did you have the authority to terminate Ms.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1  Lopez?

2      A.    No.

3      Q.    Who had the authority to terminate Ms. Lopez?

4      A.    I guess if she were in an unclassified

5  position, sounds like someone could have.  But I don't

6  know those answers.

7      Q.    Do you know if Ms. Duncan had the authority to

8  terminate Ms. Lopez's employment?

9      A.    I don't know.

10     Q.    Okay.  But if you didn't have the authority --

11     A.    Nope.

12     Q.    -- to terminate Ms. Lopez's employment, then

13  why is Jean Duncan, your superior, coming to you and

14  making that comment?

15     A.    She wanted Scarlett to go through the process,

16  interview, and not get the role.

17     Q.    Okay.  When did you -- if you look at -- I

18  don't -- because I know you said you didn't know.  If

19  you look at paragraph 105, it says, "On May 15, 2022,

20  Ms. Lopez applied for the Utility Administrative Support

21  Technician role."

22          Do you know how long a normal job posting is

23  held open?

24     A.    It depends.  They can go from three days to

25  weeks or even longer.  Months.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   Do you know how long this one was held open?

2      A.   I don't.

3      Q.   And in this one, you said you had about over

4   200 applications?

5      A.   Uh-huh.

6      Q.   When the job posting went out, were you going

7   to sit on the interview panel?

8      A.   Nope.

9      Q.   Okay.  When did you make it clear that you

10  weren't going to sit on the interview panel?

11         MS. CARRION:  Objection.  Form.

12         BY MR. BENTLEY:

13     Q.   Was it prior to the posting?

14         MS. CARRION:  Objection.  Form.

15         THE WITNESS:  Yeah.  I think so.  I think I

16      had, at that point, seen the dynamics, kind of

17      understood where things might go.  And I knew that

18      since Jean had, you know, really been venting to me

19      about Scarlett and complaining about her to me,

20      that it would be more appropriate for me to remove

21      myself to try to create a more impartial panel.

22         BY MR. BENTLEY:

23     Q.   Okay.  Well, the grievance that you have in

24  front of you, which is Exhibit 12, it's dated April 11,

25  2022.  I'm sorry.  At the top, dated April 20, 2022.

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1              Do you see that?  Sorry.  It's the --

2      A.    This one?

3      Q.    Yeah.  That's right.

4      A.    Okay.

5      Q.    Did I cover it up?  Or you got -- right.

6      A.    April 20th.

7      Q.    Okay.  And so when did you know that -- when

8  did you -- did you remove yourself from the panel prior

9  to April 20, 2022?

10              MS. CARRION:  Objection.  Form.

11              THE WITNESS:  I think I did.

12              BY MR. BENTLEY:

13      Q.    Okay.  How much earlier did you make the

14  decision that you were not going to be on the interview

15  panel for this position?

16              MS. CARRION:  Objection.  Form.

17              THE WITNESS:  I don't remember the date.

18              BY MR. BENTLEY:

19      Q.    Okay.  But you believe it was before April 20,

20  2022?

21              MS. CARRION:  Objection.  Form.

22              THE WITNESS:  Yeah, I think so.

23              BY MR. BENTLEY:

24      Q.    Okay.  Well, who -- when was the decision made

25  on who was going to be on the panel?



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.    I think I had spoken to Michael Capotrio, and

2   I said, I think you would be better to lead this.  And I

3   asked if he could lead it.

4           And I said, can you please identify two

5   people?  And let me know who you think should do it

6   also, who would be a good help to assess, you know, who

7   we should hire in this role.

8      Q.    Okay.  And Michael, is he -- does he report to

9   you?

10     A.    He did not report directly to me, but he was

11  on my team.

12     Q.    Okay.  Was he coequal on the supervisory

13  chain?  Or how -- is he below you, or higher than you?

14     A.    Below.

15     Q.    Okay.  Had Michael ever served on a panel

16  before, to your knowledge?

17     A.    Yes.

18     Q.    Okay.  Then another one on the panel, in my

19  understanding, was Joan.

20     A.    Joan.  Joani?

21     Q.    Joani?

22     A.    I think she was on it.

23     Q.    And would you -- is that Joani Greco?

24     A.    I think so.

25     Q.    Okay.  What is Joani Greco's position?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      A.    I don't know.

2      Q.    Okay.  Was she in your department?

3      A.    Department?  Yes.

4      Q.    Okay.  Did she work --

5      A.    Not my division.

6      Q.    Okay.  Thank you.

7            Had you worked with Joani Greco before?

8      A.    No.

9      Q.    Okay.  Have you ever spoke to Joani Greco

10  about the filling of this position for the Utility

11  Administrative Support Technician?

12      A.    No.

13      Q.    Okay.  And the third person I thought you said

14  -- did you know who the third person was?

15      A.    No.

16      Q.    Okay.  What about -- there's an individual

17  named Sambid?  Am I saying it right?

18            UNIDENTIFIED SPEAKER:  Sabine.

19            MR. BENTLEY:  Sabine?

20            THE WITNESS:  Oh, Sabine.

21            BY MR. BENTLEY:

22      Q.    Yeah.

23      A.    The GIS person?

24      Q.    I'm asking -- I can't answer the question for

25  you. Do you know if she served on that role?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1          MS. CARRION:  Objection.  Form.

2          THE WITNESS:  I don't know.

3          BY MR. BENTLEY:

4     Q.   Okay.  Now, going back to the conversation

5  with Michael.  What did you understand Michael learning

6  about Jean's desire on who would fill the position?

7          MS. CARRION:  Objection.  Form.

8          THE WITNESS:  I kept it very, like, high-level

9      with him, very positive.  And I said, we have this

10     opportunity.  We're so excited to get a new person

11     on our team.  You know, here are the kind of

12     qualities we're looking for, and we're looking for

13     the very best. And I didn't share the

14     conversations, necessarily, that I had had with

15     Jean.

16         And then I also told Jean that.  I said, I am

17     doing this so I can create a really impartial

18     process where people are going to evaluate all of

19     the candidates, and then they'll pick the best one.

20         BY MR. BENTLEY:

21     Q.   Okay.  And in that conversation, would that

22  predate April 20, 2022?

23     A.   (No verbal response.)

24     Q.   You need to verbalize it.

25     A.   Yes.  Yes.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      Q.   That's all right.  It's all right.  I knew

2  what you were --

3      A.   It's hard to remember.

4      Q.   That's okay, Danni.  And I knew -- obviously

5  knew exactly what you responded.

