

Jan 5, 2022 at 11:02 PM

Hi Danni, I'm sorry for the late message. I am not feeling good at all and called my ob gyn. She advised that I come to the hospital. I didn't feel good today at work and made several trips to the bathroom and it didn't stop when I got home. I'm not sure I'll be in to work tomorrow.



**500987**

  

**Danni (personal)**

Jan 6, 2022 at 3:43 PM

Hi there! Just want to check in to see how you are doing. Hope you are getting better!

Hi Danni. I was admitted early this morning at around 4 am. I'm going to be able to go home tonight

That's good to hear! I hope you are feeling better!
Will you be up to coming into work tomorrow, or do you need another day at home?

Can I let you know once I get home? I will be taking alot of new medicine so I want to make sure I can handle it all. I'd like to take the sick day tomorrow Just to really rest some more though. The nausea really has kicked in and kicked my butt

Of course!

Take good care!!

500988

  
Thank you.. I really appreciate your understanding

I think we're still using those spreadsheets since Kronos is down, so i can just let Bertha know your schedule this week. No need to worry about trying to log in from home.

Ok sounds good

  
Jan 12, 2022 at 2:35 AM

> Danni I'm on my way to the E.R. Not doing good at all. I won't be into work. I will let you know what's going on later.

Jan 12, 2022 at 5:54 AM

Oh my gosh!! I hope everything is ok! Take care and keep me posted!

Jan 12, 2022 at 8:38 PM

> Hi Danni I'm still here at the hospital. They may let me leave later tonight I'm not sure because I haven't been able to hold anything down yet

I'm so sorry to hear that! That sounds miserable :( take good care of yourself!

**500990**

  
Jan 13, 2022 at 6:28 PM

Hi Danni, I left the hospital late this morning and went to see my obgyn in the afternoon. I had about 4 hours of relief and now back to feeling terrible again since about 2pm. I have a doctors note to be out tomorrow as well. I'll send it next.

**Work Release Form**

This notice verifies that your employee Scarlet V Lopez was seen in this facility today on 1/13/2022 (or on _____ if checked [ ___ ]). He/she may return to work on 1/16/2022 with the following restrictions:

None: [ ___ ]
No heavy lifting: [ ___ ] (over ___ ___ pounds)
No prolonged standing: [ ___ ]
Desk Work Only: [ ___ ]
Other: [ ___ ] (described below)

These restrictions apply through _____, After this date, your employee should be able to participate fully in work duties

**Be Advised:**

If symptoms continue and the employee is unable to perform the full duties of their job by this date, please advise the employee to make an appointment with your worker's comp physician. If that is not possible, the employee should see his or her own doctor or the referral doctor provided by us.

Physician or Nurse

Notes:

© 2000-2013 The Standard Company, LLC, 750 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Ok take good care!!!

  
Jan 17, 2022 at 1:46 PM

Hey there! Wanted to check in to see how you're feeling

> Hi. I went back to the ER Saturday night. I'm not doing good, I'm just throwing up whether I have something in my stomach or not. The nausea is constant day and night. Debilitating. I'll be at work tomorrow, but this is how I'm feeling.

I'm so sorry to hear that! That's terrible!
Can the ER doctors provide you with a note? Or maybe you can talk to HR?

(So you don't have to go to work)

> My OB may be able to give me something to give to HR. She's working on it and I'll give her a call tomorrow to see where that's at..

**500992**



Danni (personal)

I hope you start to feel better soon! Are you able to stay hydrated?
Some Dr offices are open today – maybe they can help sooner?



I try to drink but it just comes back out. I've lost about 8 lbs since all this started. The only relief I get is at the ER when I'm hooked up to fluids and medicine. I'm taking tons of medicine at home but it's not the same

I'll call her today, I just didn't think about it

That sounds serious. Keep me posted! So sorry you are feeling so badly



  

**Danni (personal)** ›

Jan 18, 2022 at 11:48 AM

Danni, I think you might be in a meeting.. I need to leave. I'm not feeling well at all. Been to the bathroom way too many times and I just cannot continue sitting here.

Ok take care!

Thank you

**500994**

  

Jan 19, 2022 at 10:00 PM

Hi Danni, I'm sorry I don't think I can come in tomorrow. I'm not ok. I'm trying not to go into the hospital again because of the wait time, and I want to see if I can go in to see my doctor tomorrow too.

I was thinking I should take some annual time in the meantime while my medical leave gets approved. My doctor has the paperwork ready. But HR takes time to approve. Approval can "take up to 4 weeks".

I'd like to take annual the rest of this week and next



Jan 20, 2022 at 6:47 AM

Of course! I'll let HR know your plan. You just take care of you!

Please let me know if there's anything i can do to help

500996

 

**Danni (personal)**

Jan 24, 2022 at 3:44 PM

Hi! How are you feeling??

Hate to bug you, but is there a time you or someone else can drop off your work phone and laptop? When you return to work in Mobility, we can get you set up with those using our cost center. Thank you!

Jan 24, 2022 at 5:15 PM

Hi Danni. I was in the hospital and released yesterday night. I just submitted the fmla and pregnancy related leave of absence today to HR. My doc called for it to be picked up today so that's why I just submitted. I'm not sure how or when I'll hear back. I'm also seeing my OB tomorrow for follow up from the hospital. I can try to see if someone can drop the laptop and work phone off for me. I can't drive

**500997**



Oh my gosh!  I'm so sorry to hear that you were in the ER again!! Please take good care and keep us posted. We are all thinking about you!

