Messages - +18138576550

> 1/10/22 10:46:41 AM EST

**Ok I'll chat with her.**

> 1/10/22 10:31:19 AM EST

> Bertha says she took Scarlett off of my email access early last week.... 😞

> 1/10/22 10:22:32 AM EST

**Thanks!**

> 1/10/22 10:03:52 AM EST

>  please let Scarlett know that she can eliminate any support to me from her workload. She should focus her time to TED and that way you can monitor her workload. Thanks!!

> 1/10/22 9:46:41 AM EST

[redacted]

> 1/10/22 9:31:27 AM EST

**Good morning ☀️ I hope you had a wonderful weekend!!
I wanted to get an idea for how much work Scarlett is still doing for you - she said she is still monitoring your emails. Anything else? We're going to start giving her some tasks :)**

> 1/6/22 10:21:19 AM EST

> Thanks!!!

> 1/6/22 10:21:12 AM EST

**I'll pop up!**

> 1/6/22 10:20:58 AM EST

> I'll call right back or maybe you can pop up here?

> 1/6/22 10:07:09 AM EST

> Hi Danni- please give me a call when convenient. Thanks.

> 11/29/21 1:49:18 PM EST

**Thank you! 😊**


EXHIBIT 2

501484

1/24/22 5:22:52 PM EST



1/24/22 3:58:22 PM EST

Sent her a text. I'll report back

1/24/22 3:44:26 PM EST

I sure can.

1/24/22 3:43:12 PM EST

> Hi Danni- can you ask Scarlett to turn in her cell phone and lap top?

1/13/22 10:04:13 AM EST

Sounds good! Brandie has been tracking public comment from TPO board and committees.
I can schedule the meeting since Scarlett and Sharon are out sick

1/13/22 10:02:55 AM EST

> Let's talk about the noise wall next week. I'll get a meeting with you and Vik, and me.

1/13/22 9:44:46 AM EST

> Ok. 👍

1/13/22 9:44:41 AM EST

Riverwalk

                                                      Text message
                                           3/4/22 9:55:29 AM EST

**I'm outside of the locked door - I don't think there's anyone answering. :)**

                                                   3/4/22 9:38:02 AM EST



                                                   3/4/22 9:35:53 AM EST

**I'll see you then**

                                                 3/4/22 9:31:25 AM EST

> Hi Danni - I put a 10 am meeting on our calendars. Topic is SL

                                                 2/17/22 11:41:43 AM EST

**The Chief of Staff inspired us to put up this quote on our floor :)**

                                                 2/17/22 11:41:43 AM EST



                                                 2/14/22 2:23:34 PM EST

**Will do!**

                                                 2/14/22 2:23:12 PM EST

> Danni- please send any recent text messages from Scarlett to Kimberly Sullivan. I met with HR today. Thanks!