**From:** Jean Duncan <Jean.Duncan@tampagov.net>
**Sent time:** 02/04/2022 12:50:07 PM
**To:** Bertha Mitchell <Bertha.Mitchell@tampagov.net>; Danni Jorgenson <Danni.Jorgenson@tampagov.net>
**Subject:** RE: PRIORITY - Scarlett Lopez' Time and Attendance
**Attachments:** image001.png  image003.jpg  image004.jpg  image005.jpg

This Nurse note has no letterhead or details. We also don't retrofit FMLA annual time.... Something seems amiss.
Jean

**Jean W. Duncan, P.E.**
Infrastructure and Mobility Administrator
City of Tampa / 306 East Jackson Street, 8 North / Tampa, Florida 33602
p: (813) 274-8045 / e: jean.duncan@tampagov.net

*Please Note: This email is public record.*



**From:** Bertha Mitchell <Bertha.Mitchell@tampagov.net>
**Sent:** Friday, February 4, 2022 10:30 AM
**To:** Danni Jorgenson <Danni.Jorgenson@tampagov.net>
**Cc:** Jean Duncan <Jean.Duncan@tampagov.net>
**Subject:** RE: PRIORITY - Scarlett Lopez' Time and Attendance
**Importance:** High

Hi Danni,

This note only excuses Scarlett through 01-16-22. I think we must request an additional note(s) excusing her from work until approval of her FMLA request. The weeks/pay period in question are: 01-18-22 - 01-22-22 & 01-23-22 – 02-05-22. Please advise if you have note(s) for the periods in question. I'm also inquiring of our Employment Services Specialist. Thank you. Bertha

**Bertha M. Mitchell**
Supervisor, Mobility Department
City of Tampa / 3802 East 26th Avenue / Tampa, Florida 33605
p: (813) 274-8058 / c: (813) 557-2134 / e: Bertha.Mitchell@tampagov.net

*Please note: This email is public record.*



**From:** Danni Jorgenson <Danni.Jorgenson@tampagov.net>
**Sent:** Friday, February 04, 2022 9:25 AM
**To:** Bertha Mitchell <Bertha.Mitchell@tampagov.net>
**Cc:** Jean Duncan <Jean.Duncan@tampagov.net>
**Subject:** RE: PRIORITY - Scarlett Lopez' Time and Attendance

Good morning Bertha,

Scarlett sent me a text message that said she thinks she can use all annual time, and then once FMLA is approved, she thinks HR will retroactively switch her annual leave to sick leave. Attached is the most recent doctors note she sent to me which I shared with Rebecca Carr. Scarlett said that she submitted everything to HR for their review for FMLA.

I sent her a follow-up text to confirm.

Thanks,

**Danni Jorgenson, P.E., AICP**
Chief Transportation Planning Engineer, Mobility Department
City of Tampa / 306 E. Jackson Street, 6E / Tampa, Florida 33602
p: (813) 274-3279 / c: (813) 417-0218 / e: danni.jorgenson@tampagov.net

*Please note: This e-mail is public record.*



**From:** Bertha Mitchell <Bertha.Mitchell@tampagov.net>
**Sent:** Friday, February 4, 2022 9:15 AM
**To:** Danni Jorgenson <Danni.Jorgenson@tampagov.net>
**Cc:** Jean Duncan <Jean.Duncan@tampagov.net>
**Subject:** PRIORITY - Scarlett Lopez' Time and Attendance
**Importance:** High

501081



EXHIBIT 3

Good Morning Danni,

Please advise if Scarlett was out of the office this entire pay period: 01-23-22 – 02-05-22. If so, please advise if we should submit a "Sick Leave" request in KRONOS rather than "Annual Leave". Also, did she provide you with substantiation for this request? If so, please provide me with a copy. Please see the snip of her "Sick Leave" balance. Thank you. Bertha

| T-Sick | 129.7 | Hour | Sat 1/01 - Sat 12/31 | 134.3 | 129.7 |

**Bertha M. Mitchell**
Supervisor, Mobility Department
City of Tampa / 3802 East 26th Avenue / Tampa, Florida 33605
p: (813) 274-8058 / c: (813) 557-2134 / e: Bertha.Mitchell@tampagov.net

*Please note: This email is public record.*

501082