Bertha,

Please see about reassigning Scarlett in KRONOS to Danni. Now that she is in a temp position, that should not be a problem as it was before. Thanks!

Jean

**Jean W. Duncan, P.E.**
Infrastructure and Mobility Administrator
City of Tampa / 306 East Jackson Street, 8 North / Tampa, Florida  33602
p: (813) 274-8045 / e: Jean.duncan@tampagov.net

*Please Note:  This email is public record.*



**From:** Danni Jorgenson <Danni.Jorgenson@tampagov.net>
**Sent:** Tuesday, March 15, 2022 3:22 PM
**To:** Jean Duncan <Jean.Duncan@tampagov.net>; Bertha Mitchell <Bertha.Mitchell@tampagov.net>
**Subject:** RESTRICTED FW: FMLA NOTIFICATION - Scarlett Lopez 71894

Jean and Bertha,

Since I am not officially Scarlett's supervisor, please find FMLA information.

Thanks,

**Danni Jorgenson, P.E., AICP**
Transportation Engineering Manager, Mobility Department
City of Tampa / 306 E. Jackson Street, 6E / Tampa, Florida 33602
p: (813) 274-3279 / c: (813) 417-0218 / e: danni.jorgenson@tampagov.net





EXHIBIT

5

**From:** Caterial Carver <Caterial.Carver@Tampagov.net>
**Sent:** Tuesday, March 15, 2022 1:37 PM
**To:** Danni Jorgenson <Danni.Jorgenson@tampagov.net>
**Subject:** FMLA NOTIFICATION - Scarlett Lopez 71894

# Secure Delivery

The following file(s) have been sent to you from
Caterial.Carver@Tampagov.net

FMLA Notification - Lopez, Scarlett 71894.docx     170.91 KB

## 501154

Download Files