

**City of Tampa**
Jane Castor, Mayor

**Infrastructure and Mobility Administration**
Jean W. Duncan, P.E., Administrator
306 East Jackson Street, Executive Offices
Tampa, Florida 33602

Office (813) 274-8029
Fax: (813) 274-8901

TO: Scarlett Lopez, Senior Executive Aide

FROM: Jean Duncan, Administrator of Infrastructure and Mobility

DATE: August 22, 2022

This letter is provided to notify you of the decision that you may not continue your position with the City of Tampa. As an appointed unclassified employee, your position is "at will" and does not include continued employment except at the discretion of the City.

Your last working day in the office is today, August 22, 2022. However, your last day of employment will be Friday, September 2, 2022. Your pay will continue through September 2, 2022. Your benefits will remain through September 30, 2022.

Thank you for your service to the City of Tampa.



tampagov.net

500126