c 8/31/2022 AC

FM

3 pts / 12 cat. = 3 x .6 = 1.82



I.D. # 71894
Pay Cycle B1
RE. Total Pts 36
Personnel Assist Paul Carelline

# CITY OF TAMPA
# ADMINISTRATIVE SUPPORT EMPLOYEES
# PERFORMANCE EVALUATION

Employee Name (Last, First, MI): Lopez, Scarlett

Class Title: Senior Executive Aide

Department/Division: Infrastructure and Mobility

Date Employed This Position: 4/19/2020

Type Evaluation:  ☐ Annual    ☐ Probationary    ■ Other

Number Months Supervised: 0

Period Covered by Evaluation: From 1/3/2022 TO 4/19/2022

Rater: Danni Jorgenson, PE, AICP
(Please Print Clearly)

INSTRUCTIONS: Inside are a number of performance categories. After reviewing the documentation, check the rating that best fits the employee's performance. You must enter comments describing the factual basis of the ratings. Additional documentation may be attached if necessary.

EVAL-A (4/04)

500071

EXHIBIT 7

The following information is provided to raters to assist in the process of determining the proper rating for each category in the performance evaluation. You should select the rating that best describes the employee's overall level of performance

**1. KEYBOARD/DATA ENTRY SKILLS:** How well does the employee prepare required material such as correspondence, reports and technical documents? Consider the time required, neatness, accuracy, and formatting.

- [ ] **Outstanding:** (5) Prepares even the most complex and technical materials quickly and in the most appropriate format, without errors, etc. Requires minimal instructions. Is highly skilled in the use of equipment/software.
- [ ] **Excellent:** (4) Prepares materials, including technical documents, faster than average and in the proper format. Does not require detailed instructions. Skilled in the use of equipment/software.
- [x] **Fully Meets Expectations:** (3) Prepares materials with reasonable accuracy and speed. Requires normal instructions. Moderately proficient in the use of equipment/software.
- [ ] **Below Expectations:** (2) Some difficulties with speed, accuracy or formatting ability. Usually requires detailed instructions, especially for other than basic or routine assignments. Not fully capable in terms of using equipment/software.
- [ ] **Poor:** (1) Work consistently below standards in terms of speed, accuracy and use of proper format. Has difficulty correctly understanding even routine instructions. Has only an elementary operational ability relative to equipment/software.

Comments: _____

**2. RECORDING DATA/INFORMATION:** How effective is the employee in recording, transcribing, and processing data and information? Shorthand skills, if required, should be considered in terms of the ability to reconstruct an accurate transcript

- [ ] **Outstanding:** (5) Never makes errors in recording information including the most complex subjects and situations (messages, notes, etc.) Able to transcribe notes or minutes quickly and reconstruct a detailed and accurate transcript of meetings, conferences, etc.
- [ ] **Excellent:** (4) Rarely makes even a minor error in recording information, even on complex matters. Transcribes notes or minutes accurately and reconstructs accurate and detailed accounts of meetings, conferences, etc.
- [x] **Fully Meets Expectations:** (3) Makes an occasional error in recording information but usually not serious. May have some difficulty getting complete information on complex matters. Prepares reasonably accurate transcripts and accounts of meetings, conferences, etc.
- [ ] **Below Expectations:** (2) Makes frequent errors some serious, in recording information either by incorrectly recording or leaving information out Has serious difficulty with complex information. Transcripts are usually somewhat sketchy and may require thorough review and revision in order to be acceptable as permanent records.
- [ ] **Poor:** (1) Unreliable in recording information. Leaves out important data and prone to record information incorrectly or incompletely. Unable to handle complex information Produces transcripts that are inadequate and unacceptable Cannot be effectively utilized in this capacity.

Comments: _____

**3. FOLLOWING INSTRUCTIONS:** What is the employee's ability to correctly follow written and verbal instructions regarding work to be done?

- [ ] **Outstanding:** (5) Understands instructions quickly and correctly, including the implications for flexibility, to the extent that if problems are encountered is able to immediately adjust in the appropriate manner. Does not ever require interpretation or re-explanation unless there is a flaw in the instructions
- [ ] **Excellent:** (4) Understands instructions quickly and correctly May require limited assistance if problems are encountered but is then able to quickly proceed. Rarely requires interpretation or re-explanation except when there is a problem with the instructions themselves
- [x] **Fully Meets Expectations:** (3) Usually understands instructions, requiring further explanation only for more difficult matters. Sometimes may not read written instructions clearly the first time Tendency to want to discuss instructions more for reassurance than from inability to understand
- [ ] **Below Expectations:** (2) Needs careful explanation of complex instructions, sometimes misunderstands even basic routine directions. Some limitations in reading ability or ability to correctly comprehend written materials. Usually requires discussion of instructions prior to starting.
- [ ] **Poor:** (1) Requires considerable explanation of instructions and frequently checks with supervisor during the course of the work. Frequently misunderstands even basic routine directions. Serious reading ability and comprehension limitations to the extent that communicating instructions in writing is always a problem.

