| From: | Danni Jorgenson <Danni.Jorgenson@tampagov.net> |
|---|---|
| Sent time: | 08/08/2022 08:28:27 PM |
| To: | Vik Bhide <Vik.Bhide@tampagov.net> |
| Subject: | FW: Step 4 Grievance Response |
| Attachments: | image001.png   image002.jpg |

**Danni Jorgenson, P.E., AICP**
**Transportation Engineering Manager, Mobility Department**
City of Tampa / 306 E. Jackson Street, 6E / Tampa, Florida 33602
p: (813) 274-3279 /  c: (813) 417-0218 / e: danni.jorgenson@tampagov.net



**From:** Jean Duncan <Jean.Duncan@tampagov.net>
**Sent:** Wednesday, August 3, 2022 4:25 PM
**To:** Rebecca Carr <Rebecca.Carr@tampagov.net>; Kimberley Sullivan <Kimberley.Sullivan@tampagov.net>
**Cc:** Danni Jorgenson <Danni.Jorgenson@tampagov.net>; Bertha Mitchell <Bertha.Mitchell@tampagov.net>
**Subject:** RE: Step 4 Grievance Response

I strongly object to a partial "granting of the grievance". I was not consulted at all on this decision, and a hallway convo with Becca about this did not mention that at all. This employee has been over paid as an AU5 for 8months, and the entire idea of a temporary assignment was portrayed by HR as just that, a Temporary situation. The interviewing and hiring aspect of this position has also been fraught with mis-steps.

The only action that will improve the evaluation of this employee is for an appropriate effort to be made to do the lower level job that she is now assigned to. I am very disappointed in how this process has unraveled.

**Jean W. Duncan, P.E.**
**Infrastructure and Mobility Administrator**
City of Tampa / 306 East Jackson Street, 8 North / Tampa, Florida 33602
p: (813) 274-8045 / e: jean.duncan@tampagov.net

*Please Note: This email is public record.*



**From:** Rebecca Carr <Rebecca.Carr@tampagov.net>
**Sent:** Wednesday, August 3, 2022 4:12 PM
**To:** Scarlett Lopez <Scarlett.Lopez@tampagov.net>
**Cc:** Jean Duncan <Jean.Duncan@tampagov.net>; Danni Jorgenson <Danni.Jorgenson@tampagov.net>
**Subject:** Step 4 Grievance Response

Scarlett-

Please find the attached step 4 response to your grievance.

Thank you.

Becca

**Rebecca Carr**
**Employee Relations Specialist**
City of Tampa / 306 E. Jackson Street, 5N / Tampa, FL 33602
p: (813) 274-8168/ c: (813) 310-5609/ e: rebecca.carr@tampagov.net
Visit us on the web at www.tampagov.net

**500772**



EXHIBIT B