CITY OF TAMPA

CIVIL SERVICE LAW

CHAPTER 24927, LAWS OF FLORIDA,

AS AMENDED TO

JULY 1, 1981

Z3.    PERSONNEL MANUAL

Issued 11/29/82



Exhibit 9
Jorgenson
Date 5/28/24

500427

INDEX

|  | SECTION |
|---|---|
| Approval of City Employees; Classification | 12 |
| Civil Service Board; Continuation of Existing Board Terms and Election of Future Members | 2 |
| Civil Service Board, Creation; Membership | 1 |
| Civil Service Board, Employment of Personnel | 10 |
| Civil Service Board, Organization; Selection of Chairman and Vice-Chairman | 4 |
| Civil Service Board, Powers; Subpoena; Quorum; Contempt | 7 |
| Civil Service Board, Qualifications | 5 |
| Civil Service Board, Removal; Procedure | 6 |
| Civil Service Board, Reports to Mayor and City Council | 8 |
| Civil Service Board, Salary | 9 |
| Civil Service Board, Vacancies; Method of Filling | 3 |
| Compliance with Rules of Board; Legal Action by Same | 24 |
| Discharge; Suspension; Hearing; Procedure; Appeal; Basis | 21 |
| Effective Date of Act | 26 |
| Eligible List, Filling Vacancies | 14 |
| Employees to Retain Position and Status | 23 |
| Excessive Employees; Discharge; Demotion; Priority in Reemployment | 18 |
| Political Activity of Officers and Employees; Coercion Of Votes and Moneys Prohibited; Penalty | 22 |
| Preference to Veterans | 15 |
| Probation; Discharge; Reduction; Permanent Status | 17 |
| Promotion of Employees; Basis; Preference, Exceptions | 16 |
| Removal of employees for Certain Reasons | 19 |

500428

INDEX

|  | SECTION |
|---|---|
| Repeal of Conflicting Laws | 25 |
| Right to Organize | 20 |
| Rules and Regulations - Adoption and Amendment, Administration and Enforcement | 11 |
| Selection of Employees; Purpose; Examination; Eligible List Establishment | 13 |

500429

**Section 1. <u>Civil Service Board - Creation; Membership</u>.**

A Civil Service Board for the City of Tampa, Florida, is hereby created to be composed of five (5) members, three (3) of whom shall be appointed by the Mayor of said City, and two (2) of whom shall be appointed by the City Council of said City by Resolution. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 63-1978; Ch. 65-2314; Ch. 81-496).

**Section 2. <u>Continuation of Existing Board Terms and Election of Future Members</u>.**

Each of the appointed members serving on the Board on the effective date of this Act shall continue to serve for the term to which originally appointed. At the expiration of the term of each appointed member of the Board so constituted, and of each future appointive member, respective successors shall be appointed for terms of three (3) years each. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 81-496).

**Section 3. <u>Vacancies; Method of Filling</u>.**

Whenever a vacancy occurs in the membership of the Civil Service Board, whether caused by death, resignation, disqualification, or otherwise, such vacancy shall be filled for the unexpired term of such member in the same manner as hereinabove provided for the periodic appointment of members of the board, observing that method applicable to the vacancy occurring. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 63-1978; Special Acts, Ch. 81-496).

500430

**Section 4. Organization; Selection of Chairman and Vice-Chairman.**

In January of each year, the Board shall organize by electing a chairman, and a vice-chairman from among its members, to hold office until the appointment and qualification of a successor at the next organization meeting of said Board. In the event the office of the Board member who shall be chairman shall become vacant, a new chairman shall be elected by the Board immediately after such vacancy shall be filled. The Board shall meet as necessary to handle its duties and functions. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 81-496).

**Section 5. Qualifications.**

Any qualified voter residing in the City of Tampa, Florida, other than a City employee, shall be eligible to hold office as a member of the Civil Service Board, provided, however, that no person who has been convicted of a felony shall be eligible. Nothing contained in this Act shall prohibit any Civil Service Board member from being reappointed to such office. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 63-1978; Ch. 81-496).

