File Copy | Lopez, Scarlett #71894 | Processed by Eunice Reyes 3/06/2022

## Eunice Reyes

Approved by: Liz Holt 12-13-2022

**From:** Eunice Reyes
**Sent:** Tuesday, March 08, 2022 2:11 PM
**To:** Mike Swain; EmployeeRelationsJOBAPS
**Cc:** Freda Gardner; Antonietta Drigo; Madelin Victorero; Jade Vargas
**Subject:** RE: Temp position move

I have processed this effective 3/06/2022.

Thank you,
Eunice

**EUNICE REYES**
Personnel Tech III, Human Resources Department
City of Tampa / 306 E Jackson St, 5N / Tampa, FL 33602
P: (813) 274-7428 / f: (813) 274-7265 / e: Eunice.Reyes@tampagov.net

*Please note: This e-mail is public record.*

---

**From:** Mike Swain <Mike.Swain@tampagov.net>
**Sent:** Tuesday, March 08, 2022 1:03 PM
**To:** EmployeeRelationsJOBAPS <EmployeeRelationsJOBAPS@tampagov.net>
**Cc:** Freda Gardner <Freda.Gardner@tampagov.net>; Antonietta Drigo <Antonietta.Drigo@tampagov.net>; Madelin Victorero <Madelin.Victorero@tampagov.net>; Jade Vargas <Jade.Vargas@tampagov.net>
**Subject:** Temp position move

ER Team,
Per approved req #8281, please move Scarlet Lopez into temporary position number 88146. She will retain the same title with no impact to pay. Let me know if you have any questions.

Thanks,

**Mike Swain, MS**
Employment Services Division Manager
City Of Tampa/ 306 E. Jackson St. / Tampa, FL 33602
Ph. 813-274-8911 / Fx. 813-274-8913 / Mike.swain@tampagov.net

tampagov.net/careers (Job Openings)

*Please note: This e-mail is public record.*



Exhibit 11
Jorgenson
Date 5/23/24

**500093**

1

**Status:** Analyst Assigned: Victorero, M     **Date Requisition Created:** 2/28/2022 11:58:50 AM
**Requisition ID:** 8281     Approved by: Liz Holt 12-13-2022

## Requisition Properties

| | |
|---|---|
| Date Created | WorkOrderNumber |
| Desired Hire Date | Recruitment Number |
| Position Type: Temporary | Prefer Position(s) to be Filled By: Departmental |

## Department and Class Information

| | |
|---|---|
| Organization Name: Mobility | JobTitle: 999995 - Personnel Action |
| OverrideDeptNum: Select Department | JobClassDerived: Select Job Class and Job Title |

## Vacancy Information

○ New Position    ● Replacement

If Replacement, fill out name/title of person(s) leaving
Scarlett Lopez/Sr. Executive Aide

## List Requirements

You must provide a number from 1 to 99 for the number of vacancies.

# Vac: 1     Emp. Status: Full-Time     Shifts: Days

**Notes**
Scarlett Lopez - Pos #03354 - Place in Temporary Position

**Positions**
```
Pos: 99999988; JobClass: 999995; Dept: MOB
```
From Position Number 3354
to Position Number 88146

## Requisition Supporting Information

| Fund | Justification for Requested Action | See attached doc | Justification Reason | Critical Needs |
|---|---|---|---|---|
| | | | | |

**Justification Notes**
Good Day,

Please find a temporary position in which to place Scarlett Lopez, former Senior Executive Aide to Jean W. Duncan, P.E., Infrastructure and Mobility Administrator. The Administrator has selected a new

**500094**

| | | | | | |
|---|---|---|---|---|---|
| Special Qualifications | | | | | |
| CDL Required | ☐ | CDL Type | 🖨 | Endorsements | ☐ |
| EndorseType | 🖨 | Interviewer Name | Danni Jorgenson | | |
| Interviewer Location | 306th East Jackson Street | | | Interviewer Phone | 417-0218 |
| Position Supervisor | Danni Jorgenson | | | Position Supervisor IDNum | 71658 |
| MyReqCustom | 🖨 | NetworkAccess | ☑ | OutlookEmail | ☑ |
| InternetAccess | ☑ | BTA (Business Tax Accela) | ☐ | Not in Use | ☐ |
| Accela | ☐ | Cayenta | ☐ | Not in Use | ☐ |
| Pension System | ☐ | Not in Use | ☐ | Not in Use | ☐ |
| Accounting | ☐ | Accounts Payable | ☐ | Accounts Receivables | ☐ |
| Budget | ☐ | Cash Management | ☐ | Asset Accounting | ☐ |
| Procurement | ☐ | Benefits | ☐ | Core HR | ☐ |
| Learning Management | ☐ | Performance Management | ☐ | Manager Self Service | ☐ |
| Payroll | ☐ | Not in Use | ☐ | Not in Use | ☐ |
| Not in Use | ☐ | Not in Use | ☐ | Not in Use | ☐ |
| Not in Use | ☐ | | | | |

### Attachments

| Description | Upload Date | Viewable By | Action |
|---|---|---|---|
| Meeting | 2/28/2022 12:41:00 PM | ☑ Hiring Department | |

### Contact Information

Contact Name
Laurice Dandy

ContactPhone
274-5538

CertToName

laurice.dandy@tampagov.net;BERTHA.MITCHELL@tampagov.net        Get Email Addresses

HiringPersonsName
Vik D. Bhide, Director

RTName

# 500095

HiringPersonsPhone
363-4651

## Notes

Note

## HUMAN RESOURCES USE ONLY (only HR can fill out the items below)

☐ Approved    Reason                              By
☐ Declined

HR Notes and Comments