6           Okay.  And what did Jean say to you in that

7  impartial process?

8      A.   Okay.

9      Q.   She didn't have a problem with that?

10     A.   No.  It was, okay, then.

11     Q.   Did it change at any point in time?

12     A.   Yes. After the grievance was filed, Jean

13  became irate. She was so angry, and that's when she

14  started calling me, sometimes multiple times in a day.

15  When is Michael going to be done with this interview

16  process?  Why hasn't it ended?  I don't want her in the

17  building anymore.  I had to share an elevator with her.

18     Q.   When was that?  Because based on that

19  complaint, we have May 15, 2022, that Ms. Lopez, at

20  least according to the Complaint, was applying for the

21  position. Do you know if that was later, or was that

22  before?

23     A.   When was this --

24           MS. NACCACHE:  Objection to form.

25           THE WITNESS:  -- when was this filed?

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1              BY MR. BENTLEY:

2        Q.    Oh, the Complaint?

3        A.    Yes.

4        Q.    The Complaint was filed on November 8, 2023.

5   But I'm referencing --

6        A.    No.

7        Q.    -- oh, you're talking about this?

8        A.    Her -- her grievance.  When was her grievance

9   filed?

10       Q.    The grievance was dated April 20, 2022.

11       A.    Okay.  Then it would have been --

12             MS. CARRION:  Object to form.

13             THE WITNESS:  -- after April 20th is when Jean

14       called me, irate, and said, get her out of here.

15       She can no longer work here.

16             BY MR. BENTLEY:

17       Q.    And I want to know how long after?

18       A.    I don't know.

19       Q.    Okay.  You don't know if it was a week?

20       A.    No.

21       Q.    You don't know if it was a month?

22       A.    No.

23       Q.    Two months?

24             MS. CARRION:  Object to form.

25             THE WITNESS:  I have no idea.



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1          BY MR. BENTLEY:

2      Q.   Okay.  Three months?

3          MS. CARRION:  Object to form.

4          MR. BENTLEY:  I was just doing that for Ms.

5      Carrion.

6          THE WITNESS:  26 days?

7          MS. CARRION:  I have been very kind on my

8      objections.

9          MR. BENTLEY:  That was just -- that was

10     honestly for you.

11          BY MR. BENTLEY:

12     Q.   All right.  Did you ever hear of Ms. Lopez

13 complaining to you that she thought she was being

14 discriminated against?

15          MS. CARRION:  Object to form.

16          THE WITNESS:  Did I ever hear?

17          BY MR. BENTLEY:

18     Q.   Yeah.

19     A.   I don't know that she used those words.

20     Q.   Okay.

21     A.   I don't recall that.

22     Q.   Did you ever hear of any complaints that Ms.

23 Lopez made of discrimination?

24          MS. CARRION:  Object to form.

25          THE WITNESS:  I don't think she did.  So --



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1          BY MR. BENTLEY:

 2      Q.    Okay.  If you turn to Page 18 of the

 3  Complaint, which is Exhibit 13.

 4          If you look to paragraph 123, it says, "Two

 5  days later, on August 19, 2022, Ms. Lopez was informed

 6  that she was not selected for the Utility Administrative

 7  Support position.  Her temporary position would be

 8  terminated, and a replacement would start on September

 9  6, 2022." You see that?

10      A.    Yes.

11      Q.    Is that an accurate statement?

12      A.    I don't know.

13      Q.    Okay.  Do you know why -- if we assume it's

14  correct, why it took over four months to fill this

15  position?

16      A.    I think the process took a long time because

17  there were 200 applicants.  They went through each one.

18  They did a round of written responses.  Then they did, I

19  think, like, a long -- a long-list interview and then a

20  short-list interview. And then coordinating schedules

21  with the panel, and then the applicants just took a long

22  time. But it -- it definitely took a long time.  But

23  things at a city take a long time.

24      Q.    Okay.  Did Ms. Duncan express frustration over

25  the fact that it took over four months to fill?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1      A.    Yes.

2      Q.    Did Ms. -- do you know if Ms. Duncan was

3  complaining -- oh, I'm sorry.  Let me restate it.  Did

4  you have any conversations with Mike Swain about the

5  fact that Ms. Lopez was in a temporary position for

6  approximately eight months?

7      A.    I don't think I had a conversation with Mike

8  Swain.

9      Q.    Okay.  Did you have any understanding how long

10 one could sit in a temporary position?

11     A.    No.

12     Q.    Did you have any conversations with Michael

13 about the fact that the process was taking as long as it

14 did?

15     A.    I did because Jean would call me to complain.

16 And then I would say, Michael, we need to go faster

17 because Jean is complaining.

18     Q.    Okay.  What would Michael say?

19     A.    He was saying, I know.  It's just a lot of

20 work.  We're going by the book.  We're doing everything

21 we possibly can to make sure we're following the most

22 fair and honest process.

23     Q.    Okay.  And do you know where Ms. Lopez ranked

24 after the interviews?

25     A.    I think she made it to the short list.



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1     Q.    Okay.  When you say, "short list," how many

2 people were on the short list?

3     A.    I'm not sure.

4     Q.    Do you know if Ms. Lopez was actually fifth on

5 the short list?

6     A.    I don't know.

7     Q.    Did you ever ask Michael to see a copy of the

8 short list?

9     A.    I probably did.  I just don't remember.

10    Q.    Okay.  Did you believe Joeylee Stebbens was

11 qualified for the position?

12    A.    After meeting with her and working with her,

13 yes.

14    Q.    Okay.  Did you believe that she was a better

15 fit than Ms. Lopez when Ms. Lopez was in that position?

16         MS. CARRION:  Object to form.

17         THE WITNESS:  I don't think it's a fair -- I

18    don't think I can fairly compare the two.

19         BY MR. BENTLEY:

20    Q.    Why not?

21    A.    Because I only got to work with Scarlett for a

22 few months, and she was going through a very difficult

23 season in her life.  And that's not a fair way to

24 compare people.

25    Q.    You worked with Ms. Lopez from January to

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1 August?

 2     A.   She was out on FMLA leave, and then she

 3 returned back after losing the baby.  And she was

 4 working.  Like, she was still recovering.  Just because

 5 she came into work every day.