Thanks Danni

The laptop/phone aren't urgent. Just focus on yourself and your health  :)

Thank you, I'm trying

500998

 

Jan 28, 2022 at 10:58 AM

Hi Danni, I submitted all my paperwork to HR like I told you before but they came back and said I needed one more document filled out and notarized plus another document from my doctor. So I've been trying my hardest to do all of that this week so I can submit to them by today. It's just been hard. I was in the ER again and released yesterday. I think I will need to take another week of annual next week while HR approves my leave.

I'm so sorry you're dealing with all of this, Scarlett!
If you are in the ER, can't HR approve you to use sick time?
Take good care! We are all thinking about you!

500999

  

Yes I can request sick time but after 3 days I have to provide a doctors note. I don't spend 3 days at a time in the hospital fortunately and unfortunately at the same time... once I get the leave approves I do believe they will switch out all the annual I e used to sick leave. This has just been so hard.I and stressful. I think about my job.. I'm trying to do everything to figure this out and get better.


Feb 1, 2022 at 1:05 PM

Hey!  Wanted to check in to see how you're doing. We're all thinking about you!!

Feb 1, 2022 at 2:58 PM

Hey Danni. I was at my Dr's appointment earlier. I'm still struggling a lot with dehydration especially. I've been pretty much on bed rest and not doing anything at all.

I appreciate everyone thinking of me 🙏

  

Danni (personal)

Feb 4, 2022 at 9:18 AM

Good morning! Since today is timesheets day, I wanted to find out how we should enter your time. Any sick time or all annual leave?
How's the FMLA coordination going with HR?

Hi Danni, good morning. I will call to HR today and see where they are at on approving my fmla. As of right now all I know is that I successfully sent them everything they have requested. I will get back to you as soon as I talk to them.

Feb 4, 2022 at 11:46 AM

You are copied on an email from HR regarding my fmla. I believe I should do all sick time for my time taken off. And once the fmla is approved they will adjust the codes.

**501002**

  

Feb 6, 2022 at 11:11 PM

Hi Danni. Sorry for the late message, I have been bed ridden all day today but remembered that I had not gotten with you to talk about my attendance for this coming week. I'm sorry I just have been pretty out of it and so sick. I'll be seeing my doctor tomorrow to go over some tests that I had done at the hospital on Saturday. I hope to talk to you tomorrow to talk about my attendance and fmla update.

**501003**

  
Feb 13, 2022 at 1:25 PM

Hi Danni, Happy Sunday. I wanted to touch base with you and see if I can come in to the office tomorrow. Last two days have been a little "less horrible".. let me know if you have any objection.

I don't have any objections, but I defer to HR. I'm not sure how FMLA works. Would that jeopardize your long term leave?

But good news you're having some better days!

Hmm I'm actually not quite sure.. let me re-read the policy and see if I can do intermittently or if it has to be consecutive. I'll get back to you in that later today then 🙂
And yes thank goodness for better days. I need them.

501004



Feb 13, 2022 at 10:23 PM

> Hey Danni. I will have to clarify with hr tomorrow because it's definitely confusing to understand if I can take the time intermittently or not. Policy says yes but leave specialists original email says I have to take consecutive.

Feb 14, 2022 at 6:51 AM

Ok sounds good. Keep me posted :)

Feb 14, 2022 at 4:55 PM

> Hey Danni. HR says that if my doctor releases me back to work full duty, I can use the leave intermittently. But until then it has to be used consecutively. I can forward the email to you if you need to see it.

Ok sounds good!

501005

  
> Also Bertha called me to tell me that Jean and HR would like to meet with me on Friday at 2:30. Do you know what this is about?

Nope

Did you ask Bertha?

> She was vague and just said it's a discussion. I'm not feeling well today so I am stressing now wondering if it's a bad news meeting. I know I've been out a lot.

I'm sorry you're feeling stressed.  They didn't mention it to me.

> Ok

  

**Danni (personal)**

Fri, Mar 4 at 9:08 AM

Hi Danni. Happy Friday 🙂
I sent a doctors note to HR that
says I can return to work Friday
(today) but I didn't get a call from
HR until right now that they gave
me the green light to return as
well. They apologized for not
letting me know yesterday. So I
can return Monday if that's good
with you.

Fri, Mar 4 at 1:07 PM

Oh ok!  See you Monday :)

We are excited to have you back!

**501007**

  

Fri, Mar 25 at 5:43 AM

Hi Danni I'm in the hospital right now. My ob told me to come to the ER because I woke up in alot of pain and bleeding. I got really scared so I called her and she told me to go straight to the ER. I've been waiting about a half hour now.

Oh my gosh! That sounds so scary! Keep me posted!

501008


Sun, Mar 27 at 1:51 PM

> Hey Danni, I'm just getting home now from the hospital. Not wanting to get into a lot of detail at this moment but, I lost the baby Friday morning.
> Not only that, my back started acting up real bad during that process. I'm having real bad back spasms. I was given a few medications for both things. I'll be in bed resting the remainder of the day and night. I'm really not sure if I'll be able to go into work tomorrow.

Sun, Mar 27 at 7:03 PM

Oh Scarlett, I'm so sorry to hear that!

Sun, Mar 27 at 9:11 PM

> Yea it's been really sad for me to have this happen, especially after all Ive had to deal with being so sick, but I'm in so much back pain right now it's really all I'm thinking of. Sorry for the late message by the way.

**501009**



Danni (personal)

Mon, Mar 28 at 10:13 AM

How are you doing today?

Hi. Maybe like 10% better from my back. The other stuff... still bleeding and crampy/bloated. I'm doing everything I can do so my back can feel better by tomorrow. Taking medicine, laying down, heat packs, ice packs. I don't want to miss anymore work.

☹️ understandable. I'm so sorry you are going through all of this ❤️

Thank you for checking on me. Really appreciate it 🙂