Comments: _____

**4. REASONING AND PROBLEM SOLVING:** What is the employee's level of ability in pursuing a logical line of inquiry and reaching logical conclusions? How effective are the solutions?

- [ ] **Outstanding: (5)** Exceptional ability to think through problems and reach sound decisions in virtually all situations. Foresees implications and consequences of various courses of action with exceptional accuracy. Decisions made are consistently proven to be both effective and efficient.
- [ ] **Excellent: (4)** Demonstrates above average ability to understand problems and determine appropriate courses of action. Accurately anticipates most consequences. Usually reaches conclusions and decisions that prove to be sound.
- [x] **Fully Meets Expectations: (3)** Displays generally sound reasoning ability. May at times have difficulty with more complex problems and may sometimes fail to accurately anticipate consequences. Usually reaches decisions that are acceptable although they may also not be as comprehensive as is desired.
- [ ] **Below Expectations: (2)** Somewhat limited in problem solving ability, especially with regard to anticipating somewhat obvious consequences. Has difficulty with moderately complex problems. Sometimes reaches conclusions that are at odds with the facts. Decisions must usually be reviewed by supervisor and sometimes substantially revised.
- [ ] **Poor: (1)** Has weak analytical skills, does not have the ability to organize information and make sound decisions beyond the most basic matters. Judgement is regarded as unreliable and employee is allowed virtually no authority in this regard.

Comments: _____

**5. PROOFREADING:** How effective is the employee at proofing their own, and if required, the work of others? This includes identifying and correcting typographical errors as well as grammar, format and content.

- [ ] **Outstanding: (5)** Always catches and corrects even the smallest and most specialized errors, including those of others when their work comes to employee's attention. Ability includes typographical, spelling, grammar, punctuation and format. Never submits final copies that require change for this reason.
- [ ] **Excellent: (4)** Very rarely submits a final copy that requires correction and even then it is usually for minor reasons. As a rule identifies and corrects such errors.
- [x] **Fully Meets Expectations: (3)** Occasionally submits final products that contain errors in spelling, punctuation, grammar or format. Is usually reliable in identifying and correcting same but work must usually be proofed before final acceptance.
- [ ] **Below Expectations: (2)** Somewhat inefficient in identifying errors that require correction. Unable to identify certain problems such as unusual spellings, specialized formats or uncommon punctuation. Work must usually be carefully proofed by originator.
- [ ] **Poor: (1)** Unreliable in checking for errors and related problems. Unable to identify even some common errors and demonstrates minimal interest in checking work before submission. Work requires careful checking and may frequently have to be checked several times in succession before an acceptable product results.

Comments: _____

**6. INTERPERSONAL SKILLS:** Ability to get along with co-workers and the general public and the ability to establish and maintain effective working relationships.

- [ ] **Outstanding: (5)** Extremely successful in working with others. Avoids friction and helps resolve conflict when it occurs, even between others. Helpful and courteous to all, superior public relations skills.
- [ ] **Excellent: (4)** Very effective in working with others and considering their needs and feelings. Friendly and courteous, good public relations ability. Avoids friction and acts to resolve conflict when problems arise.
- [x] **Fully Meets Expectations: (3)** Generally successful in working with others, seen as cooperative, meets normal expectations for courtesy and tact. Usually acts in time to prevent conflicts from becoming serious.
- [ ] **Below Expectations: (2)** Has limited success in working with others. Sometimes seen as uncooperative, has difficulty relating to certain people. May allow conflict to evolve into a serious incident on some occasions.
- [ ] **Poor: (1)** Shows little interest or ability in getting along with others. Viewed as a loner, may be deliberately rude or provocative on some occasions. Exhibits strong dislikes toward certain individuals or types of people. May be repeatedly involved in serious confrontations with others.

Comments: _____

500073

7. **COMMUNICATION SKILLS:** How effective is the employee in verbal and written communications? Consider this at the level of complexity appropriate for the position.