**Section 6. Removal; Procedure.**

(A)    Violation of any trust of any members of the Civil Service Board, or any act of malfeasance, misfeasance, neglect of duty, permanent inability to perform the duties of this office, or conviction of a felony shall be grounds for the member's removal.

(B)    The Mayor may, by executive order, stating the grounds and filed with the Clerk of the City of Tampa, suspend from office any member of the Civil Service Board of the City of Tampa for any of the offenses enumerated in Section 6 (A) of

500431

this Act. The suspended member may at any time before removal be reinstated by the Mayor.

(C)    The City Council of the City of Tampa may, in proceedings prescribed by rules adopted by resolution of that body, remove from office or reinstate a suspended member and for such purpose the City Council may be convened in special session by its membership.

Unless a five-sevenths majority of the City Council votes to remove the suspended member, such member shall be reinstated immediately to the Civil Service Board.

In the event that the member shall be found guilty, then it shall be declared that a vacancy exists to be filled as per Section 3 of this Act. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 81-496).

**Section 7. <u>Powers; Subpoena; Quorum; Contempt.</u>**

In connection with each member's performance of any duty under this Act, each member of said Civil Service Board shall have the power to administer oaths, to issue subpoenas, to compel the attendance of witnesses, and the production of books, papers, and documents and other matters and things relevant to any proceeding before it or investigation being conducted by it. A majority of the members of the said Board shall constitute a quorum, and the concurrence of a majority of the members of said Board present at a meeting shall be necessary for any action taken by it, save the administering of oaths and the issuance of subpoena. The said Board shall have the same right to punish contempts as is now had by the county judges of the State of Florida. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 65-2311; Ch. 81-496).

500432

**Section 8. <u>Reports to Mayor and City Council.</u>**

From time to time, as often as shall be required by the Mayor or the City Council of the City of Tampa, but no less than a once a year, the Civil Service Board shall render reports of its accomplishments and actions. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 81-496).

**Section 9. <u>Salary.</u>**

The City Council shall by ordinance fix and prescribe the compensation of the members of the Civil Service Board. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 73-634; Ch. 81-496).

**Section 10. <u>Employment of Personnel.</u>**

(A)    The Civil Service Board, with the advice and consent of the Mayor, shall

have the power to employ and remove a Director.

(B)    The duties of the Director shall be to assist the Board in its administrative functions; such duties shall include audits, as directed by the Board, of the administration and enforcement of this Act and the rules and regulations pursuant thereto; and any other duties as assigned by the Board; but in no event shall such duties in any way impair or overlap with the jurisdiction of the department head described in Section 11(C) of this Act.

(C )    The Mayor within budgetary limitations and subject to Civil Service requirements shall employ such additional personnel for the Board as shall be necessary. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 81-496).

500433

**Section 11. <u>Rules and Regulations--Adoption and Amendment, Administration and Enforcement.</u>**

(A)    The Civil Service Board shall be responsible for the adoption of Rules and Regulations for the administration of this Act. The adoption procedure shall be as follows:

(1)    The Mayor shall formulate and recommend to the Civil Service Board for adoption specific Rules and Regulations for the administration of this Act. These Rules shall be forwarded for the Board's approval within ninety (90) days of the effective date of this Act.

Until such time as said Rules and Regulations referenced above are promulgated and approved, the Rules and Regulations currently existing shall remain in full force and effect, except where they conflict with the provisions of this Act.

(2)    The Rules and Regulations shall cover the following specific procedures and policies:

(a)    Administration of a classification plan;

(b)    Announcement of employment vacancies and the acceptance

of applications for employment;

(c)    Preparation and conduct of examinations;

(d)    Establishment and use of eligible lists;

(e)    Establishment of promotional policies;

(f)    Certification of employment of persons from employment lists

to fill vacancies:

500434

(g)     Transfer, promotion, and reinstatement of employees;

(h)     Separation from the career services of employees by resignation, suspension, dismissal, layoff, or incapacity to perform required duties.