 6     Q.   How long did you work with Joeylee?

 7     A.   One year.

 8     Q.   One year.  Okay.

 9          And so you can't give me an assessment on who

10 performed the job better because you didn't have the

11 full 12 months?

12     A.   I don't feel like I had enough time with

13 Scarlett to properly assess.

14     Q.   Well, how did Scarlett do from the months of

15 May to August?

16          MS. CARRION:  Object to form.

17          THE WITNESS:  Again, it's the same thing,

18     where even though she was showing up to work and

19     doing her duties, she was -- you know, she had

20     other things going on in her life.

21          BY MR. BENTLEY:

22     Q.   Like what?

23     A.   Recovering from the loss of a baby.

24     Q.   Okay.  Did you ever learn of Ms. Lopez getting

25 pregnant a second time?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.    No.

2      Q.    From the months of May to August, did you

3  believe Ms. Lopez was distracted?

4      A.    I don't remember.

5      Q.    Was she missing any job assignments?

6            MS. CARRION:  Object to form.

7            THE WITNESS:  I don't remember.

8            BY MR. BENTLEY:

9      Q.    Okay.  And so as you sit here today, you have

10  no impression of whether she was doing her job in an --

11  adequately from the months of May to August?

12           MS. CARRION:  Object to form.

13           THE WITNESS:  I can think of specific examples

14      of assignments that she worked on that she did very

15      well.  I cannot give you an overall assessment of

16      how she performed because I don't recall.

17           BY MR. BENTLEY:

18      Q.    Okay.  After the decision was made that we

19  were -- that the City was going to select Joeylee, did

20  you have any conversations with Vik about that decision?

21      A.    I don't think so.  I don't know.

22      Q.    Okay.  And I don't know means, I don't recall

23  one way or the other today?

24      A.    I don't recall one way or the other.

25      Q.    I don't mean to play that game with you,

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1  Danni.  It's just the way I'm trying to make sure I

2  understand your testimony, okay?  And the same --

3  similar question.

4        Did you have any conversations with anyone

5  within your division on the reasons that the City

6  selected Joeylee for the position?

7        A.   I talked to Michael, who led the panel, and I

8  asked, of course, why he picked Joeylee.  He told me the

9  amazing qualities he thought she would be bringing to

10  the team, and I trust his judgment completely. And he

11  was right.  She was an -- she was lovely to work with.

12  She just helped unite the team. She had this positivity

13  and great spirit that she brought.  She was also very

14  well-organized and helped, kind of, tidy us up, not just

15  in terms of the office space processes.  She was great.

16        Q.   Okay.  And besides Joeylee -- I mean, besides

17  Michael, did you have a similar conversation with Joan?

18             MS. CARRION:  Object to form.

19             THE WITNESS:  No.  I don't -- I didn't have a

20        relationship with Joan.

21             BY MR. BENTLEY:

22        Q.   Okay.  Did you have the conversation with

23  Scarlett to inform her that she was not receiving the

24  position?

25             MS. CARRION:  Object to form.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602
407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1          THE WITNESS:  I think I recall that something

2      happened where Human Resources accidentally e-

3      mailed every applicant and told every applicant

4      that they did not receive the job, including

5      Joeylee.

6          BY MR. BENTLEY:

7      Q.   Say that again?

8      A.   Okay.  So there was something that happened

9  where Human Resources accidentally e-mailed every single

10 applicant for the job and told them that they all were

11 not selected, including Joeylee.  So Joeylee called

12 Michael panicking because she was already planning to

13 move to Florida by this point. And Joeylee had -- and

14 Scarlett had also gotten that e-mail.  And so I think it

15 was at that time where Scarlett and I talked, and I

16 said, they did go in another direction, and they did

17 pick.  But I also knew Scarlett was talking to -- it

18 was, kind of, Payroll, maybe, to go get a job, so I was

19 crossing my fingers that that would work out for her.

20     Q.   Did you have any conversations with Scarlett

21 about the discussions you had previously had with Joan

22 that you didn't believe -- Jean, that you didn't believe

23 that she was going to get the position?

24          MS. CARRION:  Object to form.

25          THE WITNESS:  No.  I did not have that



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    conversation because I didn't know that at that

2    time.

3        BY MR. BENTLEY:

4    Q.    What do you mean you didn't know it at that

5    time?

6    A.    At -- when I talked to Bertha and Jean after

7    we had already selected Joeylee, after we were moving

8    forward, I said, well, I'd like to keep Scarlett on a

9    little longer as a temporary position to train Joeylee

10   so she could get caught up faster.

11       And then that would give her enough time with

12   that overlap to hopefully get into the new position she

13   was targeting with Payroll.

14   Q.    Okay.

15   A.    So that there would be no lapse in her --

16   Q.    And what was the response you received for

17   that?

18   A.    They both said, that will not be happening.

19   Scarlett will not be employed in that position.

20   Q.    Okay.  Did they elaborate on that further?

21   A.    They -- I mean, Jean basically said, I had a

22   conversation.  Scarlett will no longer be working at the

23   City.

24   Q.    Once Joeylee got the permanent position, did

25   the City have any ability to keep her in a temporary

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1 position?

 2         MS. CARRION:  Object to form.

 3         THE WITNESS:  Who?

 4         BY MR. BENTLEY:

 5    Q.   Once you filled this role for a permanent

 6 position, did the City even have the ability to keep Ms.

 7 Lopez in a temporary position?

 8         MS. CARRION:  Object to form.

 9         THE WITNESS:  I don't know that answer. That's

10    a Human Resources question.

11         BY MR. BENTLEY:

12    Q.   Okay.  And did you ever think to ask that

13 question?

14    A.   No.  My question that I asked was, can I keep

15 Scarlett on two weeks longer so that we can have overlap

16 in training?

17    Q.   Okay.  And that was --

18    A.   And that happens sometimes, like when someone

19 is retiring.  I had someone on my team who was retiring.

20 He'd been there for 40 years.  We moved him into a

21 temporary position so that we could hire his replacement

22 and then they could overlap for a month or so and train

23 each other and show him, you know, where all the files

24 are and everything like that.

25    Q.   Okay.  Can you turn to Exhibit 6 for me?



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      A.    6?

2      Q.    Yeah.  Right there.

3            When is the first time you saw this letter?

4      A.    I don't know.

5      Q.    Okay.  Did you sit in the actual meeting with

6 them when they terminated her?

7      A.    No.

8      Q.    Okay.  And on this one, it says that her last

9 day of employment will be Friday, September 2nd.