- [ ] **Outstanding: (5)** Exceptional ability to present even the most complex information clearly, whether verbally or in writing. Understands verbal information and instructions accurately and without difficulty. Able to adapt to different audiences and individuals easily.
- [ ] **Excellent: (4)** Strong ability to present complex information clearly and effectively to the intended audience, whether verbally or in writing. Written materials may occasionally require minor revision. Usually understands instructions without need for additional clarification.
- [x] **Fully Meets Expectations: (3)** Good ability to communicate most information clearly to the intended audience, both verbally and in writing. Less effective with more complex material. Written communications may require some review and revision. Understands instructions correctly with only a moderate need for additional explanation.
- [ ] **Below Expectations: (2)** Limited ability to communicate information clearly to the intended audience, whether verbally or in writing. Generally effective with basic information. Written materials usually require revision. May require considerable explanation of instructions.
- [ ] **Poor: (1)** Serious inability to communicate effectively, even in regard to basic information. Written material usually unacceptable. Has difficulty correctly understanding instructions even with considerable explanation.

Comments: _____

8. **ATTITUDE TOWARD THE JOB:** Includes interest in the work, desire to produce quality work, and willingness to put in extra effort.

- [ ] **Outstanding: (5)** Consistently exceeds expectations; always seeks out additional challenging work. Extremely efficient in use of time and strives constantly to meet the very highest quality standards.
- [ ] **Excellent: (4)** Frequently exceeds expectations, very willing to do extra work when time is available. Very efficient in use of time and strives for quality production.
- [x] **Fully Meets Expectations: (3)** Routinely meets and sometimes exceeds expectations; accepts extra work when assigned. Generally efficient in use of time and acknowledges the importance of high standards but does not always achieve.
- [ ] **Below Expectations: (2)** Has difficulty meeting expectations consistently; usually unable to accept extra work because of this. Somewhat inefficient in use of time and may not recognize high standards as particularly important.
- [ ] **Poor: (1)** Unable to meet normal expectations; impractical to consider for extra work assignments given present circumstances. Inefficient in use of time and is not concerned with quality standards

Comments: _____

9. **ATTITUDE TOWARD SUPERVISION:** Ability to accept supervision including positive response to constructive criticism

- [ ] **Outstanding: (5)** Highly enthusiastic regarding job and department. Actively supports department and city policies. Makes the best of any work assignment. Reacts positively to supervision and constructive criticism. Works to improve the image of the department.
- [ ] **Excellent: (4)** Enthusiastic toward job and department. Supportive of policies. Does not complain, responds well to supervision and constructive criticism. Concerned with the image of the department.
- [x] **Fully Meets Expectations: (3)** Generally satisfied with the job. Rarely complains or reacts negatively to supervision or constructive criticism. Shows some modest concern with image of department.
- [ ] **Below Expectations: (2)** Somewhat disinterested in the job, may feel it is somewhat below his/her dignity. Somewhat of a complainer, openly dislikes certain assignments. May react negatively to constructive criticism.
- [ ] **Poor: (1)** Has a negative attitude toward the job, not supportive of department or city policies. Known as a complainer, strongly dislikes certain assignments or aspects of the work. Has negative attitude toward supervision and reacts strongly to constructive criticism.

Comments: _____

500074

**10. CONDUCT:** Conformance to accepted standards of behavior and dress, conduct off the job that bears directly on job performance.

- [ ] **Outstanding:** (5) Always reports for work in fully appropriate dress for the work to be done including required work and safety equipment. Always well groomed, personal hygiene fully satisfactory. Presents an excellent impression both on and off the job.
- [ ] **Excellent:** (4) Reports for work in appropriate dress including work and safety equipment. Grooming and personal hygiene good. Presents a good impression on and off the job.
- [x] **Fully Meets Expectations:** (3) Occasionally may report for work in less than completely appropriate dress or without a piece of equipment. Hygiene generally acceptable. Presents a satisfactory image on and off the job.
- [ ] **Below Expectations:** (2) Regularly reports for work inappropriately dressed and/or without required equipment. Hygiene needs improvement and might be disruptive at times. Does not present an especially positive image of a city employee.
- [ ] **Poor:** (1) Usually reports to work improperly dressed or without equipment. Hygiene seriously deficient and frequently offensive to others. Presents a negative image as a city employee.

Comments: _____

**11. DISCIPLINARY HISTORY:** What has been this employee's experience with regard to disciplinary actions? Note that disciplinary actions only within the evaluation period are to be considered. Prior history should be considered only where it clarifies events during the evaluation period.