(3)     Upon receipt of the proposed Rules and Regulations from the Mayor, the Board shall conduct a public hearing. Notice of the public hearing shall be distributed for posting by department heads on every bulletin board of said City for the benefit of all employees, for a period of two (2) weeks prior to public hearing. Minutes of the public hearing shall be taken.

(4)     After the public hearing, the Board, if it is satisfied that the Rules and Regulations recommended by the Mayor are complete and in accordance with all provisions of this Act, shall adopt said Rules and Regulations. Once adopted, the Rules shall have the force and effect of the law.

(5)     If the Board decides that the proposed Rules and Regulations recommended by the Mayor do not satisfy the requirements of this Act, it shall notify the Mayor in writing specifically outlining the areas of deficiency. The Mayor shall then submit new Rules and Regulations correcting any deficiencies within thirty (30) days of receipt of the written findings of the Board.

If the Board still feels that the Rules as corrected by the Mayor do not satisfy the requirements of this Act, it shall again notify the Mayor in writing of any deficiencies. The Mayor will have another thirty (30) day period in which to respond.

500435

(6)    If, after the second submission by the Mayor of the proposed Rules and Regulations, there is a determination by the Board that the proposals do not satisfy the requirements of this Act, the Board, by majority vote, shall then resolve the issues in dispute and formally adopt the Rules and Regulations of the Civil Service Board.

(B)    The Civil Service Board may also adopt and amend the Rules and Regulations from time to time as it deems necessary, but only pursuant to the procedure outlined in subsection (A) of this section. The Mayor must respond to any proposed changes within thirty (30) days of the written submission by the Board.

(C )    The Mayor shall appoint a department head who shall be responsible for the administration and enforcement of this Act and the Rules and Regulations created pursuant to this Act. The duties of said department head shall include but shall not be limited to the following functions:

(1)    Administer, under the direction of the Mayor, the personnel management system as set forth in this article and the personnel Rules and Regulations.

(2)    Establish and maintain comprehensive personnel records of all employees in the municipal service.

(3)    Prepare, recommend and maintain a position classification plan for all positions in the municipal service, based on the level and difficulty of duties performed and responsibilities assumed.

500436

(4)    Develop and administer programs for the recruitment, examination, and placement of persons to determine the relative fitness of applicants for positions in the career service.

(5)    Establish and maintain eligible lists for appointment and promotion, upon which lists shall be placed the names of successful candidates.

(6)    Certify to the appointing authority names of persons who are considered under this act as qualified for a vacancy.

(7)    Administer procedures for disciplinary actions, such as suspensions, demotions in rank or grade, or discharge, which provide for presentation of charges, hearing rights and appeals for all employees in the career service.

(8)    Certify all payrolls.

(9)    Make a semi-annual report to the Civil Service Board regarding the work of the personnel department and the condition of the personnel management system.

(10)    Provide the Civil Service Board with stenographic and other staff assistance as may be required by the Board. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 59-1924; Ch. 81-496).

500437

**Section 12. <u>Approval of City Employees; Classification.</u>**

All employees of the City of Tampa, other than those in the unclassified service, shall be selected from the list of applicants found competent upon examination held pursuant to the Rules and Regulations of this Act. For the purpose of this Act the following classifications of positions in the City of Tampa are hereby established.

(A)    The unclassified services shall comprise:

(1)    All officers elected by the people.

(2)    (a)    All managerial positions reporting directly to the Mayor, all heads of departments, and positions reporting directly to them which are primarily responsible for both substantive program policy determination and its public advocacy. Unclassified positions under this section, other than managerial positions reporting directly to the Mayor and department heads, shall be specifically stated in the Rules and Regulations.