10           MS. CARRION:  Object to form.

11           BY MR. BENTLEY:

12     Q.    Do you see that?  And the letter is dated

13 August 22, 2022.

14     A.    Uh-huh.

15     Q.    Do you know why the City gave her extra time

16 on the payroll?

17           MS. CARRION:  Object to form.

18           THE WITNESS:  No.

19           BY MR. BENTLEY:

20     Q.    Did you have any conversations with Vik about

21 that?

22     A.    No.

23     Q.    Jean?

24     A.    Well, I hadn't seen this.

25     Q.    Okay.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    A.   So I wouldn't have known to ask those

2  questions.

3    Q.   Did you know that her benefits would continue

4  all the way to September 30, 2022?

5    A.   No.

6    Q.   Okay.  So you never had any conversations with

7  anybody from the City on that?  Were you provided that?

8    A.   No.

9    Q.   Okay.  Were you provided ten days' extra pay?

10   A.   No.

11   Q.   Okay.

12        MR. BENTLEY:  Do you see my notes?  Where are

13   my notes?  I keep looking for them.

14        No.  My handwritten notes.

15        Can you go check your office maybe?

16        MS. MCLELAND:  Yeah.

17        Chris, did you put them in the pocket?  The

18   back pocket?

19        MR. BENTLEY:  I don't know.

20        MS. MCLELAND:  Of your notebook?  Of your

21   binder?

22        MR. BENTLEY:  No.

23        MS. MCLELAND:  Okay.

24        MR. BENTLEY:  Sorry.  I really -- sorry, guys.

25   I had my notes, and I can't find them.  So I'm --

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1    we might take --

2           MS. CARRION:  Should we go off the record

3    maybe?

4           MR. BENTLEY:  Why don't we just take a break

5    now, and that way, it will be faster because I'll

6    get to my notes and see what else I am missing

7    after you -- why don't you go do your thing?

8           MS. CARRION:  Okay.

9           MR. BENTLEY:  And then --

10          THE REPORTER:  And we're off record.

11                (OFF THE RECORD)

12          THE REPORTER:  And we're back on record.

13          BY MR. BENTLEY:

14   Q.    Ms. Jorgenson, if you could pull back up

15   Exhibit 13, which is the Complaint, for me?  Yeah.  If

16   you could turn to Page 17?  Oops.  Yeah. And

17   specifically, if you could look at paragraph 115, it

18   says, "From the time Ms. Lopez filed a grievance, Ms.

19   Jorgenson was approached by Ms. Duncan over ten times

20   via text, e-mail, and in-person asking for an update on

21   the termination of Ms. Lopez and requesting that

22   termination be expedited." Is it your testimony that

23   this occurred more than ten times?

24   A.    Ten times seems like a reasonable number --

25   Q.    Okay.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          *Toll Free 855-MYDEPOS*

1        A.    -- or over.

2        Q.    Are there -- I'm sorry?

3        A.    It could be over.  I don't know exactly how

4    many.

5        Q.    Okay.  Do you have -- are you in possession of

6    any text messages from Ms. Duncan?

7        A.    Not on my -- it wouldn't be to my personal

8    phone.

9        Q.    Okay.  Then do you -- and you had to give back

10   your company phone or City phone?

11       A.    My City.

12       Q.    So let me ask it again.  So as you sit here

13   today, do you have any text messages in your possession

14   with regards to Ms. Duncan complaining of Ms. Lopez?

15       A.    No, I don't.

16       Q.    Okay.  Earlier, you were asked questions about

17   that she was almost calling you on a daily basis

18   regarding Ms. Lopez.

19             Do you remember that?

20       A.    Yes.  She was.

21       Q.    Well, what was she calling you about?

22       A.    She wanted to --

23             MS. CARRION:  Objection to form.

24             THE WITNESS:  -- she wanted for the process to

25       go faster.  She didn't want Scarlett working at the

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1      City.

 2              BY MR. BENTLEY:

 3      Q.   Okay.  And when did that start on that daily

 4   basis?

 5              MS. CARRION:  Objection.  Form.

 6              THE WITNESS:  After the grievance.

 7              BY MR. BENTLEY:

 8      Q.   Okay.  And the grievance was filed April 20th,

 9   as we know.  And we know that the position was

10   ultimately -- she learned on August 19, 2022?

11              MS. CARRION:  Objection.  Form.

12              THE WITNESS:  Say the dates again.

13              BY MR. BENTLEY:

14      Q.   Yeah.  On page -- I'm going by the Complaint.

15      A.   Okay.

16      Q.   Right?  It looks like that she -- well, we

17   know she filed the grievance on April 20th because we

18   looked at that other exhibit, correct?

19      A.   Uh-huh.

20      Q.   Yes?

21      A.   Yes.  She filed the grievance on April 20th.

22      Q.   Okay.  And then if you look at the paragraph

23   on 123, it says, on August 19, 2022, she was informed

24   she was not selected.  See that?

25      A.   It was after the grievance, but before we were



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  done with that was when Jean was calling me.

 2      Q.   Okay.  You --

 3      A.   I don't know about the dates here.

 4      Q.   Okay.  You don't know if it was in mid-summer,

 5  or you don't have any idea when it was actually

 6  occurring?

 7           MS. CARRION:  Objection to form.

 8           THE WITNESS:  I just know that Jean called me

 9      a lot asking why wasn't Michael done?  She wanted

10      Scarlett gone.

11           BY MR. BENTLEY:

12      Q.   But every day?

13      A.   Every day.

14      Q.   Every day she would -- during the work day,

15  she would call you to see the status on the position?

16      A.   To see the status of the interview process.

17      Q.   Did she know you weren't handling the

18  interviews?

19      A.   She did, but she knew that Michael worked for

20  me.

21      Q.   Okay.  And so did she ever call Michael, to

22  your knowledge?

23      A.   She did.  She said.

24      Q.   I'm sorry?

25      A.   She said she did.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1    Q.    Did she call Michael every day, to your

2  knowledge?

3         MS. CARRION:  Objection. Form.

4         THE WITNESS: I don't know. You'd have to ask

5    him.

6         BY MR. BENTLEY:

7    Q.    Okay.  Okay.  And were they phone calls or

8  texts?

9    A.    I don't remember exactly, but I know that

10  there were phone calls.