- [ ] **Outstanding:** (5) Absolutely reliable and dependable even in the complete absence of supervision. Has no disciplinary history including even the mildest form of verbal counseling. Requires minimal supervision. Has received written or verbal commendations for exemplary conduct.
- [ ] **Excellent:** (4) Highly reliable and dependable in the absence of supervision. Has no disciplinary history including verbal warnings. May have been commended for good conduct.
- [x] **Fully Meets Expectations:** (3) Generally reliable in the absence of supervision, requires normal supervision. May have received no more than one verbal warning which resulted in immediate correction of the problem.
- [ ] **Below Expectations:** (2) Has received two or more verbal warnings which have resulted in less than the desired improvement. Often requires close supervision and may be somewhat unreliable in the absence of supervision.
- [ ] **Poor:** (1) Has committed major infractions resulting in suspension or demotion without producing the desired improvement. Requires close supervision and is known to be unreliable in the absence of same.

Comments: _____

**12. USE OF LEAVE:** How appropriate has the employee's use of leave been? Consider total use of sick leave, patterns of sick leave suggesting abuse, special restrictions that have been placed on sick leave use, advance scheduling of annual leave, etc.

- [ ] **Outstanding:** (5) Is always on time for work, never late or absent on short notice with the rare exception of the most serious emergency circumstances. Is available for work on an emergency basis whenever necessary. Leave is always planned in advance and employee is always willing to revise leave requests in response to organizational needs.
- [ ] **Excellent:** (4) Rarely late as much as a minute or two and does not call in sick on short notice except under unusual emergency circumstances. Rarely leaves work early and does so only for true emergencies. Usually available for extra work when necessary. Leave is well planned and employee is usually willing to make adjustments when required.
- [x] **Fully Meets Expectations:** (3) May have been slightly tardy twice, up to ten minutes each time. Sometimes gives short notice on illness or personal emergencies, may occasionally leave work early for similar reasons. Planned leave is handled appropriately although is somewhat reluctant to make adjustments once requests are submitted. Occasionally, absences slow down productivity of unit.
- [ ] **Below Expectations:** (2) Somewhat excessive tardiness, may have been counseled or given a written warning on this. High incidence of absences on short notice. Excessive use of sick leave, may be on show cause, absences have adversely affected unit productivity.
- [ ] **Poor:** (1) Frequent lateness and absences cause scheduling and production problems. Has been disciplined without any significant improvement. Leave balances exhausted, is on show cause for sick leave, frequently must use "X" time.

Comments: _____

Recommended for Step Increase? ☐ No ☒ N/A ☐ Yes    Effective Date: 4/19/2022

Total Points: 36    # Categories Rated: 12    Average Rating: 3

See ATU Agreement, Article 21.

Rater's Signature: *Digitally signed by Danni Jorgenson, PE, AICP. Date: 2022.08.02 12:36:52 -04'00'*    Title: Transportation Eng. Mgr    Date: 8/2/2022

**EMPLOYEE'S ACKNOWLEDGMENT:** I understand that it is my right, if I wish to do so, to enter my comments on this form or to submit a written statement regarding this evaluation within two (2) working days after discussion with my immediate supervisor. I have read this evaluation of my work and have discussed it with my supervisor.

☒ I agree with this evaluation    ☐ I disagree with this evaluation

Employee's Comments: Per direction from the City's Human Resources team, Danni's "neutral evaluation" seems fair for the most part of the categories evaluated

Employee's Signature: [signature]    Date: 8/10/2022

Reviewer's Comments: For the majority of the period between January 3, 2022 and April 19, 2022 for which Scarlett was temporarily reassigned to the Transportation Engineering Division, Scarlett was out of office on an approved, extended absence using accruals. Because of her extended absence during the review period, I do not feel as though I can adequately complete a performance evaluation. Per direction from the City's Human Resources team, I am providing a "Neutral Evaluation," and I therefore indicated that Scarlett fully meets expectations for each category.

*Digitally signed by Dann Jorgenson, PE, AICP. Date: 2022.08.02 12:37:19 -04'00'*    Date: 8/2/2022    ☒ I concur with this evaluation    ☐ I do not concur with this evaluation

Department Director's Comments:

Department Director's Signature: [signature]    Date: 8-12-22    ☒ I concur with this evaluation    ☐ I do not concur with this evaluation

500076

Scarlett Lopez 71894

| From | TO | # of Months | Overall Score | # of 12s | Total Score | |
|---|---|---|---|---|---|---|
| 4/19/2021 | 1/2/2022 | 0 Years, 8 Months, 14 Days | 27 | 8/12 | 18.0 | Admin |
| 1/3/2022 | 4/19/2022 | 0 Years, 3 Months, 16 Days | 36 | 4/12 | 12.0 | Admin |
| | | | | **Weighted Score** | **30.0** | |
| | | | | Divided by 12 | 2.5 | |
| | | | | Below Expectations | | |

**500077**