(b)    Whenever an unclassified employee has been appointed from the classified service, said employee may be removed and does not have the right to be reinstated to a classified position equivalent to that held when the employee was appointed to the unclassified position.

(3)    All members of executive and administrative Boards.

(4)    Accountants, engineers, and all other persons duly admitted by law to engage in the practice of a profession, working on a part-time basis and not exclusively for the City. Full-time employees engaged in these professions, devoting their professional services exclusively to the City, except as provided herein, shall be in the classified service.

(5)    All positions as may be found impracticable to fill by competitive examinations or noncompetitive examinations.

500438

(6)    Assistant City Attorneys.

(7)    Temporary positions.

(8)    Employees on the Mayor's staff.

(B)    The classified service shall include all positions now existing, or hereafter created, not included in the unclassified service. All persons applying for employment with the City of Tampa in the classified service shall be examined, except persons duly admitted by law to engage in the practice of a profession and holding certificates from governmental examining boards, to be given under the Rules and Regulations as provided in this Act. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 59-1918; 63-1985; Ch. 69-1666; Ch. 73-644; Ch. 81-496).

**Section 13. Selection of Employees; Purpose; Examination; Eligible List Establishment.**

(A)    The Rules and Regulations of the Civil Service Board shall provide for examining applicants for positions in the classified service. The primary purpose of the examining process shall be to provide for certified eligibility for appointment to positions in the classified service.

(B)    There shall at all times be maintained an eligible list for employment for the classified service of the City of Tampa.

(C )    Employees determined to be most qualified from the list of eligible employees shall be certified to the appointing authority for selection. For the purpose of this section, "most qualified" shall be determined on the basis of relative ability, knowledge, skills, affirmative action and other principles of a merit system of personnel administration.

(D)    Selection to any position in the classified service shall only be from the certified eligibility list. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 59-1924; Ch. 81-496).

500439

**Section 14. Eligible List, Filling Vacancies.**

When necessity for employment shall exist in any type of classified municipal employment covered by the Civil Service, such vacancy shall be filled from an eligible register of names certified to the appointing authority. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 59-1924; Ch. 81-496).

**Section 15. Preference to Veterans.**

Qualified persons presenting certificate of honorable discharge from the Army, Air Force, Navy, Marine Corps or Coast Guard of the United States and who seek to enter the City classified service within five (5) years from the date of honorable discharge from military service, shall be given preference of five (5) points as applied to a scale of one hundred (100) points which shall be added to the final grade of such person, provided they shall previously have attained the qualifying passing grade for such entrance examination. Disabled veterans shall be given preference pursuant to Chapter 295, Florida Statutes. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 81-496).

**Section 16. Promotion of Employees; Basis; Preference; Exceptions.**

The Civil Service Board shall by its rules provide for the promotion of all employees, who shall be engaged in types of employment covered by the classified service, upon a basis of relative ability, seniority in service, knowledge and skills, affirmative action; and other principles of a merit system of personnel administration giving due consideration in the making of any recommended list for the filling of all vacancies to the eligibility of any subordinate employee for promotion. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 81-496).

500440

**Section 17. <u>Probation; Discharge, Reduction; Permanent Status.</u>**

(A)    No appointment, employment, or promotion of any employee in the classified service of said City shall be deemed complete or permanent until the employee has completed a probationary period. The employee may be discharged or reduced in rank at any time within said probationary period upon the recommendation of the appointing authority. The probationary period shall be that period specified by a majority of the Civil Service Board of the City of Tampa after receipt of the recommendation of the Mayor as to the length of said period. Probationary periods may vary for different departments of the City.

(B)    If no discharge or demotion shall be made within such probationary period then such appointment shall be deemed complete, and such employee or appointee shall be deemed a member of the classified service of said City, and shall hold office or employment during satisfactory performance or until reduced, suspended or discharged in accordance with the provisions of this Act, and any person who may be promoted under the rules of the said Civil Service Board shall hold the office or employment, to which the person is promoted, during satisfactory performance and unless reduced, suspended or discharged in accordance with the provisions of this Act. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 70-951; Ch. 81-496).