11    Q.    If you look at -- on that same page.  I'm

12  sorry.  The page before, 17, on paragraph 119, it says,

13  "On or about August 10, 2022, Ms. Lopez applied for

14  another position at the Payroll Technician while

15  employed with the City."

16         Did you play any role in the selection process

17  for that position?

18    A.    No.

19    Q.    Did you have any conversations with anyone

20  over in the Payroll Department about that position?

21    A.    I did not.

22    Q.    Okay.  Did you ever talk to Lee Huffstutler

23  regarding that position?

24    A.    No.

25    Q.    Did I botch it?

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900     www.MILESTONEREPORTING.com     Toll Free 855-MYDEPOS

1      A.   I don't know.

2      Q.   All right.  Did you have any conversations

3  with Dennis Rogero?

4      A.   Rogero.

5           MS. CARRION:  Rogero.  Rogero.

6           BY MR. BENTLEY:

7      Q.   Did you ever have any conversations with him

8  about the position?

9      A.   No.

10      Q.   Okay.  You, earlier, talked about a

11  conversation you had with Bertha Mitchell.  Was it in

12  reference to the Payroll Technician position?

13           MS. CARRION:  Objection.  Form.

14           MS. NACCACHE:  Objection.

15           BY MR. BENTLEY:

16      Q.   What did she say?

17      A.   I said, why can't we hold out longer and let

18  Scarlett stay in the current position so that she can

19  just transfer into this other role?

20           And Bertha -- and separately in another

21  conversation, Jean, said, we've made sure that that

22  position will not happen for her.

23      Q.   Where were you when she made that comment?

24      A.   I was on the phone.

25      Q.   Okay.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1      A.    In my office.

2      Q.    Where was Bertha?

3      A.    Somewhere where she had a phone.

4      Q.    Okay.  Do you know if she was in her office?

5      A.    I don't know.

6      Q.    Okay.  Did you have any follow-up conversation

7  with Bertha Mitchell about that comment?

8      A.    I don't know.  I don't remember.

9      Q.    Okay.  Did you tell anybody about the comment

10 that you heard from Bertha Mitchell?

11     A.    Not at that time.

12     Q.    When did you tell someone about that comment?

13     A.    When I -- when Vik -- it was related to me

14 many months later, after Scarlett had already been gone.

15 Is probably the next time I told someone about it.

16     Q.    Okay.  Did you ever hear Ms. Mitchell make any

17 type of derogatory comments to Ms. Lopez?

18           MS. CARRION:  Objection.  Form.

19           THE WITNESS:  To?

20           BY MR. BENTLEY:

21     Q.    Yeah.

22     A.    Like directly to?

23     Q.    Uh-huh.

24     A.    No.

25     Q.    Did you ever hear Ms. Mitchell make any

MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  derogatory comments about Ms. Lopez without her being

2  present?

3      A.   Yeah.

4      Q.   What did you hear her say?

5      A.   She and Jean would comment like, oh, she

6  looked so frumpy today in that outfit or -- what else? I

7  don't know.  I don't -- I don't know, but I do remember

8  things.  I'm like, that's not nice.

9      Q.   When she made the frumpy comment, when did

10 that occur?

11     A.   It occurred when, I guess, they all met

12 together when she was coming to work on my team.

13     Q.   In December 2021?

14     A.   Yeah.

15          MS. CARRION:  Objection.  Form.

16          BY MR. BENTLEY:

17     Q.   Is that your recollection?

18     A.   I guess so.

19     Q.   Okay.

20     A.   December or January.

21     Q.   Okay.  Was it before you learned that she was

22 pregnant?

23     A.   Yeah.

24     Q.   Okay.  Any other comments that you heard Ms.

25 Mitchell make about Ms. Lopez that was inappropriate in



MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1  your mind?

2      A.   I don't think so.  I don't know.

3      Q.   Okay.

4      A.   It's hard to remember.

5      Q.   Any comments that you heard Ms. Duncan make

6  directly to Ms. Lopez that you thought was

7  inappropriate?

8      A.   No.

9      Q.   Any comments that you heard Ms. Duncan make

10 about Ms. Lopez when she wasn't around, that you thought

11 were inappropriate?

12     A.   Yeah.

13     Q.   What were those?

14         MS. CARRION:  Object to form.

15         THE WITNESS:  And when she filed the

16     grievance, Jean took a lot of issue with that, and

17     that's when she really disparaged Scarlett.

18         How dare she?  Who does she think she is? I'm,

19     you know, up here, and she's down here.  She's

20     lucky I'm letting her keep her job, like, that kind

21     of stuff.  And -- I don't know.

22         BY MR. BENTLEY:

23     Q.   And you thought those remarks were

24 disparaging?

25     A.   I thought they were.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1       Q.   Why?

2       A.   Because it seems like retaliation.

3       Q.   For what?

4       A.   She filed a grievance, and then from there,

5  Jean started to disparage her.

6       Q.   By saying, who does she think she is?

7       A.   Yeah.  Who does she think she is?  She's down

8  here, and I'm up here.

9       Q.   That's true, right?  She had a higher position

10 than Ms. Lopez, didn't she?

11      A.   Yeah.  But I think if someone says it in that

12 way, that is disparaging.

13      Q.   Okay.

14      A.   That's not a nice thing to say.

15      Q.   Did you ever report -- as being a supervisor,

16 did you report Ms. Duncan's comments to HR?

17      A.   No.  I saw what happened when you report

18 something to HR.

19      Q.   When did you see it happen, when she made

20 those comments, something bad was going to happen -- to

21 HR?

22           MS. CARRION:  Object to form.

23           THE WITNESS:  I mean, I knew enough about Jean

24      that you don't -- you just -- you don't want to be

25      on Jean's bad side.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          BY MR. BENTLEY:

2          Q.    Who else was on Jean's bad side that you saw

3    something bad happen to them?

4          A.    There have been others.

5          Q.    Who?

6          A.    Who?  Carole Post.

7          Q.    Okay.

8          A.    Ocea, she still works there.  Mike -- Mike --

9    who was the EBO guy --

10         Q.    No one can answer besides you.  I'm so sorry.

11         A.    Becca knows.  I forget people's names.  It's

12   been so long.

13         Q.    It's okay.  But Carole Post, let's start with

14   her.

15         A.    Carole Post.  Yeah.  She --

16         Q.    What position did she hold?  Do you remember?

17         A.    She was the administrator over economic

18   development.

19         Q.    Okay.  And what happened to her?

20         A.    Jean had it out for her.  Jean was obsessed

21   with talking about her and trying to bring her down.