**Section 18. <u>Excessive Employees; Discharge; Demotion; Priority for Reemployment.</u>**

(A)    Whenever it appears to the appointing authority of the City of Tampa that an excessive number of persons are employed in any class of work in a department of the city government, the appointing authority shall cause the excess number of employees in such department to be laid off from employment.

500441

Employees shall be dismissed for layoff pursuant to the procedure outlined in the appropriate collective bargaining agreement.

(B)     Employees in the classified service who are not part of a collective bargaining unit and employees covered by a collective agreement which does not address this subject shall be laid off in accordance with seniority, performance standards, and affirmative action goals.

(C )    Any persons being laid off under the provisions of this section shall be placed upon a preferred list of reemployment, and shall have priority over all other applicants for reemployment in any equivalent level of municipal employment for which the person may be eligible. If a vacancy occurs in any department, persons who have been laid off from that department under the provisions of this section, and who have been placed on the preferred list, shall be reemployed in their respective order of seniority. The appointing authority shall not recommend for employment any persons on the regular list until all persons upon the preferred list have been reemployed, even though in so doing it may necessitate recommendation of only one name for each vacancy. The candidates for employment who are placed on the preferred list shall be classified in order of seniority, and the person who has served the longest period of time shall be first entitled to fill a vacancy.

(D)     As used in this act "seniority" means the total length of continuous employment with the City of Tampa. Temporary interruptions of employment caused by military service, illness, or, if the employee is reinstated by action of the Civil Service Board, involuntary severance from employment shall not constitute a break in service, and an employee so affected shall be deemed to have continuous employment. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 81-496).

500442

**Section 19. <u>Removal of Employees for Certain Reasons.</u>**

Any employee of the classified civil service, who shall be incompetent or be guilty of neglect of duty, or of insubordination, or of any offense involving moral turpitude, or while on duty committing a breach of the peace, or for any other just cause, shall be subject to removal, suspension, demotion, reduction or discharge. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 59-1918; Ch. 81-496).

**Section 20. <u>Right to Organize; Dismissal for Failure to Perform Duties.</u>**

Nothing contained in this act is intended to restrict or deny the rights of any employee to organize or become members of an organization; provided, however, that failure of any employee to continue in the performance of the duties and requirements of the employee's position shall be cause for dismissal. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 81-496).

**Section 21. <u>Discharge; Suspension; Hearing; Procedure; Appeal; Basis.</u>**

(A)   No officer or employee of the City of Tampa, Florida, in the classified service

shall be removed, suspended, demoted, reduced, or discharged except for cause shown upon written charges preferred.

(B)   The appointing authority shall not have the power to suspend an employee in excess of sixty (60) days.

(C )   Classified employees who are removed, suspended, demoted or discharged under the provisions of this Act shall have the right to appeal this adverse action to the Civil Service Board. Employees who exercise their right of appeal shall notify the Civil Service Board in writing of their decision within ten (10) days of receipt of notice of the adverse action.

500443

(D)    It shall be the duty of the Civil Service Board to hear and review appeals submitted by classified employees resulting from alleged adverse employer action that results in demotion, dismissal, suspension, or loss of other employee rights including violations of classification procedures, promotion guidelines or other Rules and Regulations established pursuant to this Act. After the Civil Service Board has been notified of an employee's decision to appeal, it shall schedule a hearing within a reasonable time.

During such review, both the appealing employee and the persons who initiated the

action shall have the right to be heard publicly. Each party shall be represented by a person of his choice, and shall have the right to present evidential facts. At the hearing of such appeals, technical rules of evidence shall not apply.