22         Q.    What happened ultimately?

23         A.    She had a contract with the City to do a

24   temporary stay, temporary support for just the mayor's

25   first term, and then that ended.  And then she went back



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1  to USF.

2       Q.   Okay.  And why did Jean have her out -- have

3  it out for Carole?

4       A.   You'd have to ask Jean that.

5       Q.   Okay.  And what year did that occur?

6       A.   2015?

7       Q.   Okay.

8       A.   I don't know.  Whenever the mayor first took

9  office.

10       Q.   Okay.  Was Carole pregnant at that time?

11       A.   Was Carole pregnant?  No.

12       Q.   Yeah?  Okay.

13            Was Carole out on FMLA leave at any point in

14  time during that year?

15       A.   No.

16       Q.   Okay.  Did Carole need any type of

17  accommodations?

18       A.   No.

19       Q.   Okay.  Ocea, who is that?

20       A.   Ocea is another administrator.

21       Q.   Okay.  And she reported directly to Jean?

22       A.   No.  She reports to the mayor.

23       Q.   Reported to the mayor?  Okay.  How was she out

24  -- how was Jean out to get her?

25       A.   Having a lot of discussions with a lot of



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1 people about why she should be fired.

2      Q.   Okay.  What was Jean's complaint?

3      A.   She just didn't feel like she was good enough

4 at her job.  I don't know.

5      Q.   Okay.  Next person you said was Mike.  What

6 happened to Mike?

7      A.   I think he was fired.

8      Q.   Okay.  This is not the same Mike that was part

9 of the interview process of this position, right?

10      A.   I think his name is Mike, but I can't

11 remember.  But Becca knows his name.

12      Q.   Okay.  What was the position?  She might know.

13 What was the position that Mike held?

14      A.   EBO, minority.

15      Q.   Okay.  And what was her issue with Mike?

16      A.   She blamed all of the delays on projects on

17 him and his team.

18      Q.   Okay.  Did she ultimately get him fired?

19      A.   I don't know.  I wasn't there.

20      Q.   Okay.  So why do you think, then, if you go

21 against Jean, then she's going to try to get you

22 removed?

23           MS. CARRION:  Object to form.

24           THE WITNESS:  I'm not saying that.  I'm saying

25      that you don't want to be on Jean's bad side.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1          BY MR. BENTLEY:

2     Q.   Okay.  So going back to the comment when

3  initially asked, though, is, why didn't you report the

4  disparaging remarks?

5          MS. CARRION:  Object to form.

6          THE WITNESS:  I felt like if I were to report

7      anything about this hiring process or Jean or Vik,

8      that there would be retaliation against me, and I

9      would end up losing my job based on what I saw with

10     Scarlett.

11         BY MR. BENTLEY:

12    Q.   That's based on Scarlett, but when it

13 happened, you had no indication of what was going on?

14    A.   I did report --

15         MS. CARRION:  Object to form.

16         THE WITNESS:  -- I did report things that I

17     felt uncomfortable with to Vik, to my supervisor.

18         BY MR. BENTLEY:

19    Q.   And that's what I want to know.  What things

20 did you report to Vik?

21    A.   I told him I feel uncomfortable that Jean was

22 telling me directly to create a hiring process where

23 Scarlett would not get the job.  I told him I felt very

24 uncomfortable with that, and I didn't want to be a part

25 of it.



MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1            And I said, my solution to that is, I'm going

2    to create the separate impartial panel, and I'm not

3    going to be a part of that.

4            And he said, that's fine.  And sometimes with

5    this job, you just have to do what you're told, even if

6    it doesn't align with your morals or ethics.

7        Q.   Did the conversation with Vik that you had

8    about that occur before the grievance was filed?

9        A.   I don't know.

10       Q.   Because you knew before the grievance was

11   filed that you were posting it externally, and that Jean

12   didn't want her to have that position?

13           MS. CARRION:  Object to form.

14           THE WITNESS:  I knew before -- even before she

15       explicitly told me, do not hire Scarlett, I knew

16       that her expectation was going to be, don't hire

17       Scarlett. Because with Jean, she doesn't always say

18       things directly to people, but you can read between

19       the lines with her.  And that's what I thought I

20       was pretty good at.

21           BY MR. BENTLEY:

22       Q.   When she doesn't like to say things to people,

23   does it mean she doesn't like to counsel them on their

24   behavior directly?

25           MS. CARRION:  Object to form.



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1          THE WITNESS:  Yes.

2          BY MR. BENTLEY:

3      Q.   What does she like to do?

4      A.   She would sooner talk about someone than to

5  someone.

6      Q.   Okay.  Would she ever ask someone else to

7  counsel that individual so she wouldn't have to do it?

8          MS. CARRION:  Object to form.

9          THE WITNESS:  I don't know.

10          BY MR. BENTLEY:

11      Q.   Okay.  Did you ever get any explanation of why

12  Bertha Mitchell was providing the training and not her

13  herself, meaning Jean?

14          MS. CARRION:  Object to form.

15          THE WITNESS:  For what?

16          BY MR. BENTLEY:

17      Q.   For her own -- for the role as a Senior

18  Executive Aide.

19          MS. CARRION:  Object to form.

20          THE WITNESS:  I don't know.

21          BY MR. BENTLEY:

22      Q.   Okay.

23      A.   That's not my business.

24      Q.   Did you ever ask a question of why Bertha

25  Mitchell was giving her training in the role in your



MILESTONE **|** REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1 department?

 2    A.   Because I don't know how to do those.  You

 3 know, I can't train her on how to do the jobs that

 4 administrative people do.  They know things I don't

 5 know.

 6    Q.   Okay.  Anyone else in your department --

 7    A.   No.

 8    Q.   -- could have provided that training to Ms.

 9 Lopez?

10    A.   No.  Bertha was the appropriate person to

11 train them.

12    Q.   When Joeylee got the position, who provided

13 the training?

14    A.   Bertha.

15    Q.   How long did that training last?

16    A.   I don't know.

17    Q.   Is it still going on today?

18    A.   I don't work there.

19    Q.   That's a good question -- good point.  But

20 when you left, was she still providing training to

21 Judylee?

22    A.   Joeylee?

23    Q.   Joeylee.

24    A.   I don't know.  I would have to talk to

25 Michael, who supervised her.


MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1      Q.   In your role before you left, did you have to

2   approve the performance evaluations that were drafted by

3   the supervisors?