(E)    The Board after hearing all the evidence may take the following action:

(1)    The Board may immediately reinstate with back pay from the time of

the adverse action an employee who was removed, suspended, demoted, reduced, or discharged without being notified of the charges in writing.

(2)    In the case of an employee who was improperly removed, suspended, demoted reduced or discharged on written charged preferred, the Board, if it determines the action of the appointing authority was without just cause, may reinstate the employee with back pay from the time of the initial disciplinary action of the appointing authority.

(3)    In the case of an employee who was removed, suspended, demoted, reduced or discharged on written charges preferred, the Board, if it determines the action of the appointing authority was with just cause, may uphold the action of the appointing authority, may direct a suspension without pay for a given period and subsequent restoration to duty, or may require the disciplined

500444

employee to take a demotion in the classification grade or pay, or any such other penalty as the Board may deem appropriate.

(F)    In all cases, the Board, after hearing all of the evidence, shall file a written statement of its findings with the appointing authority.  (Ch. 24927, Special Acts 1947; Special Acts, Ch. 59-1918; Ch. 81-496).

**Section 22.  <u>Political Activity of Officers and Employees; Coercion of Votes and Moneys Prohibited; Penalty.</u>**

(A)    Any person holding a position with the City of Tampa, Florida, in the classified service or in the unclassified service, shall have the same right to take part in political campaigns and to exercise their rights of franchise as any other citizen, except that no officer or employee of the City, except an elected official, shall engage in any political activities during hours of duty, service or work with the City.  No leave of absence for any time whatsoever shall be granted to any officer or employee of the City for the purpose of engaging in political activities for any candidate, other than the employee's candidacy, for public office.  Any violation of this provision shall be deemed to be neglect of duty.

(B)    Any person holding a position with the City of Tampa, Florida, in the classified service or in the unclassified service, except an elected officer, must take a leave of absence, without pay, beginning when said person completes his qualification as a political candidate in any election for:

(1)    A City of Tampa office;

(2)    A County of Hillsborough office;

(3)    A State of Florida office;

(4)    A Federal office.

Such leave of absence shall cease when the individual is no longer a candidate for one of said offices.

(C )   It shall be unlawful for the head of any department of the City of Tampa, Florida, or any person connected therewith, to coerce, or attempt to

500445

coerce any person connected with the classified service of the City of Tampa to vote for or against any person in any election specified in Section 22 (B), or to collect, receive or attempt to collect or receive, by coercion, or attempted coercion, any moneys whatsoever for any purpose, and any person so violating such provisions of this Section shall, upon conviction, be deemed guilty of a misdemeanor in the second degree and shall be punishable as provided in General Law. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 57-1891; Ch. 70-950; Ch, 81-496).

**Section 23.  Employees to Retain Position and Status.**

Employees holding positions in the classified service herein upon the adoption of this law shall be continued in their respective positions without further examinations, until separated from their positions as provided by law. (Ch. 24927, Special Acts 1947; Special Acts, Ch. 81-496).

**Section 24.  Compliance with Rules of Board; Legal Action by Same.**

All officers and employees of the City of Tampa shall comply with the provisions of this law and the rules, regulations, and orders thereunder, and shall furnish any records or information which the Board may reasonably request for any purpose of this law, and shall aid in all proper ways in effectuating the Civil Service System.  Any action or proceeding at law or in equity considered necessary or appropriate to secure compliance with this Act and rules thereunder may be instituted by the Mayor or Board. No City officer shall make or approve or take any part in making or approving any payment for personal service to any person holding a position in the City service unless the persons named therein have been appointed and employed in accordance with the provisions of this law

and the rules, regulations and orders thereunder.  (Ch. 24927, Special Acts 1947; Special Acts Ch. 59-1924; Ch. 81-496).

**Section 25.**  All laws and parts of laws in conflict herewith are hereby repealed. (Special Acts, Ch. 81-496).

**Section 26.**  This act shall take effect July 1, 1981.  (Special Acts, Ch. 81-496).

500447