4           MS. CARRION:   Object to form.

5           THE WITNESS:   Yes.  I reviewed performance

6       evaluations, and I had an opportunity to comment as

7       a manager.

8           BY MR. BENTLEY:

9      Q.   Okay.  And your understanding is, how did

10   Michael rate Joeylee?

11     A.   I don't even remember if -- I mean, I had a

12   team of probably 45 people, so I can't remember if one

13   specific person's review came in.

14     Q.   Okay.  On that -- I forgot to ask you this

15   earlier on.  Just making sure I wrap up everything.

16     A.   Do you want me to go look at the page?

17     Q.   Yeah.  Let me find it.  If you can go to -- on

18   Number 79 on page 11 -- you're on there again.

19           All right.  It says, "On March 9, 2022, Ms.

20   Duncan directed Ms. Jorgenson to recover Ms. Lopez's

21   parking pass from her since she would not be returning

22   to that position, as she had been replaced by Sheila Del

23   Castillo.  Ms. Lopez's last day of parking was on March

24   18, 2022.  As the parking permit ended on March 19,

25   2022." Tell me about that conversation you had with Ms.

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

1  Duncan?

2      A.   I don't really remember that conversation.

3      Q.   Okay.

4      A.   But it probably resulted in me going to talk

5  to Scarlett and saying, hey, can I get your laptop and

6  parking pass to give back to Jean?

7      Q.   Did you know that the parking pass and the

8  laptop went with the position, whoever held the Senior

9  Executive Aide for Ms. Duncan?

10          MS. CARRION:  Object to form.

11          THE WITNESS:  That -- that makes sense.

12          BY MR. BENTLEY:

13      Q.   At any point in time that when you asked Ms.

14  Lopez for -- back for the parking pass, did she inform

15  you that she needed any type of accommodation associated

16  with the pregnancy?

17      A.   I don't remember.

18      Q.   Do you ever recall Ms. Lopez asking you for

19  any accommodation that is associated with her pregnancy?

20          MS. CARRION:  Object to form.

21          THE WITNESS:  I don't remember.

22          BY MR. BENTLEY:

23      Q.   Okay.  If you would've received a request from

24  Ms. Lopez regarding her pregnancy, what would you have

25  done?



MILESTONE | REPORTING  COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1      A.   I would've talked --

2           MS. CARRION:   Object to form.

3           THE WITNESS:   -- to Human Resources and asked

4      for their advice.   This is their specialty and not

5      mine.

6           BY MR. BENTLEY:

7      Q.   Okay.   Following Ms. Lopez's separation of

8  employment --

9      A.   Yeah.

10     Q.   -- did you have any conversations with her

11  about any other positions that she may have applied for

12  with the City of Tampa?

13          MS. CARRION:   Object to form.

14          MS. NACCACHE:   Object to form.

15          THE WITNESS:   I don't understand your

16     question.

17          BY MR. BENTLEY:

18     Q.   Yeah.   After Ms. Lopez's employment ended on

19  or about August 22, 2022, did you have any conversations

20  with Ms. Lopez about applying for any other positions

21  with the City of Tampa?

22     A.   No.   I don't think -- I don't think I talked

23  to her after she left.

24     Q.   Okay.   Do you know if Ms. Lopez applied for

25  any other positions besides the two that we did discuss

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

 1  today?

 2           MS. CARRION:  Object to form.

 3           THE WITNESS:  I don't know.

 4           BY MR. BENTLEY:

 5      Q.   One more question for you.  I'm going to

 6  switch it up.  You talked earlier about someone making

 7  the comment, ruining her career.

 8           Do you remember that?

 9      A.   Can you refresh my memory, please?

10      Q.   Yeah.  Did you remember anyone within the City

11  of Tampa saying that they were doing something to ruin

12  Ms. Lopez's career?

13           MS. CARRION:  Object to form.

14           THE WITNESS:  I don't think I would've said

15      those words.

16           BY MR. BENTLEY:

17      Q.   Did anyone say them to you?

18      A.   I don't -- I don't know.  I don't think so.  In

19  what context?

20      Q.   Did you believe any actions by the City of --

21  by anyone at the City of Tampa were doing something to

22  try to ruin Ms. Lopez's career?

23      A.   I believe that Jean did not want Scarlett to

24  work at the City.  And she indicated to me -- Jean

25  indicated to me that -- when I said she had an

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

 1  opportunity in Payroll, Jean said, not anymore, I saw to

 2  that.

 3      Q.   Okay.  And did you follow up on that?  That's

 4  what I want to make sure I understand.

 5      A.   Did I follow up on it?

 6      Q.   Yeah.  Follow up what she meant by that?

 7           MS. CARRION:  Object to form.

 8           THE WITNESS:  No.

 9           BY MR. BENTLEY:

10      Q.   Okay.  And you didn't follow up on that

11  because you were scared?

12      A.   No.

13           MS. CARRION:  Object to form.

14           BY MR. BENTLEY:

15      Q.   Scared she was going to do something for you

16  asking the question?

17      A.   Well, I -- I was treading lightly.

18      Q.   Did you feel, at that point in time around

19  August of 2022, that you had any reason to tread

20  lightly?

21      A.   No.  I just -- I just didn't want to insert

22  myself in the situation any more than I already had

23  been.  I wanted to be out of the process.

24      Q.   Okay.  Did you tell Ms. Duncan that, that you

25  wanted to be out of the process?

MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900      www.MILESTONEREPORTING.com      Toll Free 855-MYDEPOS

 1      A.   Once Scarlett left, the conversations died

 2  down, and I thought it was just going to go away.

 3      Q.   And did it go away when it comes to Ms. Lopez?

 4      A.   It -- it went away except for now we're here.

 5  But at -- when we were at the City, it -- it wasn't

 6  brought up again.

 7      Q.   Meaning Ms. Lopez?  Okay.  Or her employment?

 8      A.   Right.

 9           MR. BENTLEY:  Okay.  I have no further

10      questions.

11           MS. CARRION:  No cross, Counsel.

12           MR. BENTLEY:  All right.

13           THE REPORTER:  All right.  And, Ms. Carrion,

14      would you like to order at this time?

15           MS. CARRION:  No.  But we'll read.

16           THE REPORTER:  Read?

17           MS. NACCACHE:  Read.

18           THE REPORTER:  All right.  And, Ms. Naccache,

19      is your e-mail a good one to send it to?

20           MS. NACCACHE:  Yeah, that's fine.

21           MR. BENTLEY:  Man.  You did good on the

22      pronunciation, right?

23           MS. NACCACHE:  Naccache.  Yeah.

24           MR. BENTLEY:  You did pretty good.

25           MS. NACCACHE:  There's just no E on the end.

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900          www.MILESTONEREPORTING.com          Toll Free 855-MYDEPOS

1        MR. BENTLEY:  No E.  Okay.

2        MS. NACCACHE:  But yeah.  No.  That's fine.

3    Yeah.

4        MR. BENTLEY:  I'm pretty impressed.

5        THE REPORTER:  Ms. Carrion, are you ordering

6    at this time?

7        MS. CARRION:  No.  We'll read first.  Thanks.

8        THE REPORTER:  All right.

9        MR. BENTLEY:  I'll take -- I'll order.

10        THE REPORTER:  All right.  And is electronic

11    regular delivery okay with you?

12        MR. BENTLEY:  Yep.  Uh-huh.

13        THE REPORTER:  Perfect. And, Ms. McLeland,

14    would you also just have no order?

15        MS. MCLELAND:  Yeah.  No order.  Thank you.

16        THE REPORTER:  Perfect.

17        I'll get us off record.  One moment, please.

18        All right.  We are off the record.

19            (DEPOSITION CONCLUDED AT 4:17 P.M. ET)

20

21

22

23

24

25


MILESTONE | REPORTING  COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1                    CERTIFICATE OF OATH

2

3  STATE OF FLORIDA

4  COUNTY OF ORANGE

5

6       I, the undersigned, certify that the witness in the

7  foregoing transcript personally appeared before me and

8  was duly sworn.

9

10  Identification:  Produced Identification

11

12

13

14

15  _____

16          ISABELLA GARBUTT

17          Court Reporter, Notary Public

18          State of Florida

19          Commission Expires: 11/20/2027

20          Commission Number:  #HH466075

21

22

23

24

25



MILESTONE | REPORTING COMPANY
TOMORROW'S TECHNOLOGY TODAY
CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**
**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**

1                    C E R T I F I C A T E

2

3  STATE OF FLORIDA)

4  COUNTY OF ORANGE)

5

6        I, ISABELLA GARBUTT, Court Reporter and Notary

7  Public for the State of Florida at Large, do hereby

8  certify that I was authorized to and did report the

9  foregoing proceeding, and that said transcript is a true

10  record of the said proceeding.

11

12        I FURTHER CERTIFY that I am not of counsel for,

13  related to, or employed by any of the parties or

14  attorneys involved herein, nor am I financially

15  interested in said action.

16

17  Submitted on: June 4, 2024.

18

19

20

21        

22      _____

23              ISABELLA GARBUTT

24              Court Reporter, Notary Public

25

MILESTONE | REPORTING COMPANY

TOMORROW'S TECHNOLOGY TODAY

CORPORATE ORLANDO, FL 32801
JACKSONVILLE, FL 32256
TAMPA, FL 33602

407.423.9900        www.MILESTONEREPORTING.com        Toll Free 855-MYDEPOS

1                              ERRATA

2

3  PAGE       LINE                      CHANGE       REASON

4

5

6

7

8

9

10

11

12

13

14

15

16  I have read the entire transcript of my deposition taken

17  in the captioned matter or the same has been read to

18  me.I request that the following changes be entered upon

19  the record for the reasons indicated. I have signed my

20  name to the Errata Sheet and authorize you to attach the

21  changes to the original transcript.

22

23

24  _____    _____

25  Date                       NAME



**MILESTONE | REPORTING COMPANY**

TOMORROW'S TECHNOLOGY TODAY

CORPORATE **ORLANDO, FL 32801**
**JACKSONVILLE, FL 32256**
**TAMPA, FL 33602**

**407.423.9900**          **www.MILESTONEREPORTING.com**          **Toll Free 855-MYDEPOS**



**June 04, 2024**

**Sarah Naccache, Esquire**
Sass Law Firm
601 W Dr Martin Luther King Jr Blvd
Tampa, FL 33603-3449

RE:    Deposition of **Danni Jorgenson** taken on **5/23/2024**
        Scarlett Lopez v. City of Tampa

Dear Ms. **Naccache,**

## IMPORTANT NOTICE FOR DEPOSITION TRANSCRIPT READ AND SIGN

It is suggested that the review of this transcript be completed within 30 days of your receipt of this letter,

as considered reasonable under Federal Rules*.

\_\_\_     **Attorney - Copy of Transcript Enclosed:**  Signature of the Deponent is required.  Please have the deponent make any corrections/changes necessary on the Errata Sheet ONLY, sign name on the form where indicated.  Please return ONLY the original signed Errata Sheet to our offices within 30 days from the date of this memorandum.  If you have any questions, please call our offices.

\_\_\_     **Attorney - No Copy Ordered:**  Since you did not request a copy of the transcript, it will be necessary for the Deponent to call our offices to arrange for an appointment to read and sign the transcript of the Deposition within 30 days of this memorandum.

_x_     **Deponent:**  At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, attached please find a copy of the transcript and Errata Sheet.  Please read the transcript, make any corrections necessary on the Errata Sheet ONLY, sign the bottom of the Errata Sheet, and return it within 30 days from the date of this memorandum.  Please call our offices if you have any questions.

\_\_\_     **Deponent:**  At the time of your deposition, you did not waive your right to read and sign the transcript of your testimony, therefore, it is necessary for you to come to our offices to read and sign same.  Please call Milestone Reporting Company to arrange for an appointment at your earliest convenience.

\_\_\_     The attached executed copies of the Errata Sheet(s) are sent to you for your files.  If you have any questions, please call our offices.

Thank you for your attention to this matter.

No. 325857

cc:

Waiver:
I, Danni Jorgenson**,** hereby waive the reading and signing of my deposition transcript.

_____         _____

Deponent Signature                                Date

*Federal Civil Procedure Rule 30 (e) / Florida Civil Procedure Role 1.310 (e)

400 North Ashley Drive, Suite 2600      315 East Robinson Street, Suite 510      4651 Salisbury Road, 4th Floor
**TAMPA, FL 33602**           **ORLANDO, FL 32801**          **JACKSONVILLE, FL 32256**
**CORPORATE**
**WWW.MILESTONEREPORTINGCOMPANY